Gabriel S. Gross (SBN 254672)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

*Attorneys for Plaintiff Apple Inc.*

[Additional Counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>        Defendants. | Case No. 5:26-cv-07078<br><br>**APPLE INC.'S DISCLOSURE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. PROC. 7.1(A) AND CIVIL LOCAL RULE 3-15** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Apple Inc. hereby states that it has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

Pursuant to Civil L.R. 3-15, Plaintiff Apple Inc. certifies that, as of this date, other than the named parties, there is no interest to report.

Dated: July 10, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Gabriel S. Gross*

Gabriel S. Gross (SBN 254672)
Vanessa K. Sim (SBN 341107)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
vanessa.sim@weil.com
gaby.lahatte@weil.com

Christopher W. Henry
(*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen
(*pro hac vice* forthcoming)
Nicole Elena Bruner
(*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Nina Shapiro
(*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153

Telephone: (202) 310-8000
Facsimile: (202) 310-8007
nina.shapiro@weil.com

Heather Blacklaws
(*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701
Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

*Attorneys for Plaintiff Apple Inc.*