UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.                        ,

                Plaintiff(s),

        v.

CHANG LIU, et al.
                                  ,

                Defendant(s).

Case No. 5:26-cv-07078

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Nicole Elena Bruner___, an active member in good standing of the bar of ___District of Columbia___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___Apple Inc.___ in the above-entitled action. My local co-counsel in this case is ___Gabriel S. Gross___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___254672___.

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036 | Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 682-7000 | (650) 802-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| nicole.bruner@weil.com | gabe.gross@weil.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

        I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___90005530___.

        A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

        I have been granted pro hac vice admission by the Court _0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2026 _____

/s/ Nicole Elena Bruner _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Nicole Elena Bruner___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____ July 13, 2026 _____

UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI

Updated 11/2021

2