UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.                    ,

        Plaintiff(s),

    v.

CHANG LIU, et al.
                     ,

        Defendant(s).

Case No. 5:26-cv-07078

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Heather Blacklaws_____, an active member in good standing of the bar of _____Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____Apple Inc._____ in the above-entitled action. My local co-counsel in this case is _____Gabriel S. Gross_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____254672_____.

Weil, Gotshal & Manges LLP
600 Congress Avenue, Suite 2170
Austin, TX 78701
MY ADDRESS OF RECORD

(512) 487-1480
MY TELEPHONE # OF RECORD

Heather.Blacklaws@weil.com
MY EMAIL ADDRESS OF RECORD

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 802-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gabe.gross@weil.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____24136895_____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court _0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2026

/s/ Heather Blacklaws
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Heather Blacklaws___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____July 13, 2026_____

UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI

United States District Court
Northern District of California