UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.                          ,
        Plaintiff(s),

       v.

CHANG LIU, et al.                   ,

        Defendant(s).

Case No. 5:26-cv-07078-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew H. Schapiro , an active member in good standing of the bar of the State of Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: OpenAI Foundation, OpenAI Group PBC, io Products, LLC, and Tang Yew Tan in the above-entitled action. My local co-counsel in this case is Jodie W Cheng , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 292330 .

Quinn Emanuel Urquhart & Sullivan, LLP
2191 N. Upper Wacker Dr., Suite 2700,
Chicago, IL 60606

MY ADDRESS OF RECORD

(312) 705-7403

MY TELEPHONE # OF RECORD

andrewschapiro@quinnemanuel.com

MY EMAIL ADDRESS OF RECORD

Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 875-6468

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jodiecheng@quinnemanuel.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6209041 .

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court <u>three (3)</u> times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____July 16, 2026_____        /s/ *Andrew H. Schapiro*_____
                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Andrew H. Schapiro___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____July 16, 2026_____

_Virginia K. DeMarchi_____
UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI

United States District Court
Northern District of California