UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.                              ,
           Plaintiff(s),

        v.

CHANG LIU, et al.
                    ,
          Defendant(s).

Case No. 5:26-cv-07078-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Yehuda Goor__, an active member in good standing of the bar of __the State of New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: OpenAI Foundation, OpenAI Group PBC, __io Products, LLC, and Tang Yew Tan__ in the above-entitled action. My local co-counsel in this case is __Jodie W Cheng__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __292330__.

Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
MY ADDRESS OF RECORD

Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 849-7643
MY TELEPHONE # OF RECORD

(415) 875-6468
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

yehudagoor@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

jodiecheng@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5489729__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero (0)__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____July 16, 2026_____                                    _/s/ Yehuda Goor_____

                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Yehuda Goor_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____July 16, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI