Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

*Attorneys for Plaintiff Apple Inc.*

[Additional Counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>　　　　　Defendants. | Case No. 5:26-cv-07078-VKD<br><br>**JOINT ADMINISTRATIVE MOTION TO PERMANENTLY REMOVE DOCKET NOS. 2 AND 19**<br><br>**Judge:** Viriginia K. DeMarchi |

Pursuant to Civil Local Rule 7-11, Plaintiff Apple Inc. ("Apple") and Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc., (collectively, "Defendants") file this Joint Administrative Motion to Permanently Remove Docket Nos. 2 and 19, specifically Apple Inc.'s Proposed Summons and Summons, from the public docket.

The Defendants requested that certain information be removed from Apple's Proposed Summons and Summons.  Apple has explained to the Defendants that that it obtained this information from publicly available records, available to anyone, and made its filing in accordance with standard legal practices.  Nevertheless, Apple does not oppose the requested relief and so joins this motion.

Apple and Defendants have also emailed the ECF Help Desk and placed a phone call with the ECF Help Desk to temporarily lock public access to Docket Nos. 2 and 19.  The parties understand that public access to Docket Nos. 2 and 19 has been temporarily blocked.  Apple has also filed an updated version of Docket No. 2, removing the objected to information.

For the foregoing reasons, the parties jointly request that the Court grant their Joint Administrative Motion to Permanently Remove Docket Nos. 2 and 19 from the public docket.

Dated: July 21, 2026                    Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Gabriel S. Gross*
Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
Vanessa K. Sim (SBN 341107)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com
vanessa.sim@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
Nicole Elena Bruner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Heather Blacklaws (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701
Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

Nina Shapiro (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153
Telephone: (202) 310-8000
Facsimile: (202) 310-8007
nina.shapiro@weil.com

*Attorneys for Plaintiff Apple Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

KWUN BHANSALI LAZARUS

*/s/ Kate E. Lazarus*
Kate E. Lazarus (SBN 268242)
*klazarus@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

*Attorneys for Defendant Chang Liu*

**Local Rule 5-1 Certification**

I, Gabriel S. Gross, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Andrew Schapiro, counsel for Tang Yew Tan, OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products LLC f/k/a io Products, Inc., and Kate Lazarus, counsel for Chang Liu, concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: July 21, 2026                                    By: */s/ Gabriel S. Gross*

                                                        GABRIEL S. GROSS

CASE NO. 5:26-CV-07078-VKD                        JOINT ADMIN MOTION TO PERMANENTLY RE-
                                                  MOVE DOCKET NOS. 2 AND 19