**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>        Defendants. | Case No. 5:26-cv-07078-VKD<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO PERMANENTLY REMOVE DOCKET NOS. 2 AND 19**<br><br>**Judge:** Viriginia K. DeMarchi |

Now before the Court is Plaintiff Apple Inc. and Defendants' Joint Administrative Motion to Permanently Remove Docket Nos. 2 and 19 from the public docket.

Having considered the Joint Administrative Motion and finding good cause, the Court grants the Motion and orders that Docket Nos. 2 and 19 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Virginia K. DeMarchi
United States District Court Magistrate Judge