United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

          Plaintiff,

   v.

CHANG LIU, et al.,

          Defendants.

Case No.  26-cv-07078-VKD

**INTERIM ORDER RE JOINT ADMINISTRATIVE MOTION**

Re: Dkt. No. 27

Defendants request that Apple's proposed summons and summons (Dkt. Nos. 2, 19) be removed from the public docket.  Dkt. No. 27.  Although Apple does not oppose the request, Apple also notes that it obtained the information in those documents from publicly available records.  *Id*. at 2.  Additionally, the parties' stipulation is not sufficient to establish that a document, or portions thereof, should not be publicly available on the Court's docket.  *See* Civil L.R. 79-5(c).  By **July 29, 2026**, defendants shall file a statement, and declaration(s) as necessary, establishing why the subject documents should not be placed on the public docket.

**IT IS SO ORDERED.**

Dated: July 22, 2026

Virginia K. DeMarchi
United States Magistrate Judge