Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Attorneys for Defendant
CHANG LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE, INC.,

Plaintiff,

v.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**DEFENDANT CHANG LIU'S STATEMENT IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO PERMANENTLY REMOVE DOCKET NOS. 2 AND 19**

Dept.: Courtroom 4 – 5th Floor
Judge: Hon. Edward J. Davila

Date Filed: July 10, 2026

Trial Date: Not set

Defendant Chang Liu respectfully submits this statement and accompanying declaration in accordance with the Court's Interim Order of July 22, 2026 (ECF No. 28).

Mr. Liu is an electrical engineer at OpenAI, and previously worked at Apple in 2018 and from 2019 to early 2026. Mr. Liu's home address was included in plaintiff Apple Inc.'s ("Apple") summons, filed at ECF No. 2 and issued by the Court at ECF No. 19.

Mr. Liu is a private individual who has not made his home address public. Declaration of Chang Liu ¶ 3. His address is not readily available online, including, e.g., through a Google search. Since this lawsuit was filed, Mr. Liu has received widespread attention from the media and public, which has caused significant stress and concern about his privacy. Liu Decl. ¶ 3. Additionally, Mr. Liu rents his home, and his landlord has also expressed great concern about his address being made public. *Id.* ¶ 4.

Accordingly, Mr. Liu seeks to keep his home address off the Court's public docket. Mr. Liu does not seek to seal Apple's summons in its entirety, but rather respectfully requests only the limited relief of redacting his personal home address in Apple's summons.

Dated: July 29, 2026

KWUN BHANSALI LAZARUS LLP

By: */s/ Kate E. Lazarus*

Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Attorneys for Defendant
CHANG LIU