Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Attorneys for Defendant
CHANG LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**DECLARATION OF CHANG LIU IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO PERMANENTLY REMOVE DOCKET NOS. 2 AND 19**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Date Filed: July 10, 2026<br><br>Trial Date: Not set |

I, Chang Liu, declare as follows:

1. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I am currently employed as an electrical engineer at OpenAI. I previously worked at Apple, Inc. in 2018 and 2019 to early 2026.

3. I consider myself a very private person. I have never publicly shared my home address. Since this lawsuit was filed, I have been the subject of widespread attention from the media and public. This attention has caused me significant stress and I have been very worried about my privacy.

4. I rent the property that was listed in Apple's summons, and the public disclosure of my address has caused my landlord significant concern about privacy and security.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the State of California. Executed on July 29, 2026, at San Mateo, California.

Signed by:
C899FC7CF63D488...
Chang Liu