Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7643
yehudagoor@quinnemanuel.com

*Attorneys for OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC. | Case No. 5:26-cv-07078-EJD |
| Plaintiff, | **DECLARATION OF TANG YEW TAN IN FURTHER SUPPORT OF THE PARTIES' JOINT ADMINISTRATIVE MOTION TO PERMANENTLY REMOVE DOCKET NOS. 2 AND 19** |
| v. | |
| CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC, f/k/a IO PRODUCTS, INC., | |
| Defendants. | |

## <u>DECLARATION OF TANG YEW TAN</u>

I, Tang Yew Tan, the undersigned, hereby declare and state:

1.   The facts stated in this declaration are true and correct based on my personal knowledge, and if called and sworn in as a witness, I could and would testify competently to those facts.

2.   I am the Chief Hardware Officer at OpenAI (as defined in the Complaint, ECF No. 1), where I have been employed since July 10, 2025.  Prior to that, I spent 24 years at Apple Inc. ("Apple"), most recently as Vice President of Product Design, until I left in February 2024 to co-found io (as defined in the Complaint, ECF No. 1), which was acquired by OpenAI in 2025.

3.   I submit this declaration in further support of the Parties' Joint Administrative Motion to Permanently Remove Docket Nos. 2 and 19 (ECF No. 27), and in compliance with the Court's Interim Order dated July 22, 2026, instructing defendants to "file a statement, and declaration(s) as necessary, establishing why the subject documents should not be placed on the public docket." ECF No. 28.

4.   I have always placed a high value on my own and my family's privacy and security. For that reason, and to preempt security risks, I have taken reasonably good care to ensure that my personal information, including my home address, is not available for easily accessed public consumption.  For example, several years ago I hired a service called "360 Privacy" to conduct a sweep of the internet for any of my personal information and to have any such information removed. 360 Privacy conducts routine searches and removals of information like home addresses, phone numbers, and email addresses.  My need for such services is compounded by recent attempted physical attacks on another OpenAI executive at his home.

5.   The presence of the summons containing my personal home address on the public docket would undermine my efforts to maintain my own and my family's privacy and security. After the Interim Order was entered, steps were taken on my behalf to contact "docket scraping" services that could potentially have retrieved and published copies of ECF Nos. 2 and 19, to request they be taken down pending further order of the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 29th day of July 2026 in San Francisco, California.

Tang Yew Tan (Jul 29, 2026 17:26:44 PDT)

Tang Yew Tan

Case No. 5:26-cv-07078-EJD

DECLARATION OF TANG YEW TAN