United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

          Plaintiff,

    v.

CHANG LIU, et al.,

          Defendants.

Case No. 5:26-cv-07078-EJD

**ORDER REGARDING ADMINISTRATIVE MOTION TO REMOVE SUMMONS**

Re: ECF No. 27

Before the Court is the Parties' joint administrative motion to permanently remove from the docket Apple's proposed summons and summons (ECF Nos. 2 and 19). Mot., ECF No. 27. On July 22, 2026, Judge DeMarchi issued an interim order directing the Defendants to file statements establishing why the subject documents should not be placed on the docket. Interim Order, ECF No. 28. Defendants Chang Liu and Tang Yew (the "Individual Defendants") filed statements and supporting declarations on July 29, 2026. ECF Nos. 34–35. The Individual Defendants raise concerns about their privacy and security if their personal addresses are filed publicly because of the media attention that this action has garnered.[1] Yew states that his concerns are "compounded by recent attempted physical attacks on another OpenAI executive at his home." ECF No. 35, at 1. The Individual Defendants only seek to seal their personal home addresses in Apple's summonses, not the summonses in their entirety. The Court finds that there are legitimate private interests that warrant sealing the Individual Defendants' home addresses and that there is

---

[1] The Parties are reminded to comply with the Northern District of California's Civil Local Rules, including L.R. 79-5(c)(1).

Case No. 5:26-cv-07078-EJD
ORDER RE: JOINT ADMINISTRATIVE MOTION

1

no available less restrictive alternative that achieves the same degree of privacy.  Accordingly, the Court GRANTS IN PART the Parties' joint administrative motion and DIRECTS Apple to file the proposed summons and summons with redactions applied to the Individual Defendants' home addresses within three days.

**IT IS SO ORDERED.**

Dated: August 3, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No. 5:26-cv-07078-EJD
ORDER RE: JOINT ADMINISTRATIVE MOTION
2