REDACTED VERSION OF
DOCUMENT FILED
UNDER SEAL

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>                    Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**DECLARATION OF JACKIE HUGHES IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – TRADE SECRET**<br><br>**Judge:** Edward J. Davila<br><br>**Complaint:** Filed July 10, 2026 |

CASE NO. 5:26-CV-07078-EJD                                    DECLARATION OF J. HUGHES

| TABLE OF EXHIBITS | |
|---|---|
| **Ex.** | **Description** |
| A | ████████████ |
| B | ███████████████ |
| C | Core Design Principles |
| D | Using Software Tools at Apple |
| E | Global Security Requirements for Securing Your Workspace |
| F | Global Security Requirements for Destroying Confidential Material |

CASE NO. 5:26-CV-07078-EJD                                DECLARATION OF J. HUGHES

i

WEIL\101445057\13\15096.0497

I, Jackie Hughes, declare as follows:

1.    I am over the age of eighteen and competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.    I have 28 years of experience in manufacturing and metal finishing.

3.    I have worked for Apple for approximately 11 years and am currently a Surface Finishing Manager in Apple's Advanced Process Lab ("APL/M2"). Before I became a Surface Finishing Manager in October 2022, I was an Anodizing Subject Matter Expert ("SME") at Apple for over 7 years.

4.    In my current role, I manage a team of SMEs contributing to process, color, and texture development for the surface finishing of existing and new product lines.

## I.    APPLE'S PROPRIETARY METAL-FINISHING TECHNIQUES

5.    Apple's metal-finishing processes are an important part of what sets Apple's products apart, and Apple entrusts its production partners, like ▇▇▇▇▇▇▇▇ with highly sensitive and valuable metal finishing information under confidentiality obligations.

6.    Apple's metal finishing techniques give its products a distinctive look, feel, texture, and durability that is a signature part of Apple's brand. Consumers visually and physically interact with these products and have come to know Apple devices by their high-quality metal finishes, which distinguish them from other companies' products.

7.    Metal-finishing involves taking a machined part and applying surface treatments, such as polishing, blasting, and anodizing. Based on my years of experience with Apple's metal-finishing processes, I consider each of the following to be valuable Apple secrets:

a.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

b. ███████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████

c. ███████████████████████████████████

███████████ Anodizing is an electrochemical process that converts aluminum into aluminum oxide, changing the aluminum's appearance, texture, and durability. Anodizing aluminum requires placing it in an acid bath with another piece of metal and applying an electric current, creating a circuit within the bath. Apple considers its anodizing processes proprietary and does not disclose them. ███████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

███████████ Apple spent years and significant resources developing its anodizing processes, and these processes—which cannot be deduced from inspections of finished parts— meaningfully contribute to distinguishing Apple's finished products from competing products.

d. ███████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

CASE NO. 5:26-CV-07078-EJD                                    DECLARATION OF J. HUGHES

2

████████ Apple's proprietary dyeing and sealing processes meaningfully contribute to the look of Apple's finished products, differentiating them visually from competing products.

e. ████████ Apple has invested heavily in developing multiple unique finishing processes, which it designates with confidential, internal finish designations, such as

## II.    APPLE'S PROPRIETARY ██ METAL-FINISHING TECHNIQUES

8.    Apple has several different proprietary metal-finishing techniques, including a category of finishes known as ██ A defining characteristic of all ████ is that they use ████ ██ as the blast media. ████ is a ████ provided by ████ ████ ████ Apple will not accept any other media for use in applying ████ without prior Apple approval, because of its impact on the finished surface's feel and look. ████

9.    The blast media used for Apple's proprietary finishes is important because, as I discussed above, the particle characteristics of different media affect a finished product's surface texture and visual characteristics. For example, ████



10.     An example of an ███████ is Apple's ████████████ which stands for ████████ ████████████████ because ████████████████████████████████████ ████████████████████████ ████████████████████████ Apple also has other proprietary finishes that are made with substantially similar processes to ███████, but have ███████ ████████████████████████████████ *See* ████████████████████████ Specifically, each ████████ is referred to internally using the naming convention ████████████ For example, Apple's ████████████████ designation corresponds to ████████████████████ ████████████████████████████████████ but that are otherwise made in a substantially similar way to ████████

11.     Designations like █████████████████████████ are not standard industry terminology—they are internal shorthand used to refer to Apple proprietary finishing processes, and a person working in the metal finishing industry would not know or use them absent some connection to Apple's operations. Use of these designations, for example, in a request to a supplier, would reflect familiarity with Apple's internal processes and terminology (information that is not available to the industry).

12.     The ████████ and ████████ finishing processes are a multi-step process that include: ████████████████████████████████████████ ████████████████████████████████████████ ████████████████

13.     Apple closely guards these materials, formulas, and processes that, together, create the ████████████████████████ Attached to this declaration as Exhibit A is the ████████ ████████████ Attached to this declaration as Exhibit B is the ████████████████████████ These

██████████ include the requirements for the ████████████████████████████

████████ Apple designates these ███████ documents confidential.

14.    The ██████ process includes the following requirements, among others:



15.    The ██████████ process describes the same requirements as the ████████ process, other than the following requirements:

16.    The ████ and ████ processes both require that ████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████

17.    The proprietary value of these ████████████████ ████ lies not only in their specific constituent elements, and the design choices that drove those, but also in the combination of those elements taken together.

