# EXHIBIT B

# Confidentiality and Intellectual Property Agreement

This Confidentiality and Intellectual Property Agreement ("**Agreement**") is entered into between you ("**You**") and Apple Inc., a California corporation having its principal place of business at One Apple Park Way, Cupertino, California 95014 USA ("**Apple**") (You and Apple, collectively, the "**Parties**"). Apple or one of its affiliates (each, an "**Apple Employing Entity**") has agreed to employ You on the condition that You enter into this Agreement with Apple and agree to and abide by all of the following terms and conditions for the duration of Your employment by any Apple Employing Entity, including during any leave of absence or other time off ("**Your Employment**") and, as provided in this Agreement, after Your Employment. You may be subject to additional obligations under the policies and procedures of Your Apple Employing Entity, including those related to patient confidentiality. Nothing in this Agreement nullifies or supersedes such additional obligations.

The business of Apple and its affiliates (Apple and its affiliates, collectively, "**Apple Entities**" and each, individually, an "**Apple Entity**") includes research & development ("**R&D**"), management of healthcare, design, engineering, programming, assembly, manufacture, distribution, retail, and the sale of goods, software, content, and services. As an at-will, full-time or part-time employee, intern, or temporary or contingent worker employed by any Apple Employing Entity, You will (i) have access to various types of confidential information that is owned by any Apple Entity or regarding which any Apple Entity is obligated to any third parties to maintain as confidential and (ii) will be involved in the making, development, discovery, creation or conception of Inventions (as defined below). Therefore, to provide for the applicable Apple Entity's ownership of Inventions, to protect the Apple Entities' respective intellectual property ("**IP**") rights and confidential information (including business and technical secrets) and to safeguard both Parties' other respective interests, the Parties hereby agree as follows in consideration of the above premises, the mutual promises contained herein, and the compensation paid to You in connection with Your Employment, the receipt and sufficiency of which are hereby acknowledged by the Parties.

## I. APPLE CONFIDENTIAL INFORMATION

You understand and agree that Your Employment creates a relationship of confidence and trust with respect to certain information that may be disclosed to You or otherwise learned or accessed by You in the course of Your Employment, including any confidential information of third parties disclosed or made available to any Apple Entity ("**Third Party Confidential Information**"). As used in this Agreement, "**Apple Confidential Information**" means all Third Party Confidential Information and all non-public information that is kept confidential by any Apple Entity, including such information pertaining to or consisting of: (a) inventions, trade secrets, R&D records, reports, samples, manuals, plans, specifications, ideas, know how, designs, prototypes, software, source code, notes, photographs, screenshots, whiteboard captures, remote video chats, drawings, sketches or any other confidential materials or information relating to past, existing or future products or services, whether or not developed, marketed, used, or rejected by any Apple Entity or persons or companies for or on behalf of any Apple Entity; and (b) sales, profits, organization, customer data, pricing, operations, sources of material, supply, costs, manufacturing, financials, forecasts, budgets, profit and loss statements, market research, marketing or advertising strategy or plans, product roadmaps, product volumes, aggregated performance review metrics or data, aggregated recruiting or interview information, headcount planning reports, project planning documents, dates or content of new product launches, methods of distribution or manufacture or testing and unpublished patent applications. You understand that the above list is not exhaustive and that Apple Confidential Information includes other information that falls within its definition that would appear to a reasonable person to be confidential, proprietary and/or of commercial value in the context and circumstances in which the information is known or used. Apple Confidential Information does not include (i) any information that is generally available to the public, unless the information falls within the definition of Apple Confidential Information, but became publicly available through unlawful means or as a result of any breach of a confidentiality obligation to any Apple Entity, including any breach by You of this Agreement and (ii) any information that was known to You prior to Your Employment with Apple.

