# EXHIBIT G

APL726-a92en

# Worldwide Business Conduct 2026




© 2026 LRN Corporation

# TABLE OF CONTENTS

Introduction

The Way We Do Business Worldwide

The Way We Do Business Worldwide

Protecting Apple

Individual Accountability

Individual Accountability

Business Integrity

Summary

Summary

Self Check Answers

 © 2026 LRN Corporation

## Welcome

*"At Apple, we do the right thing, even when it's not easy." – Tim Cook*

Every day you make choices that impact Apple. By caring about each of these decisions and always asking yourself whether you're doing the right thing, you help Apple maintain both ethical and business success. Apple's Business Conduct Policy and online training are designed to guide you in making the right decisions.




© 2026 LRN Corporation

## Navigation Tips and Help

You can switch between using a Mac, iPad, or iPhone when progressing through the course.

- **Take your time:** Complete the course in as many sessions as needed. We'll save your progress, so you can pick up where you left off.
- **Need help?:** The settings sidebar is available throughout the course. For questions on training content, please email businessconduct@apple.com. For questions regarding the training's functionality, contact globaltraining@apple.com.
- **Accessibility:** This course is intended to be accessible to all employees. Use keyboard controls or screen readers as needed to advance through the course. In the settings sidebar, you can enable dark mode and a dyslexia friendly font.
- **Scroll bar:** When navigating through the course on a Mac, you may need to hold the pointer over text boxes to access the scroll bar. If you'd like the scroll bar to be visible at all times, go to **System Settings**, select **Appearance**, and choose **Always** under **Show scroll bars**.
- **Links:** All links in this training will open in a new window.
- **On iPad or iPhone:** Swipe left to navigate forward and right to go back.
- **On Mac:** Use the **Back** and **Next** buttons to navigate. To navigate with a keyboard, use **Command-Left Bracket** and **Command-Right Bracket**.




© 2026 LRN Corporation

# Introduction



## Selection of Work Location

Before we continue, let's make sure you receive the right content for the gift policy that aligns with your organization and your location.

**1. Are you in Services; Legal, Government Affairs and Global Security; or Sales (Except for ASCs, Community Specialists, Advisors, Territory Leads, and team members working in partner stores)?**

- ○ Yes
- ○ No


© 2026 LRN Corporation

## 2. Are you located in Germany?

- Yes
- No



 © 2026 LRN Corporation

# The Way We Do Business Worldwide




© 2026 LRN Corporation

# The Way We Do Business Worldwide



At Apple, we're committed to demonstrating that business can and should be a force for good. Achieving that takes innovation, collaboration, and a focus on serving others. It also means leading with our values—accessibility, education, environment, inclusion and diversity, privacy, racial equity and justice, and supply chain innovation. Our Business Conduct Policy is foundational to how we do business and how we put our values into practice each and every day.

Every Apple employee is expected to understand and comply with Apple's Business Conduct Policy.


© 2026 LRN Corporation

# Our Commitment

At Apple, we always conduct business ethically, honestly, and in full compliance with applicable laws and regulations. This applies to every business decision in every area of the company. Apple's global Business Conduct Policy applies to all employees, in every job function, in every country where we operate.

Our Principles of Business Conduct define the way we do business worldwide.

These principles are:

- **Honesty:** Demonstrate honesty and high ethical standards in all business dealings
- **Respect:** Treat customers, partners, suppliers, employees, and others with respect and courtesy
- **Confidentiality:** Protect Apple Confidential Information, including that of our customers, partners, and suppliers
- **Compliance:** Ensure that business decisions comply with applicable laws and regulations





© 2026 LRN Corporation

# Ethical Choices and Responsibilities

How do you know you're doing the right thing?

*Select the hotspots to reveal some helpful guidelines.*



## Value Our Policy

Comply with the Business Conduct Policy, adhere to applicable legal requirements, and apply Apple's Principles of Business Conduct to your work and interactions. Hold all Apple partners and colleagues to our high standards.

## Ask Questions

When in doubt, discuss the situation with a manager, People, or Business Conduct.

## Speak Up

If you become aware of a violation of Apple's Business Conduct Policy, other Apple policies, or legal or regulatory requirements, notify a manager, People, Legal, or Business Conduct.


© 2026 LRN Corporation

# Respecting Human Rights

At Apple, we work every day to put people first by respecting the human rights of everyone whose lives we touch. This means leading with our values and embedding this respect for human rights across our company—in the technology we make, in the way we make it, and in how we treat people.

*Select each title to learn more about how we do business.*



## Our Human Rights Policy

Our Human Rights Policy governs how we treat everyone, including our customers and teams, our business partners and communities, and people at every level of our supply chain. At Apple, we're deeply committed to respecting internationally recognized human rights in our business operations.

Our approach is based on the United Nations Guiding Principles on Business and Human Rights (UNGPs). We conduct human rights due diligence to identify risks, and we work to mitigate, and—where appropriate—remediate human rights issues and impacts across Apple's business.

 © 2026 LRN Corporation

## Our Commitments

Examples of our work to embed a respect for human rights include our commitments to:

- Respect the rights to privacy and access to information
- Support inclusion and diverse perspectives, backgrounds, and experiences in our workforce, and in development of products and services
- Respect labor and human rights in our supply chain by working closely with suppliers so that people in our supply chain are treated with dignity and respect
- Protect the planet in how we design, build, and recycle our products, and through responsible sourcing and use of materials and natural resources
- Respect the right of employees to form or join (or refrain from joining) organizations of their choice in a lawful manner without discrimination, retaliation, or harassment

For more information on Apple's human rights efforts, review the Human Rights Policy and visit pages such as Privacy, Inclusion & Diversity, Accessibility, and Supply Chain Innovation.

 © 2026 LRN Corporation

# Principle of Respect



Respect is one of the Principles of Business Conduct that guides Apple's business practices and is a foundational element of our culture. It's necessary for great collaboration and debate, and for our ideas, products, and services to be as great as they can be.

We believe a safe, inclusive, and respectful environment is essential to ensure both the quality of our workplace and the success of our business. Respect is a shared responsibility, and should be demonstrated every day through actions, interactions, and decisions in the workplace. Employees must be professional in their interactions with colleagues, customers, and third parties.

Respect doesn't mean that we don't disagree or debate—it means that when we do so, we do it in a way that doesn't cause a coworker to feel offended, humiliated, or intimidated. Failing to abide by this principle may be a violation of the Business Conduct Policy and could lead to disciplinary action, up to and including termination.


© 2026 LRN Corporation

# Harassment and Discrimination

There's no room for harassment or discrimination at Apple. We're an equal opportunity employer and don't discriminate based on characteristics protected by law in our recruiting, hiring, training, promoting, or when making other employment decisions.

We do everything we can to safeguard and reinforce a culture where employees feel encouraged to speak up and report inappropriate conduct through any avenue that's most comfortable for them. Every employee at Apple is required to complete mandatory Respect at Apple training to ensure that we all understand Apple's strict stance on harassment and discrimination.

Ensure that your words and actions create a culture of respect and inclusion for others. Your commitment to doing this contributes to an environment where every employee can focus on doing their best work.




© 2026 LRN Corporation

# Speak Up



Any Apple employee, temporary agency worker, contractor, intern, or anyone doing business with Apple may report a concern. We encourage anyone with a concern to raise it in the way they feel most comfortable, internally or externally. Reported concerns may be shared with appropriate internal partners to review and investigate as needed. Concerns that relate to workplace issues, including harassment, discrimination, or retaliation, are shared with Employee Relations to thoroughly review the concern and determine the best course of action.

Apple's Global Whistleblowing Policy provides additional information about Apple's approach to protecting and supporting individuals who report potential misconduct, and the rights of employees to raise concerns externally, as provided by applicable law.

Apple managers have both an opportunity and an obligation to encourage open communication and support employees who come to them with concerns. Employees with concerns can reach out to a manager, Legal, Business Conduct, or visit the People team's Report a Concern page.

*Select the hotspots to reveal the different ways to get in touch.*

## The People Team

If you believe something at Apple is inconsistent with our values or policies, or keeps us from doing our best work, it's important to address the issue directly or get the assistance you need. The People team is focused on supporting you throughout your Apple experience. They can answer questions, provide expert guidance, or connect you with the right resources to help address your workplace concerns. For online and phone reporting options, visit the People Support page.

## Business Conduct

Contact Business Conduct to ask questions related to the Business Conduct Policy or to report violations of the Business Conduct Policy, other Apple policies, or legal or regulatory requirements. You can also visit People's Report a Concern page to learn more about reporting options.


© 2026 LRN Corporation

## External Reporting Helpline

Apple's external helpline is available for both employees and third parties to report concerns, and it allows for anonymous reporting where permissible under applicable laws.

## Management

Supporting team members is an important part of what managers do. If you feel comfortable speaking with your manager—or any leader at Apple—you may raise your concerns to them. They can help.


© 2026 LRN Corporation

# The Reporting Process

*Select each icon to reveal what you need to know about Apple's process for handling concerns and allegations.*



## Anonymity and Confidentiality

**Anonymity** means your name is never associated with a report.

**Confidentiality** means your name is shared only with the appropriate people necessary to resolve the issue and with those who have a business need to know.


© 2026 LRN Corporation



## Investigating Anonymous Allegations

Business Conduct's external helpline provides for anonymous reporting and follow-up. Keep in mind that it may be more difficult to investigate an anonymous concern. Some local laws have restrictions on anonymous reporting.



## Action and Closure

Depending on the nature of your concern, it may require a formal investigation. After the appropriate investigation team finishes its review, you and other individuals involved in the investigation may be contacted with confirmation that the investigation is complete.

Based on the findings, disciplinary action may be taken. For confidentiality reasons and to comply with local laws (where applicable), it may not be possible to disclose details of the investigation or whether disciplinary action was taken.

This action is intended to stop the reported behavior, so if you believe that the behavior is continuing or if you have a new concern, raise it immediately. You can work with the team who helped with your original concern or report a new concern.


© 2026 LRN Corporation



# No Retaliation

Apple won’t retaliate—and **won’t tolerate retaliation**—against any individual for reporting a good-faith concern or complaint internally or externally, or for participating in the investigation of a concern or complaint. If you believe someone is retaliating against you, immediately reach out to your manager, your People Business Partner, the Business Conduct Helpline, or the People team’s Report a Concern page.

Your country or region may have additional anti-retaliation laws or policies.


© 2026 LRN Corporation

# The Way We Do Business Worldwide




© 2026 LRN Corporation

# The Way We Do Business Worldwide



At Apple, we're committed to demonstrating that business can and should be a force for good. Achieving that takes innovation, collaboration, and a focus on serving others. It also means leading with our values—accessibility, education, environment, inclusion and diversity, privacy, racial equity and justice, and supply chain innovation. Our Business Conduct Policy is foundational to how we do business and how we put our values into practice each and every day.

Every Apple employee is expected to understand and comply with Apple's Business Conduct Policy.


© 2026 LRN Corporation

# Our Commitment




At Apple, we always conduct business ethically, honestly, and in full compliance with applicable laws and regulations. This applies to every business decision in every area of the company. Apple's global Business Conduct Policy applies to all employees, in every job function, in every country where we operate.

Our Principles of Business Conduct define the way we do business worldwide.

These principles are:

- **Honesty:** Demonstrate honesty and high ethical standards in all business dealings
- **Respect:** Treat customers, partners, suppliers, employees, and others with respect and courtesy
- **Confidentiality:** Protect Apple Confidential Information, including that of our customers, partners, and suppliers
- **Compliance:** Ensure that business decisions comply with applicable laws and regulations

Failure to comply with—or failure to report a violation of—Apple's Business Conduct Policy may result in disciplinary action, up to and including termination of employment. Apple may also refer violations to law enforcement and/or government agencies in situations where misconduct violates applicable laws.

 © 2026 LRN Corporation

# Ethical Choices and Responsibilities

How do you know you're doing the right thing?

*Select the hotspots to reveal some helpful guidelines.*



## Value Our Policy

Comply with the [Business Conduct Policy](), adhere to applicable legal requirements, and apply Apple's Principles of Business Conduct to your work and interactions. Hold all Apple partners and colleagues to our high standards.

## Ask Questions

When in doubt, discuss the situation with a manager, People, or Business Conduct.

## Speak Up

If you become aware of a violation of Apple's Business Conduct Policy, other Apple policies, or legal or regulatory requirements, notify a manager, People, Legal, or Business Conduct.


© 2026 LRN Corporation

# Respecting Human Rights

At Apple, we work every day to put people first by respecting the human rights of everyone whose lives we touch. This means leading with our values and embedding this respect for human rights across our company—in the technology we make, in the way we make it, and in how we treat people.

*Select each title to learn more about how we do business.*



## Our Human Rights Policy

Our Human Rights Policy governs how we treat everyone, including our customers and teams, our business partners and communities, and people at every level of our supply chain. At Apple, we're deeply committed to respecting internationally recognized human rights in our business operations.

Our approach is based on the United Nations Guiding Principles on Business and Human Rights (UNGPs). We conduct human rights due diligence to identify risks, and we work to mitigate, and—where appropriate—remediate human rights issues and impacts across Apple's business.


© 2026 LRN Corporation

## Our Commitments

Examples of our work to embed a respect for human rights include our commitments to:

- Respect the rights to privacy and access to information
- Support inclusion and diverse perspectives, backgrounds, and experiences in our workforce, and in development of products and services
- Respect labor and human rights in our supply chain by working closely with suppliers so that people in our supply chain are treated with dignity and respect
- Protect the planet in how we design, build, and recycle our products, and through responsible sourcing and use of materials and natural resources
- Respect the right of employees to form or join (or refrain from joining) organizations of their choice in a lawful manner without discrimination, retaliation, or harassment

For more information on Apple's human rights efforts, review the Human Rights Policy and visit pages such as Privacy, Inclusion & Diversity, Accessibility, and Supply Chain Innovation.


© 2026 LRN Corporation

# Principle of Respect

Respect is one of the Principles of Business Conduct that guides Apple's business practices and is a foundational element of our culture. It's necessary for great collaboration and debate, and for our ideas, products, and services to be as great as they can be.

We believe a safe, inclusive, and respectful environment is essential to ensure both the quality of our workplace and the success of our business. Respect is a shared responsibility, and should be demonstrated every day through actions, interactions, and decisions in the workplace. Employees must be professional in their interactions with colleagues, customers, and third parties.

Respect doesn't mean that we don't disagree or debate—it means that when we do so, we do it in a way that doesn't cause a coworker to feel offended, humiliated, or intimidated. Failing to abide by this principle may be a violation of the Business Conduct Policy and could lead to disciplinary action, up to and including termination.




© 2026 LRN Corporation

# Harassment and Discrimination



There's no room for harassment or discrimination at Apple. We're an equal opportunity employer and don't discriminate based on characteristics protected by law in our recruiting, hiring, training, promoting, or when making other employment decisions.

We do everything we can to safeguard and reinforce a culture where employees feel encouraged to speak up and report inappropriate conduct through any avenue that's most comfortable for them. Every employee at Apple is required to complete mandatory Respect at Apple training to ensure that we all understand Apple's strict stance on harassment and discrimination.

Ensure that your words and actions create a culture of respect and inclusion for others. Your commitment to doing this contributes to an environment where every employee can focus on doing their best work.


© 2026 LRN Corporation

# Speak Up

Any Apple employee, temporary agency worker, contractor, intern, or anyone doing business with Apple may report a concern. We encourage anyone with a concern to raise it in the way they feel most comfortable, internally or externally. Reported concerns may be shared with appropriate internal partners to review and investigate as needed. Concerns that relate to workplace issues, including harassment, discrimination, or retaliation, are shared with Employee Relations to thoroughly review the concern and determine the best course of action.



Apple's Global Whistleblowing Policy provides additional information about Apple's approach to protecting and supporting individuals who report potential misconduct, and the rights of employees to raise concerns externally, as provided by applicable law.

Apple managers have both an opportunity and an obligation to encourage open communication and support employees who come to them with concerns. Employees with concerns can reach out to a manager, Legal, Business Conduct, or visit the People team's Report a Concern page.

*Select the hotspots to reveal the different ways to get in touch.*

## The People Team

If you believe something at Apple is inconsistent with our values or policies, or keeps us from doing our best work, it's important to address the issue directly or get the assistance you need. The People team is focused on supporting you throughout your Apple experience. They can answer questions, provide expert guidance, or connect you with the right resources to help address your workplace concerns. For online and phone reporting options, visit the People Support page.

## Business Conduct

Contact Business Conduct to ask questions related to the Business Conduct Policy or to report violations of the Business Conduct Policy, other Apple policies, or legal or regulatory requirements. You can also visit People's Report a Concern page to learn more about reporting options.


© 2026 LRN Corporation

## External Reporting Helpline

Apple's external helpline is available for both employees and third parties to report concerns, and it allows for anonymous reporting where permissible under applicable laws.

## Management

Supporting team members is an important part of what managers do. If you feel comfortable speaking with your manager—or any leader at Apple—you may raise your concerns to them. They can help.

 © 2026 LRN Corporation

# The Reporting Process

*Select each icon to reveal what you need to know about Apple's process for handling concerns and allegations.*



## Anonymity and Confidentiality

**Anonymity** means your name is never associated with a report.

**Confidentiality** means your name is shared only with the appropriate people necessary to resolve the issue and with those who have a business need to know.


© 2026 LRN Corporation



## Investigating Anonymous Allegations

Business Conduct's external helpline provides for anonymous reporting and follow-up. Keep in mind that it may be more difficult to investigate an anonymous concern. Some local laws have restrictions on anonymous reporting.



## Action and Closure

Depending on the nature of your concern, it may require a formal investigation. After the appropriate investigation team finishes its review, you and other individuals involved in the investigation may be contacted with confirmation that the investigation is complete.

Based on the findings, disciplinary action may be taken. For confidentiality reasons and to comply with local laws (where applicable), it may not be possible to disclose details of the investigation or whether disciplinary action was taken.

This action is intended to stop the reported behavior, so if you believe that the behavior is continuing or if you have a new concern, raise it immediately. You can work with the team who helped with your original concern or report a new concern.


© 2026 LRN Corporation



# No Retaliation

Apple won’t retaliate—and **won’t tolerate retaliation**—against any individual for reporting a good-faith concern or complaint internally or externally, or for participating in the investigation of a concern or complaint. If you believe someone is retaliating against you, immediately reach out to your manager, your People Business Partner, the Business Conduct Helpline, or Report a Concern.

Your country or region may have additional anti-retaliation laws or policies.


© 2026 LRN Corporation

# Protecting Apple




© 2026 LRN Corporation

# Protecting Apple

You play a key role in helping us protect Apple. It's important that you have a strong understanding of how to best protect Apple's facilities, assets, and information. You must understand what's considered Apple Confidential Information, and how to handle this information both internally and externally. It's also important to follow Apple's policies and guidance around posting and publishing content, as well as speaking publicly about topics related to Apple's products and services.




© 2026 LRN Corporation

# Confidentiality at Apple

One of Apple's greatest assets is information about our products and services. The Confidentiality and Intellectual Property Agreement (IPA) or terms you signed when you joined Apple outlines your duty to protect Apple Confidential Information. Even within Apple, Apple Confidential Information should only be shared on a need-to-know basis.




© 2026 LRN Corporation

# What's Confidential at Apple?

Apple Confidential Information means all Third Party Confidential Information and all non-public materials or information relating to past, existing, or future products or services, including but not limited to sales, pricing, operations, sources of material, financials and marketing plans. For the full definition and to learn more about Apple Confidential Information, visit the Business Conduct website. Third Party Confidential Information is any confidential information disclosed to Apple by customers, partners, suppliers, and other third parties during the course of business.

*Select the forward arrows to learn more about confidentiality at Apple.*

## What Information Isn't Considered Apple Confidential?



Apple Confidential Information doesn't include information that's generally available to and known by the public, and it doesn't include information such as wages, hours, or working conditions, which employees can discuss internally or externally.


© 2026 LRN Corporation

# What Are Examples of Apple Confidential Information?



Examples of Apple Confidential Information include but aren't limited to:

- Inventions
- Trade secrets
- Prototypes
- Source code
- Materials regarding past, current, or future products and services
- Customer data
- Pricing
- Product roadmaps
- Finance and marketing plans

 © 2026 LRN Corporation

# Know What's Secret

Which of the following are considered Apple Confidential Information?

*Select 'Yes' if the items are considered Apple Confidential and 'No' if they're not.*



## Internal strategy and planning

Yes ✔ No ✘

## Unannounced products, software, services, features, or pricing

Yes ✔ No ✘

## Unannounced marketing and financial information

Yes ✔ No ✘

## Internal communications that contain information about Apple's products or services


© 2026 LRN Corporation

Yes ✔

No ✘

## Your employment at Apple

Yes ✘

No ✔

## Apple press releases

Yes ✘

No ✔

### Correct

All choices are considered Apple Confidential Information except for Apple press releases and your employment at Apple. For more information on what's confidential at Apple, review the Business Conduct Policy. For information on protecting Apple Confidential Information, review the Confidentiality and Disclosure page.

### Incorrect

All choices are considered Apple Confidential Information except for Apple press releases and your employment at Apple. For more information on what's confidential at Apple, review the Business Conduct Policy. For information on protecting Apple Confidential Information, review the Confidentiality and Disclosure page.

### Incorrect

All choices are considered Apple Confidential Information except for Apple press releases and your employment at Apple. For more information on what's confidential at Apple, review the Business Conduct Policy. For information on protecting Apple Confidential Information, review the Confidentiality and Disclosure page.

 © 2026 LRN Corporation

# Protecting Apple's Intellectual Property



Mark is leaving Apple and taking a role with another company. Mark is preparing his Apple Owned Units (AOUs) for his departure, but some of his behavior may be risking Apple's intellectual property.

*Select 'Yes' if the scenarios risk Apple's intellectual property and 'No' if they don't.*

---

## Mark is keeping his MacBook because his manager never asked him to return it.

Yes ✔ | No ✘

---

## Before leaving, Mark accesses files for projects that he previously worked on. He then places the data on an external hard drive.

Yes ✔ | No ✘

---

## Mark's manager notices that he has requested several new disclosures on secret programs after he announced his departure from Apple.


© 2026 LRN Corporation

Yes ✔ No ✘

After Mark's departure from Apple, he's still communicating about open project work in his Apple team group iMessage.

Yes ✔ No ✘

Mark would like to remove any personal information from his AOU before his departure, so he plugs in an internal drive to transfer the data. He accidentally ends up putting a work-related folder with confidential information on the drive.

Yes ✔ No ✘

Mark is reviewing his iCloud Drive on his AOU. He moves work related documents outside of the "Apple Work" folder and into a personal folder which he can still access after his departure.

Yes ✔ No ✘

Mark takes the career development feedback he's received during his time at Apple (which doesn't include any Apple Confidential Information) and


© 2026 LRN Corporation

plans to use this to ensure he's performing to the best of his ability in his new role.

Yes ✘ | No ✔

## Correct

The first six options put Apple's intellectual property at risk. The IPA or terms you signed when you joined Apple extend during and beyond Apple employment. Apple offers a checklist for employees leaving Apple to ensure all steps are appropriately followed. If you or someone you know leaves Apple, you must protect Apple's intellectual property, as signed in your IPA or terms, by following these important obligations, including: returning AOUs, deleting Apple intellectual property from any external storage devices, ensuring that all Apple Confidential Information and work files are left behind, and removing access to work group iMessages. If you're a manager, don't include Apple Confidential Information when providing career development feedback, including in performance reviews. If you hear of anyone that may be risking Apple's intellectual property, please contact Global Security Investigations. For information on removing information from devices, review the instructions on returning your device.

