# EXHIBIT I

# Checklist for Employees Leaving Apple

Important steps when preparing to leave Apple

Before you leave, make sure to note the People Support contact information for former Apple employees: amralumni@apple.com and 800-473-7411.

Until your last day, continue using the People Support contact information at the bottom of the page.

## To do

### ☐ Resignation letter

To resign, talk to your manager and submit your resignation in Workday. For detailed instructions, see Submit Your Resignation.

If you need to cancel your resignation, you can do so in Workday before your manager approves it. If it's already approved and you need to make changes, talk to your manager.

---

### ☐ Reporting time

Make sure you've reported any vacation, sick, or overtime hours that are scheduled before your last day in Workday.

**For hourly employees who use:**

- **TIME app:** Your manager will submit hours worked and scheduled through your last day in Workday, Apple's People information system.
- **WorkJam:** Enter your hours worked and scheduled through your last day.

---

### ☐ Personal contact information

Update your personal contact information, such as email and mailing address, in Workday. It's important to provide a personal email address to access the pay portal after your last day.

To make sure you continue to receive alerts and information about your stock plan account, update your account profile to include non-Apple contact information.

## ☐ Paychecks and W-2 forms

You should print or save electronic copies of your paychecks and W-2 forms from the pay portal. Don't delete your bank details in Workday and don't close your bank account before you've received your final pay from Apple.

## ☐ Confidential system data retention

Find out if you have any active Legal Hold Notices (previously referred to as Document Retention Notices or DRNs) by visiting Legal Hold and Legal Hold Notices. If you have any active Legal Hold Notices, don't remove any data from your computer or systems. For next steps, notify your manager then contact the Legal Hold team.

## ☐ Work systems

- **Passwords:** Create a document in Box with passwords to your work systems (such as system administrator, screen savers, and file servers) and other applicable systems. Share the Box link with your manager, making sure that the link is not available to anyone but your manager.
- **Personal devices:** Remove any company data from all personal devices (such as computers, tablets, iPhone devices, hard drives, or USB flash drives).
- **Personal and private information:** Delete any personal or private information or files that you have on your Apple-owned devices or in your Apple accounts.
- **Shared document ownership:** If you own documents, files, folders, boards, or spaces in collaboration tools (such as Miro, Quip, Wrike, Box, and Chorus), change their ownership to an admin or someone on your team who will take responsibility.
- **eApproval forms:** Add a delegation in eApproval to your manager or the person replacing you so any forms that currently route to you, or will route to you in the future, can be taken care of. For more information about delegations in eApproval, visit Chorus.
- **iCloud:** Sign out of iCloud on all devices you're returning to Apple.
- **iCloud@Apple:** Your Apple Work folders in iCloud Drive and Notes, along with their contents, will be deleted from your Apple ID account when you leave. You don't need to delete anything inside the folders, but you'll need to make separate copies of any documents your team will need when you're gone. Apple will retain an archive of your Apple Work folders in iCloud Drive and Notes. Make sure that no Apple corporate data is left outside of the Apple Work folders. Your Apple ID will be downgraded from the 2TB iCloud+ plan included with iCloud@Apple to the free 5GB level. If you need more storage after you leave, you'll need to buy an iCloud+ subscription. For more information, refer to Archive or make copies of the information you store in iCloud and Manage your iCloud storage.
- **Calendar:** Cancel any recurring meetings you may have in Calendar.
- **Composer:** If you send recurring emails through Composer, share a draft with other members of your team and include duplicate privileges.

## ☐ Apple-owned property

Return all Apple-owned property and confidential, proprietary information (electronic and hard copies), including but not limited to:

- **Department-owned hardware, including but not limited to computers, phones, tablets, accessories, and test and**

**measurement equipment:** Check Enfold for a list and update the records, if applicable. Do not wipe or factory reset any Apple-owned units.

- **Prototypes (development hardware):** Check iTrack to find out if you have any assigned development hardware. If you do, make sure all units are returned and all records are updated before you leave Apple. For more information, review Returning Prototypes or email dhx@group.apple.com.
- **Cell phones, SIM cards, pagers, and calling cards**
- **Office keys**

---

## ☐ Apple badge

Return your Apple badge to your manager or Badge Services. If you're returning your equipment through Apple Shipping, place your badge in one of the boxes you are returning. If you have no equipment to return and are remote, deposit the badge in any mail drop off location. No envelope or postage is necessary, and the badge will be returned to Badge Services from anywhere in the world. Note: Your badge access will be terminated on your last day of employment.

