# EXHIBIT J

# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

[redacted]

# Overview

**Global Security & HWE PBPs** | September 2025

# Why [redacted]

“Having in place **strong exit procedures** for departing employees is a critical element of our overall **strategy for protecting our trade secrets**.”

— IP Litigation

Apple Confidential–Internal Use Only

# How It Works

[redacted]

Apple Confidential–Internal Use Only

[redacted]

[redacted]

Apple Confidential–Internal Use Only

[redacted]

Apple Confidential–Internal Use Only

[redacted]

Apple Confidential–Internal Use Only

[redacted]

# Exit Interview Distinction

[redacted]

# Escalations

[redacted]

Apple Confidential–Internal Use Only

TM and © 2025 Apple Inc. All rights reserved.