# EXHIBIT K

# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

[redacted]

# Instructions

**Global Security |** New Product Security

# When to Request a [redacted]

[redacted]

# How to Request a [redacted]

[redacted]

Apple Confidential–Internal Use Only

# Where to Send Questions

[redacted]

hwe-[redacted]-forms

Apple Confidential–Internal Use Only

TM and © 2025 Apple Inc. All rights reserved.