# EXHIBIT L

 **Legal and Global Security** | Confidentiality Reminder

Please read the following pages in their entirety. They will address many of your secrecy-related questions and will set you up for success during your transition and beyond. *If you have any questions, please feel free to reach out to gs_cleanexit@apple.com.*

## Your Intellectual Property Agreement

When you joined Apple you signed a Confidentiality and Intellectual Property Agreement (IPA) that includes an obligation not to use or disclose Apple Confidential Information after you leave. We want all employees to understand the importance of safeguarding Apple's Confidential Information even when you are no longer employees.

Apple Confidential Information includes Third Party Confidential Information and all non-public materials or information relating to past, existing or future Apple products or services, including but not limited to sales, pricing, operations, sources of material, financials and marketing plans.

Third Party Information is any confidential information disclosed to Apple by customers, partners, suppliers, and other third parties during the course of business. We are all responsible for protecting and maintaining the confidentiality of any information entrusted to us by our partners. Compromising that trust may damage relations with our partners and can also result in legal liability.

Examples of Apple Confidential Information include information pertaining to or consisting of: inventions, trade secrets, R&D records, reports, samples, manuals, plans, specifications, ideas, designs, prototypes, software, source code, notes, photographs, screenshots, whiteboard captures, remote video chats, drawings, sketches or any other confidential, non-public materials or information relating to past, existing or future products or services whether or not developed, marketed, used, or rejected by any Apple Entity or persons or companies for or on behalf of any Apple Entity; sales, profits, organization, customer data, pricing, sources of material, supply, costs, manufacturing, financials, forecasts, budgets, profit and loss statements, market research, marketing or advertising plans, product roadmaps, product volumes, headcount planning reports, project planning documents, dates or content of new product launches, methods of distribution or manufacture, operations, and unpublished patent applications.

Your obligations under the IPA do not expire after you leave Apple. The IPA includes a provision that says you will not use or share Apple Confidential Information while you are an Apple employee (except as necessary to do your job) and after you leave Apple. All Apple Confidential Information stays here.[1]

*If you'd like a copy of your IPA, please contact People Support at amralumni@apple.com (AMR), emeaalumni@apple.com (EMEA), or apacalumni@apple.com (APAC).*

---

[1] Your confidentiality obligations do not restrict your right to disclose or use your general skills and experience without disclosing or using Apple Confidential Information. Nothing in these guidelines should be interpreted as restricting your right to speak freely about your wages, hours, working conditions, or other protected, concerted activity.

 **Legal and Global Security** | Confidentiality Reminder

## Departing Tips

**Protect the Surprise.** Spoiling Apple surprises by revealing Apple Confidential Information is a violation of your confidentiality responsibilities, which you are bound by even after you've left the company. Please help us keep Apple Confidential Information where it belongs, even after you leave.

**Clean your Resume.** Keep the scope of your LinkedIn/resume limited to your general skills and experience and information that is publicly available: for example, regarding released products/technologies or what Apple has already stated publicly. Do not reference any unreleased projects or other Apple Confidential Information.

**Media Outreach.** Be wary of reporters/bloggers who may contact you about Apple Confidential Information. Remember, your confidentiality obligation extends beyond your employment, but nothing prevents you from discussing wages, hours, working conditions, and other terms and conditions of employment. If you are asked about Apple Confidential Information, the best response is no response. Let us know if you need help with media outreach about Apple Confidential Information.

**Consulting Agreements.** Former employees have been approached about consulting agreements that are effectively a request for Apple IP in exchange for compensation. Be careful, and use your best judgement; if it sounds too good to be true, it probably is.

 **Legal and Global Security** ǀ Confidentiality Reminder

## Return of Apple Confidential Information and Devices

All employees must return all Apple Confidential Information prior to or on their last day.

Please review the following checklist to confirm you are not inadvertently leaving with any Apple Confidential Information or devices. Confirm you have or will …

☐ Move all Apple Confidential Information in iCloud to your Apple Work folder and then update your iCloud backup.

☐ Search spaces you could have stored Apple property or Apple Confidential Information (physical or digital) prior to leaving, including:

| | |
|---|---|
| ☐ Personal computer(s) or laptop(s) | ☐ Flash drive(s) |
| ☐ Smartphone(s) | ☐ CD or DVDs |
| ☐ Tablet(s) | ☐ Server(s) or cloud storage (e.g., iCloud) |
| ☐ Personal email | ☐ Home office (e.g., desk, file cabinet) |
| ☐ External hard drive(s) | ☐ Other storage locations |

☐ Return all iTrack, Enfold, and other project-issued HW to your manager and have not wiped
(or will not wipe), deleted, or reset any AOU prior to leaving Apple.

☐ Return your primary AOUs (laptop and iPhone) to your manager and have not wiped (or will not wipe) them prior to leaving Apple.

☐ Affirm all of the above regarding Apple Confidential Information and Apple devices