REDACTED VERSION OF
DOCUMENT FILED
UNDER SEAL

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>        Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**DECLARATION OF PAUL HATCH IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – TRADE SECRET**<br><br>**Judge:** Edward J. Davila<br><br>**Complaint Filed:** July 10, 2026 |

**Table of Contents**

I.     INTRODUCTION AND QUALIFICATIONS ................................................................ 2

II.    TABLE OF EXHIBITS ............................................................................................... 4

III.   SUMMARY OF OPINIONS ...................................................................................... 5

IV.    UNDERSTANDING OF LEGAL PRINCIPLES........................................................ 6

V.     TECHNICAL BACKGROUND................................................................................. 7

       A.     Metal Finishing .............................................................................................. 8

       B.     Anodic Aluminum Oxide Finishes ............................................................... 10

       C.     Surface Preparation...................................................................................... 14

       D.     Anodizing the Part ....................................................................................... 20

       E.     Part Finishing................................................................................................ 21

VI.    APPLE'S METAL FINISHING PROCESSES ARE TRADE SECRETS ..................... 23

       A.     The ██████████████ .......................................................................... 25

       B.     The ████████████████ ..................................................................... 27

       C.     Apple's Proprietary Metal-Finishing Processes Cannot Be Reversed
              Engineered ................................................................................................... 31

VII.   APPLE'S METAL-FINISHING PROCESSES HAVE INDEPENDENT
       ECONOMIC VALUE FROM BEING KEPT SECRET .................................................. 34

VIII.  OPENAI AND IO PRODUCTS MISAPPROPRIATED APPLE'S TRADE
       SECRETS .................................................................................................................. 37

X. CONCLUSION .................................................................................................................. 39

## I.   INTRODUCTION AND QUALIFICATIONS

1.   I, Paul Hatch, submit this declaration in support of Apple's motion for preliminary injunction to address certain Apple metal finishing processes at issue in this case.  If called as a witness, I could and would testify consistently with the statements and opinions contained in this declaration.

2.   I am currently the CEO of Hatch IP, LLC, where I provide consulting services.

3.   I received my B.A. in Industrial Design from the University of Northumbria at Newcastle in 1993 and I have over 30 years of experience in industrial design, specializing in products such as consumer electronics and hardware, kitchen appliances, home appliances, power tools, and garden products.  From 1994-1998, I was an industrial designer at TEAMS Design GmbH, a German industrial design consultancy based in Esslingen, Germany.  From 1998-2015, I served as President of TEAMS Design USA, in Chicago, Illinois, and from 2015-2020, as CEO, expanding the company's services to a global industrial design and user experience consultancy.

4.   In 2014, I co-founded Design House, a non-profit with a mission to help revitalize local manufacturing.  In 2019, I co-founded the Product Excellence & Renewal Lab ("PERLab"), now a division of the management consultancy Kearney.

5.   I have been active in the industrial design industry for my entire career.  I am a member of the Industrial Designers Society of America ("IDSA"), where I have served on various committees, given keynote speeches, organized events, and co-written books on industrial design. I was elected to the IDSA Board of Directors from 2005-2007, as Chair of an IDSA International Conference in 2013, and again to the Board of Directors as Director-at-Large in 2016.  In 2018, I was nominated into the 'Academy of Fellows' by the ISDA for my work in design and my support of the design community.  Outside of IDSA, I regularly give presentations and lectures on industrial design at both academic institutions and industry conferences.  I have also given multiple industrial design-related interviews for television programs, books, magazines, and podcasts.

6.    I am the recipient of over 30 design awards, including the "Design of The Decade Award" in 2000 from Business Week and IDEA awards from the IDSA for TEAMS Design's achievements.  I also received various Good Design Awards, Appliance Design EID Awards, and iF Product Design Awards from 2000 to 2020.  In 2015, I was invited to meet with Barack Obama and Secretary of Commerce Penny Pritzker at The White House for a forum on supporting manufacturing in the United States.

7.    I am the author or co-author of 7 peer-reviewed publications, 15 periodical articles, and 4 books in the field of industrial design and engineering, including the IDSA books *Impact, the Synergy of Technology, Business and Design* (2005) and *REALIZE – Design Means Business* (2006).  I am also a named inventor on 54 utility and design patents.

8.    Currently, I am a Ph.D. Candidate for Learning Sciences at the University of Illinois, Chicago.  I also served as Affiliate Faculty at the School of Art, Architecture and Design at the University of Illinois Chicago from 2022 to 2023, where I taught a graduate course on Cognitive Psychology and Design.

9.    I have been qualified as an expert witness multiple times, including in proceedings relating to design and utility patents, trade dress, trademark and copyright issues.

10.    Additional details concerning my education, professional experience, publications, patents, honors, and prior expert consulting are set forth in my curriculum vitae, a true and correct copy of which is attached to this declaration as Exhibit A.

11.    I am being compensated at my customary rate of $850 per hour for the time I spend on this case, plus reimbursement for reasonable travel and other expenses that I incur as part of my work on this case.  I have no financial stake in the outcome of this case, and my compensation is not dependent on the contents of this declaration, the substance of my analysis, conclusions, or testimony that I may give, or this case's outcome.

## II.    TABLE OF EXHIBITS

My opinions are based on my education, training, professional experience, and the documents I reviewed, which are listed in the following table of exhibits:

| TABLE OF EXHIBITS | |
|---|---|
| **Ex.** | **Description** |
| A. | Paul Hatch *Curriculum Vitae* |
| B. | Nat'l Ass'n of Architectural Metal Manufacturers & Nat'l Ornamental & Miscellaneous Metals Ass'n, *Metal Finishes Manual for Architectural and Metal Products*, AMP 500-06 (2006) |
| C. | R.E. Sanders, Jr., *Aluminum and Aluminum Alloys*, in Kirk-Othmer Encyclopedia of Chemical Technology (Wiley online ed. 2012) |
| D. | J.M. Runge, *The Metallurgy of Anodizing Aluminum, Connecting Science to Practice* (Springer 2018) |
| E. | *Explore Our Products*, Jiangsu Henglihong Technology Co., Ltd., Jiangsu, https://hlh-js.com/products/ (last visited July 13, 2026) |
| F. | *Zirconia Suppliers*, Thomasnet, https://www.thomasnet.com/suppliers/usa/zirconia-95872552 (last visited July 15, 2026) |
| G. | E. A. Culpan & D. J. Arrowsmith, *The Chemical Polishing of Aluminium*, Transactions of the IMF, 51:1, 17 (1973) |
| H. | M.M. Basha, S.M. Basha, V.K. Jain, and M.R. Sankar, *State of the art on chemical and electrochemical based finishing processes for additive manufactured features*, Additive Mfg. 58, 2022 |
| I. | New York State Pollution Prevention Institute, *Metal Finishing Processes* (2016) |
| J. | Meltiev, Ruslan and Fang, Fengzhou, *Recent advances and challenges of abrasive jet machining*, CIRP Journal of Manufacturing Science and Technology 22 (2018) |
| K. | *Ceramic Beads*, CeraBlast, https://cerablast.com/en/ceramic-beads/ (last visited July 15, 2026) |

| TABLE OF EXHIBITS | |
|---|---|
| L. | *Ceramic Blasting Media*, JinsoBeads  https://www.jinsobeads.com/product-category/ceramic-blasting-media/ (last visited July 15, 2026) |
| M. | *Surface Treatment Products*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products (last visited July 16, 2026) |
| N. | *Zirblast*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/zirblast (last visited July 15, 2026) |
| O. | *Microblast*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/microblast (last visited July 15, 2026) |
| P. | *Zirshot*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/zirshot (last visited July 15, 2026) |
| Q. | *Zirshot HDC*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/zirshot-hdc (last visited July 15, 2026) |
| R. | *Microshot YZ*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/microshot-yz (last visited July 15, 2026) |
| Hughes Ex. A | ████████████████ |
| Hughes Ex. B | ████████████████████ |

True and correct copies of these documents are attached to this declaration. I also spoke with Jackie Hughes and Rafael Dionello from Apple and reviewed their final declarations.

