Gabriel Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

*Attorneys for Plaintiff Apple Inc.*

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC F/K/A IO PRODUCTS, INC.,<br>                    Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**DECLARATION OF CHRISTOPHER W. HENRY IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**Judge:** Edward J. Davila<br><br>**Complaint Filed:** July 10, 2026 |

I, Christopher W. Henry, declare as follows:

1.      I am an attorney at Weil, Gotshal & Manges LLP and am admitted to appear *pro hac vice* in this case. I represent Plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Motion for Preliminary Injunction. I have personal knowledge of the facts stated in this declaration.

2.      Attached as **Exhibit A** is a true and correct copy of a letter sent from Apple's counsel to OpenAI's general counsel on February 23, 2026.

3.      Attached as **Exhibit B** is a true and correct copy of an email thread comprising emails sent from Apple's counsel to OpenAI's general counsel on February 23, 2026.

4.      Attached as **Exhibit C** is a true and correct copy of an email thread comprising emails sent from Apple's counsel to OpenAI's general counsel on February 23 and 24, 2026.

5.      Attached as **Exhibit D** is a true and correct copy of a letter sent from Apple's counsel to OpenAI's general counsel on July 10, 2026.

6.      Attached as **Exhibit E** is a true and correct copy of a letter sent from OpenAI's counsel to Apple's counsel on July 13, 2026.

7.      Attached as **Exhibit F** is a true and correct copy of an email thread comprising emails exchanged by Apple's counsel and OpenAI's counsel between July 16, 2026, and July 20, 2026.

8.      Attached as **Exhibit G** is a true and correct copy of an email thread comprising emails exchanged by Apple's counsel and OpenAI's counsel between July 24, 2026, and July 30, 2026.

9.      Attached as **Exhibit H** is a true and correct copy of Apple's preliminary, non-binding trade secret identification.

10.      Attached as **Exhibit I** is a true and correct copy of a TechCrunch article titled *OpenAI's first hardware device is reportedly a screenless speaker that can move*, which bears a publication date of July 14, 2026, and which was, as of July 31, 2026, available at https://techcrunch.com/2026/07/14/openais-first-hardware-device-is-reportedly-a-screenless-speaker-that-can-move/.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Newton, Massachusetts, on August 3, 2026.

 /s/ Christopher W. Henry
Christopher W. Henry

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I Gabriel S. Gross, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-2(i)(3), I hereby attest that Christopher Henry, counsel for Plaintiff Apple Inc., concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.


Dated: August 3, 2026                              By: */s/ Gabriel S. Gross*
                                                          Gabriel S. Gross