# EXHIBIT A

**Weil, Gotshal & Manges LLP**

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Phone: +1 650 802 3000
Fax: +1 650 802 3100

*Via E-mail*

**Gabriel S. Gross**
+1 650 802 3180
gabe.gross@weil.com

February 23, 2026

Che Chang
General Counsel
OpenAI, Inc.
1455 Third Street
San Francisco, California 94158
che@openai.com

**Re:    Former Apple Employees at OpenAI Retaining Non-public, Confidential, and
Proprietary Apple Information**

Dear Mr. Chang:

I am an attorney for Apple. I write to address Apple's serious concerns about former employees who without authorization retained Apple's non-public, confidential, and proprietary information in connection with their departures from Apple and joining OpenAI.

Forensic evidence of Apple systems indicates that several former Apple employees now at OpenAI retained Apple's non-public, confidential, and proprietary information before they left. For example, certain former Apple employees deliberately copied and made available to themselves after leaving Apple significant volumes of Apple's confidential information. Forensic analysis shows, for example, a variety of techniques they used for illicitly copying data with unauthorized devices, backups, and cloud accounts, and for maintaining access to this confidential and proprietary information after they left for OpenAI. All of this violates the former employees' contractual obligations to Apple and various federal and state laws.

Apple's investigation still is ongoing, but we wanted to bring these issues to OpenAI's attention promptly. Apple naturally is concerned that its non-public, confidential, and proprietary information could make its way into OpenAI's business, its platforms, and its systems. Neither the former employees nor OpenAI have a license or permission from Apple to have or to use any of Apple's non-public, confidential, and proprietary information.

Maintaining the security of its intellectual property and its non-public, confidential, and proprietary information is one of Apple's highest priorities. We expect that OpenAI appreciates the seriousness of this situation and will cooperate with Apple in ensuring that OpenAI and its business

are not in possession of, not using, and not facilitating the misappropriation of any proprietary Apple information.

Please confirm that OpenAI received this letter and propose a time when you are available to discuss it with me. Apple will appreciate knowing what precautions OpenAI is taking avoid misusing Apple's non-public, confidential, and proprietary information, to investigate these issues, and to remediate any problems it may identify.

Very truly yours,

Gabriel S. Gross
WEIL, GOTSHAL & MANGES LLP