# EXHIBIT B

# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

| | |
|---|---|
| **From:** | Gross, Gabriel |
| **Sent:** | Monday, February 23, 2026 9:07 PM |
| **To:** | che@openai.com |
| **Subject:** | RE: Former Apple Employees at OpenAI Retaining Non-public, Confidential, and Proprietary Information |
| **Attachments:** | 2026.02.23 G. Gross letter to ▮▮▮▮ 101156327.1).pdf; Ex. A.pdf; Ex. B.pdf; Ex. C.pdf |

Dear Mr. Chang:

Thank you for your phone call just now and for offering your cooperation so quickly. I will be back in touch after speaking with Apple. I realize I neglected to include the three attachments when I sent you my letter, so I am re-sending it with the attachments for your records.

Yours,

Gabe

**From:** Gross, Gabriel
**Sent:** Monday, February 23, 2026 5:53 PM
**To:** 'che@openai.com' <che@openai.com>
**Subject:** Former Apple Employees at OpenAI Retaining Non-public, Confidential, and Proprietary Information

Dear Mr. Chang:

Please see the attached letter and let me know when you are free to discuss it.

Yours,



**Gabriel Gross**
Partner

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
gabe.gross@weil.com
+1 650 802 3180 Direct
+1 650 868 4223 Mobile

1