# EXHIBIT C

# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

**From:** Gross, Gabriel
**Sent:** Tuesday, February 24, 2026 2:22 PM
**To:** che@openai.com
**Subject:** RE: Former Apple Employees at OpenAI Retaining Non-public, Confidential, and Proprietary Information

Dear Mr. Chang:

I write to follow up on my email and letter from yesterday. After I emailed you around 5:53 p.m. yesterday, I inadvertently also sent you another email around 6:07 p.m. that was intended for ████ ████, one of the former Apple employees at issue. After we had emailed ████████ yesterday about retaining Apple information, he promptly called me and offered to cooperate with Apple in resolving any issues. I then intended to email him again, but accidentally replied to my email chain with you instead. I apologize for the confusion that likely caused.

Yours,



**Gabriel Gross**
Partner

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
gabe.gross@weil.com
+1 650 802 3180 Direct
+1 650 868 4223 Mobile

Gabe

---

**From:** Gross, Gabriel
**Sent:** Monday, February 23, 2026 5:53 PM
**To:** 'che@openai.com' <che@openai.com>
**Subject:** Former Apple Employees at OpenAI Retaining Non-public, Confidential, and Proprietary Information

Dear Mr. Chang:

Please see the attached letter and let me know when you are free to discuss it.

Yours,



**Gabriel Gross**
Partner

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
gabe.gross@weil.com
+1 650 802 3180 Direct
+1 650 868 4223 Mobile

**Gabriel Gross**
Partner

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway

2