# EXHIBIT I

Latest    Security

Startups    AI

Venture    Apps

Apple    Disrupt 2026

Events

Podcasts

Newsletters

Advertisement



Advertisement



Case 5:26-cv-07078-EJD    Document 47-9    Filed 08/02/26    Page 3 of 8

# OpenAI's first hardware device is reportedly a screenless speaker that can move

Lucas Ropek    3:22 PM PDT · July 14, 2026

IMAGE CREDITS: BENJAMIN FANJOY / GETTY IMAGES

OpenAI's first foray into hardware devices is reported to be a mobile smart speaker with integrated AI capabilities that can sync with ChatGPT and provide other home AI services.

Bloomberg reported Tuesday that the device — which is still currently under development — is designed to be screen-free and is being pitched internally as a "humanlike AI companion that lives in the home."

Advertisement

OpenAI has long claimed that it wants to launch a hardware product — with some rumors being that it wants to launch its own phone, a move that would put it in competition with Apple.

Advertisement

Bloomberg as having a "personality" and being able to proactively learn about its owner over time, providing more personalized service. The machine would have access to a user's digital life, drawing off things like emails, sources said.

The device is also weirdly described as involving "mechanical elements that can move on their own" and the Bloomberg report includes the detail that the device is designed to "feel like a companion and become a physical manifestation of OpenAI's ChatGPT."

The device was developed with help from many former Apple engineers who were instrumental in "creating products such as the iPhone and Mac," Bloomberg writes. Indeed, OpenAI may be attempting to launch a new hardware line, but the company is currently up to its eyeballs in trouble over hardware-related legal problems.

Apple last week sued OpenAI, accusing the AI company of stealing its trade secrets. Apple further claimed that the allegations involved in the suit are merely "the tip of the iceberg" and that more misconduct will be revealed during the legal discovery process. OpenAI has denied wrongdoing.

Sam Altman isn't the only one who wants to pum…



Advertisement

Citing anonymous sources with knowledge of OpenAI's plans, Bloomberg writes that the company feels its new product "veers significantly from anything Apple has on the market today" and that it is "unlikely that it violates trade secrets" belonging to Apple.

OpenAI's push comes as the tech world grows more excited about consumer AI hardware more broadly. Hark, an AI lab founded by Brett Adcock, raised an oversubscribed $700 million Series A back in May at a $6 billion valuation to build what it calls "personal intelligence" — proprietary AI models paired with custom hardware designed as a "universal interface between humans and machines."

The company hasn't yet detailed its device's form factor, underscoring how much capital is chasing this category even before products ship.

Advertisement

Topics:    AI    Apple    ChatGPT    OpenAI

*When you purchase through links in our articles, we may earn a small commission. This doesn't affect our editorial independence.*

Advertisement

7/31/26, 6:39 PM
Case 5:26-cv-07078-EJD    Document 47-9    Filed 09/03/26    Page 6 of 8
OpenAI's first hardware device is reportedly a screenless speaker that can move | TechCrunch



## Lucas Ropek
Senior Writer, TechCrunch

Lucas is a senior writer at TechCrunch, where he covers artificial intelligence, consumer tech, and startups. He previously covered AI and cybersecurity at Gizmodo. You can contact Lucas by...

View Bio >

Advertisement

 DISRUPT

October 13 – 15    |    San Francisco

Scale faster. Grow your portfolio. Gain practical expertise. No matter your goal, Disrupt can empower you.

**Save up to $330 today!**

REGISTER NOW

## Most Popular

Claude Opus 5 became downright ruthless when tasked with running

Advertisement

DoorDash is building its own drone delivery business

Sam Altman is ready to decelerate

Data centers may face temporary power cuts to prevent blackouts on largest US grid

PSA: Your Claude shared chats and Artifacts may have ended up on Google

Kalshi demands Netflix take down trailer for 'Prediction Games' documentary

Librarians are hosting viral 'Avoiding AI' workshops for people who are fed up with Big Tech

Loading the next article



TechCrunch

Staff

Contact Us

Advertisement

Case 5:26-cv-07078-EJD    Document 47-9    Filed 08/03/26    Page 8 of 8

Site Map

Terms of Service

Privacy Policy

RSS Terms of Use

OpenAI vs Apple

Nous Research

Space Data Centers

Staya Nadella

SpaceX Starship

Tech Layoffs

ChatGPT

© 2026 TechCrunch Media LLC.

Advertisement