Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*
[Additional Counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC F/K/A IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**DECLARATION OF VANESSA SIM IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY**<br><br>**Judge:** Edward J. Davila<br><br>**Complaint Filed:** July 10, 2026 |

I, Vanessa Sim, declare as follows:

1. I am an attorney at Weil, Gotshal & Manges LLP and represent Plaintiff Apple Inc. ("Apple" or "Plaintiff"), in the above-captioned matter.

2. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiff's Motion for Expedited Discovery.

2. Attached as **Exhibit A** is a true and correct copy of Apple's First Set of Expedited Interrogatories to Defendant Tang Yew Tan.

3. Attached as **Exhibit B** is a true and correct copy of Apple's First Set of Expedited Interrogatories to Defendant Chang Liu.

4. Attached as **Exhibit C** is a true and correct copy of Apple's First Set of Expedited Interrogatories to Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc.

5. Attached as **Exhibit D** is a true and correct copy of Apple's First Set of Expedited Requests for Production to Tang Yew Tan.

6. Attached as **Exhibit E** is a true and correct copy of Apple's First Set of Expedited Requests for Production to Chang Liu.

7. Attached as **Exhibit F** is a true and correct copy of Apple's First Set of Expedited Requests for Production to OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc.

10. Attached as **Exhibit G** is a true and correct copy of Apple's Notice of Expedited Deposition to Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Redwood City, California, on August 3, 2026.

*/s/ Vanessa K. Sim*
Vanessa K. Sim