Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

[Additional Counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC F/K/A IO PRODUCTS, INC.,<br><br>       Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY**<br><br>**Judge:** Edward J. Davila<br><br>**Complaint Filed:** July 10, 2026 |

Having considered Plaintiff Apple Inc.'s ("Apple") Motion for Expedited Discovery, and good cause having been shown, the Court **GRANTS** Apple's Motion for Expedited Discovery and **ORDERS** expedited discovery be conducted as follows:

1. Within thirty (30) days of this Order, Defendant Tang Yew Tan shall respond to Apple's First Set of Expedited Interrogatories to Defendant Tang Yew Tan;

2. Within thirty (30) days of this Order, Defendant Chang Liu shall respond to Apple's First Set of Expedited Interrogatories to Defendant Chang Liu;

3. Within thirty (30) days of this Order, Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc. shall respond to Apple's First Set of Expedited Interrogatories to Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc.;

4. Within thirty (30) days of this Order, Defendant Tang Yew Tan shall respond and produce all materials responsive to Apple's First Set of Expedited Requests for Production to Tang Yew Tan;

5. Within thirty (30) days of this Order, Defendant Chang Liu shall respond and produce all materials responsive to Apple's First Set of Expedited Requests for Production to Chang Liu;

6. Within thirty (30) days of this Order, Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc. shall respond and produce all materials responsive to Apple's First Set of Expedited Requests for Production to OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc.;

7. Defendants shall provide privilege logs corresponding to Apple's discovery requests, if any, with their responses, in accordance with Federal Rule of Civil Procedure 26(b)(5).

8. Within fifty (50) days of this Order, Defendants Tang Yew Tan and Chang Liu, and OpenAI employees Yu-Ting ("Alyssa") Peng and Individual 1 shall sit for depositions at times and places mutually agreed between the parties, Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc. shall produce one or more corporate designees pursuant to Federal Rule of Civil Procedure 30(b)(6) to sit for a deposition regarding the topics in Apple's Notice of Deposition to Defendants OpenAI Foundation f/k/a OpenAI, Inc.,

OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc., at a time and place mutually agreed between the parties, and any declarants that Defendants Tang Yew Tan, Chang Liu, and OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc. rely on in their opposition to Apple's preliminary injunction motion shall be made available and sit for depositions at times and places mutually agreed between the parties. In the depositions taken pursuant to this Paragraph 8, Apple shall be limited to twenty (20) hours on the record (total), with no single deposition exceeding seven (7) hours on the record.

The Court **FURTHER ORDERS** that discovery propounded and taken pursuant to this Order shall not count against, and shall be in addition to, any limits on discovery set forth in the Federal Rules of Civil Procedure, the Local Rules of the Northern District of California, or any subsequent case management order governing merits discovery in this action.

**IT IS SO ORDERED.**

Dated:

 

_____
The Honorable Edward J. Davila
United States District Court Judge