| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>*Telephone No:* (650) 802-3008<br>*Attorney For:* Plaintiff Apple Inc.<br>*Ref. No. or File No.:* APPLE V. LIU | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* APPLE INC.<br>*Defendant:* CHANG LIU; et al. | |
| **PROOF OF SERVICE** \| *Hearing Date:* \| *Time:* \| *Dept/Div:* | *Case Number:*<br>5:26-cv-07078 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Case Assigned To Magistrate Judge Virginia K. Demarchi; Standing Order For Civil Cases Magistrate Judge Virginia K. Demarchi; Standing Order Re Pretrial Preparation Magistrate Judge Virginia K. Demarchi; Standing Order For Settlement Conferences Magistrate Judge Virginia K. Demarchi; Standing Order Re Juror Questionnaires And Social Media Research Magistrate Judge Virginia K. Demarchi; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information; Order Setting Initial Case Management Conference And Adr Deadlines

3. *a. Party served:* OPENAI FOUNDATION f/k/a OPENAI, INC.
   *b. Person served:* DIANA RUIZ, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS.

4. *Address where the party was served:* 330 North Brand Boulevard, Glendale, CA 91203

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 15 2026 (2) at: 12:40 PM

6. ***Person Who Served Papers:***
   a. Douglas Forrest (5141, Los Angeles)
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111
   **d.** ***The Fee*** *for Service was:* 191.75

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

07/15/2026
(Date)

(Signature)