UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------X
APPLE INC.,

Plaintiff(s),

-against-

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendant(s).
-----------------------------------------------------------X

Case No. 5:26-CV-07078-VKD

PROOF OF SERVICE

ALICIA DUNN, declare under penalty of perjury and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 15th day of July, 2026, at approximately 10:30 AM, I served a true copy of the Summons in a Civil Action, Complaint, Notice Of Electronic Filing Case Assigned To Magistrate Judge Virginia K. Demarchi., Standing Order For Civil Cases, Standing Order Re Pretrial Preparation, Standing Order For Settlement Conferences, Standing Order Re Juror Questionnaires And Social Media Research, Standing Order For All Judges, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, ECF Registration Information, Order Setting Initial Case Management Conference And ADR Deadlines upon **OpenAI Group PBC** c/o The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware, by personally delivering and leaving the same with Robin Hutt-Banks, who informed me that she is an agent authorized by appointment to receive service at that address.

Robin Hutt-Banks is a black female, approximately 55 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 150 pounds with black hair.

ALICIA DUNN
Process Server
Dated: July 15, 2026