| Attorney or Party without Attorney:<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>_Telephone No:_  (650) 802-3008<br><br>_Attorney For:_  Plaintiff Apple Inc. | | **For Court Use Only** |
|---|---|---|
| | _Ref. No. or File No.:_<br>APPLE V. LIU | |
| _Insert name of Court, and Judicial District and Branch Court:_<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| _Plaintiff:_  APPLE INC.<br>_Defendant:_  CHANG LIU; et al. | | |

| **PROOF OF SERVICE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>5:26-cv-07078 |
|---|---|---|---|---|

1. _At the time of service I was at least 18 years of age and not a party to this action._

2. I served copies of the Summons In A Civil Action; Complaint; Case Assigned To Magistrate Judge Virginia K. Demarchi; Standing Order For Civil Cases Magistrate Judge Virginia K. Demarchi; Standing Order Re Pretrial Preparation Magistrate Judge Virginia K. Demarchi; Standing Order For Settlement Conferences Magistrate Judge Virginia K. Demarchi; Standing Order Re Juror Questionnaires And Social Media Research Magistrate Judge Virginia K. Demarchi; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information; Order Setting Initial Case Management Conference And Adr Deadlines

3. _a.    Party served:_   CHANG LIU

4. _Address where the party was served:_    Defendant's address as listed on the issued summons dated July 14, 2026

5. _I served the party:_
   a. **by substituted service.**    On: Tue, Jul 14 2026 at: 09:14 PM by leaving the copies with or in the presence of:
   John Doe, ███████████████████████████
   ████████

   (1)  [X]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [ ]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]   **(Declaration of Mailing)** is attached.
   (4)  [X]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



**PROOF OF
SERVICE**

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>  Telephone No:  (650) 802-3008<br><br>  *Attorney For:*  Plaintiff Apple Inc. | *Ref. No. or File No.:*<br>APPLE V. LIU | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:*   APPLE INC.
*Defendant:*   CHANG LIU; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:26-cv-07078 |
|---|---|---|---|---|

---

6. **Person Who Served Papers:**

   a. Miriam Cruz (572, San Mateo County)          **d.** *The Fee* for Service was:   406.50
   **b. FIRST LEGAL**                                       **e.** I am: A Registered California Process Server
     1939 HARRISON STREET, SUITE 818
     OAKLAND, CA 94612
   c. (415) 626-3111


7.   ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***


07/15/2026
       *(Date)*                                      *(Signature)*



| Attorney or Party without Attorney:<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>*Telephone No:*  (650) 802-3008 | | *For Court Use Only* |
|---|---|---|
| *Attorney For:*  Plaintiff Apple Inc. | *Ref. No. or File No.:*<br>APPLE V. LIU | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*   APPLE INC.<br>*Defendant:*   CHANG LIU; et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:26-cv-07078 |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons In A Civil Action; Complaint; Case Assigned To Magistrate Judge Virginia K. Demarchi; Standing Order For Civil Cases Magistrate Judge Virginia K. Demarchi; Standing Order Re Pretrial Preparation Magistrate Judge Virginia K. Demarchi; Standing Order For Settlement Conferences Magistrate Judge Virginia K. Demarchi; Standing Order Re Juror Questionnaires And Social Media Research Magistrate Judge Virginia K. Demarchi; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information; Order Setting Initial Case Management Conference And Adr Deadlines

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Wed, Jul 15, 2026
    b. Place of Mailing: OAKLAND, CA 94612
    c. Addressed as follows: CHANG LIU
    　　　　　　　　Defendant's address as listed on the issued summons dated July 14, 2026

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Jul 15, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
   a. Juan Cruz
   **b. FIRST LEGAL**
   　1939 HARRISON STREET, SUITE 818
   　OAKLAND, CA 94612
   c. (415) 626-3111

   **d. *The Fee** for Service was:*   406.50
   **e.** I am: a Registered California Process Server

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

07/15/2026

*(Date)*　　　　　　　　　　　　　　*(Signature)*

