| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>*Telephone No:* (650) 802-3008<br>*Attorney For:* Plaintiff Apple Inc.<br>*Ref. No. or File No.:* APPLE V. LIU | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* APPLE INC.<br>*Defendant:* CHANG LIU; et al. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:26-cv-07078 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Case Assigned To Magistrate Judge Virginia K. Demarchi; Standing Order For Civil Cases Magistrate Judge Virginia K. Demarchi; Standing Order Re Pretrial Preparation Magistrate Judge Virginia K. Demarchi; Standing Order For Settlement Conferences Magistrate Judge Virginia K. Demarchi; Standing Order Re Juror Questionnaires And Social Media Research Magistrate Judge Virginia K. Demarchi; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information; Order Setting Initial Case Management Conference And Adr Deadlines

3. *a.* *Party served:* TANG YEW TAN

4. *Address where the party was served:* Defendant's address as listed on the issued summons dated July 14, 2026

5. *I served the party:*
   a. **by substituted service.** On: Tue, Jul 14 2026 at: 08:42 PM by leaving the copies with or in the presence of: Jane Doe, [redacted]

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [X] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>*Telephone No:* (650) 802-3008<br>*Attorney For:* Plaintiff Apple Inc. | *Ref. No. or File No.:*<br>APPLE V. LIU | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* APPLE INC.<br>*Defendant:* CHANG LIU; et al. | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:26-cv-07078 |
|---|---|---|---|---|

6. ***Person Who Served Papers:***
   a. Miriam Cruz (572, San Mateo County)
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111

   **d.** ***The Fee*** *for Service was:* 406.50
   **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

07/15/2026
*(Date)*

*(Signature)*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Gabriel S. Gross (SBN 254672)<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES , CA 94065<br>*Telephone No:* (650) 802-3008<br>*Attorney For:* Plaintiff Apple Inc.<br>*Ref. No. or File No.:* APPLE V. LIU | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* APPLE INC.<br>*Defendant:* CHANG LIU; et al. | |

| **PROOF OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 5:26-cv-07078 |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons In A Civil Action; Complaint; Case Assigned To Magistrate Judge Virginia K. Demarchi; Standing Order For Civil Cases Magistrate Judge Virginia K. Demarchi; Standing Order Re Pretrial Preparation Magistrate Judge Virginia K. Demarchi; Standing Order For Settlement Conferences Magistrate Judge Virginia K. Demarchi; Standing Order Re Juror Questionnaires And Social Media Research Magistrate Judge Virginia K. Demarchi; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information; Order Setting Initial Case Management Conference And Adr Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Jul 15, 2026
   b. Place of Mailing: OAKLAND, CA 94612
   c. Addressed as follows: TANG YEW TAN
   Defendant's address as listed on the issued summons dated July 14, 2026

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Jul 15, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. Juan Cruz
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111

   **d.** ***The Fee*** *for Service was:* 406.50
   **e.** I am: a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

07/15/2026
*(Date)*

*(Signature)*