Gabriel S. Gross (SBN 254672)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com

Christopher W. Henry (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

*Attorneys for Plaintiff Apple Inc*


Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

David Eiseman (Bar No. 114758)
Jodie W. Cheng (Bar No. 292330)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davideiseman@quinnemanuel.com
jodiecheng@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7643
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI
Foundation, OpenAI Group PBC, io
Products LLC, and Tang Yew Tan*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC. | Case No. 5:26-cv-07078-EJD |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS CHANG LIU AND TANG YEW TAN TO RESPOND TO APPLE'S COMPLAINT** |
| v. | |
| CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC, f/k/a IO PRODUCTS, INC., | |
| Defendants. | |

Case No. 5:26-cv-07078-EJD

Pursuant to Civil Local Rule 6-1(a), Plaintiff Apple, Inc. ("Apple"), Defendants Chang Liu and Tang Yew Tan (collectively, the "Individual Defendants"), and Defendants OpenAI Foundation, OpenAI Group PBC, and io Products, LLC (the "Corporate Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on July 10, 2026, Apple filed its Complaint against the Individual Defendants and the Corporate Defendants (ECF No. 1);

WHEREAS, Apple served the Individual Defendants on July 14, 2026, and their current deadline to respond to the Complaint is August 4, 2026;

WHEREAS, Apple served the Corporate Defendants on July 15, 2026, and their deadline to respond to the Complaint is August 5, 2026;

WHEREAS, the parties have conferred about, and agreed to, a one-day extension of the deadline for the Individual Defendants to answer or otherwise respond to the Complaint so that they may answer or otherwise respond to the Complaint on the same date as the Corporate Defendants;

WHEREAS, the parties agree that good cause exists to extend the deadline for the Individual Defendants' response to the Complaint and that the extension is not sought for delay or improper purposes;

WHEREAS, no other deadlines in this matter will be affected by the requested stipulation;

NOW THEREFORE, the parties stipulate and agree that the Individual Defendants shall have up to and including August 5, 2026 to respond to the Complaint.

IT IS SO STIPULATED.

STIPULATION EXTENDING TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO APPLE'S COMPLAINT

DATED:  August 4, 2026                    WEIL, GOTSHAL & MANGES LLP


                                          By _____ */s/ Gabriel S. Gross*_____
                                                Gabriel S. Gross
                                                *Attorneys for Apple, Inc.*


DATED:  August 4, 2026                    KWUN BHANSALI LAZARUS LLP


                                          By _____ */s/ Kate E. Lazarus*_____
                                                Kate E. Lazarus
                                                *Attorneys for Defendant Chang Liu*


DATED:  August 4, 2026                    QUINN EMANUEL URQUHART
                                          & SULLIVAN, LLP


                                          By _____ */s/ Andrew H. Schapiro*_____
                                                Andrew H. Schapiro
                                                *Attorneys for Defendants OpenAI Foundation,*
                                                *OpenAI Group PBC, io Products LLC, and Tang*
                                                *Yew Tan*

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Gabriel S. Gross and Kate E. Lazarus have concurred in the filing of the above document.


By       */s/ Andrew H. Schapiro*
                 Andrew H. Schapiro