# EXHIBIT A
# PUBLIC REDACTED VERSION

**⬉ Sent**
1/24/2026 1:12:49 AM

███████████

Thanks a lot

**⬊ Received**
1/24/2026 1:18:48 AM

████████████████

Liked "Thanks a lot"

**⬉ Sent**
1/27/2026 1:45:26 AM

+████████████

Hey ████ hope everything is fine for copy pasting. You can keep my icloud connected if you still need more time. But might want to sign off my iMessage. As there might be my new company stuff showing up in that laptop.

**⬊ Received**
1/27/2026 3:06:56 AM

█████████████

Oh shoot. Sorry. Let me finish up tomorrow and log everything out. I won't look at anything else.

**⬉ Sent**
1/27/2026 3:08:26 AM

███████████

Hey ████, that's totally ok. I am fine with you keep my icloud signed in for files. Just imessages might get you in trouble.

**⬊ Received**
1/27/2026 4:35:30 AM

█████████████

Do you recall any discussions on ████████████████████████? I thought the plan was to ████████████████████████ ████████, but I don't remember specific details. Of course, I could ask several folks, but you are the best. Even if you don't work here anymore ☹

**⬊ Received**
1/27/2026 4:35:46 AM

█████████████

. . . of course ████ is the plan ██████

**⬉ Sent**
1/27/2026 4:39:27 AM

███████████

Hahahah no prob

**⬉ Sent**
1/27/2026 4:39:47 AM

███████████

The decision is for █████████████████from a schedule standpoint.

**⬉ Sent**
1/27/2026 4:39:59 AM

███████████

Hence ██████████████████████

**⬉ Sent**
1/27/2026 4:40:30 AM

█████████████

████make a ██because of that ██████████████████

**⬉ Sent**
1/27/2026 4:41:06 AM

███████████

████ (es in March) will █████prototype build but too late for █████

**⬊ Received**
1/27/2026 4:42:29 AM

█████████████

Awesome: I was thinking ███████████ ████████. But since ██ was pushed back then it should get ████ also



█████████████████

↘ Received

1/27/2026 4:42:41 AM

I think we are aligned 😊

████████████

↖ Sent

1/27/2026 4:46:06 AM

Actually yes also ██

████████████

↖ Sent

1/27/2026 4:46:27 AM

Sorry I missed that. █████████████████ is already working on that

█████████████████

↘ Received

1/27/2026 4:47:07 AM

Liked "Actually yes also ██"

█████████████████

↘ Received

1/27/2026 4:47:10 AM

Liked "Sorry I missed that. ███████████████████ is already working on that "

██████████████

↖ Sent

1/30/2026 5:54:31 PM

Hey ████! Hope you got all the material you need. Otherwise you might need to reach out to IST for some backup if they ever has

████████████

↖ Sent

1/30/2026 5:54:41 PM

I rrealize the folder is gone from my iCloud

█████████████████

↘ Received

1/31/2026 1:34:07 AM

I just signed out of your iCloud account. When it asked me if I wanted to keep a copy of your stuff, I said NO.

█████████████

↖ Sent

1/31/2026 2:28:08 AM

Loved "I just signed out of your iCloud account. When it asked me if I wanted to keep a copy of your stuff, I said NO."

████████████

↖ Sent

1/31/2026 2:28:18 AM

Thank you sir!

██████████████

↖ Sent

1/31/2026 2:29:23 AM

This startup style company is a funny and will be very hard in a couple months😂😂

█████████████████

↘ Received

2/14/2026 1:38:13 AM

How is it going over there? Did they let you off work early on a Friday so you can go bowling and drink beer?

█████████████████

↘ Received

2/14/2026 1:38:25 AM

. . . . or are they going to work you until 10pm?

▲ Received

2/14/2026 1:39:47 AM

Just in case you don't have enough work, I need some help. I have a vague recollection of you talking about ████████████ ████████████████████████████. Can you give me a brief refresh of this and point me to an ██ who may have some knowledge?

↖ Sent

2/14/2026 1:41:25 AM

大笑「Just in case you don't have enough work, I need some help. I have a vague recollection of you talking about ████████ ████████████████████. Can you give me a brief refresh of this and point me to an ██ who may have some knowledge?」

↖ Sent

2/14/2026 1:41:51 AM

This place is crazy... hahahah we use Ai all over the place

↖ Sent

2/14/2026 1:42:21 AM

I can always give you some fun side projects

↖ Sent

2/14/2026 1:44:17 AM

I think what you referred to is ████. And the small ████████████████████████

↖ Sent

2/14/2026 1:44:41 AM

The problem is the people is also in my court now 😵😵

↖ Sent

2/14/2026 1:45:00 AM

Plus if ██ might still remember anything

↘ Received

2/14/2026 1:47:39 AM

Liked "I can always give you some fun side projects"

2/14/2026 1:52:30 AM



↖ Sent

2/14/2026 1:53:43 AM

oops now it can only ██████████████████████████

↖ Sent

2/14/2026 3:12:57 AM

Now when I think about it. ██████████████████████████████

↖ Sent

2/14/2026 3:13:12 AM

Or if you have a more specific question

↘ Received

2/14/2026 5:06:18 AM

Liked "Now when I think about it. ████████████████████████████████"

↘ Received

2/14/2026 5:06:34 AM

I am good for now. Thanks.

↖ Sent

2/14/2026 5:09:24 AM

喜愛「I am good for now. Thanks. 」

↖ Sent

5/5/2026 10:41:42 PM

Hey █████ Happen to heard about ████████████████████████████████
████████████████

↖ Sent

5/5/2026 10:42:05 PM

↖ Sent

5/5/2026 10:42:23 PM