Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI
Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>             Plaintiff, <br><br>       vs. <br><br> CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC., <br><br>           Defendants. | Case No. 5:26-CV-07078-EJD <br><br> **DECLARATION OF JODIE CHENG IN SUPPORT OF MOTION TO DISMISS** <br><br> Date:     October 1, 2026 (Reserved) <br> Time:     9:00 a.m. P.T. <br> Courtroom: 4 - 5th Floor <br> Judge:    The Hon. Edward J. Davila <br> Trial Date:    None Set |

Case No. 5:26-CV-07078-EJD

I, Jodie W. Cheng, declare as follows:

1.    I am an attorney licensed to practice in the State of California and am an attorney of the law firm Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendants OpenAI Foundation, OpenAI Group PBC, io Products, LLC, and Tang Yew Tan.  I make this declaration in support of Defendants' Motion to Dismiss Plaintiff Apple, Inc.'s Complaint.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2.    Attached as **Exhibit B** is a true and correct copy of a screenshot of text messages allegedly exchanged between Defendant Tang Yew Tan and a person who is alleged to have been an interview candidate at OpenAI.  Excerpts of these messages are quoted in the Complaint at paragraphs 9 and 75.  Apple previously filed these text messages on the docket at ECF 45-12.

3.    Attached as **Exhibit C** is a true and correct copy of a pre-interview guide that Defendant OpenAI allegedly provided to certain of its interview candidates.  Excerpts of this document are quoted in the Complaint at paragraphs 10 and 75.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of August, 2026 in San Francisco, California.

By    /s/ Jodie W. Cheng
      Jodie W. Cheng

**<u>ATTESTATION</u>**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Jodie W. Cheng has concurred in the filing of the above document.


By    */s/ Andrew H. Schapiro*
    Andrew H. Schapiro