# EXHIBIT B
# PUBLIC REDACTED VERSION