Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI
Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

[Additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.<br><br>Plaintiff,<br><br>v.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC, f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE, INC.'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date:   None Set |

Case No. 5:26-cv-07078-EJD

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation, OpenAI Group PBC, and io Products, LLC move this Court to consider whether portions of their Motion to Dismiss Apple, Inc.'s Complaint (the "Motion to Dismiss"), as well as certain attachments to the Declarations of Kate Lazarus and Jodie W. Cheng in Support of the Motion to Dismiss, should be maintained under seal.  Specifically, Defendants identify the following documents as containing information that Apple, Inc. ("Apple") may seek or has previously sought to maintain under seal (*see* ECF 48):

| Document | Portions Provisionally Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Motion to Dismiss | Yellow Highlighted Portions | Apple |
| Ex. A to the Declaration of Kate Lazarus in Support of Defendants' Motion to Dismiss | Yellow Highlighted Portions | Apple |
| Ex. B to the Declaration of Jodie W. Cheng in Support of Defendants' Motion to Dismiss | Entire Document | Apple |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion.  At this time, Defendants have not taken a position regarding whether the above documents may be sealed under the appropriate Ninth Circuit authorities.  Defendants expect that Apple will file papers supporting its confidentiality designations within seven days, as required by Local Rule 79-5(f)(3); and Defendants reserve their right to respond to Apple's filing pursuant to Local Rule 79-5(f)(4).

DATED:  August 5, 2026                    By       */s/ Andrew H. Schapiro*
                                                     QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP

                                                     Andrew H. Schapiro (*pro hac vice*)
                                                     191 N. Wacker Drive, Suite 2700
                                                     Chicago, IL 60606
                                                     (312) 705-7400
                                                     andrewschapiro@quinnemanuel.com

                                                     Patrick D. Curran (Bar No. 241630)
                                                     111 Huntington Ave, Suite 520
                                                     Boston, MA 02199
                                                     (617) 712-7100
                                                     patrickcurran@quinnemanuel.com

                                                     Jodie W. Cheng (Bar No. 292330)
                                                     David Eiseman (Bar No. 114758)
                                                     Victoria B. Parker (Bar No. 290862)
                                                     Andrew M. Mather (Bar No. 345548)
                                                     50 California Street, 22nd Floor
                                                     San Francisco, CA 94111
                                                     (415) 875-6600
                                                     jodiecheng@quinnemanuel.com
                                                     davideiseman@quinnemanuel.com
                                                     vickiparker@quinnemanuel.com
                                                     andrewmather@quinnemanuel.com

                                                     Yehuda Goor (*pro hac vice*)
                                                     Lucas A. Hammill (*pro hac vice* forthcoming)
                                                     Jordan M. Nakdimon (*pro hac vice* forthcoming)
                                                     295 Fifth Avenue, 9th Floor
                                                     New York, NY 10016
                                                     (212) 849-7000
                                                     yehudagoor@quinnemanuel.com
                                                     lucashammill@quinnemanuel.com
                                                     jordannakdimon@quinnemanuel.com

                                                     Joseph E. Reed (Bar No. 323524)
                                                     555 Twin Dolphin Dr., 5th Floor
                                                     Redwood Shores, CA 94065
                                                     (650) 801-5000
                                                     joereed@quinnemanuel.com

                                                     *Attorneys for Defendants OpenAI Foundation,
                                                     OpenAI Group PBC, io Products LLC, and Tang
                                                     Yew Tan*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

DATED:  August 5, 2026

By       */s/ Kate E. Lazarus*

KWUN BHANSALI LAZARUS LLP

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Kate E. Lazarus has concurred in the filing of the above document.


By  /s/ Andrew H. Schapiro
    Andrew H. Schapiro

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED