Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI
Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

[Additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>        Defendants. | Case No. 5:26-CV-07078-EJD<br><br>**DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

**DEFENDANTS' RESPONSE TO MOTIONS TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 7-11(b), Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc., hereby submit the following statement in response to Plaintiff's Administrative Motions (Dkt. Nos. 48, 50) to File Under Seal Portions of Its Motion for Preliminary Injunction and Portions of Its Motion for Expedited Discovery (together, the "Motions"):

Apart from personally identifiable information, Defendants do not concede that any of the material Plaintiff seeks to file under seal qualifies for sealing under Civil Local Rule 79-5 or other applicable law.  Defendants reserve all rights.  Otherwise, Defendants take no position on the Motions.

DATED:  August 10, 2026          By      _/s/ Andrew H. Schapiro_
                                         QUINN EMANUEL URQUHART & SULLIVAN,
                                         LLP

                                         Andrew H. Schapiro (*pro hac vice*)
                                         191 N. Wacker Drive, Suite 2700
                                         Chicago, IL 60606
                                         (312) 705-7400
                                         andrewschapiro@quinnemanuel.com

                                         Patrick D. Curran (Bar No. 241630)
                                         111 Huntington Ave, Suite 520
                                         Boston, MA 02199
                                         (617) 712-7100
                                         patrickcurran@quinnemanuel.com

                                         Jodie W. Cheng (Bar No. 292330)
                                         David Eiseman (Bar No. 114758)
                                         Victoria B. Parker (Bar No. 290862)
                                         Andrew M. Mather (Bar No. 345548)
                                         50 California Street, 22nd Floor
                                         San Francisco, CA 94111
                                         (415) 875-6600
                                         jodiecheng@quinnemanuel.com
                                         davideiseman@quinnemanuel.com
                                         vickiparker@quinnemanuel.com
                                         andrewmather@quinnemanuel.com

                                         Yehuda Goor (*pro hac vice*)
                                         Lucas A. Hammill (*pro hac vice*)
                                         Jordan M. Nakdimon (*pro hac vice*)
                                         295 Fifth Avenue, 9th Floor
                                         New York, NY 10016
                                         (212) 849-7000
                                         yehudagoor@quinnemanuel.com
                                         lucashammill@quinnemanuel.com
                                         jordannakdimon@quinnemanuel.com

                                         Joseph E. Reed (Bar No. 323524)
                                         555 Twin Dolphin Dr., 5th Floor
                                         Redwood Shores, CA 94065
                                         (650) 801-5000
                                         joereed@quinnemanuel.com

                                         *Attorneys for Defendants OpenAI Foundation,*
                                         *OpenAI Group PBC, io Products LLC, and Tang*
                                         *Yew Tan*

DEFENDANTS' RESPONSE TO MOTIONS TO FILE UNDER SEAL

DATED:  August 10, 2026             By _____
                                        */s/ Kate E. Lazarus*
                                        KWUN BHANSALI LAZARUS LLP

                                        Kate E. Lazarus (Bar No. 268242)
                                        klazarus@kblfirm.com
                                        555 Montgomery Street, Suite 750
                                        San Francisco, CA 94111
                                        Tel: (415) 630-2350

                                        *Attorneys for Defendant Chang Liu*

DEFENDANTS' RESPONSE TO MOTIONS TO FILE UNDER SEAL

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Kate E. Lazarus has concurred in the filing of the above document.

By _____*/s/ Andrew H. Schapiro*_____
Andrew H. Schapiro

Case No. 5:26-CV-07078-EJD
DEFENDANTS' RESPONSE TO MOTIONS TO FILE UNDER SEAL