# EXHIBIT C

## Andrew Mather

| | |
|---|---|
| **From:** | Andrew Mather |
| **Sent:** | Friday, August 7, 2026 5:22 PM |
| **To:** | Weil Team Apple Liu OpenAI; JDesmarais@desmaraisllp.com |
| **Cc:** | QE-OpenAI-Apple-NDCA26-cv-7078; Kate Lazarus |
| **Subject:** | RE: Apple Inc. v. Liu et al. (Case No. 5:26-cv-07078-EJD) - Expert Disclosure |
| **Attachments:** | 2026.08.07 Sync Forensics Expert Disclosure (002).pdf |

Counsel,

Pursuant to Rule 26 and the N.D. Cal. Model Protective Order, Defendants OpenAI Foundation f/k/a OpenAI, Inc., and OpenAI Group PBC provide notice of their intent to disclose certain information designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" to Andy Crain, Matt Schroeder and Andy Shiflett.  The general categories of information Defendants seek to disclose consist of digital forensic evidence, such as that discussed in the Declaration of Daniel Roffman.

Please let us know by August 11 if Apple has any objections to the disclosure of AEO materials to these individuals.

Sincerely,

**Andrew Mather**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6321 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
andrewmather@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Andrew Mather
**Sent:** Thursday, August 6, 2026 10:55 PM
**To:** Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com
**Cc:** QE-OpenAI-Apple-NDCA26-cv-7078 <qe-openai-apple-ndca26-cv-7078@quinnemanuel.com>; Kate Lazarus <klazarus@kblfirm.com>
**Subject:** Apple Inc. v. Liu et al. (Case No. 5:26-cv-07078-EJD) - Expert Disclosure

Counsel,

Pursuant to Rule 26 and the N.D. Cal. Model Protective Order, Defendants OpenAI Foundation f/k/a OpenAI, Inc., and OpenAI Group PBC provide notice of their intent to disclose certain information

designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" to David J. White.  The general categories of information Defendants seek to disclose consist of digital forensic evidence and/or information related to the measures used by Apple to protect its purported trade secrets, such as those discussed in the Declaration of James Pooley.

Please let us know by August 10 if Apple has any objections to the disclosure of AEO materials to Mr. White.

Sincerely,

**Andrew Mather**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6321 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
andrewmather@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

2