# EXHIBIT D

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Telephone: (312) 705-7400
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (SBN 268242)
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
klazarus@kblfirm.com

*Attorneys for Defendant Chang Liu*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>         Plaintiff,<br><br>   vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC F/K/A IO PRODUCTS, INC.,<br><br>         Defendants. | Case No. 5:26-cv-07078<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION, DATA PRESERVATION, PRODUCTION OF INFORMATION, AND FORENSIC SEARCHES** |

**JOINT STIPULATION AND [PROPOSED] ORDER**

Plaintiff Apple Inc. ("Plaintiff" or "Apple") and Defendants Chang Liu and Tang Yew Tan ("Mr. Liu" and "Mr. Tan," respectively and collectively, the "Individual Defendants"), OpenAI Foundation and OpenAI Group PBC (collectively, "OpenAI"), and io Products, LLC ("io") (OpenAI and io collectively, the "Corporate Defendants"), hereby STIPULATE and AGREE to and request that the Court enter the following as an ORDER OF THE COURT:

1. As of the date of this Order, each Defendant shall, and the Corporate Defendants shall instruct their employees to, immediately halt any and all access, acquisition, use, review, disclosure, or solicitation, for any purpose, of documents, records, files, or data constituting or comprising any Apple confidential or trade secret information, for the duration of this action and until such time Apple's claims against Defendants are resolved by this Court.

2. As of the date of this Order, each Defendant shall, and the Corporate Defendants shall instruct their employees to, immediately refrain from accessing, acquiring, using, reviewing, disclosing, or soliciting, for any purpose, all documents, records, files, or data constituting or comprising any Apple confidential or trade secret information, for the duration of this action and until such time Apple's claims against Defendants are resolved by this Court. This prohibition applies to, for example, developing or commercializing any product or technology based on, incorporating, or otherwise exploiting Apple confidential or trade secret information.

3. Each party shall preserve and not destroy, delete, tamper with, or conceal evidence that is potentially relevant to any party's claims or defenses in this action, including electronically stored information, and including evidence on any work or personal devices or accounts used to access, acquire, retain, use, review, disclose, solicit, or communicate about any Apple confidential or trade secret information.

4. Within five (5) days of this Order, the Corporate Defendants shall instruct any of their employees who were previously employed by Apple that if they still are in possession, custody, or control of any Apple-owned devices to contact their legal counsel to process and return any and all such devices to Apple.  The Corporate Defendants' agreement to instruct employees to return Apple-

owned devices shall not be considered or relied on by Apple as evidence that the Corporate Defendants were in possession, custody, or control of those devices or any Apple confidential or trade secret information contained in them.

5.    The above prohibitions and directives regarding Defendants' conduct apply to Defendants and their officers, directors, principals, agents, servants, employees, successors, assigns, and attorneys, and all other persons who are in active concert or participation with any of them.

6.    No party (either individually or collectively) shall violate the terms of this stipulation, directly or indirectly, or through any party in active concert or participation with it.

**IT IS SO STIPULATED**.

Dated: August __, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*Draft*

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
Vanessa K. Sim (SBN 341107)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
vanessa.sim@weil.com
gaby.lahatte@weil.com

Christopher W. Henry
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen
Nicole Elena Bruner
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Heather Blacklaws
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701
Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

Nina Shapiro
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
nina.shapiro@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP

230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

Dated: August __, 2026                    Respectfully submitted,

QUINN EMANUEL

*Draft*
_____
Andrew H. Schapiro
Quinn Emanuel Urquhart & Sullivan, LLP
191 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

*Attorneys for OpenAI Foundation, OpenAI Group PBC, io Products, LLC, and Tang Tan*

Dated: August __, 2026                    Respectfully submitted,

*Draft*
_____
Kate E. Lazarus (SBN 268242)
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
klazarus@kblfirm.com

*Attorney for Chang Liu*

**IT IS SO ORDERED.**

Dated: _____

                                    _____
                                    The Honorable Edward J. Davila
                                    United States District Court Judge

CASE NO. 5:26-CV-07078-EJD          4          JOINT STIPULATION AND [PROPOSED] ORDER RE. PRELIMINARY INJUNCTION