UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

          Plaintiff,

    v.

CHANG LIU, et al.,

          Defendants.

Case No.  5:26-cv-07078-EJD

**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION**

Re: ECF No. 70

The Court is in receipt of Defendants' Emergency Motion to Enlarge Time to Respond to Apple's Motion for a Preliminary Injunction ("Motion").  Mot., ECF No. 70.  Apple is directed to file a response of no more than **eight (8) pages** by **12:00 pm PT** on **August 17, 2026**.  At that time, the motion shall be ripe for decision without a reply.  All deadlines shall be stayed pending the Court's receipt of Apple's response and subsequent order regarding Defendants' Motion.

     **IT IS SO ORDERED.**

Dated: August 12, 2026

EDWARD J. DAVILA
United States District Judge

Case No. 5:26-cv-07078-EJD
ORDER RE: RESPONSE TO DEFS.' MOT.

1