Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC., <br><br> Defendants. | Case No. 5:26-cv-07078-EJD <br><br> **PLAINTIFF APPLE INC.'S STATEMENT OF PARTIAL NON-OPPOSITION AND RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO ENLARGE TIME** <br><br> **Judge:** Edward J. Davila <br><br> **Complaint Filed:** July 10, 2026 |

Apple respectfully submits this statement of partial non-opposition and response to Defendants' "emergency" motion to enlarge time (Dkt. 70), which was premature. Apple does not oppose Defendants' requested extension of the deadline to respond to Apple's preliminary injunction motion. It opposes only Defendants' asymmetrical request to change Apple's reply brief deadline, which would unfairly afford Apple relatively less briefing time over the Labor Day holiday weekend.

There is no emergency here, as Defendants know. Hours before Defendants' filing, Apple told Defendants:

> We are trying to work cooperatively with Defendants on an appropriate extension, so you and your clients can have the time you say you need to respond to Apple's motion for a preliminary injunction. **Apple has no objection to a reasonable extension.**

(Dkt. 70-2, Aug. 11, 2026 2:18 p.m. email (emphasis added).) In that same exchange, Apple asked Defendants to (1) propose an adjusted briefing schedule if they disagreed with Apple's proposal and (2) confer live so the parties could more efficiently work to find a mutually agreeable extension. (*Id.*) Defendants did neither. Instead, they petitioned the Court for unnecessary "emergency" relief, primarily complaining about the reasonable steps Apple has taken to protect its trade secret documents. It is critically important that Apple's trade secrets and trade secret documents remain protected and secured, including in view of potential data breaches.[1]

Apple never objected to reasonably adjusting the briefing schedule for its preliminary injunction motion. Rather, Apple proposed the extension be part of a broader stipulation that memorialized issues OpenAI had already agreed to, including, among other things, that OpenAI stop and refrain from any use of Apple's trade secrets during the extended time period and preserve relevant evidence. (*Compare* Dkt. 70 at 3 *with* Dkt. 47-5, July 13, 2026 Letter, at 2 (OpenAI stating that "[t]he parties are therefore already in agreement regarding [those] three of the five 'assurances' requested by Apple.").) Apple has already addressed the remaining complaints, which are unwarranted, directly with Defendants. (*See generally* Dkt. 70-2 (Apple's counsel's emails refuting each of Defendants' complaints).)

---

[1] *See, e.g.*, https://www.reuters.com/legal/legalindustry/quinn-emanuel-reports-cyber-attack-involving-limited-client-data-2023-07-24/.

In any event, pursuant to Civil Local Rule 7-3(b), Apple provides this statement that it does not oppose Defendants' request to move the deadline for their response to Apple's preliminary injunction motion to August 31. However, the deadline for Apple's reply should be correspondingly extended to September 14—not September 8, as Defendants propose—including to account for the Labor Day holiday. Apple's proposed schedule more reasonably and equitably (1) provides Defendants the four weeks they request and (2) gives Apple two weeks to reply, with briefing still closing well in advance of the currently scheduled October 1 hearing.

Apple is concurrently filing a proposed order enlarging the time for Defendants' preliminary injunction response to August 31, as they request, and enlarging the time for Apple's reply to September 14. Apple respectfully requests that the Court enter its proposed order, resolving Defendants' premature and unnecessary motion.

Dated: August 12, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Gabriel S. Gross*
Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
Vanessa K. Sim (SBN 341107)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com
vanessa.sim@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
Nicole Elena Bruner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Heather Blacklaws (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701
Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

Nina Shapiro (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
nina.shapiro@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor

CASE NO. 5:26-CV-07078-EJD

3

PLAINTIFF'S PARTIAL NON-OPPOSITION
AND RESPONSE TO DEFENDANTS'
EMERGENCY MOTION TO ENLARGE TIME

New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

CASE NO. 5:26-CV-07078-EJD

4

PLAINTIFF'S PARTIAL NON-OPPOSITION
AND RESPONSE TO DEFENDANTS'
EMERGENCY MOTION TO ENLARGE TIME