UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>    Defendants. | Case No. 5:26-cv-07078-EJD<br><br>[SECOND PROPOSED] **ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO ENLARGE TIME \*AS MODIFIED \*** |

Now before the Court is Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc.'s ("Defendants") Emergency Motion (the "Motion") to Enlarge Time to Respond to Plaintiff Apple, Inc.'s ("Apple") Motion for a Preliminary Injunction.

Having reviewed and considered the papers filed in support of and in opposition to the Motion, the Court determines that the Motion should be **GRANTED, AS MODIFIED**. It is hereby **ORDERED** that:

1. Defendants' deadlines to file oppositions to Apple's Motion for a Preliminary Injunction (Dkt. 38) are ENLARGED for 14 days, from August 17, 2026 to August 31, 2026;

2. Apple's deadline to file a reply, if any, is ENLARGED from August 24, 2026 to September 14, 2026.

Case No. 5:26-cv-07078-EJD

[Proposed] Order Granting Defendants' Motion to Enlarge Time **AS MODIFIED**

Dated: August 13, 2026

By: _____

EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME **AS MODIFIED**