Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

David Eiseman (Bar No. 114758)
Jodie W. Cheng (Bar No. 292330)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

[Additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-CV-07078-EJD

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE INC.'S MATERIAL SHOULD BE SEALED**

Pursuant to Civil Local Rule 79-5(f)(4), Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc., hereby submit this limited response to Apple's Statement in Response to Defendants' Administrative Motion to Consider Whether Apple, Inc.'s Material Should Be Sealed (ECF 78, the "Statement"). Apple filed its Statement in support of its request to seal portions of Defendants' Motion to Dismiss Apple, Inc.'s Complaint (ECF 59, the "Motion to Dismiss").

Defendants oppose Apple's request to seal the name of one of its suppliers, appearing on Page 9, line 21 of the Motion to Dismiss. Apple does not show that this supplier name is confidential or that "compelling reasons" support its sealing. *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016); *see also Dominion Assets LLC v. Masimo Corp.*, 2014 WL 12606653, at *1 (N.D. Cal. May 9, 2014) (applying higher, "compelling reasons" standard to sealing request for a motion to dismiss and holding movant failed to overcome the "strong presumption in favor of access"). Indeed, the public links cited in the Motion to Dismiss, including links published by Apple itself, reveal the name of this supplier and confirm the existence of its relationship with Apple. *See, e.g.*, Motion to Dismiss at 9 n.2, 10 n.4 (citing SUPPLY CHAIN INNOVATION REPORTS, APPLE, available at https://www.supplychainreports.apple/home/default.aspx (last accessed Aug. 4, 2026) (click on "Supplier List - View (PDF)")):

| |
|---|
| LG Innotek Company Limited |
| Lingyi iTech (Guangdong) Company |
| Lite-On Technology Corporation |
| Luen Fung Group |
| Lumentum Holdings Incorporated |
| Lumileds Holding B.V. |

Apple's Statement makes no attempt to identify a "specific injury that would result from this information being available to the public," and it therefore fails to carry Apple's burden under the compelling reasons standard. *Apple Inc. v. Rivos, Inc.*, 2024 WL 748394, at *2 (N.D. Cal. Feb. 23, 2024).

Defendants agree that the personal information on Page 15, lines 8-9, 11, 13-14, 15-16, and 18 of the Motion to Dismiss may be sealed. *See* Statement at 2. Defendants take no position on Apple's remaining sealing requests, and reserve all rights.

DATED: August 17, 2026

By /s/ Andrew H. Schapiro

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
Victoria B. Parker (Bar No. 290862)
Andrew M. Mather (Bar No. 345548)
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com
vickiparker@quinnemanuel.com
andrewmather@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
Lucas A. Hammill (*pro hac vice*)
Jordan M. Nakdimon (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com
lucashammill@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Joseph E. Reed (Bar No. 323524)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
joereed@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

DATED: August 17, 2026

By *\/s/ Kate E. Lazarus*

KWUN BHANSALI LAZARUS LLP

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kate E. Lazarus has concurred in the filing of the above document.

By *<u>/s/ Andrew H. Schapiro</u>*
Andrew H. Schapiro