Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-CV-07078-EJD

**DECLARATION OF KATE LAZARUS IN FURTHER SUPPORT OF MOTION TO DISMISS**

Date: October 1, 2026 (Reserved)
Time: 9:00 a.m. P.T.
Courtroom: 4 - 5th Floor
Judge: The Hon. Edward J. Davila
Trial Date: None Set

I, Kate E. Lazarus, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an attorney of the law firm Kwun Bhansali Lazarus LLP, counsel for Defendant Chang Liu. I make this declaration in further support of Defendants' Motion to Dismiss Plaintiff Apple, Inc.'s Complaint. I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2. Attached as **Exhibit D** is a true and correct copy of an excerpt of certified translated text messages exchanged between Defendant Chang Liu and former Apple employee Yu-Ting "Alyssa" Peng on January 22, January 28 and February 8, 2026. Excerpts of these messages are quoted in the Complaint at paragraphs 5, 6, 57, and 63. Apple previously filed portions of these text messages on the docket at ECF 45-5 ("Roffman Declaration Ex. E").

3. Attached as **Exhibit E** is a true and correct copy of the certificate of translation for the translated messages in Exhibit D.

4. The text messages reflect that, on January 22, 2026, Chang Liu texted Alyssa Peng at approximately 6:29 P.M. Pacific Time ("PT") that "I still have another computer." Ex. D. The same conversation reflects that, at approximately 7:22 P.M. PT, Peng asked Liu to meet her in "section 3," at the Apple office. *Id.* Accordingly, the text messages reflect that Liu had not yet departed Apple when he sent the "I still have another computer" text at 6:29 pm.

5. Paragraph 18 of the Roffman Declaration confirms that the iMessages reflected in its Exhibit E are displayed in Coordinated Universal Time ("UTC"), which is eight hours ahead of Pacific Time. Accordingly, the message that appears in Roffman Ex. E on January 23, 2026 at 2:29 A.M. UTC was actually sent on January 22, 2026 at approximately 6:29 P.M. PT. Roffman Decl. ¶ 18; Ex. E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2026 in San Francisco, California.

By *\/s/ Kate E. Lazarus*
Kate E. Lazarus

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kate E. Lazarus has concurred in the filing of the above document.

By *__/s/ Andrew H. Schapiro__*
Andrew H. Schapiro