# EXHIBIT D
# PUBLIC REDACTED VERSION

| Recor | Sender | Recipient(s) | Sender Name | Recipient Nam | Message Sent Date/ | Certified Translated Messages | Message GUID | Type | Chat ID | Item ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 3066 | [redacted] | Local User <000( | Chang | Alyssa Peng | 1/22/26 18:29 | I'll check it for you tonight; I still have another computer. | B5CADC83-2966-4426-8CCF-CB2A55E0AD3 | iMessage | [redacted] | 11243485 |
| 3071 | Local User <000( | [redacted] | | Chang | 1/22/26 19:22 | Actually can you come to section 3? | F8B6ADE9-09B7-4005-915C-4117A9F8160A | iMessage | [redacted] | 11243520 |
| 3072 | [redacted] | Local User <000( | Chang | Alyssa Peng | 1/22/26 19:22 | Alright | 6B7007D8-0B35-4682-9CFC-21B92AA6FB34 | iMessage | [redacted] | 11243523 |
| 3408 | [redacted] | Local User <000( | Chang | Alyssa Peng | 1/28/26 1:12 | You can also get a hard drive tomorrow to copy the data. | 8E86A3F4-5949-4015-8A5F-7F631AE7AF4C | iMessage | [redacted] | 11245850 |
| 3411 | Local User <000( | [redacted] | Alyssa Peng | Chang | 1/28/26 1:12 | Oh, [redacted] has one. I'll borrow it from him in the morning. | 6B502205-AFB8-4FDE-BAA9-A6392FFD24C | iMessage | [redacted] | 11245853 |
| 3413 | [redacted] | Local User <000( | Chang | Alyssa Peng | 1/28/26 1:13 | Yeah, all this data is yours. Tomorrow, you can ask [redacted] about it. If he's already copied it, you can just get it from him. | E56E49A6-B5FB-4200-A1B3-059F886BA063 | iMessage | [redacted] | 11245855 |
| 3414 | [redacted] | Local User <000( | Chang | Alyssa Peng | 1/28/26 1:14 | It's mainly to avoid trouble with the security team if they show up. | AF4B72B5-FAC5-4522-9FA5-03D963352CA4 | iMessage | [redacted] | 11245856 |
| 3415 | Local User <000( | [redacted] | Alyssa Peng | Chang | 1/28/26 1:14 | Ah, Okay. | 4E608A9C-61B5-4580-9EAF-0327D463944C | iMessage | [redacted] | 11245858 |
| 3417 | Local User <000( | [redacted] | Alyssa Peng | Chang | 1/28/26 1:14 | I'll get his computer to copy it tomorrow. | 35C6AE85-E68A-4A70-B89B-85C4D7A84C4 | iMessage | [redacted] | 11245861 |
| 5870 | [redacted] | Local User <000( | Chang | Alyssa Peng | 2/8/26 22:08 | That [redacted] you asked me about on Friday. You need to ask [redacted] for it; I just checked for you. We don't have ready-made data. | 51AE2985-AB96-44F2-8F41-2836DB7A146F | iMessage | [redacted] | 11252823 |
| 5871 | [redacted] | Local User <000( | Chang | Alyssa Peng | 2/8/26 22:08 | LOL, I found out I can access the box, so funny. | E61C3C5E-5AAF-40E6-AD41-A13D6C85929 | iMessage | [redacted] | 11252824 |
| 5872 | Local User <000( | [redacted] | Alyssa Peng | Chang | 2/8/26 22:33 | I'm ready. | 1BF94DE2-C11E-4E46-9488-956BB6544E1C | iMessage | [redacted] | 11252826 |
| 5873 | [redacted] | Local User <000( | Chang | Alyssa Peng | 2/8/26 23:31 | /Box-Box/[redacted]/Chang's documents | A2C72403-8991-4D68-B438-B498F4917284 | iMessage | [redacted] | 11252828 |
| 5874 | [redacted] | Local User <000( | Chang | Alyssa Peng | 2/8/26 23:32 | /Users/changliu/Library/CloudStorage/Box-Box/[redacted]/Chang's documents | ED311B78-48F2-4828-A603-6C3583F1D083 | iMessage | [redacted] | 11252829 |