UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**[PROPOSED] ORDER GRANTING/DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE, INC.'S MATERIAL SHOULD BE SEALED** |

Before the Court is Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation, OpenAI Group PBC, and io Products, LLC's Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, filed in connection with their Reply in Support of Their Motion to Dismiss Apple, Inc.'s Complaint. Having reviewed and considered the papers filed in support, Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal is hereby **GRANTED/DENIED**.

| Document | Portions Provisionally Filed Under Seal | Designating Party | Granted /Denied |
|---|---|---|---|
| Ex. D to the Declaration of Kate E. Lazarus in Further Support of Defendants' Motion to Dismiss | Yellow Highlighted Portions | Apple | |

**IT IS SO ORDERED**.

Dated: ____________

By: ____________________________________________

EDWARD J. DAVILA
United States District Judge