Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Ave, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Counsel for Plaintiff Apple Inc.*

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY**<br><br>**Judge:** Edward J. Davila<br><br>**Hearing Date:** Oct. 1, 2026<br><br>**Time:** 9:00 a.m. |

Pursuant to Civil Local Rule 7-11, Plaintiff Apple Inc. respectfully submits this unopposed motion for leave to file the supplemental brief and supporting documents attached as Exhibits A-C in support of its Motion for Expedited Discovery. (Dkt. 49.) The brief addresses Apple's newly discovered evidence and its relevance to the Court's resolution of Apple's motion. (*See* Ex. A.)

Attached as Exhibit D to this motion is the parties' stipulation and proposed order for such briefing, which provides that, with the Court's permission, the parties agree that Apple may submit a five-page supplemental brief on Monday, August 31, and that Defendants may submit a five-page response to Apple's supplemental brief on Friday, September 4.

This is an action for trade secret misappropriation and breaches of confidentiality obligations. The facts underlying Apple's claims are summarized in Apple's pending Motion for Expedited Discovery (*see* Dkt. 49 at 1-3) and Motion for Preliminary Injunction (*see* Dkt. 38 at 3-8). Apple has moved for expedited discovery for multiple reasons, including so it may (1) better understand the nature and extent of Defendants' misappropriations and confidentiality breaches and the steps needed to remediate them; (2) make additional or modified requests for injunctive relief to match the facts as they are more fully revealed; and (3) provide the Court with a more fulsome record from which to administer and enforce injunctive relief. Briefing on Apple's motion for expedited discovery closed with the filing of Apple's reply on August 25. (Dkt. 90.)

Since the outset of this action, the parties' counsel have conferred to attempt to narrow or avoid disputes when possible and to share certain information. As part of that dialogue, Apple requested that Defendant and OpenAI employee Chang Liu, who formerly worked at Apple, return Apple-issued devices in his possession. In response, Mr. Liu's counsel delivered equipment including a MacBook computer to Apple's forensic expert on Friday, August 21. (Declaration of Gabriel S. Gross in Support of Apple's Motion for Administrative Relief for Leave to File a Supplemental Brief in Support of Its Motion for Expedited Discovery ("Gross Decl.") ¶ 2.) On August 26, Apple's forensic expert began reporting preliminary findings from an inspection of that MacBook to Apple's counsel. (*Id.* ¶ 3.)

The ongoing forensic inspection of this MacBook has uncovered forensic evidence showing that this computer contains Apple trade secret information, including at least one specific ".asc" file, and that this file has been used while Mr. Liu has been employed by OpenAI. (*Id.* ¶ 4, Ex. A.) The

confidential Apple file at issue is one that Apple specifically identified in connection with its preliminary injunction motion, including in its preliminary Trade Secret Identification. (*Id.*; *see also* Dkt. 47-8 at ¶ 82; Dkt. 39, Patel Decl. ¶ 4, Ex. 24; Dkt. 45, Roffman PI Decl. ¶ 20; Dkt. 38 at 10-11.) Apple's forensic investigation is not complete, but Apple raised this issue with Defendants immediately because of its relevance to the pending motion for expedited discovery.

Specifically, on August 27, Apple notified Defendants of its intent to file this motion and the grounds for it. (Gross Decl. ¶ 4, Ex. A.) On August 28, the parties met and conferred. (*Id.* ¶ 5.) During that conference, Defendants agreed to not oppose this motion, provided the parties could agree to a stipulation and proposed order relating to supplemental briefing for both sides on the pending motion for expedited discovery. (*Id.*) The parties subsequently agreed to the stipulation and proposed order attached as Exhibit D to this motion. (*Id.*)

District courts have sound discretion to permit supplemental briefing "where a valid reason for such additional briefing exists," *Warren v. City of Chico*, No. 2:21-CV-00640-DAD-DMC, 2024 WL 4803960, at *1 (E.D. Cal. Nov. 15, 2024), and on a showing of "good cause." *Cadence Design Sys., Inc. v. Yunjing Intelligent Innovation (Shenzhen) Co.*, No. 25-CV-00317, 2026 WL 751167, at *4 (N.D. Cal. Mar. 17, 2026). Good cause exists when newly discovered facts are relevant to resolving a motion and the movant is reasonably diligent in "bringing new evidence to the Court's attention." *FTC - Forward Threat Control, LLC v. Dominion Harbor Enters.*, No. 5:19-CV-06590, 2020 WL 5545156, at *4 (N.D. Cal. Sept. 16, 2020).

Good cause exists for the requested supplemental briefing. First, the evidence to be addressed in supplemental briefing is relevant to resolving the pending motion. Second, Apple has been reasonably diligent in discovering the new facts and bringing them before the Court. (Gross Decl. ¶¶ 2-5.) Third, fairness and the interests of justice counsel in favor of granting leave to ensure the Court has a more complete record from which to resolve the pending motion. The parties have stipulated to supplemental briefing well in advance of the October 1 hearing on Apple's pending motion for expedited discovery.

For the foregoing reasons, Apple respectfully asks the Court to (i) grant this administrative motion for leave to file supplemental brief, and (ii) grant the parties' stipulated proposed order regarding supplemental briefing on Apple's motion for expedited discovery (attached as Exhibit D).

Dated: August 31, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Gabriel S. Gross*

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
Vanessa K. Sim (SBN 341107)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com
vanessa.sim@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
Nicole Elena Bruner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Heather Blacklaws (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701
Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

Nina Shapiro (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153
Telephone: (212) 310-8000

Facsimile: (212) 310-8007
nina.shapiro@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Ave, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Counsel for Plaintiff Apple Inc.*