Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Ave, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Counsel for Plaintiff Apple Inc.*

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**DECLARATION OF GABRIEL S. GROSS IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY**

**Judge:** Edward J. Davila

**Hearing Date:** Oct. 1, 2026

**Time:** 9:00 a.m.

I, Gabriel S. Gross, declare as follows:

1. I am an attorney at Weil, Gotshal & Manges LLP and represent Plaintiff Apple Inc. ("Apple") in the above-captioned matter. I submit this declaration in support of Apple's Motion for Administrative Relief for Leave to File a Supplemental Brief in Support of Its Motion for Expedited Discovery, as well as that supplemental brief. I have personal knowledge of the facts stated in this declaration.

2. On August 21, 2026, Charles River Associates ("CRA"), which employs Apple's forensic expert, Daniel Roffman, received a MacBook computer that I understand counsel for Defendant and OpenAI employee Chang Liu directed be sent to CRA, referred to herein as the "MacBook."

3. On August 26, 2026, Mr. Roffman began reporting preliminary findings from a forensic inspection of the MacBook to Apple' counsel including myself.

4. Attached as **Exhibit A** is a true and correct copy of an email thread from August 27, 2026, comprising emails I exchanged with counsel for Defendants regarding supplemental briefing to address new facts uncovered by Mr. Roffman's inspection of the MacBook.

5. On August 28, 2026, my colleagues and I met and conferred with Defendants' counsel over videoconference to discuss Apple's proposed supplemental briefing. During that conference, Defendants agreed to not oppose Apple's Motion for Administrative Relief for Leave to File a Supplemental Brief in Support of Its Motion for Expedited Discovery if Apple agreed that Defendants could file their own supplemental briefing of equal length. The parties subsequently agreed to the stipulation and proposed order accompanying Apple's Unopposed Motion for Administrative Relief.

6. Also on the August 28, 2026, meet and confer, I asked counsel for Defendants about Mr. Liu's use of Apple's trade secret information, but they did not provide explanations for that use and explained they had not inspected the MacBook or the forensic image they made of this device before returning it to Apple.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Redwood City, California, on August 31, 2026.

*/s/ Gabriel S. Gross*
Gabriel S. Gross