Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Ave, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**CERTIFICATE OF SERVICE**

**Judge:** Edward J. Davila

**Complaint Filed:** July 10, 2026

I declare I am an attorney admitted *pro hac vice* in this case. I am an attorney at the law firm of Weil, Gotshal & Manges LLP, counsel of record for Plaintiff Apple Inc. in this case.

On August 31, 2026, I served via electronic transmission the following documents:

- [SEALED] APPLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY (Exhibit A to Apple's Unopposed Motion for Admin. Relief to File a Supplemental Brief in Support of Its Motion for Expedited Discovery)

- [SEALED] DECLARATION OF DANIEL ROFFMAN IN SUPPORT OF APPLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY (Exhibit B to Apple's Unopposed Motion for Admin. Relief to File a Supplemental Brief in Support of Its Motion for Expedited Discovery)

- [SEALED] EXHIBITS A-F TO THE DECLARATION OF DANIEL ROFFMAN IN SUPPORT OF APPLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY (Exhibit B to Apple's Unopposed Motion for Admin. Relief to File a Supplemental Brief in Support of Its Motion for Expedited Discovery)

- [SEALED] DECLARATION OF DR. AYMAN FAYED IN SUPPORT OF APPLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY (Exhibit C to Apple's Unopposed Motion for Admin. Relief to File a Supplemental Brief in Support of Its Motion for Expedited Discovery)

on the attorneys of record in the above captioned case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 31, 2026 in Austin, Texas.

Dated: August 31, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Heather Blacklaws*
Heather Blacklaws (*pro hac vice*)

*Attorneys for Plaintiff Apple Inc.*