# EXHIBIT A

SYNC FORENSICS

# Andy Crain, Founding Partner

andy.crain@syncforensics.com | 415.640.3385 |155 B Ave., Suite 240, Lake Oswego, OR 97034

## PROFESSIONAL SUMMARY



Mr. Crain provides expert witness and strategic consulting services to law firms and corporate clients in the areas of computer forensics, investigations, and eDiscovery. Licensed as both an attorney and private investigator, Mr. Crain has been retained on thousands of matters during the past 25 years by clients including Fortune 500 corporations, AmLaw 200 law firms, and the U.S. Department of Justice.

Mr. Crain is a proven testifier, with more than 60 appearances at depositions and trials. He has also authored hundreds of expert reports and declarations. His experience spans cases involving theft of trade secrets, spoliation of evidence, internal investigations, employment disputes, government/regulatory inquiries, cryptocurrency, and fraud. He also regularly serves as a neutral computer forensics examiner by court appointment and stipulation.

A thought leader in the industry, Mr. Crain is a current member of the Sedona Conference Working Group 12 on Trade Secrets. He is also a sought-after lecturer for industry conference, CLE seminars, and university course. Clients frequently laud Mr. Crain's ability to explain complex, technical concepts in plain English, which can be effective for less technical audiences such as judges and juries.

## WORK EXPERIENCE

- Sync Forensics, Founding Partner (2026 – Present)
- BRG, Managing Director (2018 – 2026)
- Lighthouse Global, VP of Forensics (2017– 2018)
- Discovia, VP of Forensics (2009-2017)
- Bridge City Legal, Forensics Litigation Director (2007 – 2009)
- SafirRosetti, Forensics Lab Manager (2001 – 2007)
- Fast Track Litigation Support, Project Manager (2000 – 2001)

## PROFESSIONAL LICENSES

- California Licensed Attorney (#212402), 2000
- California Licensed Private Investigator (#26852), 2010

## EDUCATION

- Juris Doctor, Colorado University School of Law (2000)
- Bachelor of Arts, Journalism and History, Butler University (1996)

SYNC FORENSICS

## PUBLICATIONS

*Trade Secrets Outlook: Cloudy with a Chance of Exposure*. https://ipwatchdog.com/2025/03/17/trade-secrets-outlook-cloudy-chance-exposure/id=187099/ (March 17, 2025).

## LITIGATION TESTIMONY EXPERIENCE

*Marketron International Inc., Tapscan LLC –v- OneDomain, Inc., et al*
Circuit Court of Jefferson County, Alabama
Case No. CV03-6465 (2002-04)
Designated by Plaintiff as Testifying Computer Forensics Expert (case settled)

*Allied North America Insurance Brokerage Corp –v- Woodruff Sawyer*
US District Court, Northern District of California
Case No. C-04-2527 MJJ (2004-06)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided deposition testimony.

*Kimberly Rose –v- Novato Ford, Inc., et al.*
Superior Court for the State of California, Los Angeles
Computer Forensics Expert for JAMS Discovery Referee (2005).

*Bronstein –v- UBS Financial Services Inc., et al.*
Superior Court for the State of California, Los Angeles
Case No. BC 331353 (2005-06)
Designated by Defendant as Testifying Computer Forensics Expert (summary judgment granted to client).

*Oz Optics, Ltd., et al. –v- Hakimoglu, et al.*
Superior Court for the State of California, Alameda County
Case No. 01-034488 (2002-06)
Provided Expert Testimony at Trial for Plaintiff (Plaintiff victorious on all causes of action, upheld on appeal, summary available at: http://bit.ly/15goLuo).

*Roskelley –v- The Dow Chemical Co., et al.*
Superior Court for the State of California, Contra Costa County
Case No. C05-00417 (2006)
Court-appointed Neutral Computer Forensics Expert.

*Easton Sports, Inc. –v- Warrior Lacrosse, Inc. et al.*
US District Court, Eastern District of Michigan
Case No. 05-72031 (2005-06)
Served as Neutral Computer Forensics Expert. Provided deposition testimony.

