# EXHIBIT B

## REDACTED IN ITS ENTIRETY