# EXHIBIT C
# REDACTED IN ITS ENTIRETY