# EXHIBIT A

**JOEL DELMAN | InformedInnovation**
2176 W. 24th Street, Los Angeles, CA 90018 773.517.1862 joel@informedinnovationinc.com

*Formerly a corporate lawyer, I graduated Harvard Law School and later earned a Master's in Industrial Design at Pratt Institute. From toys to complex medical devices, I've spent over 30 years guiding innovation through strategic product development, and have helped hundreds of clients bridge the gap between creative insight and commercial success.*

**EDUCATION**

**Pratt Institute** Master of Industrial Design, 1995
**Harvard Law School** J.D. 1991
**New York University** B.S. Economics, 1988

**PROFESSIONAL EXPERIENCE**

*Design Director*

**Informed Innovation Inc.**
*Los Angeles, CA 2018 – Present*

- Strategic consulting agency focused on the application of design thinking to clients' most challenging business opportunities

*Creative Director*

**Product Development Technologies LLC**
*Los Angeles, CA 1999 – 2018*

- Promoted effective user-centered design processes in a fast-paced, multidisciplinary consulting environment
- Managed all issues related to intellectual property, licensing of technology, and the many legal facets of design and development
- Founded and directed PDT's Informed Innovation division, charged with generating proprietary products for license to leading manufacturers; delivered over 300% ROI
- Responsible for multiple large scale programs for a diverse range of clients, from complex medical devices to mass market consumer electronics

*Associate Professor*

**ArtCenter College of Design**
*Pasadena, CA August 2019 – Present*

- Graduate level class in portfolio development and professional practice

*Board of Directors*

**Metamason Inc.**
*Pasadena, CA 2013 – 2019*

- Healthcare focused startup capitalizing on 3D printing technologies to automate the creation of custom-fit medical devices
- Engage, advise and take part in decisions impacting all aspects of corporate strategy, fundraising and governance

*Mentor & Advisor*

**Make in LA**
*Los Angeles, CA 2016 – Present*

- Provide guidance to startups, from the perspective of product development and design strategy, at Los Angeles' first dedicated hardware accelerator

*Mentor & Advisor*

**The Design Accelerator**
*Pasadena, CA 2013 – Present*

- Partnership among Art Center College of Design, Caltech and Idealab implimenting low-cost management techniqes to help design-driven tech startups grow into scalable technology businesses

*Principal* **Twenty Twenty Thinking Inc.**
*Chicago, IL 1997 – 1999*

- Invented, developed and licensed magical toy concepts, including the award-winning Bubble Bugs[tm] and Exclamation! Pen[tm]
- Built successful licensing revenue stream, leveraging background in business, law and design to go head-to-head with established toy development firms

*Designer* **Zenith Electronics Corp.**
*Chicago, IL 1995 – 1997*

- Managed brand development through design of next gen televisions, remotes and media devices for giant American electronics manufacturer challenged by Asian competition

*Designer* **Cousins Design**
*New York, NY 1993 – 1995*

- Responsible for all phases of design process at renowned boutique firm, from initial concept development through client presentations

*Attorney* **Gunster, Yoakley & Stewart**
*West Palm Beach, FL 1991 – 1993*

- Creative problem solving for a variety of complex corporate, banking and securities matters, focused on the legal needs of entrepreneurial businesses

## HONORS

**Chair, IDSA Design Protection Committee**
**(**Industrial Designers Society of America)
**IDSA 20/20 Award**
*Recognizing twenty designers who contributed to the advancement of the design profession in 2020*
**40+ US Patents and Patents Applied For**
**Dr. Toy Best New Toy,** *Gold Award*
**ID 40 Award,** *ID Magazine*
**Good Design Award,** *Chicago Athenaeum*
**CES Innovation Award,** *Consumer Electronics Association*
**Industrial Design Excellence Award (IDEA),** *Industrial Designers Society of America*
**Wall Street Journal "Form + Function" Column,** *Featured Designer*
**Becoming a Product Designer,** *Profiled by author and distinguished designer Bruce Hannah*

## SELECT CLIENTS

**JOEL DELMAN** | InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018 773.517.1862 joel@informedinnovationinc.com

## Joel Delman | Expert Witness Testimony

*Oribel PTE Ltd. v.* ***Carter's Retail Inc. and Skip Hop, Inc.*** *(Utility Patent Infringement)*
Date of engagement: March, 2026
United States District Court, Eastern District of Texas
Case No. 2:24-cv-00977-JRG
Expert for Defendant, engaged by Greenberg Traurig LLP
Expert Reports, Deposition

