# EXHIBIT C

# Supplier List

**The Apple supplier list represents 98 percent of our direct spend for materials, manufacturing, and assembly of our products worldwide for fiscal year 2023.**

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | 3M | Guangdong, Jiangsu, Shanghai | China mainland |
| | | Yamagata | Japan |
| | | Singapore | Singapore |
| | | Gyeonggi-Do, Jeollanam-Do | South Korea |
| | | Alabama, Indiana, Iowa, Minnesota, South Carolina, Wisconsin | United States |
| ⚡ | AAC Acoustic Technologies Holdings Incorporated | Guangdong, Jiangsu | China mainland |
| | | Vinh Phuc | Vietnam |
| ⚡ | Advanced Semiconductor Engineering Technology Holding Co., Ltd. | Jiangsu, Shanghai | China mainland |
| | | Yamagata | Japan |
| | | Taiwan | Taiwan |
| | | Hai Phong | Vietnam |
| ⚡ | AGC Incorporated | Antwerp | Belgium |
| | | Guangdong | China mainland |
| | | Chiba, Fukushima, Hyogo | Japan |
| | | Lamphun | Thailand |
| ⚡ | AKM Meadville Electronics (Xiamen) Company Limited | Guangdong, Jiangsu, Shanghai | China mainland |
| ⚡ | Alpha and Omega Semiconductor Limited | Chongqing, Shanghai | China mainland |
| | | Oregon | United States |

* Suppliers designated with a ⚡ have committed to achieving 100% renewable energy for all Apple-related production by 2030.

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Alps Alpine Company Limited | Jiangsu, Zhejiang | China mainland |
| | | Fukushima, Miyagi, Niigata | Japan |
| | | Negeri Sembilan | Malaysia |
| | | Taiwan | Taiwan |
| ⚡ | Amkor Technology Incorporated | Shanghai | China mainland |
| | | Laguna, Metro Manila | Philippines |
| | | Gwangju, Incheon | South Korea |
| | | Taiwan | Taiwan |
| ⚡ | Amphenol Corporation | Jiangsu, Shanghai, Zhejiang | China mainland |
| | | Ayutthaya | Thailand |
| ⚡ | ams-OSRAM AG | Styria | Austria |
| | | Shanghai | China mainland |
| | | Penang | Malaysia |
| | | Laguna | Philippines |
| | | Singapore | Singapore |
| | | Gwangju | South Korea |
| | | Taiwan | Taiwan |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Analog Devices Incorporated | Jiangsu | China mainland |
| | | Mie, Yamagata | Japan |
| | | Batangas, Cavite | Philippines |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| | | Bangkok, Chachoengsao | Thailand |
| | | Oregon, Texas, Washington | United States |
| ⚡ | AT & S Austria Technologie & Systemtechnik AG | Chongqing, Shanghai | China mainland |
| ⚡ | Baoji Titanium Industry Co., Ltd. | Shaanxi | China mainland |
| ⚡ | Baotou Inst Magnetic New Materials Co., Ltd. | Inner Mongolia Autonomous Region (IMAR) | China mainland |
| | | Phu Tho | Vietnam |
| ⚡ | Beijing Zhong Ke San Huan High-Tech Co., Ltd. | Guangdong , Zhejiang | China mainland |
| ⚡ | Bichamp Cutting Technology (Hunan) Co., Ltd | Guangdong | China mainland |
| ⚡ | Biel Crystal Manufactory Limited | Guangdong | China mainland |
| | | Bac Ninh, Hai Duong | Vietnam |
| ⚡ | BOE Technology Group Company Limited | Anhui, Chongqing, Sichuan | China mainland |
| ⚡ | Boyd Corporation | Guangdong, Jiangsu | China mainland |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Broadcom Limited | Jiangsu, Shanghai | China mainland |
| | | Centre-Val De Loire | France |
| | | Israel | Israel |
| | | Penang, Pulau Pinang | Malaysia |
| | | Singapore | Singapore |
| | | Gwangju, Gyeonggi-Do, Gyeongsangbuk-Do | South Korea |
| | | Taiwan | Taiwan |
| | | California, Colorado, New York, Washington | United States |
| ⚡ | Bumchun Precision Company Limited | Gyeonggi-Do | South Korea |
| ⚡ | BYD Company Limited | Guangdong, Shanghai | China mainland |
