# EXHIBIT D

PageVault

| | |
|---|---|
| Document title: | List of Apple Inc. suppliers - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/List_of_Apple_Inc._suppliers |
| Page loaded at (UTC): | Mon, 31 Aug 2026 15:44:30 GMT |
| Capture timestamp (UTC): | Mon, 31 Aug 2026 15:44:34 GMT |
| Capture tool: | 11.3.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.3.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 9 |
| Capture ID: | eQWvSZcoCHS8pQdezyaExo |
| Display Name: | QE |

Wikipedia
25 years of the free encyclopedia
Search Wikipedia Search
Donate Create account Log in

# List of Apple Inc. suppliers

Add languages
Article Talk Read Edit View history

Contents hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References

Appearance hide
Text
Small
Standard
Large
Width
Standard
Wide
Color
Automatic
Light
Dark

From Wikipedia, the free encyclopedia

*This article contains dynamic lists that may never be able to satisfy particular standards for completeness. You can help by editing the page to add missing items, with references to reliable sources.*


iPhone assembly line in India

Apple is an American technology company with a global supply chain. Until 2003, Apple's own factories in the United States, Singapore, and Ireland were involved in assembly.[1]:119 Although initially an advocate for production at these facilities, CEO Steve Jobs stated in 2005 that it "didn't work."[1]:159

In 1985, Apple reduced its parts suppliers from 1,500 to 250 and closed down plants in Texas, Ireland, and California.[2]:182–190 In the mid-1980s, the LaserWriter was the first branded product designed by Apple to be manufactured by a third-party (Canon).[1]:39–40 After in-house issues with the Macintosh Portable, PowerBook engineering and manufacturing was outsourced to Sony.[1]:41–42[2]:255 In 1994, Apple began interviewing manufacturers in Taiwan due to unfavorable economic conditions in Japan. Production for the Newton was shifted from Sharp to Inventec.[1]:43 South Korean firms, including Samsung and LG, worked closely with Apple as parts partners for the iMac, iPod, and iPhone before it increased its reliance on Taiwan and China.[1]:74–232 Taiwanese Apple suppliers such as Foxconn, Wistron, Pegatron, and Quanta established a sizable manufacturing presence in China. By 2019, Apple had more suppliers on their top 200 list from China than the United States.[3] By the 2020s, orders were shifting to Chinese firms such as to Luxshare, BYD Electronic, Goertek, and Wingtech. By 2021, Apple's supplier list had more companies from China than Taiwan.[1]:337[4][5] But due to tariffs, labor costs, and the 2022 Shanghai lockdown, Apple and its suppliers diversified production "away from China to India,[6][7] Mexico, the United States,[8][9] and Vietnam."[10][11][1]:373

Apple has exercised control over its suppliers (and related costs) by purchasing materials on their behalf, buying machinery for their facilities, and training their workforces.[1]:277–280 Apple has also threatened to penalize suppliers millions of dollars per leak to enforce confidentiality. Some supplier executives have opted for vague phrasing when discussing their relationship with Apple in public.[12]

Apple released a list of its major suppliers for the first time in 2012.[13][14][15] The list has generally been released in yearly intervals since.[4][5][16] The following tables list suppliers and information about their operations related to Apple products.

## Final assembly [ edit ]

| Company | Product | Reference [hide] |
|---|---|---|
| BYD | iPad | [17] |
| Compal | Apple Watch | [18] |
| | iPad | [19] |
| Foxconn | AirPods | [20] |
| | iPad | [21] |
| | iPhone | [22] |
| | MacBook | [21] |
| Goertek | AirPods | [23] |
| | Apple Watch | [19] |
| | HomePod | [18] |
| Inventec | Apple Watch | [24] |
| | HomePod | [25] |
| Luxshare | AirPods | [18] |
| | iPhone | [26] |

Contents hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References

| | | |
|---|---|---|
| | HomePod | [18] |
| Inventec | Apple Watch | [24] |
| | HomePod | [25] |
| Luxshare | AirPods | [18] |
| | iPhone | [26] |
| | Vision Pro | |
| Pegatron | iPad | [27] |
| | iPhone | |
| Quanta | Apple Watch | [28] |
| Tata Electronics | iPhone | [29] |

