# EXHIBIT E

PageVault

| | |
|---|---|
| Document title: | Apple has a chance to make foldable phones cool |
| Capture URL: | https://www.morningbrew.com/stories/2025/09/14/apple-samsung-foldable-phones |
| Page loaded at (UTC): | Mon, 31 Aug 2026 15:46:33 GMT |
| Capture timestamp (UTC): | Mon, 31 Aug 2026 15:46:38 GMT |
| Capture tool: | 11.3.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.3.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 4 |
| Capture ID: | iG6xw9fDynRrZcGEZVhz2w |
| Display Name: | QE |

TECH

# Apple has a chance to make foldable phones cool

The iPhone-maker is rumored to be developing its first bendable cellular device.




*Jung Yeon-je/AFP via Getty Images*

By Molly Liebergall

SEPTEMBER 14, 2025 • LESS THAN 3 MIN READ

TOPICS: Tech / Emerging Tech / Wearables

The flip-phone smartphone could soon shed its reputation as the toe shoe of cellular devices, especially now that Apple is getting involved. The iPhone-maker is widely reported to be releasing its first foldable phone next year, capitalizing on a niche trend right as it's gaining momentum.

Similar to the Galaxy phones you always see advertised but rarely encounter IRL, Apple's foldable iPhone (code-named V68) will open like a book, transforming from a phone to a small tablet, according to Bloomberg's Mark Gurman. Since The Information broke the news about Apple's origami foray last year, multiple analysts have predicted that it'll launch in September 2026 for ~$2,000.

**Androids greased the wheels.** Apple's foldable would come seven years after Samsung's and Motorola's respective first attempts, and three years after Google's. Foldables—which now represent 1% to 2% of the smartphone market—have made major strides since the early, clunky days:

**Android greased the wheels:** Apple's foldable would come seven years after Samsung's and Motorola's respective first attempts, and three years after Google's. Foldables—which now represent 1% to 2% of the smartphone market—have made major strides since the early, clunky days:

- Samsung's new Z Fold 7 (pictured above) launched this year to the best types of reviews a foldable can ask for—it reportedly feels just like a regular smartphone, but with more screen.
- A fast-growing Chinese smartphone manufacturer, Honor, just released the world's thinnest book-style smartphone—it's 0.1mm slimmer than the Z Fold 7.

**Sign of the times:** First-week sales for Honor's Magic V5 in Western Europe and the UK roughly doubled that of its previous iteration, the company said, suggesting that the world may finally be warming up to foldables.

**Where there's opportunity, there's Apple:** The iPhone-maker isn't afraid to be a follower. It pulled the rug out from Pebble, Garmin, Fitbit, and Samsung and ended up leading the global smartwatch market with a 20% share. But the wait-and-release tactic doesn't always work—Apple reportedly slashed production of its Vision Pro headset after realizing barely anybody wanted a wildly more expensive version of the Meta Quest.—*ML*

COPY

## Become smarter in just 5 minutes

Morning Brew delivers quick and insightful updates about the business world every day of the week from Wall St. to Silicon Valley.

Email Subscribe

By subscribing, you accept our Terms & Privacy Policy.

## You might also like...



TECH

A new way to keep tabs on your aging




SPORTS



US ECONOMY

All eyes on the new Fed Chair's first

## Become smarter in just 5 minutes

Morning Brew delivers quick and insightful updates about the business world every day of the week from Wall St. to Silicon Valley.

Email | Subscribe

By subscribing, you accept our Terms & Privacy Policy.

## You might also like...



TECH

**A new way to keep tabs on your aging parents**




SPORTS

**The effort to take American football global**



US ECONOMY

**All eyes on the new Fed Chair's first rodeo**

## Become smarter in just 5 minutes

Morning Brew delivers quick and insightful updates about the business world every day of the week from Wall St. to Silicon Valley.

Email

Subscribe

By subscribing, you accept our Terms & Privacy Policy.



© 2026 Morning Brew Inc.
All Rights Reserved.



Document title: Apple has a chance to make foldable phones cool
Capture URL: https://www.morningbrew.com/stories/2025/09/14/apple-samsung-foldable-phones
Capture timestamp (UTC): Mon, 31 Aug 2026 15:46:38 GMT