# EXHIBIT F

PageVault

| | |
|---|---|
| Document title: | Apple iPhone 18 and iPhone Ultra Leak Details \| Hypebeast |
| Capture URL: | https://hypebeast.com/2026/8/apple-iphone-18-iphone-ultra-leak-from-macos-tahoe |
| Page loaded at (UTC): | Mon, 31 Aug 2026 16:00:42 GMT |
| Capture timestamp (UTC): | Mon, 31 Aug 2026 16:00:46 GMT |
| Capture tool: | 11.3.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.3.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 5 |
| Capture ID: | etexjHUZX2xsSQf9wyZbEq |
| Display Name: | QE |

# Apple Leaks Unreleased Devices Weeks Ahead of Annual September Event

A release candidate oversight offers an unfiltered look at Apple's immediate ecosystem expansion across mobile, audio, and smart home hardware.

Tech & Gadgets

Aug 20, 2026

12.3K

0 Comments

Save

TEXT BY
Hypebeast Newsroom

SHARE THIS ARTICLE

Link
Share
Share
Share
More



Gary Hershorn/Getty Images

## Summary

Code references found in the macOS Tahoe 27.6 release candidate have revealed identifiers for over 10 upcoming Apple devices across the iPhone, Mac and smart home product lines.

The leak highlights the development of the iPhone 18 series, a foldable iPhone Ultra model, a new home hub running homeOS and camera-equipped AirPods designed for Visual Intelligence features.

Apple accidentally left the back door open in its latest software update. Code references buried inside the macOS Tahoe 27.6 release candidate have exposed identifiers for a massive slate of unreleased hardware. Discovered

Tech & Gadgets

Aug 20, 2026

12.3K

0 Comments

Save

TEXT BY
Hypebeast Newsroom

SHARE THIS ARTICLE

Link
Share
Share
Share
More

Apple accidentally left the back door open in its latest software update. Code references buried inside the macOS Tahoe 27.6 release candidate have exposed identifiers for a massive slate of unreleased hardware. Discovered by developers examining the code, the backend strings provide technical evidence for several highly anticipated gadgets nearing production. The software slip offers a rare, unfiltered look at the tech giant's immediate roadmap just weeks ahead of its traditional September hardware showcase.

The highly scrutinized iPhone 18 lineup leads the string of leaks. Identifiers point directly to a staggered release strategy encompassing the standard iPhone 18, iPhone 18 Pro and iPhone 18 Pro Max. Most notably, the code includes a V68 designation that aligns with the long-rumored iPhone Ultra. This device is widely expected to be the brand's first foldable smartphone. Internal markers also reference an iPhone Air 2 model that will likely arrive in a later product cycle.

Beyond mobile devices, the leak confirms major expansions to the brand's audio and living room ecosystems. A built-in demo video discovered within the files gives a first look at camera-equipped AirPods. The footage features Siri instructing users on how to capture and save real-world objects using Visual Intelligence sensors mounted in the earbud stems. Alongside the headphones, the code outlines a Home Hub smart display. Sporting the J490 codename, this seven-inch tabletop unit will reportedly run a new operating system called homeOS and feature a dashboard heavily inspired by the iPhone StandBy mode.

Rounding out the premature reveals are several core computing upgrades. The backend data flags an incoming OLED iPad mini equipped with an A19 Pro chip. Multiple Mac identifiers also appear, signaling the imminent arrival of M6 MacBook Pro configurations and refreshed iMac desktop computers. While internal placeholders frequently circulate in early beta builds, their inclusion in a final release candidate usually indicates that retail availability and official announcements are imminent.

Learn more

We got you covered. Don't miss out on the latest news by signing up for our newsletters.

Email Address | Subscribe

By subscribing, you agree to our Terms of Use and Privacy Policy.

APPLE | MACBOOK PRO | APPLE AIRPODS | APPLE IPHONE ULTRA | APPLE IPHONE 18

On a scale of 1-5, how familiar are you with Toyota's C-HR?

Not at all familiar — Extremely familiar

1 | 2 | 3 | 4 | 5

Next. (1/4)

Submitted data will be used in accordance with our Privacy Policy. If you do not want us to sell your personal data, do not

Spotlights



Inside Kirin Ichiban's Immersive Cultural Taste Experience
Presented by Kirin Ichiban



Alex Moss NY Delivers Custom Diamond-Encrusted Skull Chain for North West



How Toki Whisky Built The Ultimate Soccer Listening Lounge at the Hypebeast Cup Pop Up
Presented by Toki Suntory Whisky



Long Live Le FLEUR*

12.3K

0 Comments

Save

TEXT BY
Hypebeast Newsroom

SHARE THIS ARTICLE

Link
Share
Share
Share
More

Next. (1/4)

Submitted data will be used in accordance with our Privacy Policy. If you do not want us to sell your personal data, do not participate on the poll.

## Hypebeast Newsroom

Hypebeast Newsroom produces fast-turn news across fashion, footwear, art, design, and culture. Content is AI-assisted and reviewed by our editorial team before publishing. For corrections or inquiries, contact editorial@hypebeast.com.

## Spotlights




Inside Kirin Ichiban's Immersive Cultural Taste Experience
Presented by Kirin Ichiban



Alex Moss NY Delivers Custom Diamond-Encrusted Skull Chain for North West



How Toki Whisky Built The Ultimate Soccer Listening Lounge at the Hypebeast Cup Pop Up
Presented by Toki Suntory Whisky



Long Live Le FLEUR*

## Shop on HBX




Praying
Praying Logo Mens T-Shirt
Shop Now



Praying
Athletic Men's Shorts Blue
Shop Now



Praying
Nobody Cares Hoodie
Shop Now



Praying
Monk Hoodie
Shop Now

## 0 Comments

Popular

Be the first to comment. Login or sign up for a free account now and share your thoughts!




Learn more

Praying
Praying Logo Mens T-Shirt
Shop Now

Praying
Athletic Men's Shorts Blue
Shop Now

Praying
Nobody Cares Hoodie
Shop Now

Praying
Monk Hoodie
Shop Now

0 Comments

Popular

Be the first to comment. Login or sign up for a free account now and share your thoughts!



Alex Moss NY Delivers Custom Diamond-Encrusted Skull Chain for North West



How Toki Whisky Built The Ultimate Soccer Listening Lounge at the Hypebeast Cup Pop Up

Presented by Toki Suntory Whisky



Long Live Le FLEUR*

## What To Read Next

Tech & Gadgets

### Apple Announces September 9 Event to Reportedly Reveal the iPhone 18 Pro and Its First-Ever Foldable iPhone

The event marks new CEO John Ternus's first public appearance leading Apple after his September 1 transition.

2 Sources / Aug 27, 2026

2.3K 0



Learn more

Tech & Gadgets

### Apple Could Unveil the Camera-Equipped AirPods at September's iPhone 18 Pro Event

The camera-equipped AirPods surfaced in iOS 27 beta code under the internal codename B790.

3 Sources / Aug 9, 2026

3.9K 1

