# EXHIBIT G

PageVault

| | |
|---|---|
| Document title: | Project Bongo: An In-Depth Overview of the iPhone 15 Pro's Canceled Haptic Buttons - MacRumors |
| Capture URL: | https://www.macrumors.com/2023/09/20/iphone-15-haptic-button-overview/ |
| Page loaded at (UTC): | Mon, 31 Aug 2026 16:12:08 GMT |
| Capture timestamp (UTC): | Mon, 31 Aug 2026 16:12:13 GMT |
| Capture tool: | 11.3.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.3.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 6 |
| Capture ID: | pLBmvrtbqziUfmVCYhqBWq |
| Display Name: | QE |

# Project Bongo: An In-Depth Overview of the iPhone 15 Pro's Canceled Haptic Buttons

Wednesday September 20, 2023 12:31 pm PDT by Marko Zivkovic

With the introduction of the iPhone 15 Pro on September 12, Apple omitted one of the most innovative features and ambitious undertakings initially planned for the device – haptic volume and power buttons.




As the iPhone has evolved, Apple has periodically improved vibration technology. In 2011 with the iPhone 4S, Apple began using linear resonant actuators, which greatly reduced the amount of noise produced and significantly improved response times. In 2015, the Taptic Engine was introduced with the iPhone 6s, and Apple has used it in each iPhone iteration since then. The Taptic Engine is used for Haptic Touch, where users receive haptic feedback by long-pressing certain areas on their iPhone's display.

Project Bongo, as it was known internally, was effectively a redesign of the volume and power buttons on the iPhone 15, both in terms of function as well as appearance. As opposed to traditional mechanical buttons, haptic buttons do not move when pressed. Instead, they detect pressure and emulate the press of a physical button through the use of haptic engines which create vibrations – haptic feedback.

Here's the sequence of events that would happen when a haptic button was pressed on the iPhone 15:

Next Article



Tim Cook Comments on His Final Day as Apple CEO

- The flexure located underneath the button sensed the pressure applied to the button.
- The strain gauges detected the change in pressure, and converted it into a change in resistance which could then be measured.
- After this, a signal was sent to the main logic board indicating the button was pressed.
- The main logic board then sent power to the Bongo Haptic Engine.

- The flexure located underneath the button sensed the pressure applied to the button.
- The strain gauges detected the change in pressure, and converted it into a change in resistance which could then be measured.
- After this, a signal was sent to the main logic board indicating the button was pressed.
- The main logic board then sent power to the Bongo Haptic Engine.
- The Bongo Haptic Engine produced vibration by generating an electromagnetic field through the core and coil, which oscillated and moved towards and away from the attraction plate.
- Haptic feedback was then generated through vibrations, and a slight movement upwards towards the finger mimicked the sensation of a physical button being pressed down.

The assembly featured two strain gauges, one on each side of the button. Strain gauges detected changes in pressure and converted those into resistance changes within an electrical circuit. The change in resistance resulted in a change in voltage, which was able to be measured. The difference in potential between the two strain gauges was used to determine the position of the origin of the pressure (Volume Up or Volume Down).

For the Bongo project, Apple developed the "Bongo Haptic Engine," which is an electromagnetically driven reluctance motor. Reluctance motors are an advanced type of electromotor commonly used in microelectronics. Through the use of a reluctance motor, Apple was able to implement vibration speeds faster than that of a traditional vibration motor, while also offering a faster response times. The Bongo Haptic Engine was intended to provide more nuanced vibration feedback, as well as a better user experience.

The Bongo Haptic Engine consisted of a ferromagnetic core and a copper coil, which together formed a solenoid. The haptic engine created vibrations by oscillating relative to an attraction plate located directly underneath it. This generated the vibrations that constituted haptic feedback.

We previously showcased the exact design of the Bongo module and its associated flex cables back in April of 2023. This was the final design iteration before Apple abruptly canceled the project in favor of traditional physical buttons.




From its inception, Project Bongo was kept in development and tested throughout multiple development phases, eventually being canceled late in the EVT (Engineering Validation Test) stage due to unsatisfactory test results and high hardware failure rates. With the sudden cancelation of the Bongo project, the buttons for the iPhone 15 were redesigned during subsequent development stages – CRB and DVT. As a result, the final mass production units of the iPhone 15 Pro feature standard mechanical volume and power buttons rather than haptic buttons.

From a design perspective, the most obvious change the Bongo project sought to bring was the inclusion of a unified volume button as opposed to two separate buttons – volume up and volume down. The unified volume button may have been a nod to early iPhone designs, as every iPhone prior to the iPhone 4 featured a unified volume button.




Project Bongo also had its own dedicated firmware for two devices, iPhone 15 Pro and iPhone 15 Pro Max, and could be found in two variants – internal and customer. Code related to the Bongo project indicates that it would have had a deep sleep mode as well.

As far as future iPhones are concerned, there are indications Apple is working on a replacement for the Bongo project for the iPhone 16 lineup, with plans to add capacitive buttons. It is still early in the development cycle, though, and as we saw with the iPhone 15 lineup, things can change fairly far into the process.

For more information, check out our dedicated roundup page for the iPhone 15 Pro.

*Tags: Bongo, Haptic Buttons*

[ 76 comments ]

Get weekly top MacRumors stories in your inbox.