18.    Apple's metal-finishing techniques cannot be reverse-engineered from finished products or replicated by a competitor without years of independent research and development. For example, the output of the ████ process—an anodized aluminum surface—reveals nothing about the blast media grade, the acid concentrations in the anodizing bath, the current densities applied, or the step-by-step process that produced it. Likewise, the output of the ████ process—a dark grey anodized aluminum surface—reveals little more than that a dye was used, it does not reveal the formulation for that dye or any other process details. Another entity seeking to replicate Apple's finishes from scratch would need to go through the years of iterative experimentation and investment Apple undertook. Apple has spent years on its proprietary finishing processes and work with vendors, like ██, that perform them.

## III.    APPLE SAFEGUARDS ITS HIGHLY VALUABLE INDUSTRIAL DESIGN INFORMATION, INCLUDING ITS METAL FINISHING PROCESSES

19.    Apple instills a culture of safeguarding its confidential and proprietary information through a variety of mechanisms, including digital and physical security measures, trainings, policies, and agreements with employees.

### A.    Apple's Protective Measures

20.    For example, as a condition of employment at Apple, I signed an Intellectual Property Agreement ("IPA") requiring me to protect Apple's proprietary and confidential information during and after my employment. And to my knowledge, all Apple employees are required to sign the same or a similar IPA as a condition of employment.

CASE NO. 5:26-CV-07078-EJD                                    DECLARATION OF J. HUGHES

21. Apple reinforces the confidentiality obligations set out in its IPAs in part through its digital and physical security measures. For example, the building that I work in is only accessible by key card and is monitored with security cameras and personnel. Also, in order to access documents, like the ███ metal finishing processes, including ███ and ███ which are stored in Apple's internal databases, I must be logged into AppleConnect. Logging into AppleConnect requires the use of my employee credentials and passwords. To my knowledge, all Apple employees must access Apple's internal databases through AppleConnect using employee credentials. Additionally, my access to confidential documents stored on Apple's internal databases is limited. For example, to access the ███ the first time, I would need to ask for access to the place in the network where the ███ is saved. In my experience, we restrict access to documents like the ███ and ███ on a need-to-know basis.

22. As an Apple employee, I have been taught core security principles that apply to my development work, including:



See Ex. C (Core Design Principles) at 1 (outlining the security principles listed above)

23. I am also restricted to using software tools that are approved by Apple, and Apple has provided specific security guidance for each available tool. See Ex. D (Using Software Tools at Apple) at 2 (directing Apple employees to an approved list of tools and their corresponding security guidance).

24. Apple further reinforces its confidentiality and security policies through training. For

example, annually, I must review a Business Conduct Policy that discusses how to handle and protect Apple's confidential information and certify that I understand it. The policy also links to additional resources that are available to me and my coworkers should we have any questions about Apple's approach to Business Conduct, including the Business Conduct Helpline and the Business Conduct website. I also must complete an annual Business Conduct training that tests my understanding of these policies. And to my knowledge, all Apple employees are required to annually review the Business Conduct Policy and complete the Business Conduct training.

25. I have also received guidance on securing my workspace and have been advised that when I am working on Apple proprietary information, it is critical to practice caution and secure my work area. I was told not to leave Apple proprietary information unattended and to be mindful of our speaking volume and device orientation, so proprietary information is not seen or overheard by others not disclosed on their projects. When I work remotely, I must get internal approval first, and I am instructed to work in a dedicated and isolated space and to keep all proprietary information in my control at all times. *See* Ex. E (Global Security Requirements for Securing Your Workspace) at 2-8 (providing guidelines for employees working on and off Apple campuses).

26. I have also received guidance on how to securely destroy Apple proprietary information when it is no longer needed. *See* Ex. F (Global Security Requirements for Destroying Confidential Material) at 1-2 (providing guidance for how to destroy proprietary information in various locations). For example, I have been advised to obtain confidential shredding and recycling bins for disposal of any work product containing Apple propriety information.

27. To my knowledge, all Apple employees go through the same training programs and are bound by the same protective policies as I am. Further, the training and policies I describe above have been in place for the entirety of my employment at Apple.

**B. Apple's Protective Measures Applying to Metal Finishing Processes**

28. As described above, Apple has robust protective measures and security policies that apply to employees working on all types of projects and with all forms of Apple confidential information. *See* Section III, A. I rely on the Apple policies and training described above to protect Apple's metal finishing processes in my day-to-day work as an Apple employee.

29.    When working on projects associated with the metal finishing processes described in my declaration, like ██, I need to be particularly careful that I was only sharing confidential information about the metal finishing processes with coworkers that were disclosed on the particular projects and that had a need-to-know that confidential information. I never discussed proprietary metal finishing projects, like ██, with anyone who was not disclosed and who did not have a business need-to-know.

\*    \*    \*

30.    The policies and training I described above have kept Apple's metal finishing processes secret over a number of years. If these metal finishing processes were disclosed, Apple would be permanently harmed. Apple builds its metal finishing processes iteratively over the course of many years. For example, ████████████████████████████████████████████. If a competitor were to learn about these processes, specifically ██, a competitor would be vastly closer to achieving finishes like ██ than any other competitor. Additionally, a competitor would be able to bypass the years of research, development, and investment that Apple put into achieving its ██ finishes and mimic Apple's signature look and feel of its commercial products, where no other company has succeeded. Apple distinguishes its products based on its superior finishes. Apple would lose this competitive advantage if a competitor were to gain access to its proprietary ██ metal finishes.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Sunnyvale, California on July 30, 2026

_Jackie Hughes_

_____

Jackie Hughes