Notwithstanding the foregoing, nothing in this Agreement restricts Your right to (A) use or disclose Your general training, knowledge, professional experience and skills, (B) seek or accept any job, including with a competitor of Apple, where such job begins after Your separation from employment with Apple, (C) discuss or disclose information about Your or others' wages, hours, or working conditions, or (D) discuss or disclose information about unlawful acts in the workplace, including harassment, discrimination, or any other conduct You have reason to believe is inappropriate in the workplace, or file a complaint or otherwise communicate or cooperate with a U.S. federal, state, or local government or law enforcement agency (including, the Securities and Exchange Commission, the Equal Employment Opportunity Commission, the National Labor Relations Board, the Occupational Safety and Health Board, the United States Department of Labor, or the Office of Federal Contract Compliance Programs) about such unlawful or inappropriate acts. Nothing in this Agreement, or any other Apple agreement, should be interpreted as being restrictive of Your rights under subsections (A)-(D) without unnecessary disclosure of Apple Confidential Information to third parties. You are not required to notify Apple when exercising Your rights permitted under subsections (A)-(D) above.

Additional information about employee rights, including the right to engage in protected, concerted activity, can be found on Apple's People site. Additional information about employee rights, including the right to engage in union or other protected, concerted activity, can be found at www.nlrb.gov.

**A. Treatment of Apple Confidential Information.** You understand and acknowledge that Your obligations under this Agreement with regard to any particular Apple Confidential Information will continue during and after Your Employment until such Apple Confidential Information has become generally available to the public unless it became publicly available through unlawful means or as a result of any breach of a confidentiality obligation to any Apple Entity, including any breach by You of this Agreement. You understand and agree that, without the written consent of Apple, You are prohibited, during and after Your Employment, from: (i) using any Apple Confidential Information, except as necessary to perform Your duties during and in the scope of Your Employment; (ii) disclosing any Apple Confidential Information, except during and in the scope of Your Employment to (a) personnel of any Apple Entity or (b) other third parties who have confidentiality obligations to any Apple Entity regarding the Apple Confidential Information to be disclosed (“**Authorized Third Parties**”), in each case (a) and (b), who need to know the Apple Confidential Information to be disclosed during and in connection with their respective work for such Apple Entity; or (iii) permitting any other person or entity to (a) use any Apple Confidential Information, except authorized uses by (1) personnel of any Apple Entity or (2) Authorized Third Parties, in each case (1) and (2), of the Apple Confidential Information as necessary to be used by them during and in connection with their work for the applicable Apple Entity or (b) disclose any Apple Confidential Information, except authorized disclosures (1) between personnel of any Apple Entity or (2) between personnel of any Apple Entity, on the one hand, and Authorized Third Parties, on the other hand, in each case (1) and (2), who need to know the Apple Confidential Information to be disclosed during and in connection with their respective work for the applicable Apple Entity. You understand and agree to strictly comply with all rules and policies of the Apple Entities regarding Apple Confidential Information and to use best efforts to safeguard such Apple Confidential Information and protect it against disclosure, misuse, loss, or theft. Upon termination of Your Employment, You will promptly deliver to the Apple Employing Entity all Apple property, documents, and materials of any kind containing any Apple Confidential Information, and You agree that You will not take with You any property, documents, materials, or copies thereof, whether on paper, in electronic form or in any other medium, containing any Apple Confidential Information.

**B. Information, Inventions and IP of Others.** You agree that You have not brought, and during Your Employment You will not bring, any confidential, proprietary, or secret information, or any inventions or IP, of any of Your former employers or any other person or entity onto the property of any Apple Entity or use any of the foregoing in connection with Your Employment. You further agree You have not improperly used or disclosed (or induced the same), and during Your Employment will not improperly use or disclose (or induce the same), any confidential, proprietary, or secret information, or any inventions or IP, of any of Your former employers or any other person or entity.