## Incorrect

The first six options put Apple's intellectual property at risk. The IPA or terms you signed when you joined Apple extend during and beyond Apple employment. Apple offers a checklist for employees leaving Apple to ensure all steps are appropriately followed. If you or someone you know leaves Apple, you must protect Apple's intellectual property, as signed in your IPA or terms, by following these important obligations, including: returning AOUs, deleting Apple intellectual property from any external storage devices, ensuring that all Apple Confidential Information and work files are left behind, and removing access to work group iMessages. If you're a manager, don't include Apple Confidential Information when providing career development feedback, including in performance reviews. If you hear of anyone that may be risking Apple's intellectual property, please contact Global Security Investigations. For information on removing information from devices, review the instructions on returning your device.

## Incorrect


© 2026 LRN Corporation

The first six options put Apple's intellectual property at risk. The IPA or terms you signed when you joined Apple extend during and beyond Apple employment. Apple offers a checklist for employees leaving Apple to ensure all steps are appropriately followed. If you or someone you know leaves Apple, you must protect Apple's intellectual property, as signed in your IPA or terms, by following these important obligations, including: returning AOUs, deleting Apple intellectual property from any external storage devices, ensuring that all Apple Confidential Information and work files are left behind, and removing access to work group iMessages. If you're a manager, don't include Apple Confidential Information when providing career development feedback, including in performance reviews. If you hear of anyone that may be risking Apple's intellectual property, please contact Global Security Investigations. For information on removing information from devices, review the instructions on returning your device.

 © 2026 LRN Corporation

# Take Secrecy Seriously



Apple's ability to surprise and delight our customers is a responsibility we all share and can take pride in. This means that we each play a part in protecting Apple's Confidential Information and intellectual property. If someone asks you to provide information about an unreleased product or service, it's your obligation to say no.

There's an entire industry built on trying to extract confidential information from Apple, and it doesn't take much for a reporter or blogger to ruin our ability to tell our story about our products in a way that honors our work. Apple has built a robust investigations team to successfully track down leaks of intellectual property and Apple Confidential Information. Employees who are caught leaking Apple Confidential Information are terminated.

The Global Security team is here to help. If you see something, say something—email Global Security at leaks@apple.com if you:

- See or hear of a potential leak of Apple Confidential Information
- Believe you may have accidentally compromised Apple Confidential Information
- Are solicited by a blogger, journalist, consultant, or third party to share Apple Confidential Information


© 2026 LRN Corporation

# Know What to Say

Connecting with people through professional and social networks like LinkedIn, X, and Facebook is fine, but sometimes Apple employees are targeted by analysts, bloggers, and reporters searching for the inside scoop on Apple products. This is called social engineering.

This outreach usually promises the discussion will be "off the record," or "on background," or they may say they're looking for "confirmation of information" they claim to have heard elsewhere.

If you're approached or asked questions on social media about confidential aspects of Apple's products, features, earnings, release dates, or similar topics—no response is the best response, and you should forward the request to leaks@apple.com. Never confirm or deny information or encourage speculation, and don't give hints.

Review the following scenarios and questions from external contacts and decide if the response to the question is protecting Apple's Confidential Information or revealing it.

*Select 'Protecting' or 'Revealing' in each case.*

## Question: I noticed you recently changed your position at Apple and was wondering about your experience on your previous project. Would you be open to chatting with me? We can keep your input anonymous.

## Julie's Response: No response and forwards the email to leaks@apple.com.




© 2026 LRN Corporation

Protecting ✔ Revealing ✘

Question: I'm writing a story on a project I believe you're involved in, and I'm curious who you think should lead the next version of your product.

Clarke's Response: I don't discuss anything related to Apple's products or services externally.

Protecting ✔ Revealing ✘

Question: Can I speak to you about Apple's next Jetpack and some other confirmed projects?

Charlotte's Response: Any questions from the media related to Apple's products or services can be sent to media.help@apple.com.

Protecting ✔ Revealing ✘

Question: I'm working on a story about Apple's new spaceship engine and was hoping to connect with you. I know you can't say much and was just hoping to cover what I've already heard from others. Not looking to quote you.

 © 2026 LRN Corporation

**Yafei's Response: I'm happy to set aside time to discuss this development with you.**

Protecting ✘ | Revealing ✔

---

**Question: Can we please connect on LinkedIn? I'm looking to get some insight into the next version of iPhone. Could you share some information with me?**

**Shelley's Response: No response, blocks user, and flags the message as a violation of the platform's User Licensing Agreement.**

Protecting ✔ | Revealing ✘

---

### Correct

All responses except for Yafei's are appropriate responses to protect Apple Confidential Information. You have a right not to be questioned about your work. We're all proud of what we do, and leaking is a violation of the IPA or terms you signed when you joined Apple, as well as the Business Conduct Policy. No response is the best option, but you can ask to stop being intruded upon and to stop attempts that undermine our values and intentions. LinkedIn and Gmail also prohibit spam, harassment, and the use of their platforms to solicit or commit crime, which in this case would be theft of trade secrets. All inquiries from media outlets or from financial or industry analysts about Apple's products, earnings, release dates, or similar topics should be referred to Corporate Communications or Investor Relations. You shouldn't provide any response to these requests for comment.

---

### Incorrect

All responses except for Yafei's are appropriate responses to protect Apple Confidential Information. You have a right not to be questioned about your


© 2026 LRN Corporation

work. We're all proud of what we do, and leaking is a violation of the IPA or terms you signed when you joined Apple, as well as the Business Conduct Policy. No response is the best option, but you can ask to stop being intruded upon and to stop attempts that undermine our values and intentions. LinkedIn and Gmail also prohibit spam, harassment, and the use of their platforms to solicit or commit crime, which in this case would be theft of trade secrets. All inquiries from media outlets or from financial or industry analysts about Apple's products, earnings, release dates, or similar topics should be referred to Corporate Communications or Investor Relations. You shouldn't provide any response to these requests for comment.

### Incorrect

All responses except for Yafei's are appropriate responses to protect Apple Confidential Information. You have a right not to be questioned about your work. We're all proud of what we do, and leaking is a violation of the IPA or terms you signed when you joined Apple, as well as the Business Conduct Policy. No response is the best option, but you can ask to stop being intruded upon and to stop attempts that undermine our values and intentions. LinkedIn and Gmail also prohibit spam, harassment, and the use of their platforms to solicit or commit crime, which in this case would be theft of trade secrets. All inquiries from media outlets or from financial or industry analysts about Apple's products, earnings, release dates, or similar topics should be referred to Corporate Communications or Investor Relations. You shouldn't provide any response to these requests for comment.

 © 2026 LRN Corporation

# Be Aware of Tailgating

Have you ever seen a movie where someone waits for a person to open a locked door and then slips in before the door closes?

This type of thing happens at Apple. It's the most common security breach at our facilities, and it's the easiest to prevent.

*Select each hotspot to find out more about tailgating.*



## Our Responsibility

We all have the responsibility to protect our people and Apple Confidential Information. If you hold the door for someone or let them follow you in, make sure they badge in—every time. Do this even when you know the person.

## Wear Your Badge

Wear your badge visibly and don't be afraid to question anyone who hasn't badged in. It's part of Apple's culture. Here are some ways you can do it respectfully.

- "Don't forget to badge in."
- "Doesn't look like the badge reader worked. Would you mind trying it again?"
- "Forgot your badge? No problem. Go to the lobby, and the receptionist can help you get access. Or you can call your department admin or manager for assistance."

 © 2026 LRN Corporation

## Be Aware

Making sure everyone badges in protects our people, our stuff, and Apple Confidential Information. When everyone makes it a habit, tailgaters will stand out. If someone refuses to scan their badge or if you have any lingering concerns, contact Global Security immediately.


© 2026 LRN Corporation

# Be Aware of Your Surroundings

Before discussing or working with any Apple Confidential Information, make sure you're in an appropriate place where you won't accidentally divulge or expose that information. Look around. Is someone able to listen to your conversation or see your screen?

All Apple employees should follow the guidelines on maintaining a secure workspace, whether in the office, working remotely, or on Webex.




© 2026 LRN Corporation

# Are They Disclosed?

Before sharing confidential project information, always check if someone is disclosed using internal tools, including Disclosure Central and SWE Disclosure Check. Disclosure Central also offers three resources: DisclosureBot for Calendar, DisclosureBot for Slack, and DisclosureBot for Mail.

These tools identify and track who's disclosed on which projects, so you know whether you can share confidential project details with specific coworkers.

If you're planning a large meeting that might include people not disclosed on information to be presented, contact New Product Security for best practices. For more information on disclosure, visit Global Security.




© 2026 LRN Corporation

# Public Spaces, Apple Confidential Information

Orla and her colleagues have a group iMessage. After sending a question about prerelease product information, Orla notices that there's an unknown number in the thread. Orla knows this is a security risk for Apple. What should she do?

- ○ Remove the person from the thread and continue the conversation as usual.
- ◉ Raise the concern with Global Security, note the number, and then remove the person from the thread.
- ○ Ask the person who they are and ask them not to share the information shared.

Feedback

The second answer is correct. If you're sharing Apple Confidential Information over iMessage, be sure that only the appropriate contacts are included in the thread. If an unknown contact who you believe may be outside the project appears in the thread, immediately raise your concern with Global Security. To keep Apple Confidential Information secure, we must be diligent about using secure platforms, and also be aware of user error.


© 2026 LRN Corporation

# Recognize Risks

Which of the following situations could put Apple at risk?

*Select 'Yes' if the items could put Apple at risk and 'No' if they couldn't.*



## Using a USB flash drive to transfer files from your computer to a vendor's computer

Yes ✔ | No ✘

## Using unapproved AI tools in your work

Yes ✔ | No ✘

## Leading a conference call on a commuter shuttle

Yes ✔ | No ✘

## Using WhatsApp to communicate with a coworker about project details


© 2026 LRN Corporation

Yes ✔ No ✘

## Using the same passwords for work devices as personal devices

Yes ✔ No ✘

## Sending anything work related from your Apple email address to your personal email

Yes ✔ No ✘

## Sharing your AOU with a family member or friend for them to utilize shared home apps

Yes ✔ No ✘

### Correct

All options could put Apple at risk. Remember to always use Apple approved communication tools and applications and be aware of your surroundings to avoid putting Apple at risk.

### Incorrect

All options could put Apple at risk. Remember to always use Apple approved communication tools and applications and be aware of your surroundings to avoid putting Apple at risk.

 © 2026 LRN Corporation

Incorrect



All options could put Apple at risk. Remember to always use Apple approved communication tools and applications and be aware of your surroundings to avoid putting Apple at risk.

 © 2026 LRN Corporation

# Protecting Your Work

All of the work you do at Apple is valuable. Protecting that work on your devices and in approved cloud services is critical. Global Security provides guidance on how to best protect your work with automatic backups, encryption, and strong authentication, as well as information on how to protect your devices.

Visit IS&T Web to find more information on setting up trusted devices with AppleConnect and password best practices. IS&T is also the best place to find official Apple collaboration and cloud tools.

Visit Information Security for a thorough list of policies. Apple Owned Units (AOUs), as well as prototypes, are Apple property and shouldn't be gifted or shared outside of Apple.

*Select each icon to learn more about keeping devices secure.*



## Unattended Devices

**Apple prototypes or devices with unreleased software must be kept with you at all times.** Never leave Apple devices of any kind unattended in any unsecure location, including in a vehicle. Bluetooth and Wi-Fi scanners can detect electronics in cars—it doesn't matter if the device is out of sight.

 © 2026 LRN Corporation



## Find My

Find My helps you locate your Apple devices and anything attached to an AirTag. Turn on Find My on all Apple devices.



## FileVault

FileVault secures the data on your hard drive by encrypting its contents and providing added security if a computer is lost or stolen. You should turn on FileVault on any macOS devices.

 © 2026 LRN Corporation



## Prototype Management

Before taking any prototypes out of secure Apple spaces, you must ensure correct approvals and security mitigations are in place. Contact NPS@apple.com if you're unsure what applies to your prototypes. Always follow approved procedures in handling unreleased hardware prototypes or unreleased software.



## Mobile Device Management

IS&T uses mobile device management (MDM) to keep your devices up to date. It's helpful to ensure as many apps as possible are enrolled. For instructions on how to determine which MDM you're enrolled in, visit Self Service FAQ. You can also review Device Management FAQ.

 © 2026 LRN Corporation



## Strong Passwords

Strong passwords involve several common but unrelated words. Arrange your words together and use a combination of uppercase and lowercase letters plus numbers.

---

## Druva inSync

Druva inSync, a corporate backup application, keeps your data and documents safe and secure.

 © 2026 LRN Corporation

# What to Do If You Lose Your Device

If you know your device has been stolen, contact Global Security immediately.

If you've misplaced your device, follow these steps:

1. Take 30 minutes to retrace your steps and use Find My to help locate it.
2. Inform your manager and call Global Security at +1-408-974-3333. This number is on the back of your badge.
3. Use Find My to lock your device. If the device is prerelease hardware or contains prerelease software, don't wipe it unless instructed to do so by Global Security Investigations.




© 2026 LRN Corporation

# Managing Information: Records

Employees are responsible for managing and protecting Apple's records in accordance with the Records Management Policy and for following the retention requirements defined in the Records Retention Schedule.

Records include any type of information created, received, or stored that could be considered evidence of Apple's business operations. This includes financial, legal, engineering, and product design and development documents.

Records should be stored electronically in an Apple-approved location, such as Box, except when there's a specific requirement to keep paper. Ask your manager what other storage options are recommended for your team.

Please note that you may need to retain records beyond the standard retention period if they're subject to a legal hold. When Apple anticipates litigation, a government inquiry, or another legal matter, the company must preserve relevant information. Legal issues a Legal Hold Notice—formerly called a Document Retention Notice (DRN)—to individuals and system administrators who may have relevant data. Visit the Legal Hold and DRN Portal to review your active Legal Hold Notices. For help locating and preserving relevant information, see Legal Hold and DRN Portal. Do not delete or destroy information subject to a legal hold until Legal releases the notice.




© 2026 LRN Corporation

# Copyright

At Apple, we respect the creativity and hard work of people who create music, movies, TV shows, apps, books, and other content. Apple has a policy against copyright infringement.

Check our Copyright Policy before copying, modifying, displaying, distributing, storing, or otherwise using any third-party materials. If you still have questions, please contact Permissions.

It is illegal to do the following without permission from the third-party owner:

- Circumvent software technical protection measures to access copyrighted content.
- Modify or copy third-party copyrighted material and incorporate it without permission to make new external or internal content, including slide decks, marketing materials, or videos.
- Play a movie you purchased, whether on DVD or in digital format, on an AOU or your personal device and show it on a screen in a break room, or anywhere outside your home where people other than your family and close circle of friends may gather. This is considered a public performance that requires a license. A public performance license is also required to watch content through traditional linear TV broadcasts (such as via a cable company), including sports events. Also, the terms of use (TOS) for apps apply to content streamed through those apps and most TOS prohibit streaming in commercial settings, including in break rooms to watch sports games.




© 2026 LRN Corporation

# Is It Considered a Violation?

Which of these situations are likely to be a violation of Apple's policy, as well as a violation of copyright laws?

- [x] Taking an image downloaded from a third-party site and using it in Apple products, services, or other content or materials without permission from the third party
- [x] Storing an unauthorized download of a music video on an AOU
- [ ] Using images created internally by Apple employees for Apple Keynote presentations
- [x] Playing a movie on an AOU, on a personal device, or through an Apple network (including Apple VPN) in a break room for a group of employees to watch
- [ ] Using images that aren't protected by copyright laws in Apple Keynote presentations
- [x] Using software tools to bypass encryption and other access controls in order to copy and use copyrighted material for business purposes

Feedback

The first, second, fourth, and sixth answers are examples of copyright infringement and piracy, which are prohibited under Apple's policies. Downloading or storing illegally obtained content on an AOU or through an Apple network (including Apple VPN), or playing a movie or live TV on a breakroom TV without the proper licenses, as well as using software to bypass encryption of copyrighted material are all prohibited and may result in disciplinary action up to and including termination of employment.

Using images created by Apple employees for an Apple Keynote is allowed. You may also use images licensed by Apple for Apple Keynote presentations. Creative materials that aren't protected by copyright laws are considered to be in the public domain and may also be used. If you have any questions about whether a work is protected by copyright laws or requires a license to be used, please consult the Copyright team. To learn more, visit Apple's Copyright-Protected Content Policy and Copyright Policy. If you still have questions about using third-party materials, contact Permissions.


© 2026 LRN Corporation

# Pause Before You Post or Speak Publicly

Before posting or speaking publicly about topics related to Apple's products or services, or reasonably anticipated products or services, you'll need to receive approval from your manager and Corporate Communications. In some instances, you may also need Legal and VP or SVP approval. You also need approval before speaking publicly if doing so would be reasonably perceived as representing Apple. Your wages, hours, and working conditions aren't considered part of Apple's business interests, and there are no restrictions on you speaking or posting freely, internally or externally, about these topics, including information about harassment, discrimination, or any other conduct you have reason to believe is inappropriate in the workplace.




© 2026 LRN Corporation

# Posting on Social Media

Many Apple employees actively post to social media platforms such as LinkedIn, X, Instagram, BlueSky, Weibo, and TikTok. Which of the following posts are appropriate according to Apple's Social Media and Online Communications guidelines?

- [ ] We're on the final countdown for a surprise announcement next week! Can't wait to see it live. #AppleLaunch
- [ ] One of our suppliers will be in town for the next announcement. I'm on my way to pick her up from the airport!
- [x] Just had an amazing day at Apple Park—love working at Apple!
- [x] Excited about last week's iPhone launch! Great work to the whole team that was involved!
- [ ] Check out my latest TikTok to hear about the best features in the new iOS update.
- [x] Just got my new Apple Watch! I'm challenging myself to close my rings each day.

Feedback

The third, fourth, and sixth posts are acceptable because they don't divulge Apple Confidential Information and they don't give the impression that you're speaking on behalf of Apple. Employees can't discuss Apple Confidential Information about Apple's products or services, such as a product release or an upcoming announcement. Posting about Apple's products or services, or reasonably anticipated products or services, may be perceived as speaking on behalf of Apple, so it's not okay to review Apple products or services, with some exceptions for content like books and music. Nothing in these guidelines should be interpreted as restricting your right to speak freely or report concerns about wages, hours, or working conditions, internally or externally.

 © 2026 LRN Corporation

# The Video Blogger

Warren is an Apple employee who frequently livestreams and shares his insights into new and upcoming tech products. In some of the videos, Warren talks about Apple products and services.

He's unsure whether the videos could be a concern for Apple. What should Warren do?

- ○ He doesn't have to do anything since it benefits Apple if he's promoting our products.
- ◉ He can't share his insights about Apple products and services since it may reveal Apple Confidential Information or seem like he's speaking on behalf of Apple.
- ○ He should go ahead and post about the new and upcoming tech products. As long as he doesn't tell anyone, management won't find out.
- ○ As long as he also reviews competitor products, it's fine to review Apple's products.

Feedback

The second option is correct. Apple employees are generally not permitted to speak publicly about Apple products or services, products or services that compete with Apple's, or products we sell in stores or online, without Corporate Communications approval. In some instances, VP or SVP approval is needed, in addition to review from Legal.

Employees may create their **own** content or reviews about music, books, TV shows, and movies as long as:

- The content they're reviewing isn't created by Apple
- They do so in a clearly personal capacity and
- Neither their role nor the role of their immediate team involves that type of content

**Games and Apps** have other requirements in addition to those listed above. Employees may only create content or reviews about **games and apps** that aren't created by Apple **or** that don't directly compete with the apps Apple creates. Employees may not review content distribution platforms, such as online music or bookstores. They also may not talk about underlying software in a game or app.


© 2026 LRN Corporation

# Can Laila Participate?

Laila is an Apple employee who was invited to be interviewed on her friend's TikTok to talk about the history of women's professional sports. Each guest is asked to share information about their personal background and where they work. Laila isn't sure what to do. Which advice should she follow?

- [x] Laila can participate as this isn't related to Apple's products or services or reasonably anticipated products or services. She can share that she works at Apple, but she needs to be careful not to divulge Apple Confidential Information.
- [x] If she has questions about participating, Laila can reach out to her manager, Business Conduct, or Corporate Communications.
- [ ] Laila can't participate because Apple employees aren't allowed to be featured on TikTok videos.
- [x] If Laila thinks the conversation might get into any specifics about what she does at Apple, she should talk to her manager and then Corporate Communications for guidance.

Feedback

The first, second, and fourth answers are correct. Laila has only been asked to speak about the history of women's professional sports, which isn't related to Apple's products or services, so she's allowed to participate. Nothing restricts an employee from saying where they work, as long as they're not sharing Apple Confidential Information.

Keep in mind, employees must be careful not to talk about Apple's current or reasonably anticipated products or services, or speak in a way that could be construed as speaking on behalf of Apple, because doing so is only permitted with preapproval from their manager, Corporate Communications, and in some instances, their VP and SVP. If you're ever unsure about what's okay, talk to your manager, Business Conduct, or Corporate Communications before proceeding.




© 2026 LRN Corporation

# What Do You Think?

Jeremiah is an Apple employee who was asked to speak at his alma mater about his career journey and how his time at the university has prepared him for his career. Jeremiah is unsure if he can accept the invitation and participate.

What should Jeremiah do?

- [x] Participate in the event. It's okay for Jeremiah to say he works at Apple and discuss his career journey generally, as long as he's not discussing Apple Confidential Information or giving the impression that he's representing Apple.
- [x] Jeremiah should make clear to his alma mater that he'll be speaking to his personal career journey, and he'll not be speaking about Apple's products or services.
- [ ] Since he's a volunteer, it's okay to speak at the event about his work at Apple.

Feedback

The first and second options are correct. As long as participating in the event wouldn't include Jeremiah discussing Apple's products or services, or reasonably anticipated products or services, he can participate. If the event could end up with him talking about Apple, Jeremiah should check in with his manager and Corporate Communications before participating, and additional senior approvals may be required.

Under no circumstances should Jeremiah share Apple Confidential Information, give the impression that he's speaking on behalf of Apple, or allow the Apple logo to be used in association with his participation in the event, unless he's an authorized spokesperson for Apple and has prior, written approval from his SVP and Corporate Communications.




© 2026 LRN Corporation

# Public Speaking and Posting Considerations

Before speaking publicly or posting online, review the guidelines and considerations below to ensure you're doing so in a way that protects Apple and respects our work and each other.

*Select each icon to learn more about public speaking and press guidelines.*



## Expenses and Compensation

If Corporate Communications has approved your request to post or speak publicly and you're speaking in an Apple capacity, you may not accept any type of compensation for the speaking role or post, but you can accept related expenses, such as travel and lodging.


© 2026 LRN Corporation



## Endorsements

You should never endorse a product or service of another business or individual in your role as an Apple employee, unless the endorsement has been approved by your team's leadership and Corporate Communications.



## Academic Activities

If your contribution is technical or academic and could relate to Apple's current or reasonably anticipated products or services, complete the Academic and Industry-Related Activities Questionnaire to obtain review from Legal and Business Conduct. Note that activities that may be a conflict will require approval from the most senior person reporting to the CEO of both your and any other relevant organizations.

Employees in the Artificial Intelligence/Machine Learning (AIML) organization should follow the Guidelines for Academic Activities of Apple Employees in AIML for speaking externally about AIML topics.

Employees in any organization who want to publish research papers on behalf of Apple should follow the guidelines on the Business Conduct website.

 © 2026 LRN Corporation



## Protect Apple Confidential Information

All Apple employees have an obligation to protect Apple Confidential Information, even when speaking or posting publicly.



## Respect Our Customers

Always treat customer private and personal information with the utmost care. Never use customer information to contact them for social reasons. Apple employees must never discuss private or personal information about a customer or make comments online about customers that would violate Apple policy.