---

## ☐ Apple-paid wireless plan

Your account will be deactivated on your last day. If you'd like to keep your phone number, follow the instructions in the Apple Wireless FAQ.

---

## ☐ Corporate card and expense reports

Follow the appropriate steps below before your last day (if applicable):

- **Corporate card:** Make sure that all outstanding balances are paid according to the Corporate Card Policy and then cancel and destroy the card using confidential means.
- **Expense reports:** Submit any outstanding expense reports.

---

## ☐ Expenses

Complete and submit any outstanding expenses before your last day of employment.

- Make sure that you've set up your bank details for expense claims reimbursement.
- To get started, visit Expense Reimbursement. Follow the instructions for Employee Account Setup Via Workday.

---

## ☐ Work permits

If you hold a work permit related to your business travel (for example, China, Vietnam, UK), reach out to Business Traveler Compliance before your last day at Apple to confirm proper compliance with cancellation requirements. Do not use any Apple-sponsored Residence Permits/Residence Visas affixed inside your passport for travel after your employment with Apple ends. If you have any questions, contact Business Traveler Compliance.

---

☐ **Immigration matters**

If you're a foreign national and you're resigning from Apple and leaving the country, notify applehelp@fragomen.com before your last day to make sure that Apple complies with possible government notification requirements.

---

☐ **Company vehicle**

If you have a company vehicle, visit Fleet Services and follow the instructions in the section, "If you are terminating from Apple."

---

☐ **Exit meeting**

If you'd like to meet with your People Business Partner before your last day, schedule time to do so.

---

☐ **Leaving Apple Survey**

You'll receive an email inviting you to complete the Leaving Apple Survey. Your participation is appreciated.

---

## Keep in mind

**Confidentiality:** As a reminder, you're expected to continue to abide by the provisions of the Intellectual Property Agreement after your employment with Apple ends. Examples include, but are not limited to, unreleased product information, new product schedules, budgets, marketing plans, organization charts, customer lists, and vendor contacts.

---

**Paychecks and W-2 forms:**

- Your final paycheck will be paid according to your regular pay method (direct deposit or live check), based on the applicable state requirements for a voluntary termination. It will include regular pay from your final biweekly paycheck as well as any unused accrued vacation pay through your last day. In addition, if you leave Apple before the end of an Employee Stock Purchase Plan (ESPP) period, all money contributed to the plan for that period will be refunded to you.
- If you're a commissioned employee, you'll receive your final commission check according to the regular commission schedule.
- After leaving Apple, you have access to your Apple paychecks and previous W-2 forms for up to 18 months after your last day.
- If you've provided a personal email address in Workday, you can access your user ID and set up a new password to access the pay portal after your last day.

To create a new password, visit the pay portal and follow these steps:

1. Click "Need help signing in?"
2. Type the email you provided in Workday in the Email Address field and click Next.
3. Fill in the six-digit verification code sent to you in the email, then click Submit.
4. Follow the on-screen instructions to create a new password.

Send a reminder to your personal email address.

If you're unable to update your password, contact People Support no earlier than five business days after your termination date for assistance.

---

**Employment verification:** After you leave Apple, you or an approved requestor can request employment verification through the secure, third-party website The Work Number, an Equifax company. When using The Work Number, you'll need to provide specific codes and information to the requestor.

- Company code: Apple: 20785; Claris: 33125; Braeburn: 33124
- Social Security number
- In most cases, consent for income verification is provided with your signature when applying for a service or benefit, eliminating the need for a salary key. If a requestor does require a salary key, you can create one by visiting The Work Number.

If you have any questions while using The Work Number or setting up your account, contact The Work Number customer support at 800-367-2884. For TTY for the hearing impaired, call 800-424-0253. This service is available Monday through Friday from 8:00 a.m. to 9:00 p.m. and Saturday 9:30 a.m. to 6:00 p.m. (ET).

For more information about employment verification, including what information can be provided to current and former employees, see Employment Verification.

---

**ESPP and Restricted Stock Units:**

- **ESPP:** If you already purchased the shares, you own them. If you leave during a purchase period, you'll get your contributions back and you will not be able to purchase stock at the reduced price.
- **RSUs:** After an RSU is vested, you own it and you can sell it whenever you wish. Your unvested RSUs will be forfeited when you leave Apple.

For questions about ESPP and RSUs, contact People Support.

---

**Benefits:** Although most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current healthcare coverage. A general information packet will be mailed to your home address within 2 weeks of the date your employment or coverage ends. For more information, see When Benefits End.

---