## III.   SUMMARY OF OPINIONS

12.   I was asked to render opinions regarding the facts surrounding Apple's claims that OpenAI misappropriated Apple industrial design-related trade secrets.

13.   Specifically, I was asked to evaluate whether: (1) the industrial design-related information at issue in this case that Apple claims as proprietary comprises trade secrets, (2) OpenAI misappropriated that information; and (3) the information Apple claims as proprietary, including the processes I discuss in more detail below, offers Apple economic and competitive advantages over information already known to engineers and others with knowledge of industrial design processes.

14. Based on my review of the evidence, and my education, training, and experience, I have reached the following opinions:

A. The industrial design-related information at issue in this case, such as Apple's proprietary aluminum metal finishing processes and related parameters, is Apple proprietary information and is neither publicly known nor readily ascertainable;

B. The secrecy of the industrial design-related information at issue provides Apple independent economic and competitive advantages over information already known to engineers and other persons of skill with knowledge of industrial design processes

C. Through improper means, OpenAI, including through io Products, acquired and used Apple's industrial design-related proprietary and trade secret information; and

D. If a competitor were able to use Apple's proprietary metal finishing techniques, Apple's ability to differentiate its products in the market would be diminished.

## IV. UNDERSTANDING OF LEGAL PRINCIPLES

15. I am not an attorney but have been informed of and understand certain legal standards at issue in this case, which I applied to form my opinions.

16. I understand that a "trade secret" under the federal Defend Trade Secret Act ("DTSA") encompasses all forms of financial, business, scientific, technical, economic, or engineering information—including formulas, patterns, compilations, methods, techniques, processes, and procedures, whether tangible or intangible—provided that: (A) the owner has taken reasonable measures to keep the information secret; and (B) the information derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who could obtain economic value from its disclosure or use. 18 U.S.C. § 1839(3). I also understand that a combination of information or components can constitute a trade secret even if some or all of the information or components are in the public domain, if the combination of compilation is not generally known or readily ascertainable.

17.     I also understand that to be trade secret information, the allegedly misappropriated information cannot be public knowledge or information generally known in the industry, and it must derive independent economic value from not being generally known, e.g., the alleged trade secrets must provide some competitive advantage over information already known in the industry.

18.     I understand that the DTSA defines the term "misappropriation" as the " acquisition of a trade secret of another by a person who knows or has reason to know that the trade secret was acquired by improper means," or the "disclosure or use of a trade secret of another without express or implied consent by a person who—(i) used improper means to acquire knowledge of the trade secret; (ii) at the time of disclosure or use, knew or had reason to know that the knowledge of the trade secret was—(I) derived from or through a person who had used improper means to acquire the trade secret; (II) acquired under circumstances giving rise to a duty to maintain the secrecy of the trade secret or limit the use of the trade secret; or (III) derived from or through a person who owed a duty to the person seeking relief to maintain the secrecy of the trade secret or limit the use of the trade secret; or (iii) before a material change of the position of the person, knew or had reason to know that—(I) the trade secret was a trade secret; and (II) knowledge of the trade secret had been acquired by accident or mistake." 18 U.S.C. § 1839(5).

19.     I understand that the DTSA provides that "improper means" "(A) includes theft, bribery, misrepresentation, breach or inducement of a breach of a duty to maintain secrecy, or espionage through electronic or other means; and (B) does not include reverse engineering, independent derivation, or any other lawful means of acquisition." 18 U.S.C. § 1839(6).

20.     I understand that to prevail on the claims of misappropriation at issue in Apple's motion for preliminary injunction, Apple must establish that (1) the information at issue constitutes trade secrets, (2) Apple took reasonable measures to secure the confidentiality of that information, and (3) the Defendants misappropriated the trade secrets.

## V.    TECHNICAL BACKGROUND

21.     Below, I cover topics relevant to Apple's industrial design-related trade secrets.

CASE NO. 5:26-cv-07078-EJD                    7                    DECLARATION OF P. HATCH

A. *Metal Finishing*

22.    Metal finishing is a broad term used to describe processes applied to the surface of a metallic part, often called a substrate, in order to change how it looks, feels, or performs, e.g. alter its surface appearance, texture, hardness, or corrosion resistance.[1]  For example, metal finishing includes processes like (i) powder coating, where pigment is sprayed onto the metal surface; (ii) electroplating, where a metal coating is added to the metal substrate; (iii) anodizing, which is an electrochemical process that forms a durable, corrosion-resistant oxide film on the surface of the metallic substrate; and (iv) blasting, which is mechanical finishing process where

---

[1] *See* Ex. B, Nat'l Ass'n of Architectural Metal Manufacturers & Nat'l Ornamental & Miscellaneous Metals Ass'n, *Metal Finishes Manual for Architectural and Metal Products*, AMP 500-06 (2006) at ii-iii ("All of the finishes commonly used on the architectural metals can be classified as one of three principal types: Mechanical Finishes, which are the result of physically affecting the surface of the metal by some mechanical means. This means may be the forming process itself, or a subsequent operation performed either before or after the metal is fabricated into an end use product. Chemical Finishes, which are accomplished by means of chemicals, and which may or may not have a physical effect upon the surface of the metal. Coatings, which are applied as finishes, either to the metal stock or to the fabricated product. These coatings may be either: a) Formed from the metal itself by a process of chemical or electrochemical conversion, or b) Formed by the application of some added material."), Section 1-5-1-6 ("in general [chemical finishes] are used • to merely clean the surface, without otherwise affecting it. • to provide a clean matte textured surface (by etching), • to produce a smooth, bright finish, or • to chemically convert the surface of the metal, providing a film which is a good substrate for organic coatings.").

abrasive media is propelled at the metal surface to clean, texture, or prepare it.[2]  Metal finishing generally encompasses mechanical, chemical, and coating techniques.

---

[2] Ex. B, *Metal Finishes Manual* at Section 5-3 ("Powder coatings, as the name implies, are coatings in solid form. The fine particles of a one part coating is sprayed onto metals and some plastics. The powder adheres to the substrate by electrostatic forces."), 4-6 ("The Electroplating Process, which has long been used to apply coatings of many different metals to steel. Zinc and cadmium are commonly applied by this method, and both are anodic to steel, but most other electroplated coatings are cathodic, providing protection by surface covering alone. The most common among these are nickel, chromium, nickel followed by chromium, and copper followed by nickel or by nickel and chromium.") (illustrative of the electroplating process generally, not specific to aluminum), 1-7-1-8 ("Probably the most important, and certainly the most unique, of all of the aluminum finishes is that provided by the anodizing process. In essence, the anodizing process consists of immersing the aluminum to be anodized in an appropriate acid solution, referred to as the electrolyte, and passing a direct electric current between the aluminum and the electrolyte, with the aluminum acting as the anode.  This results in the controlled formation of a durable oxide film or coating on the surface of the aluminum. In general, such coatings are many times thicker than the naturally formed oxide film and can be transparent, translucent or opaque, depending on the alloys and/or processes used. Anodic coatings do not affect the surface texture of the aluminum, however fine this texture is, but they greatly increase resistance to corrosion and provide increased resistance to abrasion."); Ex. B, *Metal Finishes Manual* at Section 1-4 ("Non Directional Textured Finishes… are matte finishes of varying degrees of roughness, produced by blasting sand, glass beads, or metal shot against the metal under controlled conditions.").

---

CASE NO. 5:26-cv-07078-EJD    9    DECLARATION OF P. HATCH

23.    In consumer electronics manufacturing, metal finishing serves two primary functions. First, functionally, it protects the metal from corrosion and wear, for example. Second, aesthetically, the finish is often the most visible and tactile attribute of a device's housing. [3]

24.    Because the finish plays a key role in how a product looks and feels, manufacturers of premium consumer electronics invest heavily in research and development and engineering to make sure that the final finish comes out consistently, even when produced at significant volumes.