SYNC FORENSICS

*In the matter of CERTAIN INCREMENTAL DENTAL POSITIONING ADJUSTMENT APPLIANCES AND METHODS OF PRODUCING SAME*
International Trade Commission; Investigation No. 337-TA-562 (2005-06)
Designated by Defendant as Testifying Computer Forensics Expert (case settled). Provided deposition testimony.

*Hameed S. Faidi and Inam I. Faidi, et al. –v- William H. Faidi, et al.*
Superior Court for the State of California, Marin County
Case No. CV 062209 (2007-08)
Designated by Plaintiff as Testifying Computer Forensics Expert (case settled).

*PC Specialists, Inc. –v- Fusionstorm, et al*
Superior Court for the State of California, San Francisco County
Case No. CGC-07-464358 (2009)
Designated by Defendant as Testifying Computer Forensics Expert. Provided deposition testimony.

*Michael Golden and Laurie Martinez –v- Margo International, et al*
Superior Court for the State of California, Contra Costa County
Case No. C08-01103 (2009)
Designated by Defendant as Testifying Computer Forensics Expert (case settled). Provided deposition testimony.

*CDS Distributing, Inc. –v- Mount Tam Fresh, Inc., et al*
Superior Court for the State of California, Marin County
Case No. CV075824 (2009)
Designated by Plaintiffs as Testifying Computer Forensics Expert (case settled).

*Gray 1 CPB, LLC –v- SCC Acquisitions, Inc., et al*
Superior Court for the State of California, Orange County
Case No. 30-2008-00112660 (2010)
Designated by Defendants and Cross Complainants as Testifying Computer Forensics Expert. Provided deposition and trial testimony.

*Ghilotti Brothers, Inc. –v- Monahan Pacific Construction, et al*
Superior Court for the State of California, Marin County
Case No. CV060168 (2010)
Designated by Plaintiffs as Testifying Computer Forensics Expert. Provided deposition testimony, not called at trial.

SYNC FORENSICS

*The Retirement Group, et al –v- Cuenca, et al*
Superior Court for the State of California, County of San Diego, Central Judicial District
Case No. 37-2008-91267-CU-BT-CTL (2010-11)
Designated by Defendants as Testifying Computer Forensics Expert (case settled).

*Rosetta Stone, Ltd. v. Topics Entertainment, Inc.*
U.S. District Court for the Eastern District of Virginia
Case No. 09-cv-1128 (2010)
Served as Neutral Computer Forensics Expert (case settled).

*Eric Sedie –v- United States Postal Service*
U.S. District Court for the Northern District of California, San Francisco Division
Case No. 08-4417 EDL (2010)
Served as Neutral Computer Forensics Expert. Provided deposition testimony.

*Terry Bock –v- Zantaz, Inc.*
JAMS Arbitration, San Francisco and New York City
Case No. 1425005771 (2010-11)
Designated by Defendants as Testifying Computer Forensics Expert. Provided arbitration testimony.

*Catherine Norris –v- Jan Ebeling, et al*
Superior Court for the State of California, Ventura County, East County Branch, Simi Valley
Case No. 56-2010-00372707-CU-FR-SIM (2011)
Designated by Plaintiffs as Testifying Computer Forensics Expert (case settled).

*Aruba Networks, Inc. –v- Chris Spain*
Superior Court for the State of California, Santa Clara County
Case No. 1-12-CV-226698 (2012)
Served as Neutral Computer Forensics Expert.

*Zynga Inc. –v- Alan Patmore and Kixeye Inc.*
Superior Court for the State of California, San Francisco County
Case No. CGC-12-525099 (2012-13)
Provided declaration testimony (case settled).

*Tracey McEuen –v- Riverview Bancorp, Inc., et al*
U.S. District Court for the Western District of Washington (Tacoma)
Case No. 3:12-cv-5997 (2014)
Designated by Plaintiffs as Testifying Computer Forensics Expert (case settled). Provided expert report.