*Chongqing Qiulong Technology Corp. Ltd (DBA Surron) v* ***Tanli Power Technology Co., Ltd***
*(Design Patent Infringement)*
Date of engagement: March, 2025
United States District Court for the Western District of Texas
Case No. 1:23-CV-442-RP
Expert for Defendant, engaged by Perkins Coie LLP
Deposition, Trial Testimony (Jury Trial, January 2026)

***Western Shelter Systems LLC.*** *v. Shelter Systems USA, Inc. (Trade Dress Infringement)*
Date of engagement: September, 2025
United States District Court, Northern District of California
Case No. 5:24-cv-02719-EKL
Expert for Plaintiff, engaged by Saul Ewing LLP
Deposition

***MacNeil Automotive Products Ltd.*** *v. YITA, LLC (Trade Dress Infringement)*
Date of engagement: January, 2025
United States District Court, Western District of Washington
Case No. C20-0278 TSZ (consolidated with C20-0856 TSZ)
Expert for Plaintiff, engaged by Polsinelli PC
Deposition

***In the Matter of Certain Cameras, Camera Systems and Accessories*** *(Design Patent Infringement)*
Date of engagement: April, 2024
United States International Trade Commission Inv. No. 337-TA-1400
Expert for Plaintiff GoPro Inc., engaged by Quinn Emanuel Urquhart & Sullivan, LLP
Deposition, Trial Testimony (Bench Trial, January 2025)

*Design Ideas, Ltd. v.* ***Target Corp.*** *(Design Patent and Utility Patent Infringement)*
Date of engagement: August, 2024
United States District Court for the Central District of Illinois
Case No. 3:20-cv-03231-SEM-EIL; 3:23-cv-03172-SEM-KLM (CONSOLIDATED)
Expert for Defendant, engaged by Morrow Ni LLP
Patent evaluation, Expert reports, deposition

*TC Heartland, LLC* ***v DreamPak, LLC*** *(Design Patent Infringement)*
Date of engagement: April, 2024
United States District Court for the Eastern District of Virginia, Case No. 3:23-CV-00714
Expert for Defendant, engaged by Reinhart Boerner Van Deuren S.C.
Deposition

*SharkNinja, Inc. v.* ***Dyson Technology Ltd.*** *(Utility Patent IPR)*
Date of engagement: June, 2024
Before the Patent Trial and Appeal Board, Case No. IPR2024-00219
Expert for Patent Owner, engaged by Faegre Drinker Biddle & Reath LLP
Patent evaluation, Expert declaration, Deposition

**JOEL DELMAN | InformedInnovation**
2176 W. 24th Street, Los Angeles, CA 90018 773.517.1862 joel@informedinnovationinc.com

*Apple Inc. v.* ***Masimo Corporation*** *(Design Patent Infringement)*
Date of engagement: October, 2022
Central District of California, Case No. C.A. No. 22-1377-MN-JLH
Expert for Defendant, engaged by Knobbe, Martens, Olson & Bear, LLP
Deposition, Trial Testimony (Jury Trial, October 2024)

*Geigtech East Bay LLC v.* ***Lutron Electronics Co., Inc.*** *(Trade Dress Infringement)*
Date of engagement: July, 2022
Southern District of NY, Case No. 1:18-CV-05290
Expert for Defendant, engaged by Arnold & Porter LLP
Deposition, Trial Testimony (Jury Trial, February 2024)

*Proslide Technology Inc. v.* ***Whitewater West Industries Ltd****. (Design Patent Infringement)*
Date of engagement: August, 2021
Middle District of Florida, Case No. 6:20-cv-02189-CEM-DCI
Expert for Defendant, engaged by Buchalter PC
Deposition, Trial testimony (Jury trial, November 2023)

*Facet Technologies, LLC v.* ***Lifescan, Inc.*** *(Utility Patent Infringement)*
Date of engagement: January, 2023
Central District of California, Case No. 2.22-cv-01717-MCS-MAR
Expert for Defendant Lifescan, Inc., engaged by Carter Ledyard & Milburn LLP
Deposition