| | | Phu Tho | Vietnam |
| ⚡ | Career Technology (Mfg.) Company Limited | Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Catcher Technology Company Limited | Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Cathay Tat Ming (HK) Company Limited | Guangdong, Jiangsu | China mainland |
| ⚡ | Cheng Uei Precision Industry Company Limited (Foxlink) | Anhui, Guangdong, Jiangsu | China mainland |
| | | Andhra Pradesh | India |
| | | Ho Chi Minh | Vietnam |
| ⚡ | Chengdu Homin Technology Company Limited | Sichuan | China mainland |
| ⚡ | China Circuit Technology (Shantou) Corporation | Guangdong | China mainland |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Cirrus Logic Incorporated | Taiwan | Taiwan |
| ⚡ | CN Innovations Holdings Limited | Guangdong, Hubei | China mainland |
| ⚡ | Coherent Corporation | California, Illinois, New Jersey, Pennsylvania, Texas | United States |
| ⚡ | Compal Electronics Incorporated | Chongqing, Jiangsu | China mainland |
| | | Phetchaburi | Thailand |
| | | Vinh Phuc | Vietnam |
| ⚡ | Compeq Manufacturing Company Limited | Chongqing, Guangdong, Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Corning Incorporated | Fujian, Zhejiang | China mainland |
| | | Chungcheongnam-Do | South Korea |
| | | Taiwan | Taiwan |
| | | Kentucky | United States |
| ⚡ | Cosmosupplylab Limited | Guangdong | China mainland |
| | | Chon Buri | Thailand |
| | | Maine | United States |
| ⚡ | Cowell E Holdings Incorporated | Guangdong | China mainland |
| ⚡ | Crystal-Optech Co., Ltd. | Zhejiang | China mainland |
| ⚡ | CymMetrik Enterprise Company Limited | Guangdong, Henan, Jiangsu | China mainland |
| | | Bac Ninh | Vietnam |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Delta Electronics Incorporated | Anhui, Hunan, Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| | | Chachoengsao | Thailand |
| ⚡ | Derkwoo Electronics Company Limited | Gyeongsangbuk-Do | South Korea |
| ⚡ | Dexerials Corporation | Tochigi | Japan |
| ⚡ | Diodes Incorporated | Anhui, Jiangsu, Jilin, Shanghai, Sichuan | China mainland |
| | | Thuringia | Germany |
| | | Okayama | Japan |
| | | Singapore | Singapore |
| | | Chungcheongbuk-Do, Gyeonggi-Do, Gyeongsangbuk-Do, Seoul | South Korea |
| | | Taiwan | Taiwan |
| | | England | United Kingdom |
| | | California, Missouri | United States |
| ⚡ | Dynapack International Technology Corporation | Jiangsu | China mainland |
| ⚡ | Flex Limited | Guangdong | China mainland |
| | | Tamil Nadu | India |
| | | Texas | United States |
| ⚡ | Flexium Interconnect Incorporated | Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Fujian Nanping Aluminium Company Limited | Sichuan | China mainland |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Fujikura Limited | Shanghai | China mainland |
| | | Niigata, Tochigi | Japan |
| | | Bangkok, Lamphun, Pathum Thani, Prachin Buri | Thailand |
| ⚡ | General Interface Solution Limited | Guangdong, Sichuan | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Genius Electronic Optical Company Limited | Fujian | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | GigaDevice Semiconductor Incorporated | Beijing | China mainland |
| ⚡ | Global Lighting Technologies | Shanghai | China mainland |
| ⚡ | GoerTek Incorporated | Guangdong, Shandong | China mainland |
| | | Bac Ninh | Vietnam |
| ⚡ | Golden Arrow Printing Company Limited | Jiangsu | China mainland |
| | | Ha Nam | Vietnam |
| ⚡ | Hama Naka Shoukin Industry Company Limited | Jiangsu | China mainland |
| ⚡ | Henkel AG & Company, KGaA | Guangdong, Shandong, Shanghai | China mainland |