Appearance hide

Text
Small
Standard
Large

Width
Standard
Wide

Color
Automatic
Light
Dark

## Components [ edit ]

| Company | Component type | Reference [hide] |
|---|---|---|
| Advanced Semiconductor Engineering | chip | [30] |
| Amkor Technology | Apple silicon packaging | [31] |
| Baotou Inst Magnetic New Materials | rare-earth magnets | [32] |
| MinebeaMitsumi | LCD backlight | [33] |
| Qorvo | radio-frequency chips | [34] |
| TPK Holding Company | touch module | [35] |

### Product lines [ edit ]

#### Apple Watch [ edit ]

| Company | Component type | Reference [hide] |
|---|---|---|
| AAC Technologies | acoustic and haptic | [36] |
| Broadcom | radio-frequency chips | [37] |
| LG Display | panels | [38] |
| Luen Fung Group | casings | [39] |
| Nidec | motor | [40] |

#### iPad [ edit ]

| Company | Component type | Reference [hide] |
|---|---|---|
| AAC Acoustic Technologies | acoustic and haptic | [36] |
| Broadcom | radio-frequency chips | [37] |
| Coherent Corporation | VCSEL lasers | [41][42] |
| InnoLux | touch-screen | [43] |
| LG Display Company | OLED panels | [44] |
| SK Hynix | memory chips | [45] |
| TSMC | Apple silicon chips | [1]:382 |

#### iPhone [ edit ]

*See also: iPhone hardware*

| Company | Component type | Reference [hide] |
|---|---|---|
| AAC Acoustic Technologie | acoustic and haptic | [36] |
| BOE Technology | OLED display | [46] |
| Broadcom | radio-frequency chips | [37] |
| Catcher Technology | metal casings | [47] |
| Coherent Corporation | VCSEL lasers | [41][42] |
| Corning | glass | [48] |

Contents hide


(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References


| | | |
|---|---|---|
| AAC Acoustic Technologie | acoustic and haptic | [illegible] |
| BOE Technology | OLED display | [illegible] |
| Broadcom | radio-frequency chips | [37] |
| Catcher Technology | metal casings | [47] |
| Coherent Corporation | VCSEL lasers | [41][42] |
| Corning | glass | [48] |
| Hi-P International | SIM card tray | [49] |
| | volume-control buttons | |
| Jabil | aluminum housing | [50] |
| Lens Technology | glass | [51] |
| LG Display | OLED panel | [44][52] |
| LG Innotek | camera modules | [53] |
| Lumentum | lasers | [54] |
| Murata Manufacturing | foldable circuits | [55] |
| Nitto Denko | optical films | [56] |
| NXP Semiconductors | NFC chips | [57] |
| Qualcomm | 5G modems | [58] |
| Renesas Electronics | liquid crystal display chips | [59] |
| Samsung Display | OLED panels | [60][52] |
| Sharp | screens | [61] |
| Simplo Technology | batteries | [62] |
| SK hynix | memory chips | [45] |
| Skyworks Solutions | chips | [63] |
| Solway | plastic | [64] |
| Sony | image sensor | [65][66] |
| Sunny Optical Technology | camera lenses | [67] |
| TDK | batteries | [68] |
| TPK Holdings | displays | [69] |
| Taiwan Semiconductor Manufacturing Company | Apple Silicon chips | [1]:382 |
| Young Poong Group | RFPCB | [70] |

### Mac [ edit ]

| Company | Component type | Reference [hide] |
|---|---|---|
| Everwin Precision | Macbook chassis | [71] |
| Taiwan Semiconductor Manufacturing | Apple Silicon chips | [1]:382 |

### Vision Pro [ edit ]

Suppliers of the Vision Pro have included Shenzhen Desay Battery Technology, Shenzhen Everwin Precision Technology, Lingyi iTech, Largan Precision, Genius Electronic Optical, GIS-KY, TSMC, Samsung Electronics, LG Electronics, and Sony Corp.[71] SK Hynix was reportedly selected as the Vision Pro's DRAM supplier in 2023.[72]

| Company | Component type | Reference [hide] |
|---|---|---|
| Shenzhen Zhaowei Machinery | electric focus drive system | [71] |

## Accessories [ edit ]

| Company | Component type | Reference [hide] |
|---|---|---|
| Cheng Uei Precision Industry Company (Foxlink) | cables | [73] |
| Cosmosupplylab | iPad smart cover | [74] |
| Delta Electronics | adapters | [75] |
| | chargers | |