Email Address Subscribe

## Popular Stories




### New Apple Watch Series 12 and Apple Watch Ultra 4 Features Revealed

Sunday August 30, 2026 7:54 am PDT by Joe Rossignol

Bloomberg's Mark Gurman today further outlined what to expect from the Apple Watch Series 12 and Apple Watch Ultra 4 set to be unveiled on September 9. While it was initially rumored that Touch ID may be coming to the Apple Watch this year, Gurman reiterated that he does...

Read Full Article • 100 comments



### iPhone 18 Pro Pre-Orders May Start at an Unusual Time

Friday August 28, 2026 8:17 am PDT by Hartley Charlton

Pre-orders of Apple's iPhone 18 Pro may not open until Saturday, September 12, a day later than the company's usual schedule, according to a new report. Apple is set to hold its annual iPhone event on Wednesday, September 9, where the iPhone 18 Pro models, its firs...

Read Full Article • 37 comments



### Apple Event: Six New Products to Expect on September 9

Thursday August 27, 2026 8:00 am PDT by Joe Rossignol



September 12, a day later than the company's usual schedule, according to a new report. Apple is set to hold its annual iPhone event on Wednesday, September 9, where the iPhone 18 Pro models, its firs…

Read Full Article • 37 comments



**Apple Event: Six New Products to Expect on September 9**

Thursday August 27, 2026 8:00 am PDT by Joe Rossignol

Apple has announced that it will be holding an event on Wednesday, September 9 at 10 a.m. Pacific Time, with the company widely expected to unveil the iPhone 18 Pro, iPhone 18 Pro Max, its first-ever foldable iPhone, and more. Other products expected to be announced at the…

Read Full Article • 55 comments

## Top Rated Comments

**tomtad**
*39 months ago*

I'm not seeing one single advantage to these Bongo buttons

**Score:** 24 Votes (Like | Disagree)



**vegetassj4**
*39 months ago*

They decided to wait on the new and improved version for iPhone 16 Ultra, called Haptok.
Project Bongo Button Ultra - the most bongo buttons ever in an iPhone.

*ducking*🍅🍅🍼🍼🍾🥦🍅🥦🥕🍆🍅

Attachment Image

**Score:** 22 Votes (Like | Disagree)



**erikkfi**
*39 months ago*

Dear MacRumors, we differ greatly in our definitions of "innovative features and ambitious undertakings."

**Score:** 21 Votes (Like | Disagree)

DrNevs Avatar

**DrNevs**
*39 months ago*

> *Great write-up. Still don't see why Apple needs to over engineer this replacement of traditional buttons for minor improvements in water-resistance, etc.*

Agreed. Seems like a big waste of R&D time and money for a feature that nobody really cares about.

**Score:** 21 Votes (Like | Disagree)



**loekf**
*39 months ago*

Capacitive haptic buttons makes no sense. Good luck pushing those buttons with gloves in the winter or imagine sweaty or greasy fingers.

**Score:** 20 Votes (Like | Disagree)

**nikster0029**
*39 months ago*

Great write-up. Still don't see why Apple needs to over engineer this replacement of traditional buttons for minor improvements in water-resistance, etc.

**Score:** 18 Votes (Like | Disagree)

**Score:** 20 Votes (Like | Disagree)

**nikster0029**
*39 months ago*

Great write-up. Still don't see why Apple needs to over engineer this replacement of traditional buttons for minor improvements in water-resistance, etc.

**Score:** 18 Votes (Like | Disagree)

Read All Comments

MacRumors

MacRumors attracts a broad audience of both consumers and professionals interested in the latest technologies and products. We also boast an active community focused on purchasing decisions and technical aspects of the iPhone, iPad, Mac, and other Apple platforms.

About MacRumors.com

Advertise on MacRumors

## Our Staff

**Arnold Kim**
Editorial Director
Email • X.com

**Eric Slivka**
Editor in Chief
Email • X.com

**Juli Clover**
Managing Editor
Email • X.com

**Joe Rossignol**
Senior Reporter
Email • X.com

**Mitchel Broussard**
Deals Editor
Email • X.com

**Tim Hardwick**
Senior Editor
Email • X.com

**Hartley Charlton**
Senior Editor
Email • X.com

**Marianne Schultz**
Project Manager
Email • X.com

**Dan Barbera**
Video Content Producer
Email • X.com

**Ryan Barrieau**
Graphic Designer
Email • X.com

**Steve Moser**
Contributing Writer
Email • X.com

**Aaron Perris**
Contributor
Email • X.com

## Related Links

### YouTube


Apple's M6 Chip is WEIRD… Here's Why


Apple Just Announced Its Next iPhone Event! (iPhone 18 Pro + Foldable iPhone Ultra)


Apple's M6 Chip is HERE! New Mac Mini & Mac Studio Announced


Apple's Camera AirPods Just Leaked


Apple Just Leaked EVERYTHING Coming Next

### The MacRumors Show


Apple's Surprisingly HUGE Week of Announcements | Episode 208


What Apple MUST Get Right With Its Foldable iPhone Ultra ft. @TheMrMobile | Episode 207


Apple Watch's Biggest Redesign Yet Is Coming | Episode 206


iPhone Air 2 - What Changes After a Difficult First Year | Episode 205


Revisiting iOS 27 Ahead of iPhone 18 Pro! | Episode 204

**Copyright © 2000-2026 MacRumors.com, LLC.**

Privacy / DMCA contact / Affiliate and FTC Disclosure

Accessibility Statement

[ Featured On/Off ] [ Full Articles On/Off ] [ Fluid | Fluid HD ] [ Auto | Light | Dark ]

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.

Terms of Content Use