**C. Compelled Disclosures.** If You are at any time during or after Your Employment compelled by law to disclose any Apple Confidential Information to a court, administrative body or other government authority, You agree, to the maximum extent permitted by applicable law to (i) immediately provide prior written notice of such disclosure to Apple at notices@apple.com detailing the Apple Confidential Information disclosed to enable Apple to seek a protective order with respect to such Apple Confidential Information and (ii) only disclose the minimum amount of Apple Confidential Information that is required to be disclosed in such instance. Any notice under subparagraph (i) of this provision should identify only the Apple Confidential Information that will be or was disclosed, to who it will be or was disclosed, and the date that the disclosure will be or was made. “Compelled Disclosures” do not include voluntary disclosures expressly permitted in Section I above.

## II. INVENTIONS

**A. Definition of Invention.** As used in this Agreement, "**Inventions**" means all inventions (whether or not patented or patentable and whether or not reduced to practice), ideas, concepts, discoveries, creations, developments, improvements, works of the performing arts and other works of authorship (including musical works (including any accompanying words), sound recordings, dramatic works (including any accompanying music), choreographic works, pantomimes, audiovisual works, motion pictures, animations, videos and other visual recordings, artwork, photographs, illustrations, pictures, and drawings), marks (including brand names, product names, logos, domain names, and slogans), content (including textual, visual, and aural content), designs, design rules, diagrams, formulas, algorithms, processes, protocols, specifications, configurations, schematics, techniques, instructions, methods, methodologies, technology, interfaces, routines, computer programs or portions thereof, data, data collections, databases, mask works, results, know-how, trade secrets, documentation, and any other work product, information or materials made, created, conceived, or reduced to practice by You, alone or jointly with others, along with all IP rights in or to any of the foregoing, all tangible embodiments of any of the foregoing and any media on which any of the foregoing is recorded or documented.

**B. Prior Inventions.** You may list in a separate form that You provide to Apple concurrently with Your execution of this Agreement ("**Prior Invention Disclosure**") all Inventions, as of the effective date of this Agreement, (i) that You personally own (in full or in part) or in which You have any other legal right or title or (ii) for which Youpersonally have the right to receive royalties or other consideration (all listed Inventions, the "**Prior Inventions**"). In listing any Prior Invention, You should not include any information if the disclosure of such information would constitute a breach of a confidentiality obligation You owe to a third party.

You agree that You will not, without Apple's prior written consent, incorporate, or permit to be incorporated, in any product, service, process, or method of any Apple Entity (each, an "**Apple Product**") any Prior Inventions. You hereby grant to each Apple Entity a non-exclusive, fully paid-up, royalty-free, irrevocable, perpetual, freely transferable, sublicensable (through multiple tiers), worldwide license, without any additional compensation, to make, have made, use, practice, license, sublicense, import, export, reproduce, modify, create derivative works of, display, perform, transmit, and otherwise distribute and exploit any Prior Invention, in each case, that is incorporated in or used for or in connection with any Apple Product (a) with Your knowledge, involvement, acquiescence, or permission, (b) the relevant part of which You were involved in the development or implementation, or (c) the relevant part of which You did not promptly object to the public use or commercialization of in a written notice in accordance with Apple's then current Business Conduct Policy accessible at www.apple.com/compliance/policies/ ("**Apple's Business Conduct Policy**").

If You do not list a Prior Invention, You acknowledge and agree that no such Prior Invention exists, and, to the extent such Prior Invention does exist, You hereby irrevocably waive all past, present, and future claims against each Apple Entity (and their respective successors and assigns) relating to such Prior Invention (including the use, practice or other exploitation thereof). You understand and agree that Your listing of any Prior Inventions in the Prior Inventions Disclosure does not constitute an acknowledgment by any of the Apple Entities of the existence or extent of such Prior Inventions, nor of any ownership of such Prior Inventions. Please note that if You have any ongoing business or project, or if You have any ongoing involvement with the development, manufacture, marketing, sale, performance, distribution or commercialization of any product or service, in each case, that is, or may be, a conflict of interest with Apple as described in Apple's Business Conduct Policy, then such ongoing activity must be disclosed in writing in accordance with Apple's Business Conduct Policy and, if You are allowed to continue with such activity, approved as set forth in Apple's Business Conduct Policy.