© 2026 LRN Corporation



## Respect Each Other

Apple is an inclusive organization that welcomes employees and customers from different backgrounds with different values. We expect employees to be respectful of other points of view when engaging with colleagues and customers. Keep Apple’s policies in mind when you post online.


© 2026 LRN Corporation

# Individual Accountability




© 2026 LRN Corporation

# Individual Accountability

We're each accountable for understanding how the Business Conduct Policy applies to our individual actions. This includes making sure you're not engaging in an outside activity—including an outside job or serving on a board—that could be a conflict of interest.

It means understanding and complying with your organization's policy on gifts to and from business partners and vendors, as well as the rules that apply when public officials are involved. And it means understanding when personal activities around investments, charitable donations, and political activities are fine—and when they cross the line and violate Apple policy and the law.




© 2026 LRN Corporation

# Types of Conflicts of Interest

A **conflict of interest** is any activity that may damage Apple's business, competitive, or financial interests, or gives the appearance of impropriety or divided loyalty.

Conflicts of interest may be real, or they may be perceived. Either way, they can have serious consequences. It's up to you to recognize and avoid inappropriate situations with support from your manager, the People team, and Business Conduct.




© 2026 LRN Corporation

# Personal Relationships

Don’t conduct Apple business with family members or others with whom you have a significant personal relationship. Don’t use your position at Apple to obtain favored treatment for yourself, family members, or others with whom you have a personal relationship. This applies to product purchases or sales, investment opportunities, hiring, promoting, selecting contractors or suppliers, and any other business matter.



Significant personal relationships include, but aren’t limited to, spouses, domestic partners, family members, dating or physical relationships, close friends, and business relationships outside of Apple. Apple business relationships include, but aren’t limited to, vendors, customers, suppliers, contractors, and temporary agency workers.
If you believe that you have a potential conflict involving a family member or other individual, disclose it to your manager and your People Business Partner to review and work through any potential resolution to the conflict. If an exception is needed, written approval from the most senior person reporting to the CEO for your organization is required.


© 2026 LRN Corporation

# Hiring a Supplier

Wei's team is reviewing a proposal from a potential new supplier. Wei's spouse works for the supplier and may be involved in the work with Apple. Wei isn't sure if this could be a conflict of interest. He asks his coworkers for their advice.

*Select each person to see Wei's coworkers' advice, then select whose advice to follow.*

### Isabella

You can definitely proceed to contract with the supplier if they're the best supplier for the job and your relationship will benefit Apple.



### Riya

You should disclose your relationship to your manager right away and remove yourself from any reviews and decisions regarding the proposal.




© 2026 LRN Corporation

**Rowan**

You shouldn't hire the supplier since your spouse works there.



## Whose advice is best?

**Select the best answer.**

- ( ) Isabella
- (•) Riya
- ( ) Rowan

Feedback

Riya gave the best advice. If there's a conflicting relationship with a potential business partner, you need to inform your leadership right away and remove yourself from the business process. Approval from the most senior person in his organization reporting to the CEO would be required for Wei to work in a partnership with this supplier.

Even if they're the best supplier for the job, Isabella's answer is incorrect because Wei must disclose the relationship and remove himself from the decision-making process. By taking Rowan's advice and telling the team to not hire the supplier, Wei would be using his personal relationship to influence a business decision. Hiring the supplier could be appropriate with the proper disclosure and approval.

 © 2026 LRN Corporation

# Outside Activities

We understand that you have interests and activities outside of work and may even have a second job. This is permissible as long as these activities don't create a conflict of interest and otherwise comply with any local laws or regulations related to work hours. If an outside activity would create a conflict of interest, you must obtain written approval from your manager, Legal (if applicable), and the most senior person reporting to the CEO in your organization and any other relevant organizations. Contact Business Conduct to assist with Legal review.



Before taking on an outside activity, ask yourself the following five questions. If any of the answers are *yes* or *I'm not sure,* you should contact Business Conduct to determine next steps and learn what approvals may be needed.

*Select each hotspot to reveal the five questions.*

## Question 1:

Does the activity generate or expose me to intellectual property that competes with or relates to Apple's business, products, or services?

## Question 2:

Does the activity compete with one of Apple's products or services or any products or services Apple is reasonably anticipated to create?

## Question 3:

Would I be using any Apple Confidential Information?

## Question 4:

Would I use my Apple work time or Apple-owned assets, such as a workspace, phone, computer, or printer?


© 2026 LRN Corporation

# Question 5:

Is the activity directly related to the work I do for Apple?

 © 2026 LRN Corporation

# Is It a Conflict?

Which of the following situations could potentially be a conflict of interest at Apple?

*Select 'Conflict' or 'Not a conflict' in each case.*



## Developing a video game in your spare time only for personal use

Conflict ✘

Not a conflict ✔

## Tutoring middle school math in your spare time

Conflict ✘

Not a conflict ✔

## Teaching fitness classes via a streaming platform or an app

Conflict ✔

Not a conflict ✘

## Providing technical feedback for a software application that your cousin just launched


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

## Working as an AI software engineer for Apple and providing technical consulting services to an AI start up

Conflict ✔ Not a conflict ✘

## Leading coding workshops on social media

Conflict ✔ Not a conflict ✘

## Starting an e-commerce website to sell Apple or competitor accessories

Conflict ✔ Not a conflict ✘

## Acting as a volunteer software engineer for a non-profit

Conflict ✔ Not a conflict ✘

## Contributing code to an open-source project


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

### Correct

Developing a video game for only personal use and tutoring math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing a video game for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing a video game for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing a video game for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.


© 2026 LRN Corporation

# The Musician

Melinda, an Apple employee, has been asked by friends who are local musicians if she can help them distribute their music on various platforms since she has published her own music in the past. She's concerned this might be a potential conflict of interest. What should Melinda do?

- ○ This is okay if her role at Apple doesn't have anything to do with Apple Music.
- ◉ It's a conflict of interest for employees to work to distribute other artists' music. Distributing your own music isn't a conflict.
- ○ This is okay as long as she doesn't distribute their music on competitor platforms.
- ○ Melinda shouldn't distribute her own music through Apple Music.

Feedback

The second answer is correct. Even if Melinda's role at Apple may not involve music, Apple is in the business of distributing music and has its own record label.

Employees may not be involved in distributing other artists' music, over any platform, as it would likely be considered a conflict of interest. Employees are free to distribute their own music to any streaming platform, including Apple Music. Employees shouldn't use their position at Apple to get favored treatment for their music (such as getting your music featured as a Staff Pick).


© 2026 LRN Corporation

# Considering Outside Activities

Which of the following would be acceptable outside activities?

- [ ] Consulting or advising a venture capital firm on the selection of technology start-ups
- [ ] Vlogging about virtual or augmented reality gaming products
- [x] Holding a workshop at a community center on how to build a resume
- [ ] Contributing to an open source project you've been involved in prior to joining Apple
- [x] Songwriting and uploading your own music to Apple Music and other streaming services
- [x] Talking to high school students about career development as part of an after-school program

Feedback

The third, fifth, and sixth answers are correct. These are acceptable because:

- Participation in workshops on topics that don't relate to Apple's products or services is acceptable, as is helping students with career development. Writing or producing your own music isn't considered a conflict of interest.

The other options are considered conflicts because:

- Outside advising or consulting on areas that overlap with Apple's business, products, or services can be considered a conflict of interest.
- Virtual and augmented reality gaming devices compete with the Apple Vision Pro product, so vlogging on this topic wouldn't be allowed.
- Employees aren't permitted to contribute to open-source projects in a personal capacity unless they receive approval to do so.
- As with any potential conflict of interest, check with your manager and Business Conduct.


© 2026 LRN Corporation

# Board Positions

There are certain things you need to consider before you're asked to represent Apple on another organization's board.

*Select each title to learn more about board positions.*



## Board Positions

Employees may not serve as a director, trustee, officer, or advisory board member without prior approval from Apple. Apple has preapproved board positions in certain types of organizations. Contact Business Conduct if you have any questions, or if you'd like to seek approval from Apple for a position that isn't in a preapproved category. A board position that presents a potential or actual conflict of interest is unlikely to be approved.


© 2026 LRN Corporation

## Preapproved Board Positions

Serving as a director, trustee, officer, or advisory board member in one of the following types of organizations is permitted as long as doing so wouldn't create a conflict of interest. Visit the Business Conduct website for a full list of preapproved board positions.

- Homeowner associations (HOAs), tenants' councils
- Small family businesses (such as a small property management company or restaurant)
- Religious/worship organizations
- Local sports organizations (such as a kids' football league)
- Local arts organizations (such as a museum or dance company)
- Educational organizations (such as after-school programs or nonprofits that support schools below the college or university level)
  - *Note: This doesn't include boards of higher education institutions, except for alumni boards focused on networking and fundraising.*
- Local social services and community organizations (such as work related to literacy, housing, nutrition, or access to essential services)
- Social and hobby organizations (such as a garden club or historical society)

---

## Representing Apple on a Board

If you've been asked to serve on a board as a representative of Apple, you should work with your manager, Business Conduct, and any business teams impacted by the organization's work to determine if Apple should participate and if you're the best person to represent Apple on that board.

If the position is on a public sector board, work with Business Conduct to assess whether your participation would impact Apple's ability to interact with that government agency.

You should also consult with Corporate Communications, if applicable.

 © 2026 LRN Corporation

# Creating Your Own App or Game

Creating apps or games is considered a conflict of interest because Apple creates apps and games as well as the technology used in apps and games, and it can also generate intellectual property risk for Apple. Employees can create apps only for personal or educational purposes.

Apple employees can’t join the Developer Program, or share, sell, or distribute apps, stickers, or other media (for iOS, Android, or any other operating system), unless required for Apple business purposes.

Some exceptions apply for employees who created apps before joining Apple. Contact Business Conduct to understand the requirements or visit App Creation on the Business Conduct website.




© 2026 LRN Corporation

# Designing Games

Skyler works in AppleCare. In their spare time, they're learning coding for game development. Skyler decides to publish their first game on a popular online gaming platform to get feedback on their skills. Depending on how well it does, Skyler may publish the game on other platforms.

What's the best advice for Skyler in this situation?

*Select each person to see Skyler's coworkers' advice, then choose whose advice to follow.*

### Juan

This sounds like it could compete with Apple's products and services. You should reach out to Business Conduct to see if this is allowed.



### Noah

Sounds like a fun project. You should post your game to get feedback.


© 2026 LRN Corporation



Huda

Keep up the good work. If you’re successful, maybe Apple will put your game on their platform.



## Whose advice is best?

Select the best answer.

- (selected) Juan
- Noah
- Huda

 © 2026 LRN Corporation

Feedback

Juan gave the right advice. Under Apple's Business Conduct Policy, employees aren't permitted to create products or services related to Apple's current or reasonably anticipated products or services, or those of our competitors.

Apple has a gaming platform and creates software and tools that are used in the creation of games, so most activities related to games are considered a conflict of interest. Skyler would need to obtain approval from their manager, Legal, their SVP, and the most senior leader for Apple Arcade in order to continue developing the game, and share, sell, or distribute it.

 © 2026 LRN Corporation

# Volunteering

We believe in supporting our communities, encouraging unity, and helping those in need whenever we can. We understand the importance of positive impact through volunteer activities, including through Apple-sanctioned and Benevity events. For volunteer activities that could potentially overlap with Apple's interests, it's important to contact Business Conduct before volunteering.

A volunteer activity other than an Apple-sanctioned event could be considered a conflict of interest if it:

- Generates or exposes you to intellectual property that relates to or competes with Apple's present or reasonably anticipated products or services
- Involves Apple time or anything other than incidental use of Apple resources
- Requires you to use or disclose Apple Confidential Information

In some circumstances, an outside activity that's the same as or similar to your role or work at Apple could also be considered a conflict of interest.





© 2026 LRN Corporation

# Apple's Matching Gifts Program

Under the Matching Gifts Program and Global Volunteer Program, Apple matches eligible donations and volunteer time, generally at a rate of one-for-one, up to 10000 USD per employee each calendar year. All donations and time must be voluntary and made personally by you and in your name (meaning coming from your credit card or bank account or from your personal time). Donations made by your eligible spouse or domestic partner (either in their own name or jointly with you) are also eligible under the Matching Gifts Program.

You may not receive a match in return for any portion of your donation for which you receive money, goods (such as a meal or event tickets), or services (such as coaching or lessons).



 © 2026 LRN Corporation

# Is It a Violation?

Which of these situations relating to Apple's employee giving program are considered fraud or a misuse of Apple systems or assets? Review the following scenarios and decide if they violate Apple's Matching Gifts Program or Global Volunteering Program.

*Select 'Violation' or 'Not a violation' in each case.*



---

**Theo is supporting a charity by doing a walkathon with his friends. Before the event, he combines his donations and those collected by his friends and submits the total amount to Apple for a donation match.**

Violation ✔ | Not a violation ✘

---

**Jade has recently volunteered 42 hours working on a charity's annual fundraising event. She submits 42 hours to Apple for a volunteer match.**

Violation ✘ | Not a violation ✔

---

**Aiko is asking for donations for a charity she's involved in and submits the received donations as**


© 2026 LRN Corporation

her own to Apple's Matching Gifts Program.

Violation ✔ | Not a violation ✘

---

Tariq has to pay a 1000 USD fee so his son can play in a soccer league. Tariq contributes 500 USD to the league via Apple's Matching Gifts Program and receives a 500 USD match from Apple.

Violation ✔ | Not a violation ✘

---

Huda donated the maximum amount allowed to be matched by Apple for the year to a disaster relief organization. She'd like to donate more money, so she gives the money to a member of her team to make a donation under their name and to submit for a match from Apple.

Violation ✔ | Not a violation ✘

---

Eden receives funds from a nonprofit organization to donate through the Apple Matching Gifts Program and requests a matching gift.

Violation ✔ | Not a violation ✘

---


© 2026 LRN Corporation

### Correct

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

### Incorrect

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

### Incorrect

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.


© 2026 LRN Corporation

# The Repercussions of Fraud

Joel receives an email from someone who says she's the founder of a charity that helps underprivileged kids. The founder asks Joel if she can send him 10000 USD that he can use to make a donation to her charity through Apple's Matching Gifts Program. This would enable the charity to double its money, and Joel would be able to deduct the donation on his tax return. Joel sees that the charity is registered in Benevity and figures this is an easy way to help a charity and get a tax benefit for himself in exchange. He says yes and mentions that he knows other employees who might be interested in doing the same.

What are the possible repercussions of this activity?

- [x] Termination of employment
- [x] Involvement of law enforcement and government agencies
- [x] Criminal charges
- [ ] There are no repercussions. As long as the charity is registered in Benevity, this is fine.

Feedback

The first three options are correct. Submitting fraudulent donations through Apple's Matching Gifts Program is against Apple policy and will lead to disciplinary action, up to and including termination of your employment. It's also illegal, as this type of activity includes tax fraud, wire fraud, and theft. If you're ever unsure of the right course of action around submitting donations or volunteer time for a match, reach out to Business Conduct. For more information on charitable donations at Apple, review the Apple Matching Gifts Program.


© 2026 LRN Corporation

# Maintain and Report Accurate Financial Information

Timely, accurate handling and reporting of financial information and other records isn't only a legal, financial, and management obligation, but is also a fundamental part of our commitment to conducting business honestly and ethically. Intentional manipulation of Apple records is a form of fraud.

At Apple, we never "make the numbers work" by misleading others, misstating facts, modifying records, or omitting critical information. Business expense receipts—such as for meals and travel—are common types of records you might handle. It's critical that these records are accurate and complete to ensure proper reimbursements and to comply with the law. If you have questions about expense reporting, refer to the Expense Reimbursement Process, Business Travel Compliance Policy, or talk to your manager.




© 2026 LRN Corporation

# Is It a Legitimate Expense?

Mehak is on a business trip and has dinner with a friend while she's in town. They go out for an inexpensive dinner and because the total is within the recommended finance guidelines for a personal meal, Mehak feels that it is reasonable to expense the entire meal. She asks her team for advice on how to proceed.

Which advice should Mehak follow?

- ☐ You're still within the finance policy limit, so it is fine to expense the full cost of the meal.
- ☐ I'm sure there's a business reason for eating dinner with your friend—just expense this as a business meal.
- ☐ Just include the expenses with all of your other receipts. No one's going to notice.
- ☑ If you're not sure about an expense, check with your manager.
- ☑ Unless this is a business dinner, you can't expense the entire meal, only your own.

Feedback

The fourth and fifth answers are correct. Mehak can only expense personal meals or business meals that are permissible under Apple policies. Expensing any other meals would be fraud, and a violation of Business Conduct and Finance policies. Refer to the Apple Travel Policy for meal guidelines and how much you can expense each day.

When in doubt, discussing which expenses are appropriate with your manager is always a good idea. Employees are expected to be aware of and follow Apple's Travel, Home Office, and Expense Reimbursement Policy when traveling for Apple business.


© 2026 LRN Corporation

# Understanding Insider Trading



Buying or selling securities (including stock or shares in a company) while aware of information that hasn't been publicly announced, and that could have a material effect on the value of the security, is illegal and considered insider trading. This applies to all trading of securities, including shares of Apple stock and shares of our suppliers, manufacturers, vendors, or customers, such as cellular network carriers, or other business partners.

This also applies if you share material nonpublic information with others so they can buy or sell securities based on the information. Information should be considered nonpublic for at least 24 hours after it has been distributed to the general public. Trading on material nonpublic information is a crime. Penalties for illegal insider trading can include significant fines, monetary damages, and prison time.

For more information, see Apple's Insider Trading Policy. You should also review the Business Conduct Policy to understand when personal investments may create a conflict of interest.


© 2026 LRN Corporation

# Who’s an Insider?

All Apple personnel are considered insiders and are covered by Apple’s Insider Trading Policy. The policy also covers family members who reside with you or are financially dependent on you, and any other person whose transactions in securities are directed by you or are subject to your influence or control. Entities such as family trusts, partnerships, and foundations are also covered if they’re controlled by an insider or another covered person, such as a family member.

We’re all expected to behave ethically and lawfully when we have access to material nonpublic information about the company. This expectation goes hand in hand with the requirement that all employees keep unreleased information about Apple’s business, products, and services confidential.



 © 2026 LRN Corporation

# What's Material?

Material nonpublic information is information about a business that hasn't yet been made public and will likely have a significant impact on the company's share price after it's released. This can refer to information about Apple or one of Apple's suppliers, manufacturers, vendors, customers, or other business partners. A safe rule is that if you learn something about a company through your work that isn't yet publicly available and you think that information would give you an advantage in trading the stock of that company, don't trade.

If you're uncertain whether you're aware of material nonpublic information, reach out to your manager or Insider Trading to discuss your specific situation.

Which of the following situations, not yet announced publicly, would be considered material information that would prevent each person from trading?

*In each case, select 'Permitted' if trading is permitted or 'Not permitted' if trading isn't permitted.*



**Cooper works on the Data Security team and learns that there has been a breach at one of Apple's main suppliers resulting in the supplier's inability to continue manufacturing. It is unclear how long it will take for manufacturing to resume. The next morning Cooper proceeds to sell his Apple shares fearing a decline if the news is released.**

Permitted ✘

Not permitted ✔


© 2026 LRN Corporation

Isaiah manages a carrier partnership at Apple and knows about upcoming carrier program changes that will hurt the carrier's financials as Apple is a major customer. He owns carrier stock from before joining Apple and decides to sell it, concerned about the potential impact on the carrier's stock price and his investment portfolio.

Permitted ✘ | Not permitted ✔

---

Yuna is working on finalizing the financial results for the quarter that just ended. Two days prior to Apple's quarterly earnings announcement she realizes that Apple will report earnings much higher than the market expects. She sees this as confirmation of her long-term belief in the company and goes ahead and purchases additional Apple shares in her private account.

Permitted ✘ | Not permitted ✔

---

Pepe is working on a proposal for an exciting new product that will launch in two years. He's considering purchasing Apple stock as he thinks the new product will drive future revenue growth.

Permitted ✔ | Not permitted ✘

 © 2026 LRN Corporation

Nicolas is part of Apple's software engineering team. During his lunch break, he overhears a conversation by two colleagues discussing a highly confidential project that would involve Apple acquiring a public company. Nicolas proceeds to purchase shares of the target company expecting its price to go up following the announcement.

Permitted ✘

Not permitted ✔

---

Lea works in Apple's operations and doesn't usually access financial information. She's included in an operations planning meeting where for the first time the team shares an update on the current quarter's results as well as the upcoming quarter's forecast. Excited about the company's prospects, she buys Apple stock assuming it's allowed since she's not subject to regular quarterly trading restrictions.

Permitted ✘

Not permitted ✔

---

**Correct**

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

 © 2026 LRN Corporation

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

 © 2026 LRN Corporation

# Gifts

If you're in Services; Legal, Government Affairs, and Global Security; or Sales (Except for ASCs, Community Specialists, Advisors, Territory Leads, and team members working in partner stores), your business group follows a **$150 gift rule**.

Giving or accepting gifts may seem like an important part of establishing relationships and showing appreciation to others. However, giving or accepting business gifts can create a real or perceived conflict of interest. Gifts can lead to a perception of favoritism and an expectation of reciprocity that could compromise an employee's objectivity.

At Apple, a gift is anything of value, including but not limited to meals, travel, entertainment (including tickets), logo items, products, and discounts. Sharing your Employee Purchase Plan (EPP) discount with a vendor or other business partner isn't permitted regardless of the value.

Employees with a $150 gift limit may give or accept gifts or entertainment to or from current or potential vendors, suppliers, customers, or other third parties only if the value is $150 or less, unless one of the key exceptions applies. Gifts of cash or cash equivalents are never permitted.

Employees can give each other gifts; however, gifts to a coworker can't be expensed without written approval from your manager. Gifts for birthdays or other annual events aren't reimbursable.





© 2026 LRN Corporation

# What’s an Acceptable Gift?

There are key exceptions to the gift rule provided in the Business Conduct Policy. Any gifts over $150 in value or exceptions not addressed in the gift rule require written approval from your VP.

*Select each title to learn more about the key exceptions.*



## Low-Value Items and Discounts

Most employees, regardless of the gift limit, can accept low-value, infrequent promotional items, such as pens, notebooks, T-shirts, and other nominal tokens of appreciation. Discounts are permitted as long as they’re available to all employees. Keep in mind that gifts, even of low value, aren’t permissible if the intent is to improperly influence the recipient.

## Business Meals

Employees are generally allowed to give or accept reasonable and appropriate business meals, as long as they’re limited in frequency and expense and comply with Finance policies. Different rules may apply for meals with government employees and officials—review internal resources or reach out to Business Conduct before providing a meal to a government employee or official (including employees of state-owned enterprises).


© 2026 LRN Corporation

## Business-Related Events and Conferences

Attendance at events where participation is directly related to an employee's job function and is part of legitimate Apple business isn't considered a gift under the Business Conduct Policy.

- If you're unsure if attendance at an event is directly related to your role, check with your manager. For high-value or high-profile events, you should review your attendance with your manager and your VP.
- Employees should never use relationships built through Apple business for their personal advantage, such as obtaining tickets that are difficult to access, since that's preferential treatment and would be considered a conflict of interest.

Tickets to conferences aren't considered a gift if the tickets are free to all attendees, offered as part of a contract with Apple, or offered to all customers of a particular vendor.


© 2026 LRN Corporation

# Using the Employee Purchase Program

Rachel was asked by Omar, a software vendor who her team at Apple partners with, if he could use her employee discount to buy an iPad. Rachel has several friends and family discounts that she knows she won't use this year and would be happy to help Omar out with her discount. Omar offered to give her some of the difference in price as a thank you for doing this for him. Rachel asks her team for advice on how to proceed.