*B. Anodic Aluminum Oxide Finishes*

25.    Aluminum finishes using anodization are referred to as anodic aluminum oxide ("AAO") finishes.[4] Anodizing is an electrochemical process that thickens and strengthens the natural oxide layer that forms on the surface of aluminum. When bare aluminum is exposed to

---

[3] Ex. D, J.M. Runge, *The Metallurgy of Anodizing Aluminum, Connecting Science to Practice* (Springer 2018) at 161 ("As an integral finish… the anodic oxide provides a dielectric barrier; it also provides wear resistance, corrosion resistance and enables decoration through dyeing and printing."), 384, Table 8.1 ("Design considerations for anodized aluminum substrates" include "corrosion resistance… weathering and wear resistance" for "most industries that use anodizing," and "appearance, clarity, color, and reflectivity" specifically for the "consumer electronics" industry.").

[4] Ex. D, *The Metallurgy of Anodizing Aluminum* at 149-150 ("What sets the anodic aluminum oxide (AAO) apart from other metal finishes is that it is not a deposited layer, such as an electrodeposited metal, or an applied layer like a paint or a lacquer. It is also not a chemical conversion coating like a phosphate or chromate conversion coating… the anodic oxide is a self-assembled, highly ordered, nanoscale network of oxide cells that has grown from its parent aluminum (alloy) substrate through the electrical stimulation by an external source… AAO has its origins in the natural characteristic for aluminum to form a passive oxide layer.").

air, its outermost atoms react with oxygen in the air and form a thin layer of aluminum oxide on the surface. This layer protects the metal underneath from further reaction. This is why aluminum, unlike iron, does not rust away over time.[5] This layer, however, is extremely thin—only a few nanometers—and offers limited protection against the physical demands of everyday use. Anodizing takes this natural protective layer and adds to it, increasing the oxide layer in a controlled way, increasing the thickness needed for the specific product. This thicker, anodized oxide layer provides increased resistance to abrasion and improved durability against everyday wear, and in some cases, adds a decorative finish.[6]

---

[5] Ex. C, R.E. Sanders, Jr., *Aluminum and Aluminum Alloys*, in Kirk-Othmer Encyclopedia of Chemical Technology (Wiley online ed. 2012) at 5 ("In dry air at room temperature this reaction is self-limiting, producing a highly impervious film of oxide ca 5 nm in thickness. The film provides both stability at ambient temperature and resistance to corrosion by seawater and other aqueous and chemical solutions. Thicker oxide films are formed at elevated temperatures and other conditions of exposure.")

[6] Ex. B, *Metal Finishes Manual* at Section 1-7-1-8 ("Probably the most important, and certainly the most unique, of all of the aluminum finishes is that provided by the anodizing process. In essence, the anodizing process consists of immersing the aluminum to be anodized in an appropriate acid solution, referred to as the electrolyte, and passing a direct electric current between the aluminum and the electrolyte, with the aluminum acting as the anode. This results in the controlled formation of a durable oxide film or coating on the surface of the aluminum. In general, such coatings are many times thicker than the naturally formed oxide film and can be transparent, translucent or opaque, depending on the alloys and/or processes used. Anodic coatings do not affect the surface texture of the aluminum, however fine this texture is, but they greatly increase resistance to corrosion and provide increased resistance to abrasion."); *Aluminum*

26.     The word "anodizing" comes from the electrical setup that makes the process work. The aluminum part is put in a tank of acid (for example, a dilute sulfuric acid) and hooked up to a source of electricity, along with a second piece of metal in the same tank. The aluminum is connected as the *anode* (the positive side of the circuit), which is where the process gets its name; the second piece of metal is the *cathode* (the negative side).[7] When the electricity is turned on, it flows through the acid between the two pieces of metal, and that flow of electricity drives a chemical reaction at the surface of the aluminum. This reaction pulls oxygen out of the acid solution, which reacts with the aluminum at the surface and grows a thicker oxide layer.[8] The

*and Aluminum Alloys* at 58 ("Anodic oxidation is an electrochemical process in which the oxide film is increased in thickness by making the product the anode in a cell containing a suitable electrolyte and an inert cathode. Sulfuric acid solutions are widely employed as electrolytes for anodizing; they produce clear oxide coatings on pure aluminum and high purity Al–Mg and Al–Mg–Si alloys."); *The Metallurgy of Anodizing Aluminum* at 152 (anodizing aluminum results in "rugged mechanical properties in abrasive wear and impact…").

[7] Ex. C, *Aluminum and Aluminum Alloys*, at 58 ("Anodic oxidation is an electrochemical process in which the oxide film is increased in thickness by making the product the anode in a cell containing a suitable electrolyte and an inert cathode. Sulfuric acid solutions are widely employed as electrolytes for anodizing; they produce clear oxide coatings on pure aluminum and high purity Al–Mg and Al–Mg–Si alloys.").

[8] Ex. D, *The Metallurgy of Anodizing Aluminum* at 160 ("The formation of the oxide at the metal-oxide interface involves the migration of aluminum cations (Al3+) from the metal, across the forming oxide, toward the interface with the electrolyte, and the inward migration of oxygen anions (O2−) from the electrolyte to the metal. Ion exchange is the chief mechanism driven by the

CASE NO. 5:26-cv-07078-EJD                    12                    DECLARATION OF P. HATCH

higher the current density (the amount of electric current applied to a surface area) and the longer the electricity flows, the thicker the oxide layer grows.[9]

27.    Applying an AAO finish to a piece of aluminum is not a single-step process.  Before the anodizing step itself, the surface has to be carefully prepared, which can include optional steps like chemical polishing depending on the desired finish, and after the bath, the new oxide layer has to be finished so it will keep its color and does not stain.[10]  Generally, the process of applying an AAO finish includes three steps: (i) preparing the surface; (ii) anodizing, and (iii) finishing the surface.

---

electrochemical reaction, which produces the uniquely elegant, self-assembled, highly ordered, columnar nanoscale structure that grows to become the anodic aluminum oxide (AAO) finish.").

[9] Ex. D, *The Metallurgy of Anodizing Aluminum* at 158 ("Current density is the parameter that drives the mechanisms that grow the oxide; current produces the necessary electron flow in the substrate that drives ion diffusion and electrotransport of particles and intermetallic compounds to the interface for oxidation to occur, and the voltage is a response to that reaction. Oxidation potential is a characteristic of the anode, which is the aluminum component, and as long as the potential response of the anodizing process exceeds the characteristic potential of the aluminum, oxidation occurs as long as current flows."); *Metal Finishes Manual* at Section 1-7-1-8.

[10] Ex. B, *Metal Finishes Manual* at Section 1-8 (Proper surface treatment prior to anodizing is essential.  This will require the use of the appropriate chemical cleaning and finishing processes…), 1-9 ("Properly sealed anodic coatings are proof against absorption of coloring materials or staining."); Ex. D, *The Metallurgy of Anodizing Aluminum* at 155 ("Pretreatment can be done to brighten the surface, by way of chemical polishing or "bright dip" processes…").

*C. Surface Preparation*

28.    Before anodizing, a metal part is typically prepared and cleaned to remove marks left over from earlier manufacturing steps, like stamping, machining, or casting. [11]

29.    **Blasting.**  To prepare the surface, most companies start by blasting the aluminum surfaces with tiny particles, a process commonly known as "blasting" (also known as "media blasting" or "abrasive blasting").  In this step, a stream of small particles—typically glass beads, small pieces of aluminum oxide, zirconia beads, ceramic beads, or a variety of other "media"—is propelled at high speed from a machine against the aluminum surface, usually using compressed air.[12]  The particles hit the surface with enough force to create an even, soft matte finish that is neither shiny like machined metal nor rough like unfinished metal.  This step is important because the anodized layer grown later is thin and integrated with the aluminum itself, so the texture

[11] Ex. B, *Metal Finishes Manual* at Section 1-8 ("Proper surface treatment prior to anodizing is essential. This will require the use of the appropriate chemical cleaning and finishing processes described under Chemical Finishes. If soil or grease are present their removal by vapor degreasing or inhibited chemical cleaner is the first requirement. All metal residue from finishing or grinding must also be removed.").