SYNC FORENSICS

*SanDisk Corporation –v- SK Hynix, Inc., et al*
Superior Court for the State of California, Santa Clara County
Case No. 1:14-CV-262078 (2014)
Provided declaration testimony for Plaintiffs (case settled).

*Business Transitions LLC, et al –v- David Grau, Jr., et al*
U.S. District Court for the District of Oregon (Portland)
Case No. 3:13-cv-02168-ST (2014)
Designated by Plaintiffs as Testifying Computer Forensics Expert (case settled).

*Move, Inc. et al –v- Zillow, Inc., et al*
Superior Court of Washington for King County
Case No. 14-2-07669-0 SEA (2014-16)
Designated by Defendants as Testifying Computer Forensics Expert (case settled). Provided three expert reports, three depositions, and oral testimony during six-day evidentiary hearing related to spoliation allegations.

*A.H. Lundberg Associates, Inc. –v- TSI, Inc.*
U.S. District Court for the Western District of Washington (Seattle)
Case No. 14-CV-01160-JLR (2014-17)
Designated by Defendant as Testifying Computer Forensics Expert. Provided deposition and trial testimony.

*Kristian M. Ferry, M.D. -v- McKenzie Physician Services, LLC, et al*
Circuit Court of the State of Oregon, County of Lane
Case No. 15CV13177 (2015-17)
Provided declaration testimony for Plaintiff. Not called at trial.

*Ten-X, LLC -v- Commercial Real Estate Exchange, Inc., Michael DeGiorgio, et al*
Superior Court for the State of California, County of Los Angeles, Central District
Case No. BC616600 (2016-17)
Designated by Defendant as Testifying Computer Forensics Expert (case settled). Provided declaration testimony.

*Car-Freshner Corporation and Julius Samann Ltd., -v- Crocs, Inc.*
United States District Court for Northern District of New York
Case No. 7:16-cv-0068-GLS-TWD (2016-18)
Designated by Defendant as Testifying Computer Forensics Expert (case settled). Provided expert report.

SYNC FORENSICS

*Blue Mountain Enterprises, LLC -v- Gregory S. Owen and Silvermark Construction Services, Inc.*
Superior Court for the State of California, County of Solano
Case No. FCS049313 (2017-19)
Designated by Defendant as Testifying Computer Forensics Expert (case settled). Provided declaration testimony.

*Waymo LLC -v- Uber Technologies, Inc., et al*
U.S. District Court for the Northern District of California (San Francisco)
Case No. 3:17-cv-00939-WHA (2017-18)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided expert report, deposition testimony and trial testimony.

*Cory Spencer, et al -v- Lunada Bay Boys, et al*
United States District Court for the Central District of California, Western Division
Case No. 2:16-cv-02129-SJO (2016-18)
Designated by Designated by Plaintiff as Testifying Computer Forensics Expert. Provided expert report.

*Amgen Inc. and Amgen USA, Inc., -v- Coherus Biosciences, Inc., KBI Biopharma, Inc., Howard Weiser, et al*
Superior Court for the State of California, County of Ventura
Case No. 56-2017-00493553-CU-BT-VTA (2017-19)
Designated by Defendant as Testifying Computer Forensics Expert (case settled). Provided declaration testimony.

*CTC Global Corporation –v- Jason Huang, et al*
U.S. District Court for the Central District of California (Santa Ana)
Case No. 8:17-cv-022002-AG-KES (2018-20)
Designated by Plaintiff as Testifying Computer Forensics Expert (case settled). Provided expert report, declarations, deposition testimony and evidentiary hearing testimony.

*Symantec Corp and Symantec Limited –v- Zscaler, Inc.*
U.S. District Court for the Northern District of California (San Francisco)
Case No. 3:17-cv-04414-JST (2017-20)
Designated by Defendants as Testifying Computer Forensics Expert (case settled). Provided declaration testimony.