***In the Matter of Certain Soft Projectile Launching Devices, Components Thereof, Ammunition, and Products Containing Same*** *(Utility Patent Infringement)*
Date of engagement: October, 2022
United States International Trade Commission Inv. No. 337-TA-1221
Expert for Defendant Daisy Manufacturing Company, engaged by Kirkland & Ellis LLP
Deposition, Trial testimony (Bench Trial May 2023)

*Panasonic Corporation v.* ***Getac Technology Corporation*** *(Design Patent Infringement)*
Date of engagement: April, 2021
Central District of California, Case No. 8:19-cv-01118-DOC-DFM
Expert for Defendant, engaged by King & Spalding LLP
Deposition, Trial testimony (Jury trial, June 2022)

***Glam and Glits Nail Design Inc.*** *v. iGel Beauty, LLC (Design Patent, Trade Dress Infringement)*
Date of engagement: December, 2020
Central District of California, Case No. 8:20-cv-00088-JVS-DFM
Expert for Plaintiff, engaged by Lapple Ubell IP Law, LLP
Deposition

*Shure Inc. v.* ***ClearOne Inc.*** *(Design Patent Infringement)*
Date of engagement: May, 2020
District of Delaware, Case No. 19-1343 (RGA) CJB)
Expert for Defendant, engaged by Hueston Hennigan LLP
Multiple depositions, Trial testimony (Jury trial, November 2021)

***In the Matter of Certain Electronic Stud Finders, Metal Detectors and Electrical Scanners***
*(Utility Patent Infringement)*
Date of engagement: December, 2020
United States International Trade Commission Inv. No. 337-TA-1221
Expert for Plaintiff Zircon Corp., engaged by Palo Alto Legal Group
Deposition, Trial testimony (Bench trial, June 2021)

**JOEL DELMAN** | InformedInnovation
2176 W. 24th Street, Los Angeles, CA 90018 773.517.1862 joel@informedinnovationinc.com

*Town and Country Linen Corp. v* ***Ingenious Designs LLC et al***
*(Design Patent Infringement, Trade Secret Misappropriation)*
Date of engagement: January, 2020
Southern District of New York, Case No. 1:18-cv-05075-LGS
Expert for Defendant, engaged by Baker & Hostetler LLP
Deposition

*Lanard Toys Ltd. v.* ***Anker Play Products LLC*** *(Design Patent, Trade Dress, Copyright Infringement)*
Date of engagement: June, 2020
Central District of California, Case No. 2:19-cv-04350-RSWL-AFM
Expert for Defendant, engaged by Seyfarth Shaw LLP
Deposition

*MGA Entertainment, Inc. v* ***Zuru LLC*** *(Trade Dress Infringement)*
Date of engagement: January, 2020
California Superior Court, Case No. 19-chc-00599
Expert for Defendant, engaged by Dentons LLP
Deposition, Trial testimony (Bench trial, March 2020)

*Rhino Metals Inc. v.* ***Sturdy Gun Safe, Inc.*** *(Trade Dress and Design Patent Infringement)*
Date of engagement: August, 2019
Idaho District Court, Case No. 1:18-cv-00474-EJL
Expert for Defendant, engaged by Givens Pursley LLP
Deposition

*LILLEbaby LLC v.* ***BabySwede LLC et al*** *(Utility Patent Infringement)*
Date of engagement: June, 2019
In the Matter of Certain Child Carriers and Components Thereof
United States International Trade Commission Inv. No. 337-TA-1154
Ohio Northern District Court, Case No. 1:19-cv-00504-JG
Expert for Defendant, engaged by Dorsey & Whitney LLP
Deposition

***Spigen Korea Co., LTD.*** *v. Ultraproof, Inc. et al (Design Patent Infringement)*
Date of engagement: August, 2018
California Central District Court, Case No. 2:17-cv-01161-DOC-DFM
United States Court of Appeals for the Federal Circuit, Case: 19-1435
Expert for Plaintiff, engaged by Lewis Brisbois Bisgaard & Smith LLP
Deposition

*C&A Marketing, Inc. (dba Polaroid) v.* ***GoPro Inc.*** *(Design Patent Infringement)*
Date of engagement: January, 2017
District Court of New Jersey, Case No. 1:15-7854-RMB-JS
Expert for Defense, engaged by Kilpatrick Townsend & Stockton LLP
Deposition