| | | Incheon | South Korea |
| | | New Hampshire, Puerto Rico | United States |
| ⚡ | Hi-P International Limited | Jiangsu, Shanghai | China mainland |
| | | Bac Ninh | Vietnam |
| ⚡ | Hirose Electric Company Limited | Aomori, Iwate, Miyagi, Toyama | Japan |
| | | Gyeonggi-Do | South Korea |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Hon Hai Precision Industry Company Limited (Foxconn) | Guangdong, Henan, Jiangsu, Jiangxi, Shanxi, Sichuan, Zhejiang | China mainland |
| | | Tamil Nadu | India |
| | | Bac Giang | Vietnam |
| ⚡ | IDEMIA Group | Guangdong | China mainland |
| | | California | United States |
| ⚡ | INB Electronics Limited | Guangdong | China mainland |
| | | Phu Tho | Vietnam |
| ⚡ | Infineon Technologies AG | Carinthia | Austria |
| | | Biejing, Jiangsu, Shaanxi, Shandong, Shanghai | China mainland |
| | | Bavaria, Saxony | Germany |
| | | Israel | Israel |
| | | Kedah, Malacca (Melaka), Perak | Malaysia |
| | | Cavite, Laguna | Philippines |
| | | Singapore | Singapore |
| | | Gyeonggi-Do | South Korea |
| | | Taiwan | Taiwan |
| | | Bangkok, Nonthaburi | Thailand |
| | | England | United Kingdom |
| | | Minnesota, Texas | United States |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| | Intel Corporation | Chengdu | China mainland |
| | | Leinster, Lexilip | Ireland |
| | | Kedah, Kulim, Penang | Malaysia |
| | | Portugal | Portugal |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| | | Oregon | United States |
| | | Ho Chi Minh | Vietnam |
| ⚡ | Interplex Holdings Pte. Ltd. | Zhejiang | China mainland |
| | | Karnataka | India |
| ⚡ | J.Pond Industry (Dongguan) Company Limited | Guangdong, Jiangsu | China mainland |
| ⚡ | Jabil Incorporated | Guangdong, Jiangsu, Sichuan, Tianjin | China mainland |
| | | Maharashtra | India |
| | | Taiwan | Taiwan |
| ⚡ | Japan Aviation Electronics Industry Limited | Aomori, Tokyo, Yamagata | Japan |
| ⚡ | Japan Display Incorporated | Guangdong, Jiangsu | China mainland |
| | | Chiba | Japan |
| ⚡ | JCET Group Company Limited | Jiangsu | China mainland |
| | | Singapore | Singapore |
| | | Incheon | South Korea |
| | | Taiwan | Taiwan |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Jiangsu Kangrui New Material Technology Co.,Ltd. | Jiangsu | China mainland |
| ⚡ | Jiuquan Iron & Steel (Group) Co., Ltd. | Gansu | China mainland |
| ⚡ | Jones Tech PLC | Jiangsu | China mainland |
| | | Rayong | Thailand |
| ⚡ | JX Nippon Mining & Metals Corporation (Eneos Holding) | Kanagawa | Japan |
| ⚡ | Kam Kiu Aluminium Products Group Limited | Guangdong | China mainland |
| ⚡ | Keiwa Inc. | Jiangsu | China mainland |
| | | Wakayama | Japan |
| ⚡ | Kioxia Holdings Corporation | Shanghai | China mainland |
| | | Mie | Japan |
| ⚡ | Knowles Corporation | Jiangsu | China mainland |
| | | Penang | Malaysia |
| ⚡ | Kunshan Kersen Science and Technology Company Limited | Jiangsu | China mainland |
| ⚡ | Kyocera Corporation | Guangdong | China mainland |
| | | Kagoshima, Kyoto, Miyagi, Nagano, Niigata, Shiga, Yamagata | Japan |
| ⚡ | Largan Precision Company Limited | Guangdong | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Lens Technology Company Limited | Guangdong, Hunan, Jiangsu | China mainland |
| | | Bac Giang | Vietnam |
| ⚡ | LG Energy Solution | Jiangsu | China mainland |
| | | Chungcheongbuk-Do | South Korea |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | LG Display Company Limited | Guangdong, Jiangsu, Shandong | China mainland |
| | | Gyeonggi-Do, Gyeongsangbuk-Do | South Korea |
| | | Hai Phong | Vietnam |