Appearance hide

Text

Small

Standard

Large

Width

Standard

Wide

Color

Automatic

Light

Dark

Contents hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References

| Company | Component type | Reference [hide] |
|---|---|---|
| Cheng Uei Precision Industry Company (Foxlink) | cables | [73] |
| Cosmosupplylab | iPad smart cover | [74] |
| Delta Electronics | adapters | [75] |
| | chargers | |
| Knowles Corporation | microphones | [76] |

## Discontinued supplier relationships [ edit ]

| Company | Product | Role | Reference [hide] |
|---|---|---|---|
| OFILM | iPhone | camera modules | [77][78] |
| Imagination Technologies | iPhone | graphics processing unit | [79] |
| | iPad | | |
| Intel | Mac | processors | [80] |
| Japan Display | Apple Watch | panels | [81] |
| Japan Display | iPhone | display | [82] |
| Samsung | iPhone | chip | [1]:230–231 |
| Wingtech | Mac Mini | manufacturing | [1]:337[83] |
| | Macbook | | |

### Discontinued product lines [ edit ]

| Company | Product | Role | Reference [hide] |
|---|---|---|---|
| Asustek | iPod | manufacturing | [84] |
| Canon | LaserWriter | manufacturing | [1]:39–40 |
| Chinon Industries | Quicktake | manufacturing | [2]:269 |
| Fujifilm | | | |
| Flex | Mac Pro | manufacturing | [85] |
| Foxconn | iPod | manufacturing | [84] |
| Inventec | iPod | manufacturing | [86] |
| Inventec | Newton | manufacturing | [1]:43 |
| LG | iMac | manufacturing | [1]:74–108 |
| LG Display | iPod | panel | [87] |
| Pegatron | iPod Shuffle | manufacturing | [1]:167 |
| PortalPlayer | iPod | chips | [88] |
| Quanta | iMac G4 | manufacturing | [1]:144 |
| | iPod Video | manufacturing | [1]:167 |
| Samsung | iPod | chips | [1]:230–231 |
| | iPod | flash memory | |
| | iPod | displays | |
| | iPod | processors | |
| Sharp | Newton | manufacturing | [1]:43 |
| Sony | iBook | batteries | [89] |
| | Powerbook | batteries | |
| | Powerbook | manufacturing | [1]:41–42[2]:255 |
| Synaptics | iPod | scrolling wheel | [90] |

## See also [ edit ]

- Criticism of Apple Inc.#Contract manufacturers

Appearance hide

Text
- Small
- Standard
- Large

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

| | | | |
|---|---|---|---|
| | Powerbook | manufacturing | [1]:41–42[2]:255 |
| Synaptics | iPod | scrolling wheel | [90] |


Contents hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References


Appearance hide

Text
Small
Standard
Large

Width
Standard
Wide

Color
Automatic
Light
Dark

## See also [ edit ]

- Criticism of Apple Inc.#Contract manufacturers

## External links [ edit ]

- Supply Chain Innovation Reports
  - FY23 Supplier list
  - FY22 Supplier list (PDF)
  - FY20 Supplier list (PDF)