**Confirmation of Review of Requirements for Prior Invention Disclosure (Set forth in the attached Exhibit A):**

☑ I have reviewed the Requirements for Prior Inventions Disclosure.

**Prior Inventions:**

◉ I do not have Prior Inventions to disclose.

○ I have Prior Inventions to disclose.

**C. Ownership of Works Made for Hire and Apple Inventions.** You understand and agree that all original works of authorship that are made by You (solely or jointly with others) within the scope of Your Employment that are protectable by copyright and constitute works made for hire, as that term is defined in the United States Copyright Act (17 U.S.C. §101), are the sole and exclusive property of the Apple Employing Entity (such works of authorship, "**Works Made for Hire**"). You understand and agree that all Inventions (excluding Works Made for Hire) that (i) You make, conceive, create, develop, discover or reduce to practice (a) using any equipment, supplies or facilities of any Apple Entity or (b) that incorporate, practice, are based on, are suggested by or are derived from any inventions or Apple Confidential Information of any Apple Entity, (ii) result from or are suggested by work performed by You for any Apple Entity or (iii) are conceived of or reduced to practice by You during Your Employment and relate to any aspect of any Apple Entity's current or future business, products or services, or any Apple Entity's actual or anticipated R&D (collectively, **"Apple Inventions"**) are the sole and exclusive property of Apple.

**Apple Inventions Assignment and License.** If any applicable laws or regulations provide that certain rights in Apple Inventions vest in You, You hereby irrevocably assign to Apple all right, title and interest in and to all Apple Inventions, including all rights to sue and recover damages for any past, current or future infringement thereof, and Apple hereby accepts such assignment. In the event that any such rights, title or interest are not effectively assigned to Apple, You hereby grant Apple and each of the other Apple Entities a license to make, have made, use, offer to sell, sell, import, export, reproduce, modify, create derivative works of, display, perform, transmit and otherwise distribute and exploit, in its sole discretion, the Apple Inventions (and modified and derivative works thereof). The license rights under this clause will be free of charge, perpetual, irrevocable, exclusive (even as to You, meaning You cannot and will not use or otherwise exploit any of the Apple Inventions or grant any licenses or other rights to any other person or entity with respect to any of the Apple Inventions), worldwide, freely transferable, and sublicensable (through multiple tiers).

**Moral Right Assignment, Waiver and Consent.** As used in this Agreement, "**Moral Rights**" means all "moral" rights (however denominated), rights of attribution, integrity, identification of authorship, limitation on subsequent modification, similar rights and other personal rights, in each case, under the copyright laws, other applicable law of the U.S. or any other jurisdiction or applicable treaty. To the fullest extent permitted under applicable law, You hereby irrevocably assign to (i) the Apple Employing Entity all Moral Rights that You have with respect to any Works Made for Hire and (ii) Apple all Moral Rights that You have with respect to any works of authorship included in the Apple Inventions. To the extent any such Moral Rights cannot be assigned under applicable law or are not effectively assigned pursuant to the preceding sentence, then, to the fullest extent permitted under applicable law, You hereby irrevocably waive and agree not to exercise or assert, whether during or after Your Employment, such Moral Rights. To the extent, under applicable law, any such Moral Rights cannot be waived or are not effectively waived pursuant to the preceding sentence, then, to the fullest extent permitted under applicable law, You hereby irrevocably consent to any action of any Apple Entity or any of its successors, assigns, licensees or sublicensees that would violate, whether during or after Your Employment, such Moral Rights in the absence of such consent.