Which advice should Rachel follow?

- [ ] This is okay as the friends and family discount can be used for coworkers as well as vendors.
- [x] Providing the discount to a business partner is a violation of the gift policy and also creates a conflict of interest.
- [x] Making money from your EPP discount is considered using your position for unfair personal gain.

Feedback

Your personal and friends and family discounts are only for you, your family members, and friends. You aren't permitted to extend your EPP discounts to your coworkers or to a vendor or other business partner. Before making any purchases using your EPP discount, you should also ensure that your purchase is in line with the EPP information and terms on the People site. If you're still not certain of the eligibility of your purchase under EPP, reach out to People Support for clarification.

Failing to follow Apple's policies on the EPP discount could be seen as misstating facts, omitting critical information, or modifying records or reports in order to mislead others.

All of this could amount to fraud.


© 2026 LRN Corporation

# Can I Accept It?

Determining whether you can accept something of value can be difficult at times. You should always think through whether a gift falls under the gift policy, and if it does, whether there's a business-related exception that would apply. Remember, even customary gifts can lead to a perception of favoritism and an expectation of something being given in return. If you're ever unsure about whether you can give or accept a gift, ask your manager or Business Conduct.

*Select 'Yes' if the item is acceptable under the gift policy and 'No' if it's not.*



## A $100 digital gift card to a restaurant from a vendor

Yes ✘

No ✔

## $200 tickets from a vendor for an employee's family to go to a music festival

Yes ✘

No ✔

## A logo coffee cup at a business meeting

Yes ✔

No ✘

## A birthday gift from another Apple employee


© 2026 LRN Corporation

Yes ✔ No ✘

## A discount that's offered to all Apple employees

Yes ✔ No ✘

### Correct

The coffee cup, birthday gift, and discount scenarios are acceptable under the gift policy. Low value items offered at events are acceptable, as are gifts between employees. Any cash or cash-equivalent gifts aren't allowed. Any item valued over $150 isn't allowed unless the key exceptions apply or you have approval from Business Conduct, as well as written approval from your VP.

### Incorrect

The coffee cup, birthday gift, and discount scenarios are acceptable under the gift policy. Low value items offered at events are acceptable, as are gifts between employees. Any cash or cash-equivalent gifts aren't allowed. Any item valued over $150 isn't allowed unless the key exceptions apply or you have approval from Business Conduct, as well as written approval from your VP.

### Incorrect

The coffee cup, birthday gift, and discount scenarios are acceptable under the gift policy. Low value items offered at events are acceptable, as are gifts between employees. Any cash or cash-equivalent gifts aren't allowed. Any item valued over $150 isn't allowed unless the key exceptions apply or you have approval from Business Conduct, as well as written approval from your VP.

 © 2026 LRN Corporation

# If You're Offered a Gift

What should you do if offered a gift over the $150 gift limit? Follow the guidelines below.

*Select each icon to learn more.*



## Politely Refuse It

Refusing a gift that isn't allowed under the gift policy is the first and best course of action. Thank the sender and explain the company policy.


© 2026 LRN Corporation



## Return It

If you can't refuse the gift, work with your manager to return it to the sender if possible. Include a thank-you note explaining that company policy prevents you from accepting the gift. For a sample thank-you note, visit Business Conduct.



## If Perishable, Share It

Perishable gifts over $150 in value that you weren't able to refuse can be placed in a general break area for employees to share. Notify your manager that you're disposing of the gift by sharing it in this way, and if possible, send an email or note to the sender letting them know you can't accept gifts of this value.


© 2026 LRN Corporation



## Contact Business Conduct

If it's impossible or inappropriate to refuse or return a nonperishable gift, you should notify your manager immediately, then send it to a local People Business Partner or contact Business Conduct for further guidance.

**Remember, you shouldn't send alcohol or cash through the mail.**

 © 2026 LRN Corporation

# What Do You Think?

Vivek's consultant invited him to a professional soccer game. Several key business contacts will also be in attendance. The fair market value of the seat is $700, which is above Vivek's $150 gift limit. There will be a dinner with the business contacts after the game.

What's the best advice for Vivek to follow in this situation?

- ☑ The tickets are over your gift limit, but the dinner sounds like it would be permissible under the business meal exception.
- ☑ Work with your manager to determine if attending and sitting sideline with the business contacts would be directly related to your job function. If there's a legitimate business purpose, you can accept the invitation. However, this is a fairly high-value event, so you need to review it with your VP as well.
- ☑ You can go as long as your VP approves.

Feedback

All options are correct. Tickets for sporting events and other entertainment, where participation is directly related to an employee's job function and part of legitimate Apple business, are permissible under a standard gift policy exception. If you're unsure whether attendance at an event is directly related to your role, work with your manager.

For high-value or high-profile events, you should review your attendance with your manager **and** your VP. Tickets over the $150 limit may also be accepted if your VP approves, even if the business-related event exception doesn't apply. Employees may provide and accept reasonable and appropriate business-related meals, provided they're limited in frequency and expense. Employees in Operations should obtain pre-approval from their manager.

Remember, employees should never use relationships built through Apple business for their personal advantage, such as obtaining tickets that are difficult to access. This type of preferential treatment would be a conflict of interest.




© 2026 LRN Corporation

# Individual Accountability



 © 2026 LRN Corporation

# Individual Accountability

We're each accountable for understanding how the Business Conduct Policy applies to our individual actions. This includes making sure you're not engaging in an outside activity—including an outside job or serving on a board—that could be a conflict of interest.

It means understanding and complying with your organization's policy on gifts to and from business partners and vendors, as well as the rules that apply when public officials are involved. And it means understanding when personal activities around investments, charitable donations, and political activities are fine—and when they cross the line and violate Apple policy and the law.




© 2026 LRN Corporation

# Types of Conflicts of Interest

A **conflict of interest** is any activity that may damage Apple's business, competitive, or financial interests, or gives the appearance of impropriety or divided loyalty.

Conflicts of interest may be real, or they may be perceived. Either way, they can have serious consequences. It's up to you to recognize and avoid inappropriate situations with support from your manager, the People team, and Business Conduct.



 © 2026 LRN Corporation

# Personal Relationships

Don’t conduct Apple business with family members or others with whom you have a significant personal relationship. Don’t use your position at Apple to obtain favored treatment for yourself, family members, or others with whom you have a personal relationship. This applies to product purchases or sales, investment opportunities, hiring, promoting, selecting contractors or suppliers, and any other business matter.

Significant personal relationships include, but aren’t limited to, spouses, domestic partners, family members, dating or physical relationships, close friends, and business relationships outside of Apple. Apple business relationships include, but aren’t limited to, vendors, customers, suppliers, contractors, and temporary agency workers.

If you believe that you have a potential conflict involving a family member or other individual, disclose it to your manager and your People Business Partner to review and work through any potential resolution to the conflict. If an exception is needed, written approval from the most senior person reporting to the CEO for your organization is required.




© 2026 LRN Corporation

# Hiring a Supplier

Wei's team is reviewing a proposal from a potential new supplier. Wei's spouse works for the supplier and may be involved in the work with Apple. Wei isn't sure if this could be a conflict of interest. He asks his coworkers for their advice.

*Select each person to see Wei's coworkers' advice, then choose whose advice to follow.*

### Isabella

You can definitely proceed to contract with the supplier if they're the best supplier for the job and your relationship will benefit your work together for Apple.



### Riya

You should disclose your relationship to your manager right away and remove yourself from any reviews and decisions regarding the proposal.




© 2026 LRN Corporation

**Rowan**

You shouldn't hire the supplier since your spouse works there.



## Whose advice is best?

**Select the best answer.**

- ○ Isabella
- ◉ Riya
- ○ Rowan

Feedback

Riya gave the best advice. If there's a conflicting relationship with a potential business partner, you need to inform your leadership right away and remove yourself from the business process. Approval from the most senior person in his organization reporting to the CEO would be required for Wei to work in a partnership with this supplier.

Even if they're the best supplier for the job, Isabella's answer is incorrect because Wei must disclose the relationship and remove himself from the decision-making process. By taking Rowan's advice and telling the team to not hire the supplier, Wei would be using his personal relationship to influence a business decision. Hiring the supplier could be appropriate with the proper disclosure and approval.

 © 2026 LRN Corporation

# Outside Activities



We understand that you have interests and activities outside of work and may even have a second job. This is permissible as long as these activities don't create a conflict of interest and otherwise comply with any local laws or regulations related to work hours. If an outside activity would create a conflict of interest, you must obtain written approval from your manager, Legal (if applicable), and the most senior person reporting to the CEO in your organization and any other relevant organizations. Contact Business Conduct to assist with Legal review.

Before taking on an outside activity, ask yourself the following five questions. If any of the answers are *yes* or *I'm not sure,* you should contact Business Conduct to determine next steps and learn what approvals may be needed.

*Select each hotspot to reveal the five questions.*

## Question 1:

Does the activity generate or expose me to intellectual property that competes with or relates to Apple's business, products, or services?

## Question 2:

Does the activity compete with one of Apple's products or services or any products or services Apple is reasonably anticipated to create?

## Question 3:

Would I be using any Apple Confidential Information?

## Question 4:

Would I use my Apple work time or Apple-owned assets, such as a workspace, phone, computer, or printer?


© 2026 LRN Corporation

# Question 5:

Is the activity directly related to the work I do for Apple?

 © 2026 LRN Corporation

# Is It a Conflict?

Which of the following situations could potentially be a conflict of interest at Apple?

*Select 'Conflict' or 'Not a conflict' in each case.*



## Developing a video game in your spare time for only personal use

Conflict ✘ | Not a conflict ✔

## Tutoring middle school math in your spare time

Conflict ✘ | Not a conflict ✔

## Teaching fitness classes via a streaming platform or an app

Conflict ✔ | Not a conflict ✘

## Providing technical feedback for a software application that your cousin just launched


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

## Working as an AI software engineer for Apple and providing technical consulting services to an AI start up

Conflict ✔ Not a conflict ✘

## Leading coding workshops on social media

Conflict ✔ Not a conflict ✘

## Starting an e-commerce website to sell Apple or competitor accessories

Conflict ✔ Not a conflict ✘

## Acting as a volunteer software engineer for a non-profit

Conflict ✔ Not a conflict ✘

## Contributing code to an open-source project


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

### Correct

Developing a video game for only personal use and tutoring middle school math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing video games for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring middle school math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing video games for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring middle school math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing video games for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

 © 2026 LRN Corporation

# The Musician

Melinda, an Apple employee, has been asked by friends who are local musicians if she can help them distribute their music on various platforms since she has published her own music in the past. She's concerned this might be a potential conflict of interest. What should Melinda do?

- ○ This is okay if her role at Apple doesn't have anything to do with Apple Music.
- ◉ It's a conflict of interest for employees to work to distribute other artists' music. Distributing your own music isn't a conflict.
- ○ This is okay as long as she doesn't distribute their music on competitor platforms.
- ○ Melinda shouldn't distribute her own music through Apple Music.

Feedback

The second answer is correct. Even if Melinda's role at Apple may not involve music, Apple is in the business of distributing music and has its own record label.

Employees may not be involved in distributing other artists' music, over any platform, as it would likely be considered a conflict of interest. Employees are free to distribute their own music to any streaming platform, including Apple Music. Employees shouldn't use their position at Apple to get favored treatment for their music (such as getting your music featured as a Staff Pick).


© 2026 LRN Corporation

# Considering Outside Activities

Which of the following would be acceptable outside activities?

- [ ] Consulting or advising a venture capital firm on the selection of technology start-ups
- [ ] Vlogging about virtual or augmented reality gaming products
- [x] Holding a workshop at a community center on how to build a resume
- [ ] Contributing to an open source project you've been involved in prior to joining Apple
- [x] Songwriting and uploading your own music to Apple Music and other streaming services
- [x] Talking to high school students about career development as part of an after-school program

Feedback

The third, fifth, and sixth answers are correct. These are acceptable because:

- Participation in workshops on topics that don't relate to Apple's products or services is acceptable, as is helping students with career development. Writing or producing your own music isn't considered a conflict of interest.

The other options are considered conflicts because:

- Outside advising or consulting on areas that overlap with Apple's business, products, or services can be considered a conflict of interest.
- Virtual and augmented reality devices compete with the Apple Vision Pro product, so vlogging on this topic wouldn't be allowed.
- Employees aren't permitted to contribute to open source projects in a personal capacity unless they receive approval to do so.
- As with any potential conflict of interest, check with your manager and Business Conduct.


© 2026 LRN Corporation

# Board Positions

There are certain things you need to consider before you're asked to represent Apple on another organization's board.

*Select each title to learn more about board positions.*



## Board Positions

Employees may not serve as a director, trustee, officer, or advisory board member without prior approval from Apple. Apple has preapproved board positions in certain types of organizations. Contact Business Conduct if you have any questions, or if you'd like to seek approval from Apple for a position that isn't in a preapproved category. A board position that presents a potential or actual conflict of interest is unlikely to be approved.


© 2026 LRN Corporation

## Preapproved Board Positions

Serving as a director, trustee, officer, or advisory board member in one of the following types of organizations is permitted as long as doing so wouldn't create a conflict of interest. Visit the Business Conduct website for a full list of preapproved board positions.

- Homeowner associations (HOAs), tenants' councils
- Small family businesses (such as a small property management company or restaurant)
- Religious/worship organizations
- Local sports organizations (such as a kids' football league)
- Local arts organizations (such as a museum or dance company)
- Educational organizations (such as after-school programs or nonprofits that support schools below the college or university level)
    - *Note: This doesn't include boards of higher education institutions, except for alumni boards focused on networking and fundraising.*
- Local social services and community organizations (such as work related to literacy, housing, nutrition, or access to essential services)
- Social and hobby organizations (such as a garden club or historical society)

---

## Representing Apple on a Board

If you've been asked to serve on a board as a representative of Apple, you should work with your manager, Business Conduct, and any business teams impacted by the organization's work to determine if Apple should participate and if you're the best person to represent Apple on that board.

If the position is on a public sector board, work with Business Conduct to assess whether your participation would impact Apple's ability to interact with that government agency.

You should also consult with Corporate Communications, if applicable.

 © 2026 LRN Corporation

# Creating Your Own App or Game

Creating apps or games is considered a conflict of interest because Apple creates apps and games as well as the technology used in apps and games, and it can also generate intellectual property risk for Apple. Employees can create apps only for personal or educational purposes.

Apple employees can't join the Developer Program, or share, sell, or distribute apps, stickers, or other media (for iOS, Android, or any other operating system), unless required for Apple business purposes.

Some exceptions apply for employees who created apps before joining Apple. Contact Business Conduct to understand the requirements or visit App Creation on the Business Conduct website.




© 2026 LRN Corporation

# Designing Games

Skyler works in AppleCare. In their spare time, they're learning coding for game development. Skyler decides to publish their first game on a popular online gaming platform to get feedback on their skills. Depending on how well it does, Skyler may publish the game on other platforms.

What's the best advice for Skyler in this situation?

*Select each person to see Skyler's coworkers' advice, then choose whose advice to follow.*

### Juan

This sounds like it could compete with Apple's products and services. You should reach out to Business Conduct to see if this is allowed.



### Noah

Sounds like a fun project. You should post your game to get feedback.

 © 2026 LRN Corporation



### Huda

Keep up the good work. If you're successful, maybe Apple will put your game on their platform.



## Whose advice is best?

**Select the best answer.**

- (●) Juan
- ( ) Noah
- ( ) Huda


© 2026 LRN Corporation

Feedback

Juan gave the right advice. Under Apple's Business Conduct Policy, employees aren't permitted to create products or services related to Apple's current or reasonably anticipated products or services, or those of our competitors.

Apple has a gaming platform and creates software and tools that are used in the creation of games, so most activities related to games are considered a conflict of interest. Skyler would need to obtain approval from their manager, Legal, their SVP, and the most senior leader for Apple Arcade in order to continue developing the game, and share, sell, or distribute it.

 © 2026 LRN Corporation

# Volunteering




We believe in supporting our communities, encouraging unity, and helping those in need whenever we can. We understand the importance of positive impact through volunteer activities, including through Apple-sanctioned and Benevity events. For volunteer activities that could potentially overlap with Apple's interests, it's important to contact Business Conduct before volunteering.

A volunteer activity other than an Apple-sanctioned event could be considered a conflict of interest if it:

- Generates or exposes you to intellectual property that relates to or competes with Apple's present or reasonably anticipated products or services
- Involves Apple time or anything other than incidental use of Apple resources
- Requires you to use or disclose Apple Confidential Information

In some circumstances, an outside activity that is the same as or similar to your role or work at Apple could also be considered a conflict of interest.

 © 2026 LRN Corporation

# Apple's Matching Gifts Program

Under the Matching Gifts Program and Global Volunteer Program, Apple matches eligible donations and volunteer time, generally at a rate of one-for-one, up to 10000 USD per employee each calendar year. All donations and time must be voluntary and made personally by you and in your name (meaning coming from your credit card or bank account or from your personal time). Donations made by your eligible spouse or domestic partner (either in their own name or jointly with you) are also eligible under the Matching Gifts Program.

You may not receive a match in return for any portion of your donation for which you receive money, goods (such as a meal or event tickets), or services (such as coaching or lessons).




© 2026 LRN Corporation

# Is It a Violation?



Which of these situations relating to Apple's employee giving program are considered fraud or a misuse of Apple systems or assets? Review the following scenarios and decide if they violate Apple's Matching Gifts Program or Global Volunteering Program.

*Select 'Violation' or 'Not a violation' in each case.*

---

**Theo is supporting a charity by doing a walkathon with his friends. Before the event, he combines his donations and those collected by his friends and submits the total amount to Apple for a donation match.**

Violation ✔

Not a violation ✘

---

**Jade has recently volunteered 42 hours working on a charity's annual fundraising event. She submits 42 hours to Apple for a volunteer match.**

Violation ✘

Not a violation ✔

---

**Aiko is asking for donations for a charity she's involved in and submits the received donations as**


© 2026 LRN Corporation

her own to Apple's Matching Gifts Program.

Violation ✔ | Not a violation ✘

Tariq has to pay a 1000 USD fee so his son can play in a soccer league. Tariq contributes 500 USD to the league via Apple's Matching Gifts Program and receives a 500 USD match from Apple.

Violation ✔ | Not a violation ✘

Huda donated the maximum amount allowed to be matched by Apple for the year to a disaster relief organization. She'd like to donate more money, so she gives the money to a member of her team to make a donation under their name and to submit for a match from Apple.

Violation ✔ | Not a violation ✘

Eden receives funds from a nonprofit organization to donate through the Apple Matching Gifts Program and requests a matching gift.

Violation ✔ | Not a violation ✘

 © 2026 LRN Corporation

**Correct**

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

**Incorrect**

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

**Incorrect**

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

 © 2026 LRN Corporation

# The Repercussions of Fraud

Joel receives an email from someone who says she's the founder of a charity that helps underprivileged kids. The founder asks Joel if she can send him 10000 USD that he can use to make a donation to her charity through Apple's Matching Gifts Program. This would enable the charity to double its money, and Joel would be able to deduct the donation on his tax return. Joel sees that the charity is registered in Benevity and figures this is an easy way to help a charity and get a tax benefit for himself in exchange. He says yes and mentions that he knows other employees who might be interested in doing the same.

What are the possible repercussions of this activity?

- [x] Termination of employment
- [x] Involvement of law enforcement and government agencies
- [x] Criminal charges
- [ ] There are no repercussions. As long as the charity is registered in Benevity, this is fine.

Feedback

The first three options are correct. Submitting fraudulent donations through Apple's Matching Gifts Program is against Apple policy and will lead to disciplinary action, up to and including termination of your employment. It's also illegal, as this type of activity includes tax fraud, wire fraud, and theft. If you're ever unsure of the right course of action around submitting donations or volunteer time for a match, reach out to Business Conduct. For more information on charitable donations at Apple, review the Apple Matching Gifts Program.


© 2026 LRN Corporation

# Maintain and Report Accurate Financial Information

Timely, accurate handling and reporting of financial information and other records isn't only a legal, financial, and management obligation, but is also a fundamental part of our commitment to conducting business honestly and ethically. Intentional manipulation of Apple records is a form of fraud.

At Apple, we never "make the numbers work" by misleading others, misstating facts, modifying records, or omitting critical information. Business expense receipts—such as for meals and travel—are common types of records you might handle. It's critical that these records are accurate and complete to ensure proper reimbursements and to comply with the law. If you have questions about expense reporting, refer to the Expense Reimbursement Process, Business Travel Compliance Policy, or talk to your manager.




© 2026 LRN Corporation

# Is It a Legitimate Expense?

Mehak is on a business trip and has dinner with a friend while she's in town. They go out for an inexpensive dinner and because the total is within the recommended finance guidelines for a personal meal, Mehak feels that it is reasonable to expense the entire meal. She asks her team for advice on how to proceed.

Which advice should Mehak follow?

- [ ] You're still within the finance policy limit, so it is fine to expense the full cost of the meal.
- [ ] I'm sure there's a business reason for eating dinner with your friend—just expense this as a business meal.
- [ ] Just include the expenses with all of your other receipts. No one's going to notice.
- [x] If you're not sure about an expense, check with your manager.
- [x] Unless this is a business dinner, you can't expense the entire meal, only your own.

Feedback

The fourth and fifth answers are correct. Mehak can only expense personal meals or business meals that are permissible under Apple policies. Expensing any other meals would be fraud, and a violation of Business Conduct and Finance policies. Refer to the Apple Travel Policy for meal guidelines and how much you can expense each day.

When in doubt, discussing which expenses are appropriate with your manager is always a good idea. Employees are expected to be aware of and follow Apple's Travel, Home Office, and Expense Reimbursement Policy when traveling for Apple business.


© 2026 LRN Corporation

# Understanding Insider Trading



Buying or selling securities (including stock or shares in a company) while aware of information that hasn't been publicly announced, and that could have a material effect on the value of the security, is illegal and considered insider trading. This applies to all trading of securities, including shares of Apple stock and shares of our suppliers, manufacturers, vendors, or customers, such as cellular network carriers, or other business partners.

This also applies if you share material nonpublic information with others so they can buy or sell securities based on the information. Information should be considered nonpublic for at least 24 hours after it has been distributed to the general public. Trading on material nonpublic information is a crime. Penalties for illegal insider trading can include significant fines, monetary damages, and prison time.

For more information, see Apple's Insider Trading Policy. You should also review the Business Conduct Policy to understand when personal investments may create a conflict of interest.


© 2026 LRN Corporation

# Who’s an Insider?

All Apple personnel are considered insiders and are covered by Apple’s Insider Trading Policy. The policy also covers family members who reside with you or are financially dependent on you, and any other person whose transactions in securities are directed by you or are subject to your influence or control. Entities such as family trusts, partnerships, and foundations are also covered if they’re controlled by an insider or another covered person, such as a family member.

We’re all expected to behave ethically and lawfully when we have access to material nonpublic information about the company. This expectation goes hand in hand with the requirement that all employees keep unreleased information about Apple’s business, products, and services confidential.




© 2026 LRN Corporation

# What's Material?

Material nonpublic information is information about a business that hasn't yet been made public and will likely have a significant impact on the company's share price after it's released. This can refer to information about Apple or one of Apple's suppliers, manufacturers, vendors, customers, or other business partners. A safe rule is that if you learn something about a company through your work that isn't yet publicly available and you think that information would give you an advantage in trading the stock of that company, don't trade.

If you're uncertain whether you're aware of material nonpublic information, reach out to your manager or Insider Trading to discuss your specific situation.

Which of the following situations, not yet announced publicly, would be considered material information that would prevent each person from trading?