[12] Ex. B, *Metal Finishes Manual* at Section 1-4 ("Non Directional Textured Finishes… are matte finishes of varying degrees of roughness, produced by blasting sand, glass beads, or metal shot against the metal under controlled conditions… The texture of the surface is determined by the size and type of abrasive used, the amount of air pressure, and the position and movement of the nozzle. The finer the abrasive the smoother the finish"); Ex. E, *Explore Our Products*, Jiangsu Henglihong Technology Co., Ltd., https://hlh-js.com/products/ (last visited July 13, 2026) (listing blast media products including "ceramic media," "zirconia beads," "aluminum oxide," "glass beads," and other "abrasive media.").

created by blasting affects the overall texture of the AAO finish.[13]  Based on my experience, how finished products actually feel in users' hands depends heavily on blasting steps, in addition to the subsequent anodizing.

30.     Several parameters of both the blasting equipment and the blast media itself can affect the texture blasting creates.  For example, for the blast equipment, the pressure and speed at which the media is blasted, the dimensions of the nozzle or wheel ejecting the media, the angle with which the media impacts the aluminum, and the distance between the nozzle and aluminum can all affect the final texture of the surface.[14]  Similarly, the parameters of any particular blast

[13] Ex. B, *Metal Finishes Manual* at Section 1-4 (same quote as above); Ex. D, *The Metallurgy of Anodizing Aluminum* at 167 ("[T]he oxide is integrated with the substrate[.]").

[14] Ex. J, Meltiev, Ruslan and Fang, Fengzhou, *Recent advances and challenges of abrasive jet machining*, CIRP Journal of Manufacturing Science and Technology 22 (2018) at 10-11 ("Nozzle pressure [] directly affects flow velocity and, as an aftermath, the kinetic energy of the in-flow particles. Thus, an increase in pressure leads to the growth of MRR ["media removal rate"] and surface roughness… Traverse speed is a speed of the reciprocal motion of the blasting nozzle relative to the machined surface. The speed selection is based on requirements of feature geometry... Stand-off-distance ["SOD"] is the distance between the nozzle exit and machined surface… There are two effects of SOD: (a) increase of SOD above initial jet region leads to a reduction of particle velocity, reducing both MRR and surface roughness; (b) increase of SOD enlarges footprint width due to natural jet divergence… Incidence or impact angle is an angle between nozzle axis and machined surface. Depending on the target hardness, nozzle inclination causes different aftermaths. Large angles (close to 90 [degrees]) provide higher MRR in brittle materials, particularly in ceramics, while the soft workpiece is cut more efficiently with the angles at around 20–30 [degrees].").

media, including the size and hardness of the media particles can also alter the aluminum's surface texture.[15]  Bigger particles usually create a rougher, matte texture, while smaller particles create a smoother one.[16]

31.     In my experience, the specific combination of blast media and blasting equipment parameters needed to achieve a given target finish is typically arrived at only through a company's own testing and experimentation.  Small changes in media or equipment settings can have outsized and not always predictable effects on the finished texture.  For that reason, it is well understood in the industry that a company's specific blast media choices and blasting parameters are proprietary, and companies generally keep this information confidential from competitors.

32.     **Chemical Preparation.**  After blasting, a part may go through several chemical preparation steps.  In my experience, companies keep these processes secret and protect their details as proprietary, for example the exact chemicals used, how hot the preparatory part baths are, and how long parts sit in each bath.  That said, generally, companies use the following steps:

---

[15] Ex. J, *Recent advances and challenges of abrasive jet machining*, at 11 ("[W]hen the hardness of abrasives is close to substrate's hardness, some part of the kinetic energy may be converted to deformation, heating, and fracture of the particles itself.").

[16] Ex. J, Meltiev, Ruslan and Fang, Fengzhou, *Recent advances and challenges of abrasive jet machining*, CIRP Journal of Manufacturing Science and Technology 22 (2018) at 11 ("Abrasive size is one of the most influential factors in any AJM [(abrasive jet machining)] modification. By increasing the particle's size, the single grain obtains bigger mass and volume, that directly affect its kinetic energy, which in turn influences MRR…  In general, the increase of abrasive fraction leads to chips enlarging and surface roughening.").

(a) **Cleaning**. The part is cleaned and rinsed to rid the surface of any external contamination, such as dirt and grime; [17]

(b) **Rinsing**. The part is rinsed with water after every step, so chemicals from one step do not carry over into the next;[18]

(c) **Etching**. The part is treated with an acid or alkaline solution that removes the natural oxide layer, smooths out small marks left from machining, and exposes fresh aluminum underneath. Bath temperature, how long the part sits in the bath,

---

[17] Ex. D, *The Metallurgy of Anodizing Aluminum* at 154 ("[T]he method and means of anode pretreatment prior to anodizing is critical. The substrate must be cleaned and rinsed to rid the surface of any external contamination, such as dirt and grime from manufacturing or storage that may interfere with the formation of a continuous oxide.")

[18] Ex. D, *The Metallurgy of Anodizing Aluminum* at 151 ("Pretreatment continues by processing the mounted components, or work, through a variety of cleaners, etchants, sometimes brighteners, always with copious rinses, to maximize the amount of free aluminum at the surface for oxidation."), 153 ("[R]acks must be designed to enable adequate rinsing and draining of the entire workload, without retaining pockets of residual solution."), 154 ("Rinsing may be the most important step throughout the anodizing process as it removes the residues from cleaning and minimizes contamination from the previous pretreatment steps from being dragged into subsequent substrate pretreatment solutions and the anodizing electrolyte."), 155 ("Rinsing stops the chemical action of a treatment step by way of: (1) removing the source of chemical action at the surface; (2) changing the temperature and time of the reaction at the component surface; and (3) changing the pH at the surface by diluting with a clean, neutral solution. Rinsing must also involve draining, in order to prevent reinitiating of chemical attack on the part surface and to minimize the transfer of chemical solution to the next step in the process. The rule of thumb for effective rinsing is that every chemical bath should have 2–3 rinses.").

how much the bath is stirred, and how much aluminum has already dissolved in the bath all affect etching speed and resulting textures;[19] and

(d) **Desmutting**. Etching leaves behind a residue called "smut," tiny bits of other metals, like copper, iron, and silicon, which were mixed into the aluminum but did not dissolve in the etching bath.  To remove this residue, the part is dipped in a mild acid in a step called desmutting.[20]

33.    **Chemical Polishing.**    After a surface is chemically prepared, if a manufacturer wants to adjust the surface's gloss before anodizing, it can choose to chemically polish the surface.[21]  In this step, the part is immersed in an acid bath, which dissolves a very thin, controlled layer of the aluminum surface.  In my experience, chemical polishing is aimed at smoothing out

[19] Ex. D, *The Metallurgy of Anodizing Aluminum* at 335 ("An etch process (caustic or acid) is often performed to remove any native oxide (passive layer) or residual scale from heat treatment that has formed on the surface, followed by a deoxidation step or so-called desmut process to remove any residues of alloy additions and intermetallic particles."); Ex. H, M.M. Basha, S.M. Basha, V.K. Jain, and M.R. Sankar, *State of the art on chemical and electrochemical based finishing processes for additive manufactured features*, Additive Mfg. 58, 2022, at 4 ("The choice of chemicals, immersion time, temperature, and the creation of an oxide/viscous layer on the original surface all control the etching rate[.]"),

[20] Ex. D, *The Metallurgy of Anodizing Aluminum* at 335 [same quote as above]; Ex. B, *Metal Finishers Manual* at Section 1-18, Table 1-2 (listing two "desmut" standard designations for etched aluminum chemical finishes), 1-20, Table 1-4 (listing the same).