*Couchbase, Inc. –v- Mike McCrady, Rod Hamlin, Regev Yativ, and Redis Labs, Inc.*
Superior Court for the State of California, County of Santa Clara
Case No. 17-CV-307618 (2017-20)
Designated by Plaintiff as Testifying Computer Forensics Expert (case settled). Provided declaration testimony.

SYNC FORENSICS

*United States of America -v- Katherine Mogal*
U.S. District Court for the Northern District of California (San Jose)
Case No. 18-cr-00259-BLF-1 (2018-20)
Designated by Defendant as Testifying Computer Forensics Expert. Not called to testify at trial. Defendant found not guilty.

*Intellectual Ventures Property Holdings, LLC; Intellectual Ventures Management, LLC -v- Fred Sharifi, et al*
JAMS No. 1160023080 (2019-21)
Designated by Claimant as Testifying Computer Forensics Expert. Provided declarations, expert report, deposition and final arbitration testimony.

*Medidata Solutions, Inc. and MDSOL Europe Limited -v- Veeva Systems Inc.*
U.S. District Court for Southern District of New York
Case No. 1:17-cv-00589 (2017-21)
Designed by Defendants as Testifying Computer Forensics Expert. Provided rebuttal expert report and deposition testimony. Not called at trial.

*SRS Acquiom Inc., and Shareholder Representative Services LLC -v- PNC Financial Service Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas*
U.S. District Court for District of Colorado
Case No. 1:19-cv-02005-DDD-SKC (2019-21)
Designed by Plaintiffs as Testifying Computer Forensics Expert. Provided expert report, declaration, deposition, and evidentiary hearing testimony. Case settled.

*Cardone Industries, Inc. -v- Joel Farina and BBB Industries, LLC*
District Court of Tarrant County Texas, 17th Judicial District
Case No. 017-271617-14 (2017-21)
Designed by Defendants as Testifying Computer Forensics Expert. Not called at trial.

*Tesla, Inc. -v- Guangzhi Cao*
U.S. District Court for Northern District of California (San Francisco)
Case No. 19-cv-01463-VC (2019-21)
Designated by Defendant as Testifying Computer Forensics Expert. Provided declaration testimony and expert report. Case settled.

*Dita Inc., -v- Jeffrey Solorio and John Juniper*
JAMS No. 1200056051 (2020)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided deposition and arbitration testimony.

*Crown Building Maintenance, Inc. -v- Metro Services Group, Jeff Dachanhaus, Mark Nolan, and Derek Schulze*
Superior Court for the State of California, County of San Francisco
Case No. CGC-18-566118 (2018-21)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided declaration and deposition testimony. Case settled.

*Maplebear Inc. dba Instacart -v- Cornershop Technologies, Inc., et al*
U.S. District Court for Eastern District of Texas (Marshall Division)
Case No. 2:20-cv-00240-JRG (2020-21)
Provided declaration testimony and expert report for Plaintiff. Case settled.

*Datto, Inc., et al -v- Daniel Moore*
U.S. District Court for Middle District of Florida (Tampa Division)
Case No. 8:20-cv-02446-VMC-TGW (2020-21)
Provided declaration testimony for Plaintiff. Case settled.

*Proofpoint, Inc. -v- Samuel Boone*
U.S. District Court for the Western District of Texas (Austin)
Case No. A-21-CV-667-LY (2021)
Provided deposition testimony for Plaintiff. Case settled.

*Richard Doverspike -v- Cloudera, Inc.*
JAMS No. 1110026641 (2021)
Designated by Respondent as Testifying Computer Forensics Expert. Provided declarations, expert report, and deposition testimony. Case settled.

*United States of America -v- United Microelectronics Corporation, et al*
U.S. District Court for Northern District of California (San Francisco)
Case No. 18-CR-465 (MMC) (2018-21)
Designated by prosecution as Testifying Computer Forensics Expert. Provided expert report, supplemental expert report, and trial testimony.