| ⚡ | LG Innotek Company Limited | Gyeonggi-Do, Gyeongsangbuk-Do | South Korea |
| | | Hai Phong | Vietnam |
| ⚡ | Lingyi iTech (Guangdong) Company | Guangdong, Jiangsu, Sichuan | China mainland |
| | | Tamil Nadu | India |
| | | Bac Ninh | Vietnam |
| ⚡ | Lite-On Technology Corporation | Guangdong, Jiangsu, Shanghai | China mainland |
| ⚡ | Luen Fung Group | Guangdong | China mainland |
| ⚡ | Lumentum Holdings Incorporated | Taiwan | Taiwan |
| | | California | United States |
| ⚡ | Lumileds Holding B.V. | Penang | Malaysia |
| | | Singapore | Singapore |
| ⚡ | Luxshare Precision Industry Company Limited | Anhui, Guangdong, Jiangsu, Jiangxi, Zhejiang | China mainland |
| | | Bac Giang, Nghe An | Vietnam |
| ⚡ | LX Semicon Co., Ltd. | Daejeon, Gyeongsangbuk-Do | South Korea |
| ⚡ | Marian Incorporated | Guangdong, Jiangsu | China mainland |
| | MicroChip Technology Incorporated | Laguna | Philippines |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Micron Technology Incorporated | Shaanxi | China mainland |
| | | Hiroshima | Japan |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| ⚡ | MinebeaMitsumi Incorporated | Phnom Penh | Cambodia |
| | | Shanghai | China mainland |
| | | Aomori, Hokkaido, Miyazaki, Tokyo | Japan |
| | | Cebu | Philippines |
| | | Lop Buri, Phra Nakhon Si Ayutthaya | Thailand |
| ⚡ | Molex Incorporated | Shanghai | China mainland |
| | | Kagoshima, Shizuoka | Japan |
| | | Penang | Malaysia |
| | | Sonora | Mexico |
| | | Singapore | Singapore |
| | | Gyeonggi-Do | South Korea |
| | | Hanoi | Vietnam |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Murata Manufacturing Company Limited | Chengdu, Guangdong, Jiangsu | China mainland |
| | | Saxony | Germany |
| | | Aomori, Fukui, Fukushima, Ibaraki, Ishikawa, Iwate, Kagoshima, Miyagi, Miyazaki, Nagano, Okayama, Shiga, Shimane, Toyama | Japan |
| | | Perak | Malaysia |
| | | Pampanga | Philippines |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| | | Bangkok, Lamphun | Thailand |
| | | California, Texas, Vermont | United States |
| | | Da Nang, Tien Giang | Vietnam |
| ⚡ | Nanofilm Technologies International Private Limited | Shanghai | China mainland |
| | | Hai Duong | Vietnam |
| ⚡ | Nan Ya PCB Corporation | Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Nichia Corporation | Tokushima | Japan |
| ⚡ | Nidec Corporation | Guangdong | China mainland |
| | | Laguna | Philippines |
| | | Phra Nakhon Si Ayutthaya | Thailand |
| ⚡ | Nissha Company Limited | Hyogo, Ishikawa | Japan |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Nitto Denko Corporation | Guangdong, Shanghai | China mainland |
| | | Aichi, Hiroshima, Mie, Osaka, Toyohashi | Japan |
| | | Gyeonggi-Do | South Korea |
| ⚡ | NOK Corporation | Guangdong, Jiangsu | China mainland |
| | | Ibaraki | Japan |
| | | Phra Nakhon Si Ayutthaya | Thailand |
| | | Hung Yen | Vietnam |
| ⚡ | Nordic Semiconductor ASA | Laguna | Philippines |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| ⚡ | NXP Semiconductors N.V. | Jiangsu, Shanghai | China mainland |
| | | Dresden | Germany |
| | | Okayama | Japan |
| | | Nijmegen | Netherlands |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| | | Chachoengsao, Phra Nakhon Si Ayutthaya | Thailand |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | ON Semiconductor Corporation | Guangdong, Jiangsu, Shanghai, Sichuan | China mainland |
| | | Zlin | Czech Republic |
| | | Tamil Nadu | India |
| | | Israel | Israel |
| | | Chubu, Fukushima, Niigata, Okayama, Toyama | Japan |
| | | Negeri Sembilan, Penang, Selangor | Malaysia |