## References [ edit ]


1. ^ a b c d e f g h i j k l m n o p q r s t u v w McGee, Patrick (13 May 2025). *Apple in China: The Capture of the World's Greatest Company*. Simon & Schuster. ISBN 978-1-6680-5339-3.
2. ^ a b c d Pogue, David (2026). *Apple: The First 50 Years* (1st ed.). New York: Simon & Schuster. ISBN 978-1-9821-3465-5.
3. ^ "Apple's Chinese suppliers overtake US for first time". *Nikkei Asia*. Retrieved 2026-04-17.
4. ^ a b "Apple uses more suppliers from China than Taiwan for first time, data shows". *The Guardian*. 2021-06-03. ISSN 0261-3077. Retrieved 2026-03-18.
5. ^ a b "China ousts Taiwan as Apple's biggest source of suppliers". *Nikkei Asia*. Retrieved 2026-04-17.
6. ^ Christopher, Nilesh (2023-05-12). "Apple's top suppliers are on a hiring spree in India". *Rest of World*. Retrieved 2026-04-20.
7. ^ "Apple contract manufacturers need more parts suppliers to move to India". *South China Morning Post*. 2022-12-27. Retrieved 2026-04-20.
8. ^ Lee, Wen-Yee (January 23, 2026). "Apple supplier Pegatron expects US plant to be completed by end-March". *Reuters*. Retrieved 20 April 2026.
9. ^ Jie, Yang (2022-10-04). "Apple Suppliers Add Manufacturing Sites in U.S., With Focus on California". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-04-20.
10. ^ "Vietnam to make Apple Watch and MacBook for first time ever". *Nikkei Asia*. Retrieved 2026-04-20.
11. ^ Le, Lam (2023-09-05). "Apple suppliers are scrambling to fill over 40,000 jobs in Vietnam". *Rest of World*. Retrieved 2026-04-20.
12. ^ Leswing, Kif (2021-01-14). "Doing business with Apple means you probably can't tell anyone about it, as Hyundai learned". *CNBC*. Retrieved 2026-04-16.
13. ^ "Factbox - Apple's supplier list contains few surprises". *Reuters*. 13 January 2012. Retrieved 19 March 2026.
14. ^ "Apple reveals supply chain, details conditions". *Reuters*. January 13, 2012. Retrieved 17 April 2026.
15. ^ Wingfield, Nick; Duhigg, Charles (2012-01-13). "Apple Lists Its Suppliers for 1st Time". *The New York Times*. ISSN 0362-4331. Retrieved 2026-03-25.
16. ^ "Apple's iPhone Supply Chain Splinters Under US-China Tensions". *Bloomberg*. Aug 27, 2023. Retrieved 20 April 2026.
17. ^ Jie, Yang (2024-12-02). "Building Apple Products Has Become a Side Hustle for China's Biggest EV Maker". *The Wall Street Journal*. Retrieved 2026-03-19.
18. ^ a b c Butts, Dylan (2025-09-22). "Apple-supplier Luxshare shares pop 10% on report of OpenAI hardware deal". *CNBC*. Retrieved 2026-03-26.
19. ^ a b "Apple's supply chain evolves as China faces competition from Southeast Asia". *South China Morning Post*. 2023-06-12. Retrieved 2026-03-19.
20. ^ "Apple supplier Foxconn wins AirPod order, plans $200 million factory in India, sources say". *CNBC*. 2023-03-16. Retrieved 2026-03-26.
21. ^ a b "Exclusive: Foxconn to shift some Apple production to Vietnam to minimise China risk". *Reuters*. 26 November 2020. Retrieved 26 March 2026.
22. ^ "Foxconn invests in India as Apple moves iPhone production from China". *South China Morning Post*. 2025-05-20. Retrieved 2026-03-24.
23. ^ "Goertek to open Vietnam factory as part of Apple's supply chain diversification". *South China Morning Post*. 2024-01-16. Retrieved 2026-03-24.
24. ^ "Inventec to expand AirPods production with an eye on rival Luxshare". *Nikkei Asia*. Retrieved 2026-03-10.
25. ^ Austin, Patrick Lucas (2018-04-12). "Looks Like Nobody Wants to Buy Apple's HomePod". *Gizmodo*. Retrieved 2026-03-26.
26. ^ Jie, Yang (2025-04-09). "Apple Supplier Luxshare to Maintain Vietnam Production Hub to Support U.S. Market". *The Wall Street Journal*. Retrieved 2026-03-24.
27. ^ Gao, Michelle (2020-11-09). "Apple suspends iPhone assembler Pegatron over labor violations in China". *CNBC*. Retrieved 2026-03-24.
28. ^ Carman, Ashley (2018-10-29). "Apple is investigating a report that illegal student labor was used to build