**Disclosures; No Additional Remuneration; Acknowledgments.** You agree to make a full written disclosure promptly to Apple of all Apple Inventions. You agree that no additional compensation or remuneration is or will become due to You in consideration for the applicable Apple Entity's ownership of Apple Inventions, and that any award or bonus provided to You (for example, pursuant to any patent award program) will be at Apple's sole discretion and is not a condition for the applicable Apple Entity's ownership thereof. You understand and agree that You have no right to, and will not directly or indirectly, use any Apple Inventions or Works Made for Hire (except for during and within the scope of Your Employment). Without limiting the foregoing, You agree not to: (i) reproduce, manufacture, market, publish, distribute, sell, license, sublicense, transfer, rent, lease, transmit, broadcast, display, create derivative works of, use or otherwise exploit any Apple Inventions or Works Made for Hire, or any portion or copy thereof, in any form or medium; (ii) apply for, or apply to register, any patent, copyright, trademark, mask work, or other industrial property right or IP right in or related to any Apple Inventions or Works Made for Hire, anywhere in the world; or (iii) cause or permit any other persons or entities to do any of the above. You agree that none of the Apple Entities or any of their respective licensees are required to designate You as the author of any Apple Inventions or Works Made for Hire.

**Further Actions.** You agree, during and after termination of Your Employment, to promptly take all actions requested by Apple, any other Apple Employing Entity or any designee of such Apple Entity (each, a "**Requesting Entity**"), at Apple's or another Requesting Entity's expense) to: (i) evidence, obtain, perfect, confirm, maintain, realize rights in, defend or enforce (a) all of Apple's and each other Apple Employing Entity's ownership of and other rights in and to Apple Inventions and Works Made for Hire in all countries and (b) the assignments, waivers and consents to action, as the case may be, with respect to Moral Rights as described above; or (ii) otherwise carry out the purposes of this Agreement. This includes promptly executing any documents that such Requesting Entity may reasonably request (1) for use in obtaining, maintaining, defending or enforcing any patents, copyrights, and other legal protections or (2) to give full force and effect to any waiver or consent to action with respect to any Moral Rights as described above. If any Requesting Entity is unable for any reason to secure Your cooperation with respect to any of the foregoing, You hereby irrevocably designate and appoint Apple and its duly authorized officers as Your agent and attorney in fact (coupled with an interest), to act for and on Your behalf and stead to execute any documents and to do all other lawfully permitted acts to take any of the actions described above requested by such Requesting Party, with the same legal force and effect as if originally executed by You.

**Excluded Employee Inventions.** The Parties understand and agree that any provision of this Agreement requiring my assignment of Inventions to Apple does not and will not apply to any Invention that qualifies fully for exclusion under the provisions of California Labor Code §2870 (set forth in the attached Exhibit B). If, however, (i) the location of Your Employment is in a state other than California and (ii) that state has any similar statute or law that, notwithstanding the governing law provision set forth in Section VI.B., requires that it is required by the applicable laws of that state to govern any provision of this Agreement requiring Your assignment of Inventions to Apple, then any such provision of this Agreement does not and will not apply to any Invention that qualifies fully for exclusion under the provisions of that state's similar statute or law.

## III. APPLE TRADEMARKS

The trademark team within Apple's legal department ("**Apple Trademark Team**") has the sole responsibility for investigating the availability of trademarks and service marks ("**Trademarks**"), the registration of any Trademarks, and the management of all Trademarks (both unregistered and registered) for any Apple Entity ("**Apple Trademarks**"). You understand and agree that all investigations regarding the availability of any Trademarks, and all requests for the use of any new Trademarks or the registration of any Trademarks, must be directed to the Apple Trademark Team at appletm@apple.com. If, for any reason, You obtain any rights in or to any Apple Trademark (including any registration for, or application to register, any Apple Trademark), You agree to promptly notify the Apple Trademark Team in writing to coordinate having such Apple Trademark transferred to the applicable Apple Entity as soon as reasonably possible prior to the end of Your Employment. You also agree that You will not (and will not cause, assist or grant any right to any other person or entity to), at any time during or after Your Employment, adopt, use, apply for registration of, register, obtain or otherwise acquire any rights in or to any Trademark, anywhere in the world, that may be confusingly similar to (i) any Apple Trademark or (ii) any other Trademark owned by any Apple Entity (whether or not then being used by any Apple Entity), including Trademarks obtained by any Apple Entity as a result of any asset or equity acquisition or other corporate transaction.