*In each case, select 'Permitted' if trading is permitted or 'Not permitted' if trading isn't permitted.*



---

**Cooper works on the Data Security team and learns that there has been a breach at one of Apple's main suppliers resulting in the supplier's inability to continue manufacturing. It is unclear how long it will take for manufacturing to resume. The next morning Cooper proceeds to sell his Apple shares fearing a decline if the news is released.**

Permitted ✘

Not permitted ✔

---


© 2026 LRN Corporation

Isaiah manages a carrier partnership at Apple and knows about upcoming carrier program changes that will hurt the carrier's financials as Apple is a major customer. He owns carrier stock from before joining Apple and decides to sell it, concerned about the potential impact on the carrier's stock price and his investment portfolio.

Permitted ✘

Not permitted ✔

---

Yuna is working on finalizing the financial results for the quarter that just ended. Two days prior to Apple's quarterly earnings announcement she realizes that Apple will report earnings much higher than the market expects. She sees this as confirmation of her long-term belief in the company and goes ahead and purchases additional Apple shares in her private account.

Permitted ✘

Not permitted ✔

---

Pepe is working on a proposal for an exciting new product that will launch in two years. He's considering purchasing Apple stock as he thinks the new product will drive future revenue growth.

Permitted ✔

Not permitted ✘

 © 2026 LRN Corporation

Nicolas is part of Apple's software engineering team. During her lunch break, she overhears a conversation by two colleagues discussing a highly confidential project that would involve Apple acquiring a public company. Nicolas proceeds to purchase shares of the target company expecting its price to go up following the announcement.

Permitted ✘

Not permitted ✔

Lea works in Apple's operations and doesn't usually access financial information. She's included in an operations planning meeting where for the first time the team shares an update on the current quarter's results as well as the upcoming quarter's forecast. Excited about the company's prospects, she buys Apple stock assuming it's allowed since she's not subject to regular quarterly trading restrictions.

Permitted ✘

Not permitted ✔

**Correct**

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

 © 2026 LRN Corporation

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

 © 2026 LRN Corporation

# Zero-Gift Rule

Your organization has opted to follow a **zero-gift rule**. This means you aren't allowed to give or accept **any** gifts from contractors, vendors, suppliers, customers, or other third parties with whom you have a current or potential business relationship, unless one of the key gift exceptions applies.

At Apple, a gift is anything of value, including a meal, travel, entertainment (including tickets), logo items, equipment (including loans), or discounts. Gifts of cash or a cash equivalent, such as a gift card or code, are never acceptable. Sharing your Employee Purchase Plan (EPP) discount with a vendor or other business partner is considered a gift.

Giving or accepting gifts may seem like an important part of establishing relationships and showing appreciation to others. However, giving or accepting business gifts can create a real or perceived conflict of interest. Gifts can lead to a perception of favoritism and an expectation of reciprocity that could compromise an employee's objectivity.

Employees can give each other gifts; however, gifts to a coworker can't be expensed without written approval from your manager. Gifts for birthdays or other annual events aren't reimbursable.





© 2026 LRN Corporation

# What's an Acceptable Gift?

There are key exceptions to the gift rule provided in the Business Conduct Policy. Any other exceptions require written approval from your VP.

*Select each title to learn more about the key exceptions.*



## Low-Value Items and Discounts

Employees under the zero-gift rule, except for employees in Operations, may accept low-value and infrequent promotional items, such as pens, notebooks, T-shirts, or other nominal tokens of appreciation. Keep in mind that gifts, even of low value, aren't permissible if the intent is to improperly influence the recipient.

Discounts are permitted as long as they're available to all employees.

## Business Meals

Employees are generally allowed to give or accept reasonable and appropriate business meals, as long as they're limited in frequency and expense, and comply with Finance policies. Employees in Operations must obtain approval from their manager in order to accept business meals. Approval should occur beforehand when possible. Different rules may apply for meals with government employees and officials—review internal resources or reach out to Business Conduct before providing a meal to a government employee or official (including employees of state-owned enterprises).


© 2026 LRN Corporation

## Business-Related Events and Conferences

Tickets given to attend sporting, music, or other events where participation is directly related to an employee's job function and is part of legitimate Apple business aren't considered a gift under the Business Conduct Policy.

- If you're unsure if attendance at an event is directly related to your role, check with your manager. For high-value or high-profile events, you should review your attendance with your manager and your VP.
- Employees should never use relationships built through Apple business for their personal advantage, such as obtaining tickets that are difficult to access. This would be considered preferential treatment and would be a conflict of interest.

Tickets to conferences aren't considered a gift if the tickets are free to all attendees, offered as part of a contract with Apple, or offered to all customers of a particular vendor. This exception doesn't apply to Operations and Apple Store employees.

## Vendor Supplied Local Ground Transportation

Operations employees may accept reasonable local ground transportation provided by vendors to and from work locations.

 © 2026 LRN Corporation

# Using the Employee Purchase Program

Rachel was asked by Omar, a software vendor who her team at Apple partners with, if he could use her employee discount to buy an iPad. Rachel has several friends and family discounts that she knows she won't use this year and would be happy to help Omar out with her discount. Omar offered to give her some of the difference in price as a thank you for doing this for him. Rachel asks her team for advice on how to proceed.

Which advice should Rachel follow?

- [ ] This is okay as the friends and family discount can be used for coworkers as well as vendors.
- [x] Providing the discount to a business partner is a violation of the gift policy and also creates a conflict of interest.
- [x] Making money from your EPP discount is considered using your position for unfair personal gain.

Feedback

The second and third options are correct. Providing an EPP discount to a vendor, contractor, business partner, or anyone else working with your team isn't permitted under the zero-gift rule. The value of the discount would be considered a gift, and extending this to a vendor would create a conflict of interest. Understand both your gift policy as well as the Guidelines on Managing Contingent Workers.

Your personal and friends and family discounts are only for you, your family members, and friends. You aren't permitted to extend your EPP discounts to your coworkers. Before making any purchases using your EPP discount, you should also ensure that your purchase is in line with the EPP information and terms on the People site. If you're still not certain of the eligibility of your purchase under EPP, reach out to People Support for clarification.

Failing to follow Apple's policies on the EPP discount could be seen as misstating facts, omitting critical information, or modifying records or reports in order to mislead others.

All of this could amount to fraud.


© 2026 LRN Corporation

# Can I Accept It?



Determining whether you can accept something of value can be difficult at times. You should always think through whether a gift falls under the gift policy, and if it does, whether there's a business-related exception that would apply. Remember, even customary gifts can lead to a perception of favoritism and an expectation of something being provided in return. If you're ever unsure about whether you can give or accept a gift, ask your manager or Business Conduct.

*Select 'Yes' if the item is acceptable under the gift policy and 'No' if it's not.*

## An employee allowing a business partner to use their EPP discount

Yes ✘ | No ✔

## A T-shirt given to everyone at a volunteer event

Yes ✔ | No ✘

## A logo coffee cup from a vendor to a non-Operations employee

Yes ✔ | No ✘


© 2026 LRN Corporation

## A gift for a coworker who had a baby

Yes ✔ | No ✘

## A gift voucher from a vendor during the holidays

Yes ✘ | No ✔

## An offer from a vendor to make a donation in an employee's name

Yes ✘ | No ✔

## A local gym discount that isn't provided to all employees or customers

Yes ✘ | No ✔

### Correct

The T-shirt, coffee cup, and coworker gift scenarios are acceptable under the zero-gift rule. Items that are offered to everyone at an event are allowed, as are low-value items to employees outside of Operations, and gifts between employees. Any cash or cash-equivalent gifts, such as a gift voucher, donation, or a discount that isn't offered to all employees, aren't allowed.

### Incorrect


© 2026 LRN Corporation

The T-shirt, coffee cup, and coworker gift scenarios are acceptable under the zero-gift rule. Items that are offered to everyone at an event are allowed, as are low-value items to employees outside of Operations, and gifts between employees. Any cash or cash-equivalent gifts, such as a gift voucher, donation, or a discount that isn’t offered to all employees, aren’t allowed.

---

### Incorrect

The T-shirt, coffee cup, and coworker gift scenarios are acceptable under the zero-gift rule. Items that are offered to everyone at an event are allowed, as are low-value items to employees outside of Operations, and gifts between employees. Any cash or cash-equivalent gifts, such as a gift voucher, donation, or a discount that isn’t offered to all employees, aren’t allowed.


© 2026 LRN Corporation

# If You’re Offered a Gift

What should you do if offered a gift? Follow the guidelines below.

*Select each icon to learn more.*



## Politely Refuse It

Refusing a gift that isn’t allowed under the gift policy is the first and best course of action. Thank the sender and explain the company policy.


© 2026 LRN Corporation



## Return It

If you can't refuse the gift, work with your manager to return it to the sender if possible. Include a thank-you note explaining that company policy prevents you from accepting the gift. For a sample note, visit Business Conduct.



## If Perishable, Share It

Perishable gifts, such as food, a gift basket, or flowers that you weren't able to refuse, can be placed in a general break area for employees to share. Notify your manager that you're disposing of the gift by sharing it this way, and if possible, send an email or note to the sender letting them know you can't accept future gifts.

 © 2026 LRN Corporation



## Contact Business Conduct

If it's impossible or inappropriate to refuse or return a nonperishable gift, you should notify your manager immediately, then send it to a local People Business Partner or contact Business Conduct for further guidance. **Remember, you shouldn't send alcohol or cash through the mail.** Items of nominal value, including vendor logo items, can be accepted by most employees, but employees in Operations should discard or donate these items after notifying their manager.


© 2026 LRN Corporation

# Business Integrity




© 2026 LRN Corporation

# Business Integrity

Apple conducts business ethically and in compliance with all applicable laws and regulations. This includes anti-corruption, competition, and export control and sanctions laws and regulations around the world. This applies to every business decision in every area of the company and extends to our suppliers and third parties working with us and on our behalf.




© 2026 LRN Corporation

# No Tolerance for Corruption

Laws and regulations around the world and Apple's policies prohibit any kind of bribe to or from any person. If you're confronted with a demand to pay a bribe, or offered a bribe, you must refuse, explain that this behavior is unlawful and against Apple policy, and immediately report the incident to Business Conduct. For more information, see Apple's Anti-Corruption Policy.

*Select each icon to learn more about common types of bribery.*



## Bribe

A **bribe** is offering or giving anything of value to any person or via an individual or a third party for the purpose of obtaining or retaining business or securing an improper advantage. You can't offer or receive bribes from any individual, regardless of whether that individual is a public official or private party.


© 2026 LRN Corporation



## Kickback

A **kickback** is a type of bribe that occurs when a person is offered money or something of value in exchange for providing something to a third party, such as information, a discount, or a favor. Kickbacks may be framed as a commission, royalty, or percentage of an agreement.



## Facilitating Payment

A **facilitating payment** is a type of bribe used to facilitate or expedite the performance of routine, nondiscretionary government action. Facilitating payments may be demanded by officials in exchange for providing services that they ordinarily and commonly perform, such as handling customs procedures or processing permits or licenses.


© 2026 LRN Corporation



## Permitted Fees

Published, detailed, or scheduled fees to expedite performance paid to a government or state-owned agency or organization are typically permitted and not considered facilitating payments. For example, Apple (or a vendor or partner acting on Apple's behalf) may pay a fee to a government agency, like a consulate, rather than an individual to an official, to expedite a visa pursuant to the documented requirements.

Reach out to Business Conduct if you have any questions about whether a fee is permissible.


© 2026 LRN Corporation

# Can You Identify a Bribe?

Review the following scenarios to see if you can identify types of bribes.

- [ ] Paying a country-specific tariff to import a component into the country
- [x] Paying or reimbursing a third-party vendor for a payment to a public official to help get favorable requirements in a government bid
- [x] Receiving gifts in exchange for confidential information
- [ ] Entering a public entity's Request for Proposal (RFP) process
- [ ] A licensing agreement under which Apple pays a fee to use a service

Feedback

The second and third scenarios are examples of bribes. Remember, bribery is the giving, offering, or receiving of anything of value to influence a business decision or secure an improper advantage. Jobs, internships, cash, discounts, and confidential information are all considered things of value.

Apple can also be liable for any bribery violations made by third parties working with or on behalf of Apple. If you have any questions or concerns regarding potential bribery, including potential bribery involving a third party contact Business Conduct.


© 2026 LRN Corporation

# Who's a Public Official?



Many anti-corruption laws and regulations have specific offenses for bribery and corruption involving public officials. A **public official** is any person paid with government funds or who performs a public function. This includes individuals who are elected or appointed to public office, as well as individuals who work for local, state/provincial, or national governments, public-international organizations, public (government-owned or operated) schools, and other state-owned or state-run enterprises. Employees at such organizations are considered public officials regardless of title or position.

Examples of public officials include:

- City and state or provincial officials
- Government ministers
- Employees of government-owned organizations, such as state-owned telecom companies, health services, and media
- Customs, immigration, and border-protection employees
- Professors and teachers at government/public schools and universities
- A public official's staff members
- Police officers
- Building, fire, and health inspectors


© 2026 LRN Corporation

# Interacting with Public Officials and Healthcare Providers

*Select each title to learn more about interacting with public officials and healthcare providers.*



## Public Officials

Apple permits providing gifts to public officials only when permissible under applicable laws and policies. In some cases, even a simple lunch may not be permissible, or if permissible, Apple or the public official may be required to publicly disclose what was provided.

Before providing a gift, meal, or anything else of value to a public official, check the policies on Compliance and Business Conduct and reach out to Political Compliance, Business Conduct, or your regional Apple legal counsel for preapproval when required. Gifts and expenses provided for the purpose of influencing a public official are always prohibited.

## Healthcare Providers

In the healthcare sector, there are often restrictions on giving anything of value to healthcare providers (HCPs). An HCP is any individual or organization involved in the delivery, recommendation, purchase, or administration of healthcare services or medical technologies. This includes doctors, nurses, hospital administrators, health systems, and procurement staff. Because these rules vary by jurisdiction, consult with Health & Studies Compliance in advance to confirm whether a gift, benefit, or financial arrangement involving an HCP is appropriate. Providing anything of value to an HCP with the intent to influence clinical or purchasing decisions is always prohibited.


© 2026 LRN Corporation

# Working with Third Parties

Apple is committed to setting high standards of labor, human rights, health and safety, environmental, and ethical conduct when it comes to our business and operations.

Apple's policies often exceed local, regional, and country laws. We expect our employees who work with third parties to support compliance with all our policies, including identifying and preventing modern slavery. This refers to all types of slavery and servitude, including forced or compulsory labor, debt-bonded labor, prison labor, human trafficking, indentured servitude, and child or underage labor.

Any unlawful or unethical conduct by a third party conducting business with or on behalf of Apple could result in legal liability for Apple. To do business with Apple, third parties must agree to operate in full compliance with all laws and regulations and adhere to the Apple Supplier Code of Conduct and Responsibility Standards (the Code) or Third Party Code of Conduct, Anti-Modern Slavery Policy, and Apple's Human Rights Policy. If you observe anything that feels like a possible violation of our Code, policies, and standards, contact Business Conduct or the Environment and Supply Chain Innovation (ESCI) team.




© 2026 LRN Corporation

# Does It Feel Wrong?

Stephanie is visiting a manufacturing facility operated by a supplier. During her tour of the facility, she observes supplier employees working on a large piece of machinery. Most employees have personal protective equipment, like goggles, but there are a few who aren't wearing any. Stephanie is concerned by what she observed but is unsure what to do. What's the best advice for Stephanie in this situation?

*Select each person to see Stephanie's coworkers' advice, then choose whose advice to follow.*

### Virginia

Do nothing; the supplier employees aren't Apple employees.



### Remy

Report what was observed directly to the supplier manager.


© 2026 LRN Corporation



**Austin**

Contact the Environment and Supply Chain Innovation (ESCI) team with any concerns.



## Whose advice is best?

**Select the best answer.**

- ○ Virginia
- ○ Remy
- ◉ Austin

 © 2026 LRN Corporation

Feedback

Austin gave the best advice. Contacting the ESCI team is the best course of action so they can investigate and resolve the potential issue through the proper channels and processes. The health and safety of supplier employees is important to Apple, and Stephanie’s concerns are valid. Rather than investigating herself, she should reach out to the ESCI team.

 © 2026 LRN Corporation

# Choosing Third Parties

How do we ensure third parties are meeting our legal and ethical standards?

*Select the forward arrows to learn more about third parties that do business with Apple and conducting due diligence.*

## Who Do We Consider Apple Suppliers?

An Apple Supplier is any third party that contracts with or otherwise works with or on behalf of Apple. This includes and isn’t limited to entities that provide raw materials to our suppliers, our manufacturing and recycling partners, and the entities that support our health and research, logistics, real estate, services, and retail operations, as well as consultants or vendors who may interact with public officials. Certain channel third parties not covered by our Supplier Code of Conduct, such as distributors, resellers, service providers, and carriers are covered by our Third Party Code of Conduct.




© 2026 LRN Corporation

# Know Your Third Parties

Apple conducts due diligence on third parties that will work with and on behalf of Apple to proactively identify and assess risk prior to engagement. Use the Shield portal to place a Due Diligence request, and if you have any questions about the due diligence process or need help, please email the Compliance Due Diligence team.

Your responsibility doesn't stop at onboarding. It's important to monitor any third party's invoices, records, emails, business practices, and communications that could indicate potential unlawful or unethical conduct and report any concerns to Business Conduct. Apple conducts ongoing monitoring to identify legal and ethical violations throughout the course of a third party's relationship with Apple.



 © 2026 LRN Corporation

# Competition Laws

Apple's stance is clear. We're committed to competing with integrity and in compliance with antitrust and competition laws wherever we operate. These laws—now in force in over 100 countries—are designed to protect the competitive process and promote innovation and consumer choice. Apple's Antitrust and Competition Law Policy reflects these global standards. It prohibits, among other things, agreements between companies that unreasonably restrict competition, practices like resale price maintenance, and unlawful conduct where there's significant market power — including misuse of a monopoly or dominant position.



Review the current version of Apple's Antitrust and Competition Law Policy on the Compliance & Business Conduct website for details.

*Select each title to learn more.*

## Competition Protects All of Us

Antitrust laws are designed to protect consumers like you. Competition among multiple sellers benefits consumers—individuals and businesses—in the form of lower prices, higher quality products and services, more choices, and greater innovation.

## Apple's Commitment to Compliance

Apple is committed to complying with antitrust and competition laws in every market. We must work diligently to detect, prevent, and report potential antitrust issues wherever they arise.

## Significant Consequences

Violating antitrust laws can have significant consequences. Antitrust and competition violations are serious matters that could subject both Apple and you, individually, to investigations, lawsuits, fines, and even criminal charges. If you have any questions or concerns, contact the Competition Law team.


© 2026 LRN Corporation

# Protecting Competition



**Antitrust laws** are designed to protect consumers from business practices that harm competition and lead to higher prices, less innovation, and less choice.

- Agreements between two or more competitors are generally subject to strict scrutiny under antitrust laws. Agreements between competitors to fix prices; rig bids; or allocate markets, customers, or products are unlawful.
- Depending on the circumstances, agreements between manufacturers and resellers or distributors, or manufacturers and suppliers, may also violate the law. For example, in many countries, an agreement to fix resale prices between a manufacturer and its distributor violates the law.

## Did You Know?

An “agreement” can be more than just a formal written document. A handshake, a casual hallway conversation, or even an offhand comment regarding prices in an email may be considered an agreement.

That’s why you should be especially careful in your interactions with competitors. The law is very strict on this issue; courts have found evidence of an agreement based on nothing more than coincidental price increases after two competitors had a conversation.

Competition laws also apply to companies that may actively compete in the future and to companies that compete to purchase a product.


© 2026 LRN Corporation

# Who Is a Competitor and What Are the Rules?

How is a competitor defined by antitrust laws? There are obvious competitors, but there are less obvious ones, as well. Apple's competitors change over time as companies offer new products and services.

Many Apple competitors are also partners or suppliers in other markets. In that context, the companies aren't considered competitors. If you're unsure as to whether someone you're dealing with is considered an Apple competitor, check with the Competition Law team.



Competition laws are complex, and there are many gray areas. However, there are some actions like price fixing and market allocation that get companies into trouble.

Price fixing can take many forms. Any agreement that restricts price competition between competitors violates the law and Apple policy.

Market allocations, which are agreements among competitors to divide sales territories or assign customers, are almost always unlawful. These arrangements are essentially agreements not to compete: "I won't sell in your market if you don't sell in mine."

 © 2026 LRN Corporation

# Agreements with Noncompetitors

Agreements between a manufacturer and a supplier, or a manufacturer and a reseller or distributor, may be subject to scrutiny under certain circumstances. Restraints in the supply chain are tested for their reasonableness by analyzing the market in detail and balancing any harmful competitive effects against offsetting benefits. Generally, a firm with greater market power will be subject to more scrutiny.




© 2026 LRN Corporation

# Putting It into Practice

Take a look at the following examples and decide which are potential competition law violations.

*Select 'Yes' if it likely violates competition laws and 'No' if it doesn't.*



## Competing companies agree to fix prices.

Yes ✔ No ✘

## Companies agree not to compete in each other's markets.

Yes ✔ No ✘

## A company finds a way to sell its product cheaply, to the detriment of its competitors.

Yes ✘ No ✔

## A bidder makes arrangements with another bidder to predetermine who wins the auction.


© 2026 LRN Corporation

Yes ✔ No ✘

# A company works with its competitors to develop an industry standard that solves a common technological issue.

Yes ✘ No ✔

### Correct

Competing companies agreeing to fix prices, agreeing not to compete in each other's markets, and making predetermined agreements would violate competition laws. For more information, review the Antitrust and Competition Law Policy.

### Incorrect

Competing companies agreeing to fix prices, agreeing not to compete in each other's markets, and making predetermined agreements would violate competition laws. For more information, review the Antitrust and Competition Law Policy.

### Incorrect

Competing companies agreeing to fix prices, agreeing not to compete in each other's markets, and making predetermined agreements would violate competition laws. For more information, review the Antitrust and Competition Law Policy.

 © 2026 LRN Corporation

# Identifying Market Allocation

You witness the following scenarios. Which one should you report?

- (selected) An email exchange that formalizes a plan to divide South American countries between Apple and a competitor
- An internal Apple decision not to bid on a school project, because our efforts are better focused elsewhere
- A Samsung employee tells an Apple employee that Samsung is going to start marketing more heavily in Latin America
- An email exchange between Apple employees comparing retail prices for laptops in the Middle East

Feedback

The first option is correct. You should report any attempt to formalize market allocation with a competitor. Be wary; the antitrust concept of an agreement is much broader than a formal written contract. An agreement could be inferred from a hallway conversation, via email, or in casual conversation.


© 2026 LRN Corporation

# Monopolies

A monopoly refers to a situation—typically under U.S. law—where a single company holds substantial market power, often with the ability to control prices or exclude competition. Similarly, in many other jurisdictions, a firm may be found to hold a “dominant position” if it can operate independently of competitive pressures.

*Select each title to learn more about monopolies.*



## Monopoly Positions

Many tech companies have come under fire from antitrust enforcers for maintaining their monopoly positions through exclusionary or predatory behavior. Merely having monopoly power or a dominant position isn’t unlawful. A firm may achieve such a position by outperforming rivals through innovation, superior products, or efficiency. However, the way a firm maintains or strengthens that position—particularly if it involves excluding competitors or deterring new entry—can raise concerns under antitrust and competition laws. In many jurisdictions, firms with significant market power are subject to heightened legal responsibilities.

## Market Share

A firm with significant market share must be careful about entering into exclusive supply arrangements or exclusive purchase agreements. While these types of agreements are generally lawful, a company with a dominant share of a market may violate competition laws if it enters into exclusive arrangements that make it difficult for new or existing competitors to compete.