[21] Ex. G, E. A. Culpan & D. J. Arrowsmith, *The Chemical Polishing of Aluminium*, Transactions of the IMF, 51:1, 17 (1973) ("Chemical polishing (or chemical brightening) prior to anodizing is widely used to produce a bright finish on aluminum."); Ex. D, *The Metallurgy of Anodizing Aluminum* at 155 ("Pretreatment can be done to brighten the surface, by way of chemical polishing or "bright dip" processes…").

microscopic peaks and valleys on the surface to produce a more uniform, brighter appearance. Companies typically keep the specific parameters of their chemical polishing processes proprietary. Generally, the step involves:

> (a) **Bath Preparation**. An acid solution—typically containing a combination of acids such as phosphoric, nitric, or sulfuric acid—is made at a specific concentration. How strong the solution is, and how much of each acid is mixed in, affects how quickly the polishing happens and how much material is removed from the part's surface; [22]

> (b) **Immersion**. The part is placed in the bath for a set amount of time and closely monitored to ensure that the chemical reaction proceeds as intended without over-polishing or damaging the aluminum. For example, if the part is immersed for too long, the surface will have a hazy or dull finish instead of a bright one; conversely, insufficient time will fail to adequately smooth the surface;[23] and

[22] Ex. G, The *Chemical Polishing of Aluminum* at 17 ("Chemical polishing (or chemical brightening) prior to anodizing is widely used to produce a bright finish on aluminum. Phosphoric-sulphuric-nitric acid mixtures, such as *Phosbrite*, are commonly employed. The nitric acid content, water content, aluminium content and the addition of copper all influence the degree of brightening obtained."); Ex. H, *State of the art on chemical and electrochemical based finishing processes* at 3 ("The chemical bath and polishing time must be carefully chosen in order to get a better surface roughness").

[23] Ex. G, *The Chemical Polishing of Aluminum* at 19 ("After the cellular network produced in the etching stage has been replaced by the characteristic patterns of the polishing stage, this pattern coarsens with increasing time in the chemical polishing solutions."), 21 ("[I]t is clear that maximum reflectivity is attained when the etched cell structure has just been replaced by the polished structure. Prolonged polishing results in a gradual decrease in specular reflectivity, which is due to a coarsening of the surface structure."); Ex. H, *State of the art on chemical and electrochemical based finishing processes* at 3 ("The chemical bath and polishing time must be carefully chosen in order to get a better surface roughness.").

(c) **Rinsing**. After the polishing, the part is rinsed and treated to stop the chemical reaction and remove any residual chemicals from the surface before the part is anodized.[24]

*D. Anodizing the Part*

34.     After the surface has been prepared, a part goes into an acid bath, usually sulfuric acid, and a direct electrical current is run through it, growing the oxide layer as described above.[25] Several parameters can impact this process, including bath temperature, acid strength, the voltage or current applied, the pattern of the electrical current (steady, pulsed, or a mix of both), bath stirring, and process duration.[26]   Together, such parameters determine, for example, how thick,

---

[25] *See* Section V.B, ¶¶ 25-26; Ex. C, *Aluminum and Aluminum Alloys* at 58 ("Sulfuric acid solutions are widely employed as electrolytes for anodizing."); Ex. D, *The Metallurgy of Anodizing Aluminum* at 165 ("By far, most anodizing is processed in sulfuric acid electrolytes.").

[26] Ex. D, *The Metallurgy of Anodizing Aluminum* at 169 ("Higher current density processes tend to produce more resistance heat than lower current density processes, hence the temperature due to resistance heating increases more with hard anodizing than with decorative anodizing.  The solubility of the growing oxide increases with the electrolyte temperature, which will change the engineering performance of the oxide in wear applications. Therefore, in order to produce a thicker, harder oxide, the anodizing bath temperature is typically lowered to range from about 0 to 10 °C and agitation by way of the introduction of air or bath recirculation is incorporated to the bath to keep the electrolyte temperature down, keep the work cool, and limit the amount of oxide dissolution."), 172 ("Process differences yield obvious structural differences. The higher current density, and therefore higher voltage response of the hard anodizing process, produces a coarser oxide structure (thicker cell walls and wider pores) than that produced using the lower current density of the decorative anodizing process.").

hard, and porous the finished layer is.  In my experience, companies typically keep the specific values and combination of these anodizing parameters for their proprietary finishes confidential and secret from competitors.

*E.  Part Finishing*

35.    After anodizing, a part often goes through a coloring step.[27]  For example, because a newly grown surface oxide layer is porous, dyes can soak into the layer's pores and become part of the layer itself, coloring it (rather than sitting on top like paint).  This is why anodized colors cannot be scratched off or peeled—the color is part of the metal's surface, not a separate coating.[28]

---

[27] Ex. C, *Aluminum and Aluminum Alloys* at 58-59 ("As the purity of the metal decreases, iron and silicon and other impurities and their reaction products form in the oxide film and decrease its transparency. This imparts a gray appearance to the finish… Colored oxide films are produced by anodizing in mixed acid electrolytes the principal components of which are organic sulfonic acids and a small amount of sulfuric acid.  Colors range from pale yellow to dark bronze and black. The color results from modification of the oxide and inclusion of intermetallic particles, metal, and reaction products in the oxide."); Ex. B, *Metal Finishes Manual* at Section 1-8 ("Color anodic coatings are obtained by impregnating the coating with organic dyes or pigments, by using alloys and processes that produce integral color, or by electrolytically depositing pigments in the anodic film. The clear anodic coatings produced by the sulfuric acid process are suitable for accepting a wide variety of organic dyed colors considered sufficiently resistant to ultraviolet degradation for exterior use.").

[28] Ex. D, *The Metallurgy of Anodizing Aluminum* at 167 ("because the oxide is integrated with the substrate, it won't chip or peel and has a high level of durability.").

36.    After coloring, the pores in an oxide layer need to be sealed so the finished surface resists staining and holds its color.[29]  Sealing usually involves placing a part in near-boiling water or a specialized chemical bath, which swells and closes the oxide layer's pores.[30]  If a layer is not sealed, it can stain, corrode, or lose color.[31]  After sealing, the part is rinsed again, dried, and then checked against specifications, e.g., for color and thickness.[32]  In my experience, companies typically keep their specific coloring, sealing, and other part finishing techniques secret.

*        *        *

[29] Ex. D, *The Metallurgy of Anodizing Aluminum* at 166 ("[AAO] finishes are typically sealed to enhance corrosion resistance and to prevent dye from bleeding out of the porous AAO structure. Type II anodizing has a niche in the metal finishing industry for finishes with outstanding clarity and color on aluminum and its alloys.")

[30] Ex. I, New York State Pollution Prevention Institute, *Metal Finishing Processes* (2016) at 11 ("Immersion of an anodized part into hot (boiling point) water causes the pores to seal over due to the slight solubility of the aluminum oxide of the anodized surface."); *Metal Finishes Manual* at Section 1-9 ("Clear, integral color and electrolytically deposited color coatings are usually sealed in deionized boiling water or metal salt sealants.").

[31] Ex. B, *Metal Finishes Manual* at 11 ("[Sealing] provides stain and corrosion protection for a clear anodized surface and prevents dye migration or degradation in a dyed surface.").

[32] Ex. B, *Metal Finishes Manual* at Section 1-9 ("After anodizing is completed, tests are performed on representative samples taken at random from the rack loads to determine that the coating meets the specified thickness and weight and is properly sealed."), 1-10 ("Specifications should include the requirement of color samples showing the color range to be expected in production of any specific color and shade").

CASE NO. 5:26-cv-07078-EJD                    22                    DECLARATION OF P. HATCH

37.     In my experience, manufacturers use the finishing techniques discussed above to produce a specific target finish, for example, a particular color, gloss level, or texture. Achieving any given finish requires adjusting process parameters, as I describe above. Those parameters also interact with one another in ways that are not always obvious. For example, if a company lowers the temperature of an anodizing bath, the resulting oxide layer may be denser, with smaller pores. That layer may soak up less dye, and subsequent dyeing and sealing conditions would have to change as a result. Put simply, a change in one step can have multiple trickle-down effects that affect the resulting finish.