*DRW Texas LLC -v- Lucas McGrew*
U.S. District Court for Western District of Texas (Austin)
Case No. 1:19-CV-00830-LY (2021-22)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case settled.

SYNC FORENSICS

*United States of America -v- Timothy Shea*
U.S. District Court for the Southern District of New York
Case No. 20-CR-00412 (2022)
Provided trial testimony on behalf of the prosecution.

*Cisco Systems, Inc. and Cisco Technology, Inc. -v- Plantronics, Inc., et al*
U.S. District Court for Northern District of California (Oakland)
Case No. 4:19-cv-07562-PJH (2022)
Designated by Plaintiff as Testifying Computer Forensics Expert.Provided declaration testimony, expert report, and deposition testimony. Case resolved on summary judgment.

*Ali Matar -v- Coinbase, Inc.*
American Arbitration Association
Case No. 01-21-0004-7542 (2022-23)
Designated by Respondent as Testifying Computer Forensics Expert. Provided expert report and trial testimony.

*Wisk Aero, LLC -v- Archer Aviation, Inc.*
U.S. District Court for Northern District of California (San Francisco)
Case No. 3:21-CV-02450-WHO (2022-23)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided declaration, expert report and deposition testimony. Case settled.

*Apple Inc., -v- Gerard Williams III*
Superior Court for the State of California, County of Santa Clara
Case No. 19-cv-352866 (2022-23)
Designed by Defendant as Testifying Computer Forensics Expert. Provided declaration testimony. Case settled.

*Pfizer Inc., -v- Regor Therapeutics Inc., Qilu Regor Therapeutics Inc., Xiayang Qiu, and Min Zhong*
U.S. District Court for District of Connecticut
Case No. 3:22-cv-0190-JAM (2022-23)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report. Case settled.

*Unisys Corp. -v- Gilbert, et al*
U.S. District Court for Eastern District of Pennsylvania
Case No. 2:23-CV-00555-PD (2023-24)
Designated by Defendant (Atos) as Testifying Computer Forensics Expert. Provided expert reports and deposition testimony. Case settled.

SYNC FORENSICS

*Apple Inc. -v- Rivos, Inc., Wen Shih-Chieh (aka Ricky Wen), Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wong*
U.S. District Court for Northern District of California (San Jose)
Case No. 5:22-CV-2637-EJD (2023-24)
Provided declaration testimony for Defendants. Case settled.

*William Blodgett -v- Fortitude Realty Management, LLC, et al*
JAMS No. 5425000366 (2021-24)
Designated by Respondent as Testifying Computer Forensics Expert. Provided expert report and trial testimony.

*Altor BioScience, LLC; NantCell, Inc. -v- Hing C. Wong and HCW Biologics, Inc.*
JAMS No. 5220002288 (2023-24)
Designated by Respondent as Testifying Computer Forensics Expert. Provided expert report, deposition testimony, and trial testimony.

*Levin Simes, LLP -v- Rachel Abrams, Brian Perkins, Pfeiffer Wolf Carr Kane Conway & Wise*
JAMS No. 1110029750 (2023-24)
Designated by Claimant as Testifying Computer Forensics Expert. Provided declarations, three expert reports, and trial testimony.

*Columbia Sportswear Co. -v- William Ferreira and Dean Rurak*
U.S. District Court for District of Oregon (Portland)
Case No. 3:23-cv-00594-HZ (2024)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided declaration and expert report. Case settled.

*CoStar Group, Inc. and CoStar Realty Information, Inc. -v- Commercial Real Estate Exchange, Inc.*
U.S. District Court for Central District of California (Western Division)
Case No. 2:20-CV-08819 CBM (ASx) (2024)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case ongoing.

*StemExpress, LLC -v- Molly Kent, AllCells, LLC*
Superior Court for the State of California, County of San Diego
Case No. 37-2021-00000872-CU-NP-CTL (2023-24)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report, deposition and trial testimony. Verdict for Defense.