| | | Cebu, Laguna, Tarlac | Philippines |
| | | Singapore | Singapore |
| | | Gyeonggi-Do | South Korea |
| | | Taiwan | Taiwan |
| | | Ayutthaya, Bangkok, Chachoengsao, Phra Nakhon Si Ayutthaya | Thailand |
| | | Arizona, Idaho, Maine, Oregon, Pennsylvania, Texas, Utah | United States |
| ⚡ | Paishing Technology Company | Guangdong | China mainland |
| ⚡ | Parade Technologies Limited | Gwangju | South Korea |
| | | Taiwan | Taiwan |
| ⚡ | Pegatron Corporation | Jiangsu, Shanghai | China mainland |
| | | Tamil Nadu | India |
| ⚡ | Phone In Mag-Electronics Company Limited | Guangdong, Henan, Jiangsu | China mainland |
| ⚡ | Pioneer Material Precision Tech Company Limited | Chongqing, Guangdong, Jiangsu | China mainland |
| ⚡ | Platinum Optics Technology Incorporated | Taiwan | Taiwan |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | POSCO International | Shanghai | China mainland |
| | | Gyeonggi-Do | South Korea |
| ⚡ | Power Integrations Incorporated | Kagoshima, Miyagi, Oita, Yamagata | Japan |
| | | Perak | Malaysia |
| | | Taiwan | Taiwan |
| | | Chachoengsao, Phra Nakhon Si Ayutthaya | Thailand |
| | | Texas | United States |
| ⚡ | Primax Electronics Limited | Guangdong | China mainland |
| ⚡ | Qorvo Incorporated | Beijing, Guangdong, Jiangsu, Shandong | China mainland |
| | | Heredia | Costa Rica |
| | | Toyama | Japan |
| | | Perak | Malaysia |
| | | Singapore | Singapore |
| | | Gwangju, Gyeongsangbuk-Do, Incheon | South Korea |
| | | Taiwan | Taiwan |
| | | New York, North Carolina, Oregon, Texas, Vermont | United States |
| ⚡ | Quadrant Solutions | Zhejiang | China mainland |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| | Qualcomm Incorporated | Beijing, Shanghai, Tianjin | China mainland |
| | | Dresden | Germany |
| | | Laguna | Philippines |
| | | Singapore | Singapore |
| | | Chungcheongbuk-Do, Gwangju, Gyeonggi-Do, Incheon | South Korea |
| | | Taiwan | Taiwan |
| | | New York, Texas | United States |
| ⚡ | Quanta Computer Incorporated | Chongqing, Shanghai | China mainland |
| | | Chon Buri | Thailand |
| | | Nam Dinh | Vietnam |
| ⚡ | R.R. Donnelley and Sons Company | Guangdong, Henan, Jiangsu, Shanghai, Sichuan | China mainland |
| | | Bac Ninh | Vietnam |
| ⚡ | Radiant Opto-Electronics Corporation | Guangdong, Jiangsu | China mainland |
| ⚡ | Renesas Electronics Corporation | Sichuan | China mainland |
| | | Shiga | Japan |
| | | Penang | Malaysia |
| | | Taiwan | Taiwan |
| | | California, Minnesota | United States |
| ⚡ | Robert Bosch GmbH | Jiangsu | China mainland |
| | | Reutlingen | Germany |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Rohm Company Limited | Tianjin | China mainland |
| | | Fukuoka, Ibaraki, Kyoto, Okayama | Japan |
| | | Kelantan | Malaysia |
| | | Cavite | Philippines |
| | | Pathum Thani | Thailand |
| ⚡ | SABIC - Saudi Arabian Oil Company | Guangdong, Shanghai | China mainland |
| | | Singapore | Singapore |
| | | Indiana | United States |
| ⚡ | Samsung Electro-Mechanics Company Limited | Tianjin | China mainland |
| | | Laguna | Philippines |
| | | Busan, Sejong | South Korea |
| | | Chachoengsao | Thailand |
| ⚡ | Samsung Electronics Company Limited | Jiangsu, Shaanxi | China mainland |
| | | Chungcheongnam-Do, Gyeonggi-Do | South Korea |
| | | Texas | United States |
| | | Bac Ninh | Vietnam |
| ⚡ | Samsung SDI Company Limited | Tianjin | China mainland |
| | | Chungcheongnam-Do | South Korea |
| ⚡ | San'an Optoelectronics Co., Ltd. | Fujian | China mainland |
| ⚡ | Shandong Innovation Group | Shandong | China mainland |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Shanghai Industrial Holdings Limited | Henan, Jiangsu, Shandong, Sichuan | China mainland |