Contents hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References

Appearance hide

Text
Small
Standard
Large

Width
Standard
Wide

Color
Automatic
Light
Dark

25. ^ Austin, Patrick Lucas (2018-04-12). "Looks Like Nobody Wants to Buy Apple's HomePod". *Gizmodo*. Retrieved 2026-03-26.
26. ^ Jie, Yang (2025-04-09). "Apple Supplier Luxshare to Maintain Vietnam Production Hub to Support U.S. Market". *The Wall Street Journal*. Retrieved 2026-03-24.
27. ^ Gao, Michelle (2020-11-09). "Apple suspends iPhone assembler Pegatron over labor violations in China". *CNBC*. Retrieved 2026-03-24.
28. ^ Carman, Ashley (2018-10-29). "Apple is investigating a report that illegal student labor was used to build Apple Watches". *The Verge*. Retrieved 2026-03-25.
29. ^ Bao, Anniek (2025-10-14). "Tata Group company acquires Chinese iPhone supplier Justech's India unit for about $100 million, sources say". *CNBC*. Retrieved 2026-03-25.
30. ^ "Apple chip supplier ASE vows to grow as 'big keep getting bigger' ". *Nikkei Asia*. Retrieved 2026-03-27.
31. ^ "Apple to invest another $100 billion into the US to avoid tariffs". *Engadget*. 2025-08-06. Retrieved 2026-03-27.
32. ^ Emont, Rolfe Winkler and Jon (2025-07-15). "Apple Commits $500 Million for Rare-Earth Magnets From U.S. Supplier". *The Wall Street Journal*. Retrieved 2026-03-27.
33. ^ Nakamura, Yuji; Sagiike, Hideki (February 18, 2018). "Apple Supplier Doubled Stock on Instagram Shots, Switch Console". *Bloomberg*.
34. ^ "Apple suppliers Skyworks, Qorvo agree to create $22 billion radio-chip giant". *Reuters*. 28 October 2025. Retrieved 30 March 2026.
35. ^ "Apple touch module supplier joins up with Chinese rival O-film". *Nikkei Asia*. Retrieved 2026-03-30.
36. ^ a b c Jiang, Sijia (22 August 2018). "Apple supplier AAC Tech posts first profit drop in four years on weak phone market". *Reuters*. Retrieved 19 March 2026.
37. ^ a b c "Apple, Broadcom strike chip-supply deals worth U$15 billion". *South China Morning Post*. 2020-01-24. Retrieved 2026-03-26.
38. ^ He-rim, Jo (2023-01-12). "Apple's move to ditch Korean displays met with skepticism". *The Korea Herald* (in Korean). Retrieved 2026-03-24.
39. ^ "Taiwan, Hong Kong companies get in on the Apple Watch economy". *Nikkei Asia*. Retrieved 2026-03-24.
40. ^ Martin, Alexander (2015-04-30). "Apple Watch Motor Maker Nidec in the Spotlight". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-03-24.
41. ^ a b "Apple increases U.S. commitment to $600 billion, announces ambitious program". *Apple Newsroom*. Retrieved 2026-03-30.
42. ^ a b Sigalos, MacKenzie (2026-03-26). "Apple expands American manufacturing program with four new partners". *CNBC*. Retrieved 2026-04-17.