## IV. NO CONFLICTING OBLIGATIONS

**A. No Conflicting Outside Interests.** You agree that during Your Employment, You will not coordinate, contribute to or engage in any other employment, occupations, consulting, or other business activities or commitments competitive with, or directly related to, any business of any Apple Entity or any Apple Products, or any Apple Entity's actual or demonstrably anticipated research or development, nor will You engage in any other activities that conflict with any of Your Employment obligations. Activities and commitments as used herein do not include passive investments in stocks or other financial instruments, nor do they include Your right to form or join (or refrain from joining) labor organizations of Your choice.

**B. No Conflicting Agreements.** You represent to Apple that You have no commitments (whether contractual or otherwise) that would hinder or prevent the full performance of Your Employment duties or Your obligations under this Agreement, and You agree not to enter into any such conflicting commitment or agreement during the tenure of Your Employment.

**C. Disclosure of Agreement.** You hereby authorize Apple and any other Apple Employing Entity to notify others, including customers of any Apple Entity, any future or potential employers You may have, and any third parties contracting for Your services, of the terms of this Agreement and Your responsibilities and obligations under this Agreement.

**D. No Solicitation.** To the fullest extent permitted by applicable law, during Your Employment and for a period of one (1) year following Your termination (whether voluntary or involuntary), You will not, directly or indirectly, on Your own behalf or on behalf of any person or entity, solicit, recruit, or take any action intended to induce any employees, contractors or other personnel of any Apple Entity to terminate their relationship with the applicable Apple Entity.

## V. NON-COMPLIANCE

**A. Remedies for Your Breach.** You understand and agree that the limitations set forth in this Agreement are reasonable with respect to scope and duration and are properly required for the protection of the legitimate interest of Apple and the other Apple Entities. If You breach any part of this Agreement, Apple and/or any Apple Employing Entity is/are entitled to take any action to the extent permissible under applicable laws, including terminating employment, initiating a legal proceeding, filing a complaint to relevant administrative departments, and assisting the relevant judicial authorities to pursue Your liabilities in the case that Your breach of this Agreement has violated any criminal laws.

You understand and agree that any breach of this Agreement could give rise to irreparable harm to Apple and/or any of the other Apple Entities for which money damages may not be an adequate remedy. Because such harm and injury may not be compensable by damages, You agree that Apple will have the right to enforce this Agreement by injunction, specific performance, or other equitable relief without posting of a bond or security and without prejudice of any other rights and remedies available. Accordingly, Apple and/or any Apple Employing Entity may apply to any court of competent jurisdiction for any interim or conservatory measures, including temporary or permanent injunctive relief or to compel arbitration.

**B. Protected Activity Not Prohibited.** Pursuant to the United States Defend Trade Secrets Act of 2015, 18 U.S.C. Section 1833(b),You understand that: (i) You will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney solely for the purpose of reporting or investigating a suspected violation of law; (ii) You will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal; and (iii) if You file a lawsuit for retaliation by an employer for reporting a suspected violation of law, You may disclose a trade secret to Your attorney and use the trade secret information in the court proceeding, provided You file any document containing the trade secret under seal and do not disclose the trade secret other than pursuant to court order.

## VI. NO IMPLIED EMPLOYMENT RIGHTS

You understand and agree that no term or provision of this Agreement confers upon You any rights to the continuation of Your Employment, and that no term or provision of this Agreement obligates the Apple Employing Entity to employ You for any specific period of time or interferes with or restricts Your right or, to the fullest extent permitted by applicable law, the Apple Employing Entity's right to terminate Your Employment at will, at any time for any reason, with or without cause or prior notice.

## VII. GENERAL PROVISIONS

**A. Severability.** If one or more of the provisions of this Agreement are deemed void or unenforceable by law, then the remaining provisions will continue in full force and effect, and the Parties or a tribunal of competent jurisdiction will substitute suitable provisions having like effect.