 © 2026 LRN Corporation

## Violations

We should be aware of the scrutiny and perception that comes with being one of the world’s most successful companies and valuable brands. Violations of competition laws can result in significant fines, rules restricting business practices, and even company breakups.

Competition laws can be difficult to understand. Remember to contact the Competition Law team with any questions about applying these concepts in practice.

 © 2026 LRN Corporation

# What Do You Think?

A company has 70% of the market for music streaming. Licensing music content from the record labels is necessary to compete in music streaming. Which action potentially violates antitrust laws?

- ○ The company signs supply agreements with all of the largest record labels.
- ○ The company acquires a small record label and increases its music offerings to consumers.
- ◉ The company signs an exclusive licensing arrangement with one of the three major record labels, preventing competing services from having access to content from certain "must have" artists.
- ○ The company negotiates better licensing rates with the large record labels.

Feedback

The third option potentially violates antitrust laws because such exclusive deals may constitute unlawful anticompetitive monopoly behavior.


© 2026 LRN Corporation

# Tying and Bundling

Tying and bundling two or more products may also be unlawful for a company that is considered a monopoly.

A company may violate the law if it ties or bundles a product where it holds a dominant share of the market with another product where it faces competition. A company with monopoly power may use forced buying, or tie-in sales, to gain sales in other markets where it isn't dominant, or to make it more difficult for rivals to compete in either market.

Typically, the "tied" product may be in a market where the buyer has more choice and they may prefer to get that same product from a different seller. If the seller offering the tied products has sufficient market power in the "tying" product, these arrangements can violate antitrust laws.




© 2026 LRN Corporation

# What Do You Think?

The marketing manager calls you into a meeting. The first item on the agenda is the newly released figures that show the company now has a 75% share in the mobile phone market. The second item is a business idea requiring consumers who want to purchase the company's mobile phone to also subscribe to the company's popular cloud storage service, which is offered today as an optional, separate subscription.

Is this a potential violation of antitrust laws?

- (selected) Yes
- No

Feedback

Tying and bundling can be illegal when a company with significant market power packages its product with high market share (Product A) with another separate product (Product B). Illegality will depend on whether competitors of the separate product (Product B) will have difficulty competing for consumers as a result.


© 2026 LRN Corporation

# Competition Complexity

Competition and antitrust laws are complex. Although the basic legal principles are generally the same worldwide, there can be important differences in the interpretation and application of those principles in each country or region.

The Competition Law team is here to provide guidance and counsel on how to prevent violations and manage risk.

We thrive when we compete in healthy and robust marketplaces.

- ## Always:
- Compete fairly and with the utmost integrity.
- Contact your Apple legal counsel or the Competition Law team if you have any legal questions. Report any potential violations to Business Conduct.

- ## Never:
- Agree with competitors on prices, contract terms, costs, outputs, inputs, inventories, or marketing plans.
- Agree with competitors not to compete, based on dividing up or “allocating” certain markets or market segments.
- Refuse to seek help from the Competition Law team or think you know “enough” about this difficult area of the law.

With your help, Apple will continue to compete fairly and ethically in developing and selling groundbreaking products and services to customers around the world.




© 2026 LRN Corporation

# Export Control and Sanctions Laws

Export control laws restrict the shipment, trade, or transfer of certain items, software, and technology. Technology is any information that's necessary for the development, production, use, operation, installation, maintenance, repair, refurbishment, or overhaul of hardware or software, and can be in the form of design files, technical data, or source code.

Sanctions laws prohibit Apple employees and third parties from conducting business with certain countries, regions, entities, or persons identified by the United States and other countries. These laws apply to Apple products and services, such as the iPhone, App Store, and Developer Program.

Apple employees who are involved in exporting, releasing, or transporting products, software, technology, and services, hiring employees, or collaborating with, procuring, or engaging in payments for products and services from third parties should be familiar with Apple's Export and Sanctions Policy.




© 2026 LRN Corporation

# Travel and Exports

Work-related travel, including remote work, to Cuba, Iran, North Korea, Russia, Belarus, and the Crimea, Donetsk, and Luhansk regions is prohibited. Some restrictions exist for Syria as well.



In addition, carrying or exporting an AOU, such as a MacBook, iPhone, iPad—or any other work-related product—and conducting any work-related activities (including on your personal devices) in these countries or regions, even during personal travel, is prohibited. Work-related activities include accessing work email, joining in person or virtual work meetings, and giving work-related presentations.

Certain travel and remote work restrictions also exist for Apple employees on specific teams or projects that involve restricted technologies. Visit the Exports & Sanctions Compliance page for more information.

*Select each title to find out more about exports and sanctions.*

## Restrictions on Business Activities

These restrictions apply to all Apple business activities wherever they're conducted, and to all products, technology, or services regardless of their origin. For example, an Apple employee based in Europe may not approve, facilitate, or participate in a transaction with an embargoed country.

## Changing Regulations

Sanctions and export control regulations are constantly changing, so it's important to contact Apple's Global Export and Sanctions Compliance team before engaging in any activities with sanctioned or embargoed countries or restricted parties.

For the latest updates on sanctions and export controls, visit the Export and Sanctions Compliance website.

 © 2026 LRN Corporation

# What Do You Think?

Cyrus, an Apple engineering program manager, is traveling to Cuba for vacation. He's planning to take his AOU devices, including his MacBook Pro and iPhone, so he can engage in some work while on vacation, such as responding to emails and dialing into urgent project meetings. Cyrus isn't sure whether these plans comply with export laws. Do Cyrus's actions indicate a possible violation of export laws?

- ○ No, and he shouldn't be concerned. He's going on vacation and isn't actually exporting anything.
- ◉ Yes, Cuba is an embargoed country, and bringing AOU devices and performing work activities there may violate export laws.
- ○ No. Checking emails and dialing into meetings shouldn't be a concern as there aren't any exports involved.

Feedback

The second option is correct. Cuba is an embargoed country, so no AOU devices can be exported to Cuba nor can any work-related activities be performed while in Cuba. Cyrus should check with the Global Export and Sanctions Compliance team before he plans to bring his AOU devices to Cuba or perform work activities in Cuba.

The first and third options are incorrect. Although Cyrus is traveling for vacation, he's exporting any items he's carrying with him to that country. Performing email activities and attending meetings can also involve technology exports to and from Cuba.


© 2026 LRN Corporation

# Digital Services Compliance

Through an increasing number of laws and regulations, policymakers globally are trying to guarantee what they consider to be a secure, inclusive, fair, and competitive digital environment for all. Every Apple employee shares the responsibility to keep Apple compliant with the requirements of these laws and regulations.

If you have any questions about Digital Services Compliance, reach out to the Business Conduct team, who will help direct you to the correct resource.

*Select each title to find out more about Digital Services Compliance.*



## Online Safety Compliance

- Online safety laws have a goal of promoting a safer and more transparent internet, and reducing the spread of harmful and illegal content on digital platforms and online services. These laws are being enacted around the world, and may impact how and when certain products, features, or services can be launched in different countries. In some cases, Apple has public reporting obligations around online safety compliance.
- Any product, feature or service that potentially impacts user safety or security—including any services that allow users to share content with others online—may require an assessment by the Online Safety team to ensure there are appropriate safeguards in place. This applies to both when launching a new product, feature, or service, or when making a change to one that already exists.
- Visit the Online Safety Compliance page for more information on online safety laws and requirements, including risk assessments and audits.

 © 2026 LRN Corporation

## Platform Compliance

- Companies offering digital products and services are increasingly required to take steps to create their technology in a way that ensures fair operation of digital platforms, safeguards user data, and promotes healthy competition. There are increasing numbers of laws and regulations globally that aim to govern the conduct of platforms operating in digital markets.
- Apple is subject to certain obligations under relevant platform regulations like the Digital Markets Act (DMA), but remains committed to protecting user security, privacy and safety, providing users control over their data, and enabling choice for users and developers.
- Visit the Platform Regulation Compliance page for more information.

---

## AI Use Compliance

- Generative AI tools can transform how we work by increasing productivity, fostering creativity, and supporting innovation. Employees are required to understand the policies that apply to the use of generative AI tools for personal productivity, when building tools and resources for internal teams, and in product development. Review the AI Individual Use Policy and GenAI policies page.
- When using generative AI tools, you must uphold Apple values, including those around confidentiality and privacy, protecting user data, and maintaining quality, while also protecting Apple's intellectual property and respecting the requirements of our external model vendors. Please read the Guidelines to use AI Models at Apple.
- Apple's development of AI tools is guided by a set of Responsible AI principles: empowering our users with intelligent tools and representing our users, designing with care, and protecting privacy. Learn more about Apple's focus on Responsible AI Development and the Responsible AI principles.

 © 2026 LRN Corporation

# Platform Compliance in Practice

An Apple employee is working with several teams on an Apple developed game that will have AI and in-game chat features. Some of those teams have access to nonpublic details on apps submitted by third-party app developers.

*Select each icon to explore some of the ways platform compliance regulations may impact this work.*



## In-game chat

User-to-user features (such as in-game messaging) can create risks that users may be exposed to unsafe or even illegal content, and may need to be assessed before launch for compliance with online safety regulations around the world.

 © 2026 LRN Corporation



## Nonpublic data

Developing an app with nonpublic competitor data (such as input from reviewers of third party apps) is not permitted, as it may violate both platform regulations and competition laws, as well as confidentiality restrictions.



## AI features

AI features and functionality must be developed in line with Apple's Responsible AI principles, and in line with many rapidly changing laws around the world.

 © 2026 LRN Corporation

# Summary




© 2026 LRN Corporation

# The Business Conduct Helpline

Remember that you can always reach out to a manager, the People team, Legal, or the Business Conduct Helpline to answer your questions, provide guidance, or report allegations or concerns. The Business Conduct website also provides regularly updated answers to frequently asked questions.



You have multiple options to reach Business Conduct.

*Select each hotspot to learn more about the Business Conduct Helpline.*

## It's Easy

Contact us:

- By email: businessconduct@apple.com
- Submit a webform and check the status of your Helpline case using the Business Conduct Portal
- By phone: +1-408-974-1200
- Through Apple's external helpline, EthicsPoint, which is available for both internal and external parties to report concerns, and provides the option of anonymous reporting, where permissible under applicable laws. The external helpline is available at any time, and provides online reporting as well as local, toll-free phone numbers that connect reporters to a multilingual reporting service.

## It's Confidential

Your information is shared only with those who have a need to know.


© 2026 LRN Corporation

## It's Responsive

We respond to every outreach, and Apple reviews all reports and investigates as appropriate. To learn more about our process when we receive an allegation, visit the Business Conduct website.

## It's Safe

Apple doesn't tolerate retaliation. Learn more about Apple's strict No Retaliation policy.

 © 2026 LRN Corporation

# Review the Business Conduct Policy

This training covered many important principles and rules, but it's no substitute for taking the time to review the complete Business Conduct Policy, which is available in many languages. Additional resources, including many FAQs, are available on the Business Conduct website.




© 2026 LRN Corporation

# Thank You

Thank you for taking the time to complete this training. To visit the resources mentioned in each module, review the Worldwide Business Conduct Resources page and add the bookmark in your browser.

Your understanding of the policies that guide how we do business helps Apple ensure we continue to uphold our guiding principles of honesty, respect, confidentiality, and compliance.

Share your feedback and complete this short, 4 question survey.

**Please go to the next screen to receive credit for completing this course.**




© 2026 LRN Corporation

# Summary




© 2026 LRN Corporation

# The Business Conduct Helpline

Remember that you can always reach out to a manager, the People team, Legal, or the Business Conduct Helpline to answer your questions, provide guidance, or report allegations or concerns. The Business Conduct website also provides regularly updated answers to frequently asked questions.



You have multiple options to reach Business Conduct.

*Select each hotspot to learn more about the Business Conduct Helpline.*

## It's Easy

Contact us:

- By email: businessconduct@apple.com
- Submit a webform and check the status of your Helpline case using the Business Conduct Portal
- By phone: +1-408-974-1200
- Through Apple's external helpline, EthicsPoint, which is available for both internal and external parties to report concerns, and provides the option of anonymous reporting, where permissible under applicable laws. The external helpline is available at any time, and provides online reporting as well as local, toll-free phone numbers that connect reporters to a multilingual reporting service.

## It's Confidential

Your information is shared only with those who have a need to know.


© 2026 LRN Corporation

## It's Responsive

We respond to every outreach, and Apple reviews all reports and investigates as appropriate. To learn more about our process when we receive an allegation, visit the Business Conduct website.

## It's Safe

Apple doesn't tolerate retaliation. Learn more about Apple's strict No Retaliation policy.

 © 2026 LRN Corporation

# Review the Business Conduct Policy

This training covered many important principles and rules, but it's no substitute for taking the time to review the complete Business Conduct Policy, which is available in many languages. Additional resources, including many FAQs, are available on the Business Conduct website.

By selecting Agree, you verify that you have read Apple's Business Conduct Policy, that you understand and agree to its provisions, and that you understand a violation of the Business Conduct Policy may result in disciplinary action or the end of your working relationship with Apple.



☐ Agree


© 2026 LRN Corporation

# Thank You

Thank you for taking the time to complete this training. To visit the resources mentioned in each module, review the Worldwide Business Conduct Resources page and add the bookmark in your browser.

Your understanding of the policies that guide how we do business helps Apple ensure we continue to uphold our guiding principles of honesty, respect, confidentiality, and compliance.

Share your feedback and complete this short, 4 question survey.

**Please go to the next screen to receive credit for completing this course.**




© 2026 LRN Corporation

# Self Check Answers


© 2026 LRN Corporation

# Know What's Secret

Which of the following are considered Apple Confidential Information?

*Select 'Yes' if the items are considered Apple Confidential and 'No' if they're not.*



## Internal strategy and planning

Yes ✔ No ✘

## Unannounced products, software, services, features, or pricing

Yes ✔ No ✘

## Unannounced marketing and financial information

Yes ✔ No ✘

## Internal communications that contain information about Apple's products or services


© 2026 LRN Corporation

Yes ✔ No ✘

## Your employment at Apple

Yes ✘ No ✔

## Apple press releases

Yes ✘ No ✔

### Correct

All choices are considered Apple Confidential Information except for Apple press releases and your employment at Apple. For more information on what's confidential at Apple, review the Business Conduct Policy. For information on protecting Apple Confidential Information, review the Confidentiality and Disclosure page.

### Incorrect

All choices are considered Apple Confidential Information except for Apple press releases and your employment at Apple. For more information on what's confidential at Apple, review the Business Conduct Policy. For information on protecting Apple Confidential Information, review the Confidentiality and Disclosure page.

### Incorrect

All choices are considered Apple Confidential Information except for Apple press releases and your employment at Apple. For more information on what's confidential at Apple, review the Business Conduct Policy. For information on protecting Apple Confidential Information, review the Confidentiality and Disclosure page.

 © 2026 LRN Corporation

# Protecting Apple's Intellectual Property

Mark is leaving Apple and taking a role with another company. Mark is preparing his Apple Owned Units (AOUs) for his departure, but some of his behavior may be risking Apple's intellectual property.

*Select 'Yes' if the scenarios risk Apple's intellectual property and 'No' if they don't.*



---

## Mark is keeping his MacBook because his manager never asked him to return it.

Yes ✔ | No ✘

---

## Before leaving, Mark accesses files for projects that he previously worked on. He then places the data on an external hard drive.

Yes ✔ | No ✘

---

## Mark's manager notices that he has requested several new disclosures on secret programs after he announced his departure from Apple.


© 2026 LRN Corporation

Yes ✔ No ✘

After Mark's departure from Apple, he's still communicating about open project work in his Apple team group iMessage.

Yes ✔ No ✘

Mark would like to remove any personal information from his AOU before his departure, so he plugs in an internal drive to transfer the data. He accidentally ends up putting a work-related folder with confidential information on the drive.

Yes ✔ No ✘

Mark is reviewing his iCloud Drive on his AOU. He moves work related documents outside of the "Apple Work" folder and into a personal folder which he can still access after his departure.

Yes ✔ No ✘

Mark takes the career development feedback he's received during his time at Apple (which doesn't include any Apple Confidential Information) and

 © 2026 LRN Corporation

plans to use this to ensure he's performing to the best of his ability in his new role.



Yes ✘

No ✔

---

## Correct

The first six options put Apple's intellectual property at risk. The IPA or terms you signed when you joined Apple extend during and beyond Apple employment. Apple offers a checklist for employees leaving Apple to ensure all steps are appropriately followed. If you or someone you know leaves Apple, you must protect Apple's intellectual property, as signed in your IPA or terms, by following these important obligations, including: returning AOUs, deleting Apple intellectual property from any external storage devices, ensuring that all Apple Confidential Information and work files are left behind, and removing access to work group iMessages. If you're a manager, don't include Apple Confidential Information when providing career development feedback, including in performance reviews. If you hear of anyone that may be risking Apple's intellectual property, please contact Global Security Investigations. For information on removing information from devices, review the instructions on returning your device.

---

## Incorrect

The first six options put Apple's intellectual property at risk. The IPA or terms you signed when you joined Apple extend during and beyond Apple employment. Apple offers a checklist for employees leaving Apple to ensure all steps are appropriately followed. If you or someone you know leaves Apple, you must protect Apple's intellectual property, as signed in your IPA or terms, by following these important obligations, including: returning AOUs, deleting Apple intellectual property from any external storage devices, ensuring that all Apple Confidential Information and work files are left behind, and removing access to work group iMessages. If you're a manager, don't include Apple Confidential Information when providing career development feedback, including in performance reviews. If you hear of anyone that may be risking Apple's intellectual property, please contact Global Security Investigations. For information on removing information from devices, review the instructions on returning your device.

---

## Incorrect

 © 2026 LRN Corporation

The first six options put Apple's intellectual property at risk. The IPA or terms you signed when you joined Apple extend during and beyond Apple employment. Apple offers a checklist for employees leaving Apple to ensure all steps are appropriately followed. If you or someone you know leaves Apple, you must protect Apple's intellectual property, as signed in your IPA or terms, by following these important obligations, including: returning AOUs, deleting Apple intellectual property from any external storage devices, ensuring that all Apple Confidential Information and work files are left behind, and removing access to work group iMessages. If you're a manager, don't include Apple Confidential Information when providing career development feedback, including in performance reviews. If you hear of anyone that may be risking Apple's intellectual property, please contact Global Security Investigations. For information on removing information from devices, review the instructions on returning your device.

 © 2026 LRN Corporation

# Know What to Say



Connecting with people through professional and social networks like LinkedIn, X, and Facebook is fine, but sometimes Apple employees are targeted by analysts, bloggers, and reporters searching for the inside scoop on Apple products. This is called social engineering.

This outreach usually promises the discussion will be "off the record," or "on background," or they may say they're looking for "confirmation of information" they claim to have heard elsewhere.

If you're approached or asked questions on social media about confidential aspects of Apple's products, features, earnings, release dates, or similar topics—no response is the best response, and you should forward the request to leaks@apple.com. Never confirm or deny information or encourage speculation, and don't give hints.

Review the following scenarios and questions from external contacts and decide if the response to the question is protecting Apple's Confidential Information or revealing it.

*Select 'Protecting' or 'Revealing' in each case.*

**Question: I noticed you recently changed your position at Apple and was wondering about your experience on your previous project. Would you be open to chatting with me? We can keep your input anonymous.**

**Julie's Response: No response and forwards the email to leaks@apple.com.**

 © 2026 LRN Corporation

Question: I'm writing a story on a project I believe you're involved in, and I'm curious who you think should lead the next version of your product.

Clarke's Response: I don't discuss anything related to Apple's products or services externally.

Protecting ✔ Revealing ✘

---

Question: Can I speak to you about Apple's next Jetpack and some other confirmed projects?

Charlotte's Response: Any questions from the media related to Apple's products or services can be sent to media.help@apple.com.

Protecting ✔ Revealing ✘

---

Question: I'm working on a story about Apple's new spaceship engine and was hoping to connect with you. I know you can't say much and was just hoping to cover what I've already heard from others. Not looking to quote you.


© 2026 LRN Corporation

**Yafei's Response: I'm happy to set aside time to discuss this development with you.**

Protecting ✘ Revealing ✔

---

**Question: Can we please connect on LinkedIn? I'm looking to get some insight into the next version of iPhone. Could you share some information with me?**

**Shelley's Response: No response, blocks user, and flags the message as a violation of the platform's User Licensing Agreement.**

Protecting ✔ Revealing ✘

---

### Correct

All responses except for Yafei's are appropriate responses to protect Apple Confidential Information. You have a right not to be questioned about your work. We're all proud of what we do, and leaking is a violation of the IPA or terms you signed when you joined Apple, as well as the Business Conduct Policy. No response is the best option, but you can ask to stop being intruded upon and to stop attempts that undermine our values and intentions. LinkedIn and Gmail also prohibit spam, harassment, and the use of their platforms to solicit or commit crime, which in this case would be theft of trade secrets. All inquiries from media outlets or from financial or industry analysts about Apple's products, earnings, release dates, or similar topics should be referred to Corporate Communications or Investor Relations. You shouldn't provide any response to these requests for comment.

---

### Incorrect

All responses except for Yafei's are appropriate responses to protect Apple Confidential Information. You have a right not to be questioned about your

 © 2026 LRN Corporation

work. We're all proud of what we do, and leaking is a violation of the IPA or terms you signed when you joined Apple, as well as the Business Conduct Policy. No response is the best option, but you can ask to stop being intruded upon and to stop attempts that undermine our values and intentions. LinkedIn and Gmail also prohibit spam, harassment, and the use of their platforms to solicit or commit crime, which in this case would be theft of trade secrets. All inquiries from media outlets or from financial or industry analysts about Apple's products, earnings, release dates, or similar topics should be referred to Corporate Communications or Investor Relations. You shouldn't provide any response to these requests for comment.

---

### Incorrect

All responses except for Yafei's are appropriate responses to protect Apple Confidential Information. You have a right not to be questioned about your work. We're all proud of what we do, and leaking is a violation of the IPA or terms you signed when you joined Apple, as well as the Business Conduct Policy. No response is the best option, but you can ask to stop being intruded upon and to stop attempts that undermine our values and intentions. LinkedIn and Gmail also prohibit spam, harassment, and the use of their platforms to solicit or commit crime, which in this case would be theft of trade secrets. All inquiries from media outlets or from financial or industry analysts about Apple's products, earnings, release dates, or similar topics should be referred to Corporate Communications or Investor Relations. You shouldn't provide any response to these requests for comment.

 © 2026 LRN Corporation

# Public Spaces, Apple Confidential Information

Orla and her colleagues have a group iMessage. After sending a question about prerelease product information, Orla notices that there's an unknown number in the thread. Orla knows this is a security risk for Apple. What should she do?

- ○ Remove the person from the thread and continue the conversation as usual.
- ◉ Raise the concern with Global Security, note the number, and then remove the person from the thread.
- ○ Ask the person who they are and ask them not to share the information shared.

Feedback

The second answer is correct. If you're sharing Apple Confidential Information over iMessage, be sure that only the appropriate contacts are included in the thread. If an unknown contact who you believe may be outside the project appears in the thread, immediately raise your concern with Global Security. To keep Apple Confidential Information secure, we must be diligent about using secure platforms, and also be aware of user error.


© 2026 LRN Corporation

# Recognize Risks

Which of the following situations could put Apple at risk?