38.     Because of this interplay, two finishes that look similar to the eye can actually be produced using very different combinations of parameters—and the right combination for any particular finish is something a manufacturer typically arrives at only through its own research and testing. Thus, while the general approach I have described above is understood, in my experience, companies closely guard the details of the specific finishing processes they use to produce products that meet their and their customers' expectations. It is well understood in the industry that a company's particular finishing process parameters and steps are typically maintained as proprietary.

## VI.    APPLE'S METAL FINISHING PROCESSES ARE TRADE SECRETS

39.     Apple uses its proprietary metal-finishing processes to achieve multiple different anodized aluminum oxide finishes for its products, each with its own confidential specification for █████████████████████ the finish.[33] For example, I understand that Apple refers to two of its proprietary finishes as "█████" and "███████."[34] According to Apple's specification

---

[33] Hughes Decl. ¶¶ 7, 13; Hughes Decl. Ex. A, ███████████████ at 1; Hughes Decl. Ex. B, ███████████████ at 1.

[34] Hughes Decl. ¶ 10; Hughes Decl. Ex. A, ███████████████ at 1; Hughes Decl. Ex. B, ███████████████ at 1.

for its ▮▮▮▮▮▮ (the "▮▮▮▮▮▮"), "▮▮▮" stands for "▮▮▮▮▮," indicating that ▮▮▮▮▮▮▮▮▮▮▮▮.[35] According to Apple's specification for its ▮▮▮▮▮▮, (the "▮▮▮▮▮▮"), "▮▮▮" corresponds to the ▮▮▮▮▮▮, which is achieved using ▮▮▮▮▮▮.[36] The two specifications, both covered in detail below, are ▮▮▮▮▮▮.[37]

40.    I understand from Apple personnel that Apple has ▮▮▮▮▮▮▮▮▮▮▮▮.[38] These other finishes conform to the following naming convention based on the ▮▮▮ of the resulting finishes: ▮▮▮ ▮▮▮"[39] I further understand that a defining feature of the proprietary finishes with names ending in ▮▮▮▮▮▮ is that they all use ▮▮▮▮▮▮ ▮▮▮▮▮▮.[40] I also understand that Apple has applied ▮▮▮▮▮▮ to ▮▮▮▮▮▮ ▮▮▮▮▮▮ and ▮▮▮▮▮▮.[41]

_____

[35] Hughes Decl. Ex. A, ▮▮▮▮▮▮ at 1; Hughes Decl. ¶ 10.

[36] Hughes Decl. Ex. B, ▮▮▮▮▮▮ at 1, 7-8 (Table 1); Hughes Decl. ¶¶ 10.

[37] Hughes Decl. ¶¶ 13-15; Hughes Decl. Ex. A, ▮▮▮▮▮▮; Hughes Decl. Ex. B, ▮▮▮▮▮▮.

[38] Hughes Decl. ¶ 10.

[39] Hughes Decl. ¶ 10.

[40] Hughes Decl. ¶¶ 8-9; Hughes Decl. Ex. B, ▮▮▮▮▮▮ at 4 (▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮); Hughes Decl. Ex. A, ▮▮▮▮▮▮ at 4 (stating the same).

[41] Hughes Decl. ¶¶ 9.

**A. The** ▮▮▮▮▮▮▮▮▮

41. I have reviewed Apple's confidential ▮▮▮▮▮▮▮▮▮.[42] Based on my experience, this type of specification describes how certain Apple products should look and feel and reflects years of proprietary development. The ▮▮▮▮▮▮ is the kind of document that companies in the consumer electronics manufacturing industry closely guard because it is a cumulation of both the end result of Apple's proprietary techniques and also the process decisions that produce it.

42. I understand that Apple has not published the ▮▮▮▮▮▮ and has only shared this specification under a confidentiality agreement with suppliers.[43]

43. The ▮▮▮▮▮▮ is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ also referred to as ▮▮▮ and ▮▮▮▮▮ respectively.[44] The ▮▮▮▮▮▮ "defines methods and limits for manufacturing and quality departments to determine acceptability of anodized finishes."[45]

44. The specification includes Apple's confidential and proprietary information, including (1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮.

---

[42] Hughes Decl. Ex. A, ▮▮▮▮▮▮.

[43] Hughes Decl. ¶¶ 7.e, 13; *see also* Hughes Decl. Ex. A, ▮▮▮▮▮▮ at 1-7 (stating that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

[44] Hughes Decl. Ex. A, ▮▮▮▮▮▮ at 2; Hughes Decl. ¶¶ 7.e.

[45] Hughes Decl. Ex. A, ▮▮▮▮▮▮ at 2.

45.    For example, the ███████████████ includes confidential information, such as:



---

[46] Hughes Decl. Ex. A, ██████████████ at 2.

[47] Hughes Decl. Ex. A, ██████████████ at 3-4.

[48] Hughes Decl. Ex. A, ██████████████ at 4.

[49] Hughes Decl. Ex. A, ██████████████ at 4-5.

[50] Hughes Decl. Ex. A, ██████████████ at 4.

[51] Hughes Decl. Ex. A, ██████████████ at 5.

[52] Hughes Decl. Ex. A, ██████████████ at 5-6.



46. The ██████████ thus discloses Apple's proprietary ██████ ████████████████████████ which, in my opinion, are trade secrets. In my opinion, the ██████████ itself also constitutes a trade secret because it is a proprietary compilation of ████████████████████

**B. The** ████████████

47. I have also reviewed Apple's confidential ████████████[55] As discussed above, "████" corresponds to the ████████████[56] The specification includes ████████████████████████████████ ████████[57]

48. As discussed above, my understanding from Apple personnel is that the "█" in both the ████████ and ████ finish names indicates ████████████████████ ████████ which is confirmed by ████████████ in both specifications.[58] I further

---

[53] Hughes Decl. Ex. A, ████████████ at 6.

[54] Hughes Decl. Ex. A, ████████████ at 6.

[55] Hughes Decl. Ex. B, ████████████

[56] Hughes Decl. Ex. B, ████████████ at 7-8 (████); Hughes Decl. ¶ 10.

[57] Hughes Decl. Ex. B, ████████████ at 7-8 (████)

[58] Hughes Decl. ¶¶ 8, 14-15; Hughes Decl. Ex. B, ████████████ at 4 (████████████████████████████████████████); Hughes Decl. Ex. A, ████████████ at 4 (stating the same).

understand that Apple's naming convention for ██████████████████ ████████ Thus, the finish name "█████████" indicates ██████████████ ████████████████████████████████████████[59]

49.   Based on my experience, the █████████████████, like the ████ █████, reflects years of proprietary development.  The █████████████ is the kind of document that companies in the consumer electronics manufacturing industry closely guard because it is a cumulation of both the end result of Apple's proprietary techniques and also the process decisions that produce it.

50.   I understand that Apple has not published the ███████████████ and has only shared this specification under a confidentiality agreement with suppliers.[60]

51.   The ████████████ is ████████████████████████████ ████████████████████████████[61] The ██████████████████ ███████████████████████████████████████████ ████████████[62] Like the █████████████, the █████████████ includes Apple's confidential and proprietary information, including ██████████████ ████████████████████████████████████████████.

---

[59] Hughes Decl. ¶¶ 8-10.

[60] Hughes Decl. ¶¶ 7.e, 13; *see also* Hughes Decl. Ex. B, ████████████████ at 1-9 (█████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████).

[61] Hughes Decl. Ex. B, ████████████████ at 2; Hughes Decl. ¶ 15.

[62] Hughes Decl. Ex. B, ████████████████ at 2.