SYNC FORENSICS

*John C. Tatum III and JCT Capital LLC -v- Fairstead Affordable Housing LLC, et al*
Court of Chancery of the State of Delaware
Case No. 2022-0970-JTL (2024)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report, deposition testimony, and trial testimony. Case awaiting ruling.

*Move, Inc., et al -v- CoStar Group, Inc., James Kaminsky, et al*
U.S. District Court for Central District of California (Western Division)
Case No. 2:24-cv-05607-SK (2024)
Provided declaration testimony for Plaintiff. Case settled.

*Proofpoint, Inc. -v- Blake Koepke*
JAMS No. 5390000155 (2024)
Provided declaration testimony for Plaintiff. Case settled.

*Proofpoint, Inc. -v- Abnormal Security Corporation*
Superior Court for the State of California, County of San Francisco
Case No. CGC-21-597059 (2021-24)
Designed by Plaintiff as Testifying Computer Forensics Expert. Provided deposition testimony. Case settled.

*United States -v- Da Costa*
U.S. District Court for the Southern District of New York
Case No. 23-CR-610 (PKC) (2024)
Provided trial testimony on behalf of the prosecution. Resulted in conviction.

*Robocast, Inc. -v- Youtube, LLC, et al*
U.S. District Court for the District of Delaware
Case No. 1:22-cv-00304-JLH (2025)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report. Case stayed.

*Valeo Schalter und Sensoren GmbH -v- NVIDIA Corp.*
U.S. District Court for Northern District of California
Case No. 23-cv-5721 (2025)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case settled.

SYNC FORENSICS

*Adam Roston -v- Ask Media Group, LLC, et al*
Superior Court for the State of California, County of Alameda
Case No. RG20064980 (2024-25)
Designated by Plaintiff and Cross Defendant as Testifying Computer Forensics Expert. Provided expert rebuttal report and deposition testimony. Case settled.

*United States -v- Linwei Ding*
U.S. District Court for Northern District of California
Case No. 24-CR-00141 (2025-26)
Provided expert report, supplemental expert report, rebuttal expert report, and trial testimony on behalf of prosecution. Case resulted in conviction.

*Parker, Smith & Feek Insurance, LLC, et al -v- Alliant Insurance Services, Inc., et al*
Circuit Court for the First Circuit, State of Hawaii
Case No. 1CCV-25-0001361 (2025)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case ongoing.

*Nutanix, Inc. -v- Tessell, Inc, et al*
JAMS No. 5110000487 (2024-26)
Designated by Respondent as Testifying Computer Forensics Expert. Provided rebuttal expert report, deposition testimony, and trial testimony. Case awaiting arbitrator's award.

*West Series of Lockton Companies, LLC, et al -v- Alliant Insurance Services, Inc., et al*
U.S. District Court for the Western District of Missouri
Case No. 23-cv-00705 (2025-26)
Designated by Defendant as Testifying Computer Forensics Expert. Provided rebuttal expert report and deposition testimony. Case ongoing.

*Shaun Rahimi -v- Hinge Health, Inc.*
JAMS No. RG20064980 (2024-26)
Designated by Respondent as Testifying Computer Forensics Expert. Provided declaration testimony, expert report, supplemental expert report, second supplemental expert report, deposition testimony, and trial testimony. Case ongoing.

*Oracle America, Inc. -v- Procore Technologies Inc, et al*
U.S. District Court for Northern District of California
Case No. 3:24-cv-7457 (2024-26)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case ongoing.

SYNC FORENSICS

*Inari Medical, Inc. -v- Inquis Medical, Inc.*
U.S. District Court for District of Delaware
Case No. 24-1023-CFC-EGT (2023-26)
Designated by Plaintiff as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case ongoing.

*Stephanie Smith, et al -v- Amazon.com Services LLC*
U.S. District Court for Eastern District of Missouri, Eastern Division
Case No. 4:25-cv-404 (CDP)
Designated by Defendant as Testifying Computer Forensics Expert. Provided expert report and deposition testimony. Case ongoing.