| | | Bac Ninh | Vietnam |
| ⚡ | Sharp Corporation | Jiangsu | China mainland |
| | | Ishikawa, Mie | Japan |
| | | Binh Duong | Vietnam |
| ⚡ | Shenzhen BSC technology Co., Ltd. | Guangdong | China mainland |
| ⚡ | Shenzhen Desay Battery Technology Company Limited | Guangdong | China mainland |
| | | Bac Giang | Vietnam |
| ⚡ | Shenzhen Everwin Precision Technology Company Limited | Guangdong | China mainland |
| ⚡ | Shenzhen Forceblack Technology Co., Ltd | Guangdong | China mainland |
| ⚡ | Shenzhen Linkconn Electronics Co., Ltd. | Jiangsu | China mainland |
| ⚡ | Shenzhen Sunway Communication Company Limited | Beijing, Guangdong, Jiangsu | China mainland |
| | | Vinh Phuc | Vietnam |
| ⚡ | Shenzhen YUTO Packaging Technology Company Limited | Guangdong, Henan, Jiangsu, Shanghai, Sichuan | China mainland |
| | | Karnataka | India |
| | | Bac Ninh | Vietnam |
| ⚡ | Shin Zu Shing Company Limited | Jiangsu | China mainland |
| | | Taiwan | Taiwan |
| ⚡ | Simplo Technology Company Limited | Jiangsu | China mainland |
| ⚡ | SK hynix Incorporated | Chongqing, Jiangsu | China mainland |
| | | Chungcheongbuk-Do, Gyeonggi-Do | South Korea |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Skyworks Solutions Incorporated | Guangdong | China mainland |
| | | Osaka | Japan |
| | | Baja California | Mexico |
| | | Singapore | Singapore |
| | | Gwangju, Gyeonggi-Do, Incheon | South Korea |
| | | Taiwan | Taiwan |
| | | California, Massachusetts, Texas, Vermont | United States |
| ⚡ | Solvay S.A. | Jiangsu | China |
| | | Georgia | United States |
| ⚡ | Sony Corporation | Aichi, Kagoshima, Kumamoto, Miyagi, Miyazaki, Nagasaki, Oita, Yamagata | Japan |
| | | Perak | Malaysia |
| | | Chungcheongbuk-Do | South Korea |
| | | Taiwan | Taiwan |
| | | Pathum Thani | Thailand |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | STMicroelectronics N.V. | Guangdong, Jiangsu, Jiangxi, Shandong, Shanghai | China mainland |
| | | Auvergne-Rhône-Alpes, Centre-Val De Loire, Provence-Alpes-Còte D'Azur | France |
| | | Lombardy, Sicily | Italy |
| | | Johor, Perak, Selangor | Malaysia |
| | | Malta | Malta |
| | | Casablanca-Settat | Morocco |
| | | Laguna | Philippines |
| | | Singapore | Singapore |
| | | Gwangju, Incheon | South Korea |
| | | Taiwan | Taiwan |
| | | Bangkok, Chachoengsao | Thailand |
| | | Washington | United States |
| ⚡ | Stora Enso Oyj | Guangdong, Hebei, Jiangsu | China mainland |
| ⚡ | Sumida Corporation | Guangdong, Hunan | China mainland |
| ⚡ | Sumitomo Chemical Company Limited | Jiangsu | China mainland |
| | | Ehime | Japan |
| ⚡ | Sumitomo Electric Industries Limited | Guangdong | China mainland |
| | | Shiga | Japan |
| | | Laguna | Philippines |
| | | Hanoi | Vietnam |
| ⚡ | Sunny Optical Technology Co., Ltd. | Zhejiang | China mainland |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Sunrex Technology Corporation | Jiangsu | China mainland |
| ⚡ | Sunwoda Electronic Company Limited | Guangdong, Zhejiang | China mainland |
| | | Uttar Pradesh | India |
| | | Bac Giang | Vietnam |
| ⚡ | Suzhou Anjie Technology Company Limited | Jiangsu | China mainland |
| ⚡ | Suzhou Dongshan Precision Manufacturing Company Limited | Jiangsu | China mainland |
| ⚡ | Suzhou Zhongjiemai Panel Industry Technology Company Limited | Jiangsu | China mainland |
| | Synaptics Incorporated | Ibaraki | Japan |
| ⚡ | Taiwan Hodaka Technology Company Limited | Taiwan | Taiwan |
| ⚡ | Taiwan Semiconductor Manufacturing Company Limited | Shanghai | China mainland |