43. ^ "Apple adds touch-screen manufacturer to alleviate iPad 2 supply issues". *CNET*. Retrieved 2026-03-26.
44. ^ a b Lee, Joyce; Yang, Heekyong (25 July 2024). "LG Display shrinks quarterly loss on Apple, Olympics demand". *Reuters*. Retrieved 24 March 2026.
45. ^ a b "SK Hynix profits from Samsung-Apple spat". *The Korea Herald*. 2012-11-21. Retrieved 2026-03-25.
46. ^ "China's BOE capable of producing up to 100 million iPhone OLED panels per year: Report". *koreajoongangdaily.joins.com*. 2025-06-27. Retrieved 2026-03-19.
47. ^ "Taiwan-based Apple supplier Catcher to sell two divisions to China's Lens for $1.4 billion". *Reuters*. 18 August 2020. Retrieved 27 March 2026.
48. ^ Coleman, Julie (2025-09-12). "Tim Cook explains why Apple is investing heavily in Corning's glass factory". *CNBC*. Retrieved 2026-03-19.
49. ^ "How a 77-Year-Old Singapore CEO Fixed a S$100 Million Blunder". *Bloomberg.com*. Archived from the original on 2019-12-21. Retrieved 2026-03-24.
50. ^ Geman, Ben (2017-06-07). "Apple's next move on green energy". *Axios*. Retrieved 2026-03-24.
51. ^ "Apple supplier Lens Tech leads city's new IPO filings with US$608 million deal". *South China Morning Post*. 2025-06-30. Retrieved 2026-03-30.
52. ^ a b Ye-eun, Jie (2025-07-25). "Samsung, LG tighten grip on high-end OLED market with iPhone 17 supply". *The Korea Herald*. Retrieved 2026-05-01.
53. ^ "LG Innotek plans to expand business with composite modules". *koreajoongangdaily.joins.com*. 2026-03-23. Retrieved 2026-03-24.
54. ^ Feiner, Lauren (2018-11-12). "Apple slides after one of its facial recognition suppliers cut its outlook, hinting at weak iPhone orders". *CNBC*. Retrieved 2026-03-24.
55. ^ "IPhone supplier Murata boosting output of foldable circuits". *The Japan Times*. 2017-12-21. Retrieved 2026-03-30.
56. ^ "Japanese smartphone supplier turns focus to cars". *Financial Times*. 23 August 2015. Retrieved 24 March 2026.
57. ^ "Apple working with NXP for pay-by-touch technology in new iPhone: FT". *Reuters*. 29 August 2014. Retrieved 30 March 2026.
58. ^ Leswing, Kif (2023-09-11). "Qualcomm says it will supply Apple with 5G modems for iPhones through 2026". *CNBC*. Retrieved 2026-03-24.
59. ^ "Apple in talks to buy Renesas stake in chip design unit". *Reuters*. 1 April 2014. Retrieved 25 March 2026.
60. ^ Yamazaki, Makiko; Shida, Yoshiyasu (April 3, 2019). "Exclusive: Japan Display to supply OLED screens for Apple Watch - sources". *Reuters*. Retrieved 1 May 2026.
61. ^ Dou, Eva (2016-03-31). "Behind the Sharp Deal, Apple-Samsung Rivalry Looms". *Wall Street Journal*.