**B. Governing Law.** This Agreement will be governed in accordance with the laws of the State of California, except if (i) the location of Your Employment is in a state other than California and (ii) the applicable laws of that state prohibit the application of another state's law to any provision of, or claim arising from, this Agreement, then such provision or claim will be governed, solely to the extent of such prohibition, in accordance with the laws of that state. Any judicial action between the Parties relating to this Agreement will take place in Santa Clara County, California, and You consent to the personal jurisdiction of and venue in the state and federal courts within Santa Clara County, California.

**C. Successors and Assigns.** This Agreement will be binding upon Your heirs, executors, administrators, and other legal representatives, and will be for the benefit of each of the Apple Entities and its successors and assigns. Apple may freely assign this Agreement or any of its licenses or rights under this Agreement (including to any other Apple Entity) without Your consent. You may not assign or transfer this Agreement, in whole or in part, to any other person or entity.

**D. Entire Agreement.** This Agreement, and any additional obligations to which You may be subject under the policies and procedures of Your Apple Employing Entity, sets forth the entire agreement between You and Apple relating to the subject matter of this Agreement. No modification to or amendment of this Agreement, nor any waiver of any rights under or provision of this Agreement, will be effective unless in writing signed by both You and an Apple Vice President. Any subsequent changes in Your Apple Employing Entity, duties, salary, or compensation will not affect the validity or scope of this Agreement.

**E. Compliance with Laws.** You agree that You will comply and do all things necessary for each Apple Entity to comply with the laws and regulations of all governments where any Apple Entity does business and with the provisions of contracts between any such government or its contractors and any Apple Entity.

**F. Interpretation.** The words "include," "including" and variations thereof will be deemed to be followed by the words "without limitation". The use of "or" will not be deemed to be exclusive. Headings are for convenience only and are not to be used in the interpretation of this Agreement.

## VIII. VOLUNTARY AGREEMENT

You acknowledge that You have read this Agreement carefully, that You understand all of its terms, that all agreements between You and Apple relating to the subjects covered in this Agreement are contained in this Agreement, and that You have entered into this Agreement voluntarily and not in reliance upon any promises or representations other than those contained in this Agreement itself.

You further acknowledge that You have had the opportunity to discuss this Agreement with private legal counsel.

This Agreement is effective as of the first day of Your Employment.

Understood and agreed by:

I understand that by electronically signing this document by typing my full name below, that I acknowledge, agree and attest that the information provided by me is true and correct and I am freely intending to create and adopt as my own a legally binding electronic signature that carries the same legal effect and enforceability as my handwritten signature.

Signature: USA Benefits (Electronically signed) Date: 4/22/2025

Electronically signed by USA.Benefits, on 2025-04-22T07:12:04.962Z, IP: 10.0.111.237

Please make and retain a copy of this Agreement for your records.

---

**EXHIBIT A**

**Requirements for Prior Inventions Disclosure**

As a reminder the term "**Inventions**" is defined in Section II.A of this Agreement as:

**Definition of Invention.** As used in this Agreement, "**Inventions**" means all inventions (whether or not patented or patentable and whether or not reduced to practice), ideas, concepts, discoveries, creations, developments, improvements, works of the performing arts and other works of authorship (including musical works (including any accompanying words), sound recordings, dramatic works (including any accompanying music), choreographic works, pantomimes, audiovisual works, motion pictures, animations, videos and other visual recordings, artwork, photographs, illustrations, pictures, and drawings), marks (including brand names, product names, logos, domain names, and slogans), content (including textual, visual, and aural content), designs, design rules, diagrams, formulas, algorithms, processes, protocols, specifications, configurations, schematics, techniques, instructions, methods, methodologies, technology, interfaces, routines, computer programs or portions thereof, data, data collections, databases, mask works, results, know-how, trade secrets, documentation, and any other work product, information or materials made, created, conceived, or reduced to practice by You, alone or jointly with others, along with all IP rights in or to any of the foregoing, all tangible embodiments of any of the foregoing and any media on which any of the foregoing is recorded or documented.