*Select 'Yes' if the items could put Apple at risk and 'No' if they couldn't.*



## Using a USB flash drive to transfer files from your computer to a vendor's computer

Yes ✔ No ✘

## Using unapproved AI tools in your work

Yes ✔ No ✘

## Leading a conference call on a commuter shuttle

Yes ✔ No ✘

## Using WhatsApp to communicate with a coworker about project details


© 2026 LRN Corporation

Yes ✔ No ✘

## Using the same passwords for work devices as personal devices

Yes ✔ No ✘

## Sending anything work related from your Apple email address to your personal email

Yes ✔ No ✘

## Sharing your AOU with a family member or friend for them to utilize shared home apps

Yes ✔ No ✘

### Correct

All options could put Apple at risk. Remember to always use Apple approved communication tools and applications and be aware of your surroundings to avoid putting Apple at risk.

### Incorrect

All options could put Apple at risk. Remember to always use Apple approved communication tools and applications and be aware of your surroundings to avoid putting Apple at risk.


© 2026 LRN Corporation

Incorrect



All options could put Apple at risk. Remember to always use Apple approved communication tools and applications and be aware of your surroundings to avoid putting Apple at risk.

 © 2026 LRN Corporation

# Is It Considered a Violation?

Which of these situations are likely to be a violation of Apple's policy, as well as a violation of copyright laws?

- [x] Taking an image downloaded from a third-party site and using it in Apple products, services, or other content or materials without permission from the third party
- [x] Storing an unauthorized download of a music video on an AOU
- [ ] Using images created internally by Apple employees for Apple Keynote presentations
- [x] Playing a movie on an AOU, on a personal device, or through an Apple network (including Apple VPN) in a break room for a group of employees to watch
- [ ] Using images that aren't protected by copyright laws in Apple Keynote presentations
- [x] Using software tools to bypass encryption and other access controls in order to copy and use copyrighted material for business purposes

Feedback

The first, second, fourth, and sixth answers are examples of copyright infringement and piracy, which are prohibited under Apple's policies. Downloading or storing illegally obtained content on an AOU or through an Apple network (including Apple VPN), or playing a movie or live TV on a breakroom TV without the proper licenses, as well as using software to bypass encryption of copyrighted material are all prohibited and may result in disciplinary action up to and including termination of employment.

Using images created by Apple employees for an Apple Keynote is allowed. You may also use images licensed by Apple for Apple Keynote presentations. Creative materials that aren't protected by copyright laws are considered to be in the public domain and may also be used. If you have any questions about whether a work is protected by copyright laws or requires a license to be used, please consult the Copyright team. To learn more, visit Apple's Copyright-Protected Content Policy and Copyright Policy. If you still have questions about using third-party materials, contact Permissions.


© 2026 LRN Corporation

# Posting on Social Media

Many Apple employees actively post to social media platforms such as LinkedIn, X, Instagram, BlueSky, Weibo, and TikTok. Which of the following posts are appropriate according to Apple's Social Media and Online Communications guidelines?

- [ ] We're on the final countdown for a surprise announcement next week! Can't wait to see it live. #AppleLaunch
- [ ] One of our suppliers will be in town for the next announcement. I'm on my way to pick her up from the airport!
- [x] Just had an amazing day at Apple Park—love working at Apple!
- [x] Excited about last week's iPhone launch! Great work to the whole team that was involved!
- [ ] Check out my latest TikTok to hear about the best features in the new iOS update.
- [x] Just got my new Apple Watch! I'm challenging myself to close my rings each day.

Feedback

The third, fourth, and sixth posts are acceptable because they don't divulge Apple Confidential Information and they don't give the impression that you're speaking on behalf of Apple. Employees can't discuss Apple Confidential Information about Apple's products or services, such as a product release or an upcoming announcement. Posting about Apple's products or services, or reasonably anticipated products or services, may be perceived as speaking on behalf of Apple, so it's not okay to review Apple products or services, with some exceptions for content like books and music. Nothing in these guidelines should be interpreted as restricting your right to speak freely or report concerns about wages, hours, or working conditions, internally or externally.


© 2026 LRN Corporation

# The Video Blogger

Warren is an Apple employee who frequently livestreams and shares his insights into new and upcoming tech products. In some of the videos, Warren talks about Apple products and services.

He's unsure whether the videos could be a concern for Apple. What should Warren do?

- ○ He doesn't have to do anything since it benefits Apple if he's promoting our products.
- ◉ He can't share his insights about Apple products and services since it may reveal Apple Confidential Information or seem like he's speaking on behalf of Apple.
- ○ He should go ahead and post about the new and upcoming tech products. As long as he doesn't tell anyone, management won't find out.
- ○ As long as he also reviews competitor products, it's fine to review Apple's products.

Feedback

The second option is correct. Apple employees are generally not permitted to speak publicly about Apple products or services, products or services that compete with Apple's, or products we sell in stores or online, without Corporate Communications approval. In some instances, VP or SVP approval is needed, in addition to review from Legal.

Employees may create their **own** content or reviews about music, books, TV shows, and movies as long as:

- The content they're reviewing isn't created by Apple
- They do so in a clearly personal capacity and
- Neither their role nor the role of their immediate team involves that type of content

**Games and Apps** have other requirements in addition to those listed above. Employees may only create content or reviews about **games and apps** that aren't created by Apple **or** that don't directly compete with the apps Apple creates. Employees may not review content distribution platforms, such as online music or bookstores. They also may not talk about underlying software in a game or app.


© 2026 LRN Corporation

# Can Laila Participate?

Laila is an Apple employee who was invited to be interviewed on her friend's TikTok to talk about the history of women's professional sports. Each guest is asked to share information about their personal background and where they work. Laila isn't sure what to do. Which advice should she follow?

- [x] Laila can participate as this isn't related to Apple's products or services or reasonably anticipated products or services. She can share that she works at Apple, but she needs to be careful not to divulge Apple Confidential Information.
- [x] If she has questions about participating, Laila can reach out to her manager, Business Conduct, or Corporate Communications.
- [ ] Laila can't participate because Apple employees aren't allowed to be featured on TikTok videos.
- [x] If Laila thinks the conversation might get into any specifics about what she does at Apple, she should talk to her manager and then Corporate Communications for guidance.

Feedback

The first, second, and fourth answers are correct. Laila has only been asked to speak about the history of women's professional sports, which isn't related to Apple's products or services, so she's allowed to participate. Nothing restricts an employee from saying where they work, as long as they're not sharing Apple Confidential Information.

Keep in mind, employees must be careful not to talk about Apple's current or reasonably anticipated products or services, or speak in a way that could be construed as speaking on behalf of Apple, because doing so is only permitted with preapproval from their manager, Corporate Communications, and in some instances, their VP and SVP. If you're ever unsure about what's okay, talk to your manager, Business Conduct, or Corporate Communications before proceeding.




© 2026 LRN Corporation

# What Do You Think?

Jeremiah is an Apple employee who was asked to speak at his alma mater about his career journey and how his time at the university has prepared him for his career. Jeremiah is unsure if he can accept the invitation and participate.

What should Jeremiah do?

- [x] Participate in the event. It's okay for Jeremiah to say he works at Apple and discuss his career journey generally, as long as he's not discussing Apple Confidential Information or giving the impression that he's representing Apple.
- [x] Jeremiah should make clear to his alma mater that he'll be speaking to his personal career journey, and he'll not be speaking about Apple's products or services.
- [ ] Since he's a volunteer, it's okay to speak at the event about his work at Apple.

Feedback

The first and second options are correct. As long as participating in the event wouldn't include Jeremiah discussing Apple's products or services, or reasonably anticipated products or services, he can participate. If the event could end up with him talking about Apple, Jeremiah should check in with his manager and Corporate Communications before participating, and additional senior approvals may be required.

Under no circumstances should Jeremiah share Apple Confidential Information, give the impression that he's speaking on behalf of Apple, or allow the Apple logo to be used in association with his participation in the event, unless he's an authorized spokesperson for Apple and has prior, written approval from his SVP and Corporate Communications.




© 2026 LRN Corporation

# Hiring a Supplier

Wei's team is reviewing a proposal from a potential new supplier. Wei's spouse works for the supplier and may be involved in the work with Apple. Wei isn't sure if this could be a conflict of interest. He asks his coworkers for their advice.

*Select each person to see Wei's coworkers' advice, then select whose advice to follow.*

### Isabella

You can definitely proceed to contract with the supplier if they're the best supplier for the job and your relationship will benefit Apple.



### Riya

You should disclose your relationship to your manager right away and remove yourself from any reviews and decisions regarding the proposal.




© 2026 LRN Corporation

**Rowan**

You shouldn't hire the supplier since your spouse works there.



## Whose advice is best?

**Select the best answer.**

- ○ Isabella
- ◉ Riya
- ○ Rowan

Feedback

Riya gave the best advice. If there's a conflicting relationship with a potential business partner, you need to inform your leadership right away and remove yourself from the business process. Approval from the most senior person in his organization reporting to the CEO would be required for Wei to work in a partnership with this supplier.

Even if they're the best supplier for the job, Isabella's answer is incorrect because Wei must disclose the relationship and remove himself from the decision-making process. By taking Rowan's advice and telling the team to not hire the supplier, Wei would be using his personal relationship to influence a business decision. Hiring the supplier could be appropriate with the proper disclosure and approval.

 © 2026 LRN Corporation

# Is It a Conflict?

Which of the following situations could potentially be a conflict of interest at Apple?

*Select 'Conflict' or 'Not a conflict' in each case.*



## Developing a video game in your spare time only for personal use

Conflict ✘

Not a conflict ✔

## Tutoring middle school math in your spare time

Conflict ✘

Not a conflict ✔

## Teaching fitness classes via a streaming platform or an app

Conflict ✔

Not a conflict ✘

## Providing technical feedback for a software application that your cousin just launched


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

---

### Working as an AI software engineer for Apple and providing technical consulting services to an AI start up

Conflict ✔ Not a conflict ✘

---

### Leading coding workshops on social media

Conflict ✔ Not a conflict ✘

---

### Starting an e-commerce website to sell Apple or competitor accessories

Conflict ✔ Not a conflict ✘

---

### Acting as a volunteer software engineer for a non-profit

Conflict ✔ Not a conflict ✘

---

### Contributing code to an open-source project


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

### Correct

Developing a video game for only personal use and tutoring math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing a video game for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing a video game for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing a video game for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

 © 2026 LRN Corporation

# The Musician

Melinda, an Apple employee, has been asked by friends who are local musicians if she can help them distribute their music on various platforms since she has published her own music in the past. She's concerned this might be a potential conflict of interest. What should Melinda do?

- ○ This is okay if her role at Apple doesn't have anything to do with Apple Music.
- ◉ It's a conflict of interest for employees to work to distribute other artists' music. Distributing your own music isn't a conflict.
- ○ This is okay as long as she doesn't distribute their music on competitor platforms.
- ○ Melinda shouldn't distribute her own music through Apple Music.

Feedback

The second answer is correct. Even if Melinda's role at Apple may not involve music, Apple is in the business of distributing music and has its own record label.

Employees may not be involved in distributing other artists' music, over any platform, as it would likely be considered a conflict of interest. Employees are free to distribute their own music to any streaming platform, including Apple Music. Employees shouldn't use their position at Apple to get favored treatment for their music (such as getting your music featured as a Staff Pick).


© 2026 LRN Corporation

# Considering Outside Activities

Which of the following would be acceptable outside activities?

- [ ] Consulting or advising a venture capital firm on the selection of technology start-ups
- [ ] Vlogging about virtual or augmented reality gaming products
- [x] Holding a workshop at a community center on how to build a resume
- [ ] Contributing to an open source project you've been involved in prior to joining Apple
- [x] Songwriting and uploading your own music to Apple Music and other streaming services
- [x] Talking to high school students about career development as part of an after-school program

Feedback

The third, fifth, and sixth answers are correct. These are acceptable because:

- Participation in workshops on topics that don't relate to Apple's products or services is acceptable, as is helping students with career development. Writing or producing your own music isn't considered a conflict of interest.

The other options are considered conflicts because:

- Outside advising or consulting on areas that overlap with Apple's business, products, or services can be considered a conflict of interest.
- Virtual and augmented reality gaming devices compete with the Apple Vision Pro product, so vlogging on this topic wouldn't be allowed.
- Employees aren't permitted to contribute to open-source projects in a personal capacity unless they receive approval to do so.
- As with any potential conflict of interest, check with your manager and Business Conduct.


© 2026 LRN Corporation

# Designing Games

Skyler works in AppleCare. In their spare time, they're learning coding for game development. Skyler decides to publish their first game on a popular online gaming platform to get feedback on their skills. Depending on how well it does, Skyler may publish the game on other platforms.

What's the best advice for Skyler in this situation?

*Select each person to see Skyler's coworkers' advice, then choose whose advice to follow.*

## Juan

This sounds like it could compete with Apple's products and services. You should reach out to Business Conduct to see if this is allowed.



## Noah

Sounds like a fun project. You should post your game to get feedback.


© 2026 LRN Corporation



**Huda**

Keep up the good work. If you're successful, maybe Apple will put your game on their platform.



## Whose advice is best?

**Select the best answer.**

- (●) Juan
- ( ) Noah
- ( ) Huda


© 2026 LRN Corporation

Feedback

Juan gave the right advice. Under Apple's Business Conduct Policy, employees aren't permitted to create products or services related to Apple's current or reasonably anticipated products or services, or those of our competitors.

Apple has a gaming platform and creates software and tools that are used in the creation of games, so most activities related to games are considered a conflict of interest. Skyler would need to obtain approval from their manager, Legal, their SVP, and the most senior leader for Apple Arcade in order to continue developing the game, and share, sell, or distribute it.

 © 2026 LRN Corporation

# Is It a Violation?

Which of these situations relating to Apple's employee giving program are considered fraud or a misuse of Apple systems or assets? Review the following scenarios and decide if they violate Apple's Matching Gifts Program or Global Volunteering Program.

*Select 'Violation' or 'Not a violation' in each case.*



---

**Theo is supporting a charity by doing a walkathon with his friends. Before the event, he combines his donations and those collected by his friends and submits the total amount to Apple for a donation match.**

Violation ✔ | Not a violation ✘

---

**Jade has recently volunteered 42 hours working on a charity's annual fundraising event. She submits 42 hours to Apple for a volunteer match.**

Violation ✘ | Not a violation ✔

---

**Aiko is asking for donations for a charity she's involved in and submits the received donations as**


© 2026 LRN Corporation

her own to Apple's Matching Gifts Program.

Violation ✔ | Not a violation ✘

Tariq has to pay a 1000 USD fee so his son can play in a soccer league. Tariq contributes 500 USD to the league via Apple's Matching Gifts Program and receives a 500 USD match from Apple.

Violation ✔ | Not a violation ✘

Huda donated the maximum amount allowed to be matched by Apple for the year to a disaster relief organization. She'd like to donate more money, so she gives the money to a member of her team to make a donation under their name and to submit for a match from Apple.

Violation ✔ | Not a violation ✘

Eden receives funds from a nonprofit organization to donate through the Apple Matching Gifts Program and requests a matching gift.

Violation ✔ | Not a violation ✘

 © 2026 LRN Corporation

### Correct

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

### Incorrect

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

### Incorrect

All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

 © 2026 LRN Corporation

# The Repercussions of Fraud

Joel receives an email from someone who says she's the founder of a charity that helps underprivileged kids. The founder asks Joel if she can send him 10000 USD that he can use to make a donation to her charity through Apple's Matching Gifts Program. This would enable the charity to double its money, and Joel would be able to deduct the donation on his tax return. Joel sees that the charity is registered in Benevity and figures this is an easy way to help a charity and get a tax benefit for himself in exchange. He says yes and mentions that he knows other employees who might be interested in doing the same.

What are the possible repercussions of this activity?

- [x] Termination of employment
- [x] Involvement of law enforcement and government agencies
- [x] Criminal charges
- [ ] There are no repercussions. As long as the charity is registered in Benevity, this is fine.

Feedback

The first three options are correct. Submitting fraudulent donations through Apple's Matching Gifts Program is against Apple policy and will lead to disciplinary action, up to and including termination of your employment. It's also illegal, as this type of activity includes tax fraud, wire fraud, and theft. If you're ever unsure of the right course of action around submitting donations or volunteer time for a match, reach out to Business Conduct. For more information on charitable donations at Apple, review the Apple Matching Gifts Program.


© 2026 LRN Corporation

# Is It a Legitimate Expense?

Mehak is on a business trip and has dinner with a friend while she's in town. They go out for an inexpensive dinner and because the total is within the recommended finance guidelines for a personal meal, Mehak feels that it is reasonable to expense the entire meal. She asks her team for advice on how to proceed.

Which advice should Mehak follow?

- [ ] You're still within the finance policy limit, so it is fine to expense the full cost of the meal.
- [ ] I'm sure there's a business reason for eating dinner with your friend—just expense this as a business meal.
- [ ] Just include the expenses with all of your other receipts. No one's going to notice.
- [x] If you're not sure about an expense, check with your manager.
- [x] Unless this is a business dinner, you can't expense the entire meal, only your own.

Feedback

The fourth and fifth answers are correct. Mehak can only expense personal meals or business meals that are permissible under Apple policies. Expensing any other meals would be fraud, and a violation of Business Conduct and Finance policies. Refer to the Apple Travel Policy for meal guidelines and how much you can expense each day.

When in doubt, discussing which expenses are appropriate with your manager is always a good idea. Employees are expected to be aware of and follow Apple's Travel, Home Office, and Expense Reimbursement Policy when traveling for Apple business.


© 2026 LRN Corporation

# What's Material?



Material nonpublic information is information about a business that hasn't yet been made public and will likely have a significant impact on the company's share price after it's released. This can refer to information about Apple or one of Apple's suppliers, manufacturers, vendors, customers, or other business partners. A safe rule is that if you learn something about a company through your work that isn't yet publicly available and you think that information would give you an advantage in trading the stock of that company, don't trade.

If you're uncertain whether you're aware of material nonpublic information, reach out to your manager or Insider Trading to discuss your specific situation.

Which of the following situations, not yet announced publicly, would be considered material information that would prevent each person from trading?

*In each case, select 'Permitted' if trading is permitted or 'Not permitted' if trading isn't permitted.*

---

**Cooper works on the Data Security team and learns that there has been a breach at one of Apple's main suppliers resulting in the supplier's inability to continue manufacturing. It is unclear how long it will take for manufacturing to resume. The next morning Cooper proceeds to sell his Apple shares fearing a decline if the news is released.**

Permitted ✘ | Not permitted ✔

---


© 2026 LRN Corporation

Isaiah manages a carrier partnership at Apple and knows about upcoming carrier program changes that will hurt the carrier's financials as Apple is a major customer. He owns carrier stock from before joining Apple and decides to sell it, concerned about the potential impact on the carrier's stock price and his investment portfolio.

Permitted ✘ | Not permitted ✔

---

Yuna is working on finalizing the financial results for the quarter that just ended. Two days prior to Apple's quarterly earnings announcement she realizes that Apple will report earnings much higher than the market expects. She sees this as confirmation of her long-term belief in the company and goes ahead and purchases additional Apple shares in her private account.

Permitted ✘ | Not permitted ✔

---

Pepe is working on a proposal for an exciting new product that will launch in two years. He's considering purchasing Apple stock as he thinks the new product will drive future revenue growth.

Permitted ✔ | Not permitted ✘

 © 2026 LRN Corporation

Nicolas is part of Apple's software engineering team. During his lunch break, he overhears a conversation by two colleagues discussing a highly confidential project that would involve Apple acquiring a public company. Nicolas proceeds to purchase shares of the target company expecting its price to go up following the announcement.

Permitted ✘

Not permitted ✔

Lea works in Apple's operations and doesn't usually access financial information. She's included in an operations planning meeting where for the first time the team shares an update on the current quarter's results as well as the upcoming quarter's forecast. Excited about the company's prospects, she buys Apple stock assuming it's allowed since she's not subject to regular quarterly trading restrictions.

Permitted ✘

Not permitted ✔

**Correct**

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.


© 2026 LRN Corporation

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

 © 2026 LRN Corporation

# Using the Employee Purchase Program

Rachel was asked by Omar, a software vendor who her team at Apple partners with, if he could use her employee discount to buy an iPad. Rachel has several friends and family discounts that she knows she won't use this year and would be happy to help Omar out with her discount. Omar offered to give her some of the difference in price as a thank you for doing this for him. Rachel asks her team for advice on how to proceed.

Which advice should Rachel follow?

- [ ] This is okay as the friends and family discount can be used for coworkers as well as vendors.
- [x] Providing the discount to a business partner is a violation of the gift policy and also creates a conflict of interest.
- [x] Making money from your EPP discount is considered using your position for unfair personal gain.

Feedback

Your personal and friends and family discounts are only for you, your family members, and friends. You aren't permitted to extend your EPP discounts to your coworkers or to a vendor or other business partner. Before making any purchases using your EPP discount, you should also ensure that your purchase is in line with the EPP information and terms on the People site. If you're still not certain of the eligibility of your purchase under EPP, reach out to People Support for clarification.

Failing to follow Apple's policies on the EPP discount could be seen as misstating facts, omitting critical information, or modifying records or reports in order to mislead others.

All of this could amount to fraud.


© 2026 LRN Corporation

# Can I Accept It?

Determining whether you can accept something of value can be difficult at times. You should always think through whether a gift falls under the gift policy, and if it does, whether there's a business-related exception that would apply. Remember, even customary gifts can lead to a perception of favoritism and an expectation of something being given in return. If you're ever unsure about whether you can give or accept a gift, ask your manager or Business Conduct.

*Select 'Yes' if the item is acceptable under the gift policy and 'No' if it's not.*



## A $100 digital gift card to a restaurant from a vendor

Yes ✘ | No ✔

## $200 tickets from a vendor for an employee's family to go to a music festival

Yes ✘ | No ✔

## A logo coffee cup at a business meeting

Yes ✔ | No ✘

## A birthday gift from another Apple employee


© 2026 LRN Corporation

Yes ✔ No ✘

## A discount that's offered to all Apple employees

Yes ✔ No ✘

### Correct

The coffee cup, birthday gift, and discount scenarios are acceptable under the gift policy. Low value items offered at events are acceptable, as are gifts between employees. Any cash or cash-equivalent gifts aren't allowed. Any item valued over $150 isn't allowed unless the key exceptions apply or you have approval from Business Conduct, as well as written approval from your VP.

### Incorrect

The coffee cup, birthday gift, and discount scenarios are acceptable under the gift policy. Low value items offered at events are acceptable, as are gifts between employees. Any cash or cash-equivalent gifts aren't allowed. Any item valued over $150 isn't allowed unless the key exceptions apply or you have approval from Business Conduct, as well as written approval from your VP.

### Incorrect

The coffee cup, birthday gift, and discount scenarios are acceptable under the gift policy. Low value items offered at events are acceptable, as are gifts between employees. Any cash or cash-equivalent gifts aren't allowed. Any item valued over $150 isn't allowed unless the key exceptions apply or you have approval from Business Conduct, as well as written approval from your VP.

 © 2026 LRN Corporation

# What Do You Think?

Vivek's consultant invited him to a professional soccer game. Several key business contacts will also be in attendance. The fair market value of the seat is $700, which is above Vivek's $150 gift limit. There will be a dinner with the business contacts after the game.

What's the best advice for Vivek to follow in this situation?

- [x] The tickets are over your gift limit, but the dinner sounds like it would be permissible under the business meal exception.
- [x] Work with your manager to determine if attending and sitting sideline with the business contacts would be directly related to your job function. If there's a legitimate business purpose, you can accept the invitation. However, this is a fairly high-value event, so you need to review it with your VP as well.
- [x] You can go as long as your VP approves.

Feedback

All options are correct. Tickets for sporting events and other entertainment, where participation is directly related to an employee's job function and part of legitimate Apple business, are permissible under a standard gift policy exception. If you're unsure whether attendance at an event is directly related to your role, work with your manager.