52.    The  includes much of the same confidential information as the ████████████, for example:

────────────────────

[63] Hughes Decl. Ex. B, ████████████████ at 2-3.

[64] Hughes Decl. Ex. B, ████████████████ at 3.

[65] Hughes Decl. Ex. B, ████████████████ at 4.

[66] Hughes Decl. Ex. B, ████████████████ at 4-5.

[67] Hughes Decl. Ex. B, ████████████████ at 4-5.

[68] Hughes Decl. Ex. B, ████████████████ at 5.

[69] Hughes Decl. Ex. B, ████████████████ at 5-6.



53.     The ███████████████ also includes the following confidential information not found in the ███████████:

_____

[70] Hughes Decl. Ex. B, ████████████████ at 5-6.

[71] Hughes Decl. Ex. B, ████████████████ at 6.

[72] *Compare* Hughes Decl. Ex. B, ███████████████████ at 2, *with* Hughes Decl. Ex. A, ██████████████ at 2 ████████████████████████████████████).

[73] *Compare* Hughes Decl. Ex. B, ███████████████████ at 2, *with* Hughes Decl. Ex. A, ██████████████ at 2 (████████████████).

[74] *Compare* Hughes Decl. Ex. B, ████████████████████, *with* Hughes Decl. Ex. A, ██████████████ at 4 (████████████████████████).

54.    The ████████████, like the ████████████, thus discloses Apple's proprietary ████████████████████, which, in my opinion, are trade secrets. In my opinion, ████████████████ itself also constitutes a trade secret because it is a proprietary compilation of ████████████████ ████████.

**C. Apple's Proprietary Metal-Finishing Processes Cannot Be Reverse Engineered**

55.    In my opinion, Apple's proprietary metal-finishing processes described in the ████████████████████ cannot be reverse engineered by legitimate means.[76] Examining a finished anodized aluminum product, for example, cannot reveal: (1) the specific process conditions used to finish the product; (2) the product tolerances; (3) the tests Apple runs and what testing methods Apple uses to validate the finish; and (4) how Apple arrived at its particular combination of materials and process parameters, for several reasons.

56.    A finished product will not reveal this information. While one could measure certain qualities of a finished product, such as the thickness of the oxide layer, surface roughness, and gloss, those measurements only describe result. They do not disclose the path taken to reach that result: how Apple validated the finish, the products tolerances, or the specific process Apple used to prepare and finish the surface. For example, these measurements would not disclose the blast media and blasting conditions, the chemistry, temperature, and dwell time of each preparation bath, the anodizing bath chemistry, temperature, applied current, waveform, and duration, or the dyeing and sealing conditions. Nor would compositional analysis of the alloy reveal Apple's internal designation for that alloy, the specific temper or heat-treatment history

---

[75] *Compare* Hughes Decl. Ex. B, ████████████████ at 6-8, *with* Hughes Decl. Ex. A, ████████████████ at 5-6 (████████████████████████).

[76] Hughes Decl. Ex. A, ████████████████; Hughes Decl. Ex. B, ████████████████.

applied to it, or the research and testing Apple conducted to arrive at that particular formulation. By way of example, if you consider just one parameter, the blast media, there are several types of blast media commercially available like zirconia, glass beads, or aluminum oxide.[77]  There are also different suppliers, and if you consider just zirconia media, these suppliers offer many different varieties of zirconia media.[78]  The choice of which type of blast media to use, the choice

---

[77] Ex. E, *Explore Our Products*, Jiangsu Henglihong Tech. Co., Ltd., Jiangsu, https://hlh-js.com/products/ (last visited July 15, 2026) (listing blast media products including "ceramic media," "zirconia beads," "aluminum oxide," "glass beads," and other "abrasive media.").

[78] Ex. K, *Ceramic Beads*, CeraBlast, https://cerablast.com/en/ceramic-beads/ (last visited July 15, 2026) (listing six types of ceramic beads that can be used for "blast-cleaning"; Ex. L, *Ceramic Blasting Media*, JinsoBeads https://www.jinsobeads.com/product-category/ceramic-blasting-media/ (last visited July 15, 2026) (listing 18 types of ceramic beads for surface treatment); Ex. M, *Surface Treatment Products*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products (last visisted July 16, 2026) (describing six different types of ceramic beads, "ZirPro's ceramic beads Zirblast®, Microblast®, Zirshot® , Zirshot HDC and Microshot® YZ [which] are durable and efficient blasting media, delivering a smooth satin surface finish without contaminating the treated material"); Ex. N, *Zirblast*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/zirblast (last visited July 15, 2026) (listing six types of Zirblast beads); Ex. O, *Microblast*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/microblast (last visited July 15, 2026) (listing six types of Microblast beads); Ex. P, *Zirshot*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/zirshot (last visited July 15, 2026) (listing seven types of Zirshot beads); Ex. Q, *Zirshot HDC*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/zirshot-hdc (last visited July

of media supplier, and the choice of which particular variety of that supplier's blast media to use all reflect Apple proprietary knowledge that is not generally known to the public.

57.    This limitation is compounded by the fact that different process parameter combinations can produce visually similar end results.  For example, different combinations of temperature, dwell time, chemistry, and current can yield final surfaces that look and feel the same.  This makes it virtually impossible to work backward from a finished product to a single set of process parameters with any confidence.

58.    The surface preparation steps—blasting parameters (media type, size, angle, duration, pressure) and chemical preparation (etching chemistry, temperature, duration, desmutting)—are especially hard to reverse engineer.  These steps prepare the surface *before* the anodizing step transforms the surface.  The subsequent anodizing process grows an oxide layer over the prepared surface, effectively building over the prepared surface and covering up most of the evidence of how the surface was prepared.

59.    Apple's metal finishing processes also reflect not only what works, but what Apple tried and rejected.  Apple selected its chosen parameters after trying and rejecting other combinations of parameters because they produced defects, inconsistency, or the wrong look and feel. That accumulated knowledge exists only in Apple's development documents and in the experience of its engineers and suppliers operating under strict confidentiality.  None of it is visible in, or recoverable from, a finished product.

15, 2026) (listing eight types of Zirshot HDC beads); Ex. R, *Microshot YZ*, Zirpro, https://www.zirpro.com/ceramic-media-surface-treatment/products/microshot-yz (last visited July 15, 2026) (listing seven types of Microshot YZ beads); *see also* Ex. F, *Zirconia Suppliers*, Thomasnet,   https://www.thomasnet.com/suppliers/usa/zirconia-95872552 (last visited July 15, 2026).

60.     For all of these reasons, even a competitor with access to publicly available information about anodizing aluminum and a finished Apple product would not be able to determine Apple's actual proprietary metal finishing parameters, alloy designation, tolerance specifications, tests, or testing methods.  Without access to Apple's own internal documents or confidential information from its engineers and trusted suppliers, these parameters cannot be determined by reverse engineering.

## VII.     APPLE'S     METAL-FINISHING     PROCESSES     HAVE     INDEPENDENT ECONOMIC VALUE FROM BEING KEPT SECRET

61.     Aluminum is a popular material for consumer products because it is lightweight, relatively strong for its weight, easy to machine, and inexpensive relative to other alternatives like titanium or stainless steel.[79]  Bare aluminum, however, has drawbacks that make it unsuitable for most consumer products without some kind of surface treatment.  The natural oxide layer that forms on bare aluminum is extremely thin and offers limited protection against the demands of everyday use.[80]  The surface can also be dulled or discolored by moisture and the oils on human skin, and untreated aluminum has an inconsistent, somewhat dull appearance that customers tend to associate with utility hardware rather than with premium consumer products.  In sum, a raw aluminum surface cannot meet the durability, appearance, and functional requirements that customers expect from these types of products, products they use every day.