| | | Singapore | Singapore |
| | | Taiwan | Taiwan |
| ⚡ | Taiwan Surface Mounting Technology Corporation | Anhui, Jiangsu | China mainland |
| ⚡ | Taiyo Yuden Company Limited | Guangdong | China mainland |
| | | Fukushima, Gunma, Niigata, Wakayama | Japan |
| | | Sarawak | Malaysia |
| | | Cebu | Philippines |
| | | Gyeongsangnam-Do | South Korea |
| ⚡ | Tata Electronics | Tamil Nadu | India |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | TDK Corporation | Fujian, Guangdong, Liaoning, Shandong | China mainland |
| | | Rodenberg | Germany |
| | | Haryana | India |
| | | Akita, Iwate, Nagano, Yamagata, Yamanashi | Japan |
| ⚡ | Texas Instruments Incorporated | Jiangsu, Sichuan | China mainland |
| | | Bavaria | Germany |
| | | Fukushima, Ibaraki, Niigata | Japan |
| | | Malacca (Melaka), Selangor | Malaysia |
| | | Metro Manila, Pampanga | Philippines |
| | | Singapore | Singapore |
| | | Gyeonggi-Do | South Korea |
| | | Taiwan | Taiwan |
| | | Ayutthaya | Thailand |
| | | Maine, Texas, Utah | United States |
| ⚡ | Tongda Group Holdings Limited | Fujian, Guangdong | China mainland |
| ⚡ | Toyoda Gosei Co., Limited | Taiwan | Taiwan |
| ⚡ | TPK Holding Company Limited | Fujian | China mainland |
| ⚡ | Trinseo S.A. | Taiwan | Taiwan |
| ⚡ | Tripod Technology Corporation | Hubei, Jiangsu | China mainland |
| ⚡ | Tsujiden Company Limited | Nagasaki | Japan |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | TXC Corporation | Chongqing, Zhejiang | China mainland |
| | | Aomori | Japan |
| | | Taiwan | Taiwan |
| ⚡ | Unimicron Technology Corporation | Jiangsu | China mainland |
| | | Hokkaido | Japan |
| | | Taiwan | Taiwan |
| ⚡ | Unisteel Technology Limited (SFS Group) | Jiangsu, Shanghai | China mainland |
| ⚡ | Unitech Printed Circuit Board Corporation | Taiwan | Taiwan |
| ⚡ | United Test and Assembly Center Limited | Guangdong | China mainland |
| | | Singapore | Singapore |
| | | Bangkok, Chachoengsao | Thailand |
| ⚡ | VARTA Microbattery GmbH | Baden-Württemberg, Bavaria | Germany |
| ⚡ | Viavi Solutions Incorporated | Jiangsu | China mainland |
| ⚡ | Western Digital Corporation | Shanghai | China mainland |
| | | Mie | Japan |
| | | Penang | Malaysia |
| ⚡ | Winbond Electronics Corporation | Taiwan | Taiwan |
| ⚡ | Wingtech Technology Co., Ltd. | Guangdong, Yunnan, Zhejiang | China mainland |
| ⚡ | Wistron Corporation | Guangdong, Jiangsu | China mainland |
| | | Karnataka | India |

| CLEAN ENERGY PROGRAM SUPPLIER* | SUPPLIER NAME | PRIMARY LOCATIONS WHERE MANUFACTURING FOR APPLE OCCURS | |
|---|---|---|---|
| ⚡ | Yageo Corporation | Fujian, Guangdong, Jiangsu, Shanghai | China mainland |
| | | Mukakuning | Indonesia |
| | | Nuevo Leon, Tamaulipas | Mexico |
| | | Taiwan | Taiwan |
| | | Chachoengsao | Thailand |
| | | Dong Nai | Vietnam |
| ⚡ | Young Poong Corporation | Gyeonggi-Do | South Korea |
| | | Vinh Phuc | Vietnam |
| ⚡ | Zhejiang Tony Electronic Co., Ltd. | Zhejiang | China mainland |
| ⚡ | Zhen Ding Technology Holding Limited | Guangdong, Hebei, Jiangsu | China mainland |
| | | Tamil Nadu | India |
| ⚡ | Zhenghe Group | Guangdong | China mainland |
| ⚡ | Zhuhai CosMX Battery Co., Ltd. | Chongqing, Guangdong | China mainland |

© 2024 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries.
Other product and company names mentioned herein may be trademarks of their respective companies. This list reflects suppliers as of the end of fiscal year 2023.
In addition to manufacturing facilities, this list may also contain sites that support manufacturing operations.