Retrieved 30 March 2026.

Contents hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
References

58. ^ Leswing, Kif (2023-09-11). "Qualcomm says it will supply Apple with 5G modems for iPhones through 2026". *CNBC*. Retrieved 2026-03-24.
59. ^ "Apple in talks to buy Renesas stake in chip design unit". *Reuters*. 1 April 2014. Retrieved 25 March 2026.
60. ^ Yamazaki, Makiko; Shida, Yoshiyasu (April 3, 2019). "Exclusive: Japan Display to supply OLED screens for Apple Watch - sources". *Reuters*. Retrieved 1 May 2026.
61. ^ Dou, Eva (2016-03-31). "Behind the Sharp Deal, Apple-Samsung Rivalry Looms". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-03-25.
62. ^ "Apple's iPhone batteries come from dominant Taiwan maker". *Nikkei Asia*. Retrieved 2026-03-25.
63. ^ "Apple supplier Skyworks stock plummets as iPhone maker turns to competitor". *Yahoo Finance*. Archived from the original on 2025-07-27. Retrieved 2026-03-25.
64. ^ "Solvay Said to Win IPhone 6 Contract to Supply Plastic". *Bloomberg*. 14 October 2014. Retrieved 25 March 2026.
65. ^ "Sony to supply Apple with advanced image sensor for next iPhone". *Nikkei Asia*. Retrieved 2026-03-25.
66. ^ "Apple is reportedly working with Samsung to build iPhone image sensors in Texas". *Engadget*. 2025-08-07. Retrieved 2026-04-17.
67. ^ "Sunny Optical: Latest News and Updates". *South China Morning Post*. 2026-01-11. Retrieved 2026-03-25.
68. ^ Furukawa, Yuki; Mochizuki, Takashi (5 January 2025). "IPhone Supplier TDK Rolls Out New Batteries to Keep Pace With AI". *Bloomberg*. Retrieved 25 March 2026.
69. ^ Mochizuki, Takashi (2019-04-12). "Japanese Supplier to Apple Gets a Lifeline From Taiwan-Led Investor Group". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-03-25.
70. ^ 이지윤 (2017-07-14). "Why Apple's investing in PCB equipment". *THE INVESTOR*. Retrieved 2026-03-25.
71. ^ a b c "Apple taps Chinese contract manufacturer Luxshare, six other mainland suppliers in production of Vision Pro mixed-reality headset". *South China Morning Post*. 14 June 2023. Retrieved 19 March 2026.
72. ^ He-rim, Jo (2023-07-11). "SK hynix becomes sole Dram supplier for Apple's Vision Pro headset". *The Korea Herald*. Retrieved 2026-04-29.
73. ^ "Apple Cable Supplier to Start Mass Production in India Soon". *Bloomberg*. 24 October 2020. Retrieved 19 March 2026.
74. ^ Kelly, Heather (2012-09-18). "Timing is everything for iPhone 5 accessory makers | CNN Business". *CNN*. Retrieved 2026-03-19.
75. ^ "Apple supplier Delta to buy Thai partner as tariffs hit China". *Nikkei Asia*. Retrieved 2026-03-30.
76. ^ "Distressed audio-chip maker Audience sells itself to Knowles". *Reuters*. 30 April 2015. Retrieved 30 March 2026.
77. ^ "Apple supplier OFilm tells investors it lost 'particular overseas client' ". *Reuters*. March 16, 2021.
78. ^ "How supply chain politics could mean misery for thousands of Chinese workers". *South China Morning Post*. 2021-06-26. Retrieved 2026-05-01.
79. ^ Webb, Alex; King, Ian (April 19, 2017). "The Life of an Apple Supplier Is Getting Even Tougher". *Bloomberg*. Archived from the original on April 19, 2017.
80. ^ Tarasov, Katie (2023-12-01). "Inside Apple's chip lab, home to the most 'profound change' at the company in decades". *CNBC*. Retrieved 2026-05-01.
81. ^ "Japan Display to sell panel production equipment amid restructuring". *Nikkei Asia*. Retrieved 2026-04-15.
82. ^ "Japan no longer iPhone display supplier as Apple ends LCD use". *Nikkei Asia*. Retrieved 2026-03-24.
83. ^ Li, Lauly (Jan 2, 2025). "China's Wingtech abandons Apple ambitions after U.S. blacklisting". *Nikkei Asia*. Retrieved 2026-05-01.
84. ^ a b Varian, Hal R. (2007-06-28). "Who really makes the iPod?". *The New York Times*. ISSN 0362-4331. Retrieved 2026-03-26.
85. ^ Nicas, Jack (2019-11-21). "No, That Mac Factory in Texas Is Not New". *The New York Times*. ISSN 0362-4331. Retrieved 2026-03-23.
86. ^ "Inventec Appliances execs fail to disclose iPod order cuts, could face prison". *Engadget*. 2007-08-18. Retrieved 2026-03-10.
87. ^ "LG to supply panels for use in Apple iPod". *koreajoongangdaily.joins.com*. 2008-07-10. Retrieved 2026-03-26.
88. ^ Fuscaldo, Donna (2006-11-07). "Nvidia to Acquire IPod Chip Maker PortalPlayer Inc. - WSJ". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-03-26.
89. ^ "Apple Recalls 1.8 Million Laptop Batteries". *ABC News*. Retrieved 2026-04-06.
90. ^ "Synaptics CEO hopes to take bite of Apple by buying iPhone supplier". *Reuters*. 11 June 2014. Retrieved 30 March 2026.

Appearance hide

Text
Small
Standard
Large

Width
Standard
Wide

Color
Automatic
Light
Dark

V • T • E **Apple Inc. suppliers** [show]

Category: Apple Inc. lists

This page was last edited on 26 August 2026, at 15:24 (UTC). Page was rendered with Parsoid

**Contents** hide

(Top)
Final assembly
Components
Product lines
Apple Watch
iPad
iPhone
Mac
Vision Pro
Accessories
Discontinued supplier relationships
Discontinued product lines
See also
External links
**References**