The term "**Prior Inventions**" is defined in Section II.B of this Agreement as:

**Prior Inventions.** You may list in a separate form that You provide to Apple concurrently with Your execution of this Agreement ("**Prior Invention Disclosure**") all Inventions, as of the effective date of this Agreement, (i) that You personally own (in full or in part) or in which You have any other legal right or title or (ii) for which You personally have the right to receive royalties or other consideration (all listed Inventions, the "**Prior Inventions**"). In listing any Prior Invention, You should not include any information if the disclosure of such information would constitute a breach of a confidentiality obligation You owe to a third party.

To be a Prior Invention, the Invention must be one that You made prior to Your Employment and be in at least one of the following categories.

1. Any Invention that You personally own (in full or in part) or in which You have any other legal right or title, or
2. Any Invention that You personally have the right to receive royalties or other consideration

Examples of Inventions that are **not** Prior Inventions

In typical corporate employment situations, employees assign ownership of their Inventions to their employer. Such assigned Inventions do not satisfy the requirement of category 1. Further, other than possibly receiving a fixed "invention/patent award," employees typically do not have the right to receive royalties or other consideration for use of an Invention (or associated patents). If employees do not have the right to receive royalties or other consideration, their Inventions do not satisfy the requirement of category 2. Under these circumstances, where an Invention does not satisfy the requirements of both category 1 and category 2, it is not a Prior Invention and You should not disclose any such an Invention as a Prior Invention.

In typical academic situations, inventors assign ownership of their Inventions to their academic institution. Such assigned Inventions do not satisfy the requirement of category 1. If the academic institution is able to generate license revenue for the Invention (or associated patents), but the inventors are not entitled to share in the revenue for the use of the Invention, their Inventions do not satisfy the requirement of category 2. Under these circumstances, where an Invention does not satisfy the requirements of both category 1 and 2, it is not a Prior Invention and You should not disclose any such an Invention as a Prior Invention.

Examples of Inventions that **are** Prior Inventions

In an academic situation where the inventors assign ownership of their Inventions to the academic institution, the institution is able to generate license revenue for the Inventions (or associated patents), and the inventors are entitled to a share of that revenue, their Inventions do satisfy the requirement of category 2. Under these circumstances, where an Invention does not satisfy the requirements of category 1, but does satisfy the requirements of category 2, it is a Prior Invention and You should disclose any such an Invention as a Prior Invention.

If You developed an Invention in Your free time (by Yourself or with others) and You were not obligated to assign the Invention to someone else (like an employer or academic institution), then You may personally own the Invention (in full or in part). Under these circumstances, where an Invention does satisfy the requirements of category 1 but may not satisfy the requirements of category 2, it is a Prior Invention and You should disclose any such an Invention as a Prior Invention.

If You have an ownership stake in a business and that business either owns the invention and/or receives royalties for its use, the invention does satisfy the requirements of either category 1 or category 2 (or potentially both). Under these circumstances, the invention is a Prior Invention and You should disclose any such an invention as a Prior Invention.

Example of an Invention that contains elements that are classified differently

As part of Your job with a previous employer, You wrote a musical composition that was recorded. Under the law in the jurisdiction of Your Employment, the ownership of musical compositions (music and lyrics) vested in Your employer, but the ownership of the sound recording remained with You. The

musical composition does not satisfy requirements of either category 1 or category 2, but the sound recording does satisfy the requirements of both categories. Therefore, You should not disclose the musical composition as a Prior Invention, but You should disclose the related sound recording as a Prior Invention. Note that under this Agreement, the ownership of both the musical composition and sound recording would belong to Your Employing Entity as a work made for hire, or in certain cases, vest automatically in Apple Inc.

**EXHIBIT B**

California Labor Code §2870 provides:

"(a) Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information, except for those inventions that either: (1) Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer, or (2) Result from any work performed by the employee for the employer.

(b) To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a) the provision is against the public policy of this state and is unenforceable."