For high-value or high-profile events, you should review your attendance with your manager **and** your VP. Tickets over the $150 limit may also be accepted if your VP approves, even if the business-related event exception doesn't apply. Employees may provide and accept reasonable and appropriate business-related meals, provided they're limited in frequency and expense. Employees in Operations should obtain pre-approval from their manager.

Remember, employees should never use relationships built through Apple business for their personal advantage, such as obtaining tickets that are difficult to access. This type of preferential treatment would be a conflict of interest.




© 2026 LRN Corporation

# Hiring a Supplier

Wei's team is reviewing a proposal from a potential new supplier. Wei's spouse works for the supplier and may be involved in the work with Apple. Wei isn't sure if this could be a conflict of interest. He asks his coworkers for their advice.

*Select each person to see Wei's coworkers' advice, then choose whose advice to follow.*

### Isabella

You can definitely proceed to contract with the supplier if they're the best supplier for the job and your relationship will benefit your work together for Apple.



### Riya

You should disclose your relationship to your manager right away and remove yourself from any reviews and decisions regarding the proposal.



 © 2026 LRN Corporation

**Rowan**

You shouldn't hire the supplier since your spouse works there.



## Whose advice is best?

**Select the best answer.**

- ○ Isabella
- ◉ Riya
- ○ Rowan

Feedback

Riya gave the best advice. If there's a conflicting relationship with a potential business partner, you need to inform your leadership right away and remove yourself from the business process. Approval from the most senior person in his organization reporting to the CEO would be required for Wei to work in a partnership with this supplier.

Even if they're the best supplier for the job, Isabella's answer is incorrect because Wei must disclose the relationship and remove himself from the decision-making process. By taking Rowan's advice and telling the team to not hire the supplier, Wei would be using his personal relationship to influence a business decision. Hiring the supplier could be appropriate with the proper disclosure and approval.

 © 2026 LRN Corporation

# Is It a Conflict?

Which of the following situations could potentially be a conflict of interest at Apple?

*Select 'Conflict' or 'Not a conflict' in each case.*



## Developing a video game in your spare time for only personal use

Conflict ✘

Not a conflict ✔

## Tutoring middle school math in your spare time

Conflict ✘

Not a conflict ✔

## Teaching fitness classes via a streaming platform or an app

Conflict ✔

Not a conflict ✘

## Providing technical feedback for a software application that your cousin just launched


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

## Working as an AI software engineer for Apple and providing technical consulting services to an AI start up

Conflict ✔ Not a conflict ✘

## Leading coding workshops on social media

Conflict ✔ Not a conflict ✘

## Starting an e-commerce website to sell Apple or competitor accessories

Conflict ✔ Not a conflict ✘

## Acting as a volunteer software engineer for a non-profit

Conflict ✔ Not a conflict ✘

## Contributing code to an open-source project


© 2026 LRN Corporation

Conflict ✔ Not a conflict ✘

### Correct

Developing a video game for only personal use and tutoring middle school math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing video games for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring middle school math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing video games for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

### Incorrect

Developing a video game for only personal use and tutoring middle school math aren't considered conflicts of interest—Apple isn't in the business of teaching math, and developing video games for your personal use doesn't compete with Apple's business, products, or services. All of the other outside activities could potentially be conflicts of interest.

It's best to check with Business Conduct for guidance on situations that could be a conflict of interest. They can help you determine whether there's an actual conflict of interest, and how to proceed.

 © 2026 LRN Corporation

# The Musician

Melinda, an Apple employee, has been asked by friends who are local musicians if she can help them distribute their music on various platforms since she has published her own music in the past. She's concerned this might be a potential conflict of interest. What should Melinda do?

- ○ This is okay if her role at Apple doesn't have anything to do with Apple Music.
- ◉ It's a conflict of interest for employees to work to distribute other artists' music. Distributing your own music isn't a conflict.
- ○ This is okay as long as she doesn't distribute their music on competitor platforms.
- ○ Melinda shouldn't distribute her own music through Apple Music.

Feedback

The second answer is correct. Even if Melinda's role at Apple may not involve music, Apple is in the business of distributing music and has its own record label.

Employees may not be involved in distributing other artists' music, over any platform, as it would likely be considered a conflict of interest. Employees are free to distribute their own music to any streaming platform, including Apple Music. Employees shouldn't use their position at Apple to get favored treatment for their music (such as getting your music featured as a Staff Pick).


© 2026 LRN Corporation

# Considering Outside Activities

Which of the following would be acceptable outside activities?

- [ ] Consulting or advising a venture capital firm on the selection of technology start-ups
- [ ] Vlogging about virtual or augmented reality gaming products
- [x] Holding a workshop at a community center on how to build a resume
- [ ] Contributing to an open source project you've been involved in prior to joining Apple
- [x] Songwriting and uploading your own music to Apple Music and other streaming services
- [x] Talking to high school students about career development as part of an after-school program

Feedback

The third, fifth, and sixth answers are correct. These are acceptable because:

- Participation in workshops on topics that don't relate to Apple's products or services is acceptable, as is helping students with career development. Writing or producing your own music isn't considered a conflict of interest.

The other options are considered conflicts because:

- Outside advising or consulting on areas that overlap with Apple's business, products, or services can be considered a conflict of interest.
- Virtual and augmented reality devices compete with the Apple Vision Pro product, so vlogging on this topic wouldn't be allowed.
- Employees aren't permitted to contribute to open source projects in a personal capacity unless they receive approval to do so.
- As with any potential conflict of interest, check with your manager and Business Conduct.

 © 2026 LRN Corporation

# Designing Games

Skyler works in AppleCare. In their spare time, they're learning coding for game development. Skyler decides to publish their first game on a popular online gaming platform to get feedback on their skills. Depending on how well it does, Skyler may publish the game on other platforms.

What's the best advice for Skyler in this situation?

*Select each person to see Skyler's coworkers' advice, then choose whose advice to follow.*

---

### Juan

This sounds like it could compete with Apple's products and services. You should reach out to Business Conduct to see if this is allowed.



---

### Noah

Sounds like a fun project. You should post your game to get feedback.


© 2026 LRN Corporation



**Huda**

Keep up the good work. If you're successful, maybe Apple will put your game on their platform.



## Whose advice is best?

**Select the best answer.**

- (●) Juan
- ( ) Noah
- ( ) Huda

 © 2026 LRN Corporation

Feedback

Juan gave the right advice. Under Apple's Business Conduct Policy, employees aren't permitted to create products or services related to Apple's current or reasonably anticipated products or services, or those of our competitors.

Apple has a gaming platform and creates software and tools that are used in the creation of games, so most activities related to games are considered a conflict of interest. Skyler would need to obtain approval from their manager, Legal, their SVP, and the most senior leader for Apple Arcade in order to continue developing the game, and share, sell, or distribute it.

 © 2026 LRN Corporation

# Is It a Violation?



Which of these situations relating to Apple's employee giving program are considered fraud or a misuse of Apple systems or assets? Review the following scenarios and decide if they violate Apple's Matching Gifts Program or Global Volunteering Program.

*Select 'Violation' or 'Not a violation' in each case.*

---

## Theo is supporting a charity by doing a walkathon with his friends. Before the event, he combines his donations and those collected by his friends and submits the total amount to Apple for a donation match.

Violation ✔ | Not a violation ✘

---

## Jade has recently volunteered 42 hours working on a charity's annual fundraising event. She submits 42 hours to Apple for a volunteer match.

Violation ✘ | Not a violation ✔

---

## Aiko is asking for donations for a charity she's involved in and submits the received donations as


© 2026 LRN Corporation

her own to Apple's Matching Gifts Program.

Violation ✔ | Not a violation ✘

---

Tariq has to pay a 1000 USD fee so his son can play in a soccer league. Tariq contributes 500 USD to the league via Apple's Matching Gifts Program and receives a 500 USD match from Apple.

Violation ✔ | Not a violation ✘

---

Huda donated the maximum amount allowed to be matched by Apple for the year to a disaster relief organization. She'd like to donate more money, so she gives the money to a member of her team to make a donation under their name and to submit for a match from Apple.

Violation ✔ | Not a violation ✘

---

Eden receives funds from a nonprofit organization to donate through the Apple Matching Gifts Program and requests a matching gift.

Violation ✔ | Not a violation ✘

---


© 2026 LRN Corporation

**Correct**
All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

**Incorrect**
All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.

---

**Incorrect**
All but Jade's scenario would be considered violations of Apple's policy.

Failure to comply with the Apple Matching Gifts Program guidelines and/or Apple Terms of Use may result in disciplinary action, including termination of employment. Fraudulent donations such as Eden's may also have legal repercussions, including potential referral to law enforcement, which Apple has done in the past.


© 2026 LRN Corporation

# The Repercussions of Fraud

Joel receives an email from someone who says she's the founder of a charity that helps underprivileged kids. The founder asks Joel if she can send him 10000 USD that he can use to make a donation to her charity through Apple's Matching Gifts Program. This would enable the charity to double its money, and Joel would be able to deduct the donation on his tax return. Joel sees that the charity is registered in Benevity and figures this is an easy way to help a charity and get a tax benefit for himself in exchange. He says yes and mentions that he knows other employees who might be interested in doing the same.

What are the possible repercussions of this activity?

- [x] Termination of employment
- [x] Involvement of law enforcement and government agencies
- [x] Criminal charges
- [ ] There are no repercussions. As long as the charity is registered in Benevity, this is fine.

Feedback

The first three options are correct. Submitting fraudulent donations through Apple's Matching Gifts Program is against Apple policy and will lead to disciplinary action, up to and including termination of your employment. It's also illegal, as this type of activity includes tax fraud, wire fraud, and theft. If you're ever unsure of the right course of action around submitting donations or volunteer time for a match, reach out to Business Conduct. For more information on charitable donations at Apple, review the Apple Matching Gifts Program.


© 2026 LRN Corporation

# Is It a Legitimate Expense?

Mehak is on a business trip and has dinner with a friend while she's in town. They go out for an inexpensive dinner and because the total is within the recommended finance guidelines for a personal meal, Mehak feels that it is reasonable to expense the entire meal. She asks her team for advice on how to proceed.

Which advice should Mehak follow?

- [ ] You're still within the finance policy limit, so it is fine to expense the full cost of the meal.
- [ ] I'm sure there's a business reason for eating dinner with your friend—just expense this as a business meal.
- [ ] Just include the expenses with all of your other receipts. No one's going to notice.
- [x] If you're not sure about an expense, check with your manager.
- [x] Unless this is a business dinner, you can't expense the entire meal, only your own.

Feedback

The fourth and fifth answers are correct. Mehak can only expense personal meals or business meals that are permissible under Apple policies. Expensing any other meals would be fraud, and a violation of Business Conduct and Finance policies. Refer to the Apple Travel Policy for meal guidelines and how much you can expense each day.

When in doubt, discussing which expenses are appropriate with your manager is always a good idea. Employees are expected to be aware of and follow Apple's Travel, Home Office, and Expense Reimbursement Policy when traveling for Apple business.


© 2026 LRN Corporation

# What's Material?

Material nonpublic information is information about a business that hasn't yet been made public and will likely have a significant impact on the company's share price after it's released. This can refer to information about Apple or one of Apple's suppliers, manufacturers, vendors, customers, or other business partners. A safe rule is that if you learn something about a company through your work that isn't yet publicly available and you think that information would give you an advantage in trading the stock of that company, don't trade.

If you're uncertain whether you're aware of material nonpublic information, reach out to your manager or Insider Trading to discuss your specific situation.

Which of the following situations, not yet announced publicly, would be considered material information that would prevent each person from trading?

*In each case, select 'Permitted' if trading is permitted or 'Not permitted' if trading isn't permitted.*



---

**Cooper works on the Data Security team and learns that there has been a breach at one of Apple's main suppliers resulting in the supplier's inability to continue manufacturing. It is unclear how long it will take for manufacturing to resume. The next morning Cooper proceeds to sell his Apple shares fearing a decline if the news is released.**

Permitted ✘

Not permitted ✔

---


© 2026 LRN Corporation

Isaiah manages a carrier partnership at Apple and knows about upcoming carrier program changes that will hurt the carrier's financials as Apple is a major customer. He owns carrier stock from before joining Apple and decides to sell it, concerned about the potential impact on the carrier's stock price and his investment portfolio.

Permitted ✘ | Not permitted ✔

---

Yuna is working on finalizing the financial results for the quarter that just ended. Two days prior to Apple's quarterly earnings announcement she realizes that Apple will report earnings much higher than the market expects. She sees this as confirmation of her long-term belief in the company and goes ahead and purchases additional Apple shares in her private account.

Permitted ✘ | Not permitted ✔

---

Pepe is working on a proposal for an exciting new product that will launch in two years. He's considering purchasing Apple stock as he thinks the new product will drive future revenue growth.

Permitted ✔ | Not permitted ✘

 © 2026 LRN Corporation

Nicolas is part of Apple's software engineering team. During her lunch break, she overhears a conversation by two colleagues discussing a highly confidential project that would involve Apple acquiring a public company. Nicolas proceeds to purchase shares of the target company expecting its price to go up following the announcement.

Permitted ✘

Not permitted ✔

Lea works in Apple's operations and doesn't usually access financial information. She's included in an operations planning meeting where for the first time the team shares an update on the current quarter's results as well as the upcoming quarter's forecast. Excited about the company's prospects, she buys Apple stock assuming it's allowed since she's not subject to regular quarterly trading restrictions.

Permitted ✘

Not permitted ✔

**Correct**

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

 © 2026 LRN Corporation

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

---

### Incorrect

All team members, other than Pepe, would be trading on material nonpublic information. Because Pepe's proposal is uncertain and is two years away, it's subject to risk and changes to development and lacks the elements of probability and immediacy typically involved in insider trading cases. Therefore, he can continue to trade. All other team members would be trading on information that isn't yet public and could be considered illegal insider trading.

When thinking about whether nonpublic information is material, you have to consider whether it's probable that the event will happen and what the impact will be for the business. Long-term information, such as the possible launch of a product in two years, is less probable because it's subject to risk and uncertainty, including changes to development hurdles and market conditions, the general economy, and demand for consumer products.

 © 2026 LRN Corporation

# Using the Employee Purchase Program

Rachel was asked by Omar, a software vendor who her team at Apple partners with, if he could use her employee discount to buy an iPad. Rachel has several friends and family discounts that she knows she won't use this year and would be happy to help Omar out with her discount. Omar offered to give her some of the difference in price as a thank you for doing this for him. Rachel asks her team for advice on how to proceed.

Which advice should Rachel follow?

- [ ] This is okay as the friends and family discount can be used for coworkers as well as vendors.
- [x] Providing the discount to a business partner is a violation of the gift policy and also creates a conflict of interest.
- [x] Making money from your EPP discount is considered using your position for unfair personal gain.

Feedback

The second and third options are correct. Providing an EPP discount to a vendor, contractor, business partner, or anyone else working with your team isn't permitted under the zero-gift rule. The value of the discount would be considered a gift, and extending this to a vendor would create a conflict of interest. Understand both your gift policy as well as the Guidelines on Managing Contingent Workers.

Your personal and friends and family discounts are only for you, your family members, and friends. You aren't permitted to extend your EPP discounts to your coworkers. Before making any purchases using your EPP discount, you should also ensure that your purchase is in line with the EPP information and terms on the People site. If you're still not certain of the eligibility of your purchase under EPP, reach out to People Support for clarification.

Failing to follow Apple's policies on the EPP discount could be seen as misstating facts, omitting critical information, or modifying records or reports in order to mislead others.

All of this could amount to fraud.


© 2026 LRN Corporation

# Can I Accept It?

Determining whether you can accept something of value can be difficult at times. You should always think through whether a gift falls under the gift policy, and if it does, whether there's a business-related exception that would apply. Remember, even customary gifts can lead to a perception of favoritism and an expectation of something being provided in return. If you're ever unsure about whether you can give or accept a gift, ask your manager or Business Conduct.

*Select 'Yes' if the item is acceptable under the gift policy and 'No' if it's not.*



## An employee allowing a business partner to use their EPP discount

Yes ✘ No ✔

## A T-shirt given to everyone at a volunteer event

Yes ✔ No ✘

## A logo coffee cup from a vendor to a non-Operations employee

Yes ✔ No ✘


© 2026 LRN Corporation

A gift for a coworker who had a baby



Yes ✔ | No ✘

## A gift voucher from a vendor during the holidays

Yes ✘ | No ✔

## An offer from a vendor to make a donation in an employee’s name

Yes ✘ | No ✔

## A local gym discount that isn’t provided to all employees or customers

Yes ✘ | No ✔

### Correct

The T-shirt, coffee cup, and coworker gift scenarios are acceptable under the zero-gift rule. Items that are offered to everyone at an event are allowed, as are low-value items to employees outside of Operations, and gifts between employees. Any cash or cash-equivalent gifts, such as a gift voucher, donation, or a discount that isn’t offered to all employees, aren’t allowed.

### Incorrect


© 2026 LRN Corporation

The T-shirt, coffee cup, and coworker gift scenarios are acceptable under the zero-gift rule. Items that are offered to everyone at an event are allowed, as are low-value items to employees outside of Operations, and gifts between employees. Any cash or cash-equivalent gifts, such as a gift voucher, donation, or a discount that isn't offered to all employees, aren't allowed.

### Incorrect

The T-shirt, coffee cup, and coworker gift scenarios are acceptable under the zero-gift rule. Items that are offered to everyone at an event are allowed, as are low-value items to employees outside of Operations, and gifts between employees. Any cash or cash-equivalent gifts, such as a gift voucher, donation, or a discount that isn't offered to all employees, aren't allowed.

 © 2026 LRN Corporation

# Can You Identify a Bribe?

Review the following scenarios to see if you can identify types of bribes.

- [ ] Paying a country-specific tariff to import a component into the country
- [x] Paying or reimbursing a third-party vendor for a payment to a public official to help get favorable requirements in a government bid
- [x] Receiving gifts in exchange for confidential information
- [ ] Entering a public entity's Request for Proposal (RFP) process
- [ ] A licensing agreement under which Apple pays a fee to use a service

Feedback

The second and third scenarios are examples of bribes. Remember, bribery is the giving, offering, or receiving of anything of value to influence a business decision or secure an improper advantage. Jobs, internships, cash, discounts, and confidential information are all considered things of value.

Apple can also be liable for any bribery violations made by third parties working with or on behalf of Apple. If you have any questions or concerns regarding potential bribery, including potential bribery involving a third party contact Business Conduct.


© 2026 LRN Corporation

# Does It Feel Wrong?

Stephanie is visiting a manufacturing facility operated by a supplier. During her tour of the facility, she observes supplier employees working on a large piece of machinery. Most employees have personal protective equipment, like goggles, but there are a few who aren't wearing any. Stephanie is concerned by what she observed but is unsure what to do. What's the best advice for Stephanie in this situation?

*Select each person to see Stephanie's coworkers' advice, then choose whose advice to follow.*

## Virginia

Do nothing; the supplier employees aren't Apple employees.



## Remy

Report what was observed directly to the supplier manager.


© 2026 LRN Corporation



### Austin

Contact the Environment and Supply Chain Innovation (ESCI) team with any concerns.



## Whose advice is best?

**Select the best answer.**

- ○ Virginia
- ○ Remy
- ● Austin


© 2026 LRN Corporation

Feedback

Austin gave the best advice. Contacting the ESCI team is the best course of action so they can investigate and resolve the potential issue through the proper channels and processes. The health and safety of supplier employees is important to Apple, and Stephanie's concerns are valid. Rather than investigating herself, she should reach out to the ESCI team.

 © 2026 LRN Corporation

# Putting It into Practice

Take a look at the following examples and decide which are potential competition law violations.

*Select 'Yes' if it likely violates competition laws and 'No' if it doesn't.*



---

## Competing companies agree to fix prices.

Yes ✔ | No ✘

---

## Companies agree not to compete in each other's markets.

Yes ✔ | No ✘

---

## A company finds a way to sell its product cheaply, to the detriment of its competitors.

Yes ✘ | No ✔

---

## A bidder makes arrangements with another bidder to predetermine who wins the auction.


© 2026 LRN Corporation

Yes ✔ No ✘

# A company works with its competitors to develop an industry standard that solves a common technological issue.

Yes ✘ No ✔

### Correct

Competing companies agreeing to fix prices, agreeing not to compete in each other's markets, and making predetermined agreements would violate competition laws. For more information, review the Antitrust and Competition Law Policy.

### Incorrect

Competing companies agreeing to fix prices, agreeing not to compete in each other's markets, and making predetermined agreements would violate competition laws. For more information, review the Antitrust and Competition Law Policy.

### Incorrect

Competing companies agreeing to fix prices, agreeing not to compete in each other's markets, and making predetermined agreements would violate competition laws. For more information, review the Antitrust and Competition Law Policy.

 © 2026 LRN Corporation

# Identifying Market Allocation

You witness the following scenarios. Which one should you report?

- (●) An email exchange that formalizes a plan to divide South American countries between Apple and a competitor
- ( ) An internal Apple decision not to bid on a school project, because our efforts are better focused elsewhere
- ( ) A Samsung employee tells an Apple employee that Samsung is going to start marketing more heavily in Latin America
- ( ) An email exchange between Apple employees comparing retail prices for laptops in the Middle East

Feedback

The first option is correct. You should report any attempt to formalize market allocation with a competitor. Be wary; the antitrust concept of an agreement is much broader than a formal written contract. An agreement could be inferred from a hallway conversation, via email, or in casual conversation.


© 2026 LRN Corporation

# What Do You Think?

A company has 70% of the market for music streaming. Licensing music content from the record labels is necessary to compete in music streaming. Which action potentially violates antitrust laws?

- ○ The company signs supply agreements with all of the largest record labels.
- ○ The company acquires a small record label and increases its music offerings to consumers.
- ◉ The company signs an exclusive licensing arrangement with one of the three major record labels, preventing competing services from having access to content from certain "must have" artists.
- ○ The company negotiates better licensing rates with the large record labels.

Feedback

The third option potentially violates antitrust laws because such exclusive deals may constitute unlawful anticompetitive monopoly behavior.


© 2026 LRN Corporation

# What Do You Think?

The marketing manager calls you into a meeting. The first item on the agenda is the newly released figures that show the company now has a 75% share in the mobile phone market. The second item is a business idea requiring consumers who want to purchase the company's mobile phone to also subscribe to the company's popular cloud storage service, which is offered today as an optional, separate subscription.

Is this a potential violation of antitrust laws?

◉ Yes

○ No

Feedback

Tying and bundling can be illegal when a company with significant market power packages its product with high market share (Product A) with another separate product (Product B). Illegality will depend on whether competitors of the separate product (Product B) will have difficulty competing for consumers as a result.

 © 2026 LRN Corporation

# What Do You Think?

Cyrus, an Apple engineering program manager, is traveling to Cuba for vacation. He's planning to take his AOU devices, including his MacBook Pro and iPhone, so he can engage in some work while on vacation, such as responding to emails and dialing into urgent project meetings. Cyrus isn't sure whether these plans comply with export laws. Do Cyrus's actions indicate a possible violation of export laws?

- ○ No, and he shouldn't be concerned. He's going on vacation and isn't actually exporting anything.
- ◉ Yes, Cuba is an embargoed country, and bringing AOU devices and performing work activities there may violate export laws.
- ○ No. Checking emails and dialing into meetings shouldn't be a concern as there aren't any exports involved.

Feedback

The second option is correct. Cuba is an embargoed country, so no AOU devices can be exported to Cuba nor can any work-related activities be performed while in Cuba. Cyrus should check with the Global Export and Sanctions Compliance team before he plans to bring his AOU devices to Cuba or perform work activities in Cuba.

The first and third options are incorrect. Although Cyrus is traveling for vacation, he's exporting any items he's carrying with him to that country. Performing email activities and attending meetings can also involve technology exports to and from Cuba.


© 2026 LRN Corporation