62.     Anodizing addresses these limitations, creating a more durable product, and does

---

[79] Ex. C, *Aluminum and Aluminum Alloys* , at 1 ("[A]luminum alloys have "high strength-to-weight ratios," are "readily formable by many metalworking processes," and "accept a wide variety of finishes"; aluminum has "a density about one-third that of ferrous alloys"), 56 ("Corrosion resistance is attributable to the tightly adherent, protective oxide film" that is "5–10 nm thick when formed in air"), 61 (surveying consumer uses including household products such as "refrigerators, air conditioners, satellite dishes, appliances, insect screening, and hardware").

[80] *See* Section V.B, ¶ 25.

---

so as part of a single integrated finishing process.[81]  An anodized aluminum surface also has a distinct look and feel—smooth, cool to the touch, with a soft matte or satin appearance—that in my experience, customers of consumer electronics typically like and associate with premium products.[82]  Additionally, because the anodized layer is a ceramic-like oxide rather than a metal, it does not conduct electricity, which is important for products where the outside of the case sits close to internal electronic components and stray conductivity could cause interference or malfunction.[83]

63.    Because the finish carries so much of a product's durability and everyday appearance, the ability to anodize aluminum well—and to do so consistently at high volume—is a meaningful point of competitive differentiation among manufacturers of premium aluminum consumer products.

64.    Apple's own finish designations—such as ███ and ████████—are themselves part of what makes this competitive advantage exploitable, and what makes it worth protecting.  These designations are Apple's internal names for its finishes.  They are not standard industry terms, and, to my knowledge, do not appear in any public material, and a competitor who learns these designations would not know the metal finishing processes they represent.  But a

---

[81] *See* Section V.B, ¶ 25 (describing the benefits of anodizing aluminum); Ex. D, *The Metallurgy of Anodizing Aluminum* at 152 (Anodizing aluminum results in "excellent corrosion protection," and "rugged mechanical properties in abrasive wear and impact[.]").

[82] Ex. D, *The Metallurgy of Anodizing Aluminum* at 152 (Anodized aluminum has a "beautiful appearance."), 161 (showing different iPhone finishes, stating that "consumer electronics is one of the most common industries that utilize anodized aluminum.").

[83] Ex. D, *The Metallurgy of Anodizing Aluminum* at 106 ("the anodic oxide is not conductive"), 152 ("Because all anodic aluminum oxides are ionic solids and exhibit the 'valve' characteristics of a diode, all have high ionic conductivity and therefore low electronic conductivity…").

party who knows the designation, and who has a relationship with one of Apple's metal-finishing partners, could provide that designation to the partner and request Apple's exact finish. The designation acts as a shortcut to Apple's trade secrets, allowing a competitor to skip past years of independent development and go straight to using Apple's actual proprietary metal finishing methods.

65. Apple's finishing processes matter because the finish itself matters to the product. The finish is what lets aluminum meet the durability and functional demands of premium products. The finish is also one of the first things a customer sees and touches, and those are exactly the qualities people notice and connect with a high-quality product.[84] A manufacturer that can reliably produce a distinctive, durable, high-quality finish therefore holds a real competitive advantage over one that cannot.

66. Additionally, producing a target finish *consistently*, at the scale and volume required for a mass-market product, is difficult and valuable in its own right. Therefore, the value lies not just in producing an acceptable finish once, but in producing it reliably, part after part, with minimal defects and minimal variation. Achieving that level of process control is itself the product of substantial engineering effort.

67. A competitor that obtained Apple's finishing processes would capture substantial economic value. It would avoid the years of research, failed attempts, experimentation, and refinement, and the investment in custom equipment and process development, that Apple

---

[84] Ex. D, *The Metallurgy of Anodizing Aluminum* at 161 (showing different iPhone finishes, stating that "consumer electronics is one of the most common industries that utilize anodized aluminum."), 384, Table 8.1 ("Design considerations for anodized aluminum substrates" include "appearance, clarity, color, and reflectivity" specifically for the "consumer electronics" industry.").

CASE NO. 5:26-cv-07078-EJD                36                DECLARATION OF P. HATCH

incurred to arrive at those processes.[85] It would be able to bring a comparably finished product to market far faster, and at a much lower cost, than it could if it developed the processes on its own. That head start and cost savings are precisely the advantage that secrecy protects.

68.    In addition to cost savings, a distinctive finish that a competitor cannot easily copy gives Apple a real edge in the marketplace. It lets Apple's products look, feel, and perform in a way competitors cannot match. That marketplace edge, like the cost savings, only exists as long as the metal-finishing parameters stay secret. Once a competitor learns the parameters, both kinds of value disappear.

## VIII.    OPENAI AND IO PRODUCTS MISAPPROPRIATED APPLE'S TRADE SECRETS

69.    I understand that ███████████ from ████████████████████ ████████████ focused on developing Apple's metal finishing processes for Apple products.[86] I further understand that ██ is bound by confidentiality agreements that prohibit it from using Apple's proprietary metal finishing processes for any other company.[87]

70.    However, I understand that OpenAI, including through io Products or its affiliates, received the benefit on models of products in the consumer electronic space of Apple's confidential, proprietary ██ metal finishing processes, as I describe above in the context of ████ and ████████.[88] It is further my understanding that OpenAI, including through io Products or its affiliates, led ██ to believe that they had Apple's permission to have ██ carry out the confidential ██ metal-finishing techniques for OpenAI's and io Products' benefit.[89]

---

[85] *See* Section VI.C.

[86] Dionello Decl., ¶¶ 5-8.

[87] Dionello Decl., ¶¶ 15-26.

[88] Dionello Decl., ¶¶ 38-41.

[89] Dionello Decl., ¶ 39.

However, I understand that Apple has not given OpenAI or io Products permission to use, or a license to, any of Apple's metal finishing trade secrets for consumer electronic products.[90] It is also my understanding that Apple did not give anyone at ▮ permission to use, or a license to, any of Apple's metal finishing trade secrets for the benefit of OpenAI or io Products.[91]

71.     In my expert opinion, because Open AI and io Products, or their affiliates received the benefit of Apple's proprietary metal-finishing without permission, I understand that would constitute an unauthorized use of Apple's trade secrets. When a supplier performs a proprietary metal-finishing process for an unauthorized third party, the third party necessarily receives the benefit of the trade secret.

72.     Based on my review of the documents provided to me and applying my industrial design expertise, OpenAI and io Products both knew or at least should have known that the specific finishing parameters, material choices, and process combinations obtained through ▮ as opposed to the general finishing techniques known throughout the industry, were Apple's proprietary trade secrets and that ▮ was required to keep this information secret. In my expert opinion, such specific custom finishing processes like the ones used by Apple are not available publicly and in my experience, and based on standard industry practice, custom metal finishing processes are treated as highly confidential.

73.     In my expert opinion, the misappropriation addressed above erodes the differentiation that Apple's products have in the market. It is my opinion that Apple's metal finishing trade secrets enable it to produce hardware products with distinctive, premium finishes. It is further my opinion that the unauthorized use of these secrets for the benefit of a competitor diminishes Apple's ability to differentiate its products using these distinctive finishes.[92] Also, based on my review of documents provided to me and conversations I had with Jackie Hughes

[90] Dionello Decl., ¶ 41.

[91] Dionello Decl., ¶ 41.

[92] Dionello Decl., ¶ 40.

CASE NO. 5:26-cv-07078-EJD          38          DECLARATION OF P. HATCH

and Rafael Dionello of OpenAI's actions from Apple, OpenAI unfairly obtained the benefit of Apple's metal finishing trade secrets, which reflect substantial investment made by Apple to develop these processes. In my opinion, competitors with access to Apple's trade secrets can bypass years of independent research and development, skip the capital expenditure required to build genuine expertise, and bring products to market faster and at lower cost.

## X. CONCLUSION

74. In summary, based on my expertise in metal finishing processes and my experience regarding industry practices for maintaining the confidentiality of proprietary metal finishing information, I have reached the conclusions provided above, including as set out in Section III.

CASE NO. 5:26-cv-07078-EJD                    39                    DECLARATION OF P. HATCH

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Chicago, Illinois, on July 30, 2026.

_____
Paul Hatch