62. ^ "Apple's iPhone batteries come from dominant Taiwan maker". *Nikkei Asia*. Retrieved 2026-03-25.
63. ^ "Apple supplier Skyworks stock plummets as iPhone maker turns to competitor". *Yahoo Finance*. Archived from the original on 2025-07-27. Retrieved 2026-03-25.
64. ^ "Solvay Said to Win IPhone 6 Contract to Supply Plastic". *Bloomberg*. 14 October 2014. Retrieved 25 March 2026.
65. ^ "Sony to supply Apple with advanced image sensor for next iPhone". *Nikkei Asia*. Retrieved 2026-03-25.
66. ^ "Apple is reportedly working with Samsung to build iPhone image sensors in Texas". *Engadget*. 2025-08-07. Retrieved 2026-04-17.
67. ^ "Sunny Optical: Latest News and Updates". *South China Morning Post*. 2026-01-11. Retrieved 2026-03-25.
68. ^ Furukawa, Yuki; Mochizuki, Takashi (5 January 2025). "IPhone Supplier TDK Rolls Out New Batteries to Keep Pace With AI". *Bloomberg*. Retrieved 25 March 2026.
69. ^ Mochizuki, Takashi (2019-04-12). "Japanese Supplier to Apple Gets a Lifeline From Taiwan-Led Investor Group". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-03-25.
70. ^ 이지윤 (2017-07-14). "Why Apple's investing in PCB equipment". *THE INVESTOR*. Retrieved 2026-03-25.
71. ^ *a b c* "Apple taps Chinese contract manufacturer Luxshare, six other mainland suppliers in production of Vision Pro mixed-reality headset". *South China Morning Post*. 14 June 2023. Retrieved 19 March 2026.
72. ^ He-rim, Jo (2023-07-11). "SK hynix becomes sole Dram supplier for Apple's Vision Pro headset". *The Korea Herald*. Retrieved 2026-04-29.
73. ^ "Apple Cable Supplier to Start Mass Production in India Soon". *Bloomberg*. 24 October 2020. Retrieved 19 March 2026.
74. ^ Kelly, Heather (2012-09-18). "Timing is everything for iPhone 5 accessory makers | CNN Business". *CNN*. Retrieved 2026-03-19.
75. ^ "Apple supplier Delta to buy Thai partner as tariffs hit China". *Nikkei Asia*. Retrieved 2026-03-30.
76. ^ "Distressed audio-chip maker Audience sells itself to Knowles". *Reuters*. 30 April 2015. Retrieved 30 March 2026.
77. ^ "Apple supplier OFilm tells investors it lost 'particular overseas client' ". *Reuters*. March 16, 2021.
78. ^ "How supply chain politics could mean misery for thousands of Chinese workers". *South China Morning Post*. 2021-06-26. Retrieved 2026-05-01.
79. ^ Webb, Alex; King, Ian (April 19, 2017). "The Life of an Apple Supplier Is Getting Even Tougher". *Bloomberg*. Archived from the original on April 19, 2017.
80. ^ Tarasov, Katie (2023-12-01). "Inside Apple's chip lab, home to the most 'profound change' at the company in decades". *CNBC*. Retrieved 2026-05-01.
81. ^ "Japan Display to sell panel production equipment amid restructuring". *Nikkei Asia*. Retrieved 2026-04-15.
82. ^ "Japan no longer iPhone display supplier as Apple ends LCD use". *Nikkei Asia*. Retrieved 2026-03-24.
83. ^ Li, Lauly (Jan 2, 2025). "China's Wingtech abandons Apple ambitions after U.S. blacklisting". *Nikkei Asia*. Retrieved 2026-05-01.
84. ^ *a b* Varian, Hal R. (2007-06-28). "Who really makes the iPod?". *The New York Times*. ISSN 0362-4331. Retrieved 2026-03-26.
85. ^ Nicas, Jack (2019-11-21). "No, That Mac Factory in Texas Is Not New". *The New York Times*. ISSN 0362-4331. Retrieved 2026-03-23.
86. ^ "Inventec Appliances execs fail to disclose iPod order cuts, could face prison". *Engadget*. 2007-08-18. Retrieved 2026-03-10.
87. ^ "LG to supply panels for use in Apple iPod". *koreajoongangdaily.joins.com*. 2008-07-10. Retrieved 2026-03-26.
88. ^ Fuscaldo, Donna (2006-11-07). "Nvidia to Acquire IPod Chip Maker PortalPlayer Inc. - WSJ". *Wall Street Journal*. ISSN 0099-9660. Retrieved 2026-03-26.
89. ^ "Apple Recalls 1.8 Million Laptop Batteries". *ABC News*. Retrieved 2026-04-06.
90. ^ "Synaptics CEO hopes to take bite of Apple by buying iPhone supplier". *Reuters*. 11 June 2014. Retrieved 30 March 2026.

v • t • e **Apple Inc. suppliers** [show]

Category: Apple Inc. lists

**Appearance** hide

Text
Small
Standard
Large

Width
Standard
Wide

Color
Automatic
Light
Dark

This page was last edited on 26 August 2026, at 15:24 (UTC). Page was rendered with Parsoid.

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement Mobile view