# EXHIBIT H

PageVault

| | |
|---|---|
| Document title: | Apple wants to patent its failed haptic buttons -- Project Bongo |
| Capture URL: | https://appleinsider.com/articles/25/04/18/apple-wants-to-patent-its-once-discarded-haptic-button-design-known-as-project-bongo |
| Page loaded at (UTC): | Mon, 31 Aug 2026 16:15:45 GMT |
| Capture timestamp (UTC): | Mon, 31 Aug 2026 16:15:49 GMT |
| Capture tool: | 11.3.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.3.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 8 |
| Capture ID: | 47ctTmFVN8r4CKyQPVN1ES |
| Display Name: | QE |

NEWS

# Apple wants to patent its once discarded haptic button design, known as 'Project Bongo'

Marko Zivkovic Fri Apr 18 2025, 06:08 PM EDT · 4 minute read 1



Apple's long-rumored haptic button design surfaced in a patent application. Image Credit: Apple / USPTO

**We could see haptic buttons on a future iPhone after all, as Apple's previously abandoned Bongo project has surfaced in a recent patent application.**





Learn more


TOP STORIES




Amazon launches first M6 Mac mini deals, grab prices from $879




Save $1,400 on Apple's M5 Max MacBook Pro with 128GB RAM



Both Tim Cook & John Ternus are in the right place at the right time



iPhone, Home, iPad mini: Apple's launches for September and October



In 2022, Apple came up with the idea of adding haptic volume and power buttons to more expensive iPhone models. Relative to the standard buttons used on the iPhone 14 range, the new haptic buttons would have incorporated a dedicated haptic engine for vibration feedback.

The change was also meant to facilitate a visual distinction between Apple's base model iPhones and the more expensive "Pro" lineup. In April 2023, the hardware was abruptly removed from the iPhone 15 Pro, and it was believed that all work on the Bongo design had ceased. Surprisingly, however, it turns out that Apple had filed a patent application for its haptic button design.

Though it was filed in September 2023, Apple's patent application was only made public in April 2025, making it the first time Apple has acknowledged the Bongo design in any shape or form. The patent filing includes depictions and descriptions of the haptic button design, but otherwise contains no previously unknown information.

Project Bongo, as it was known within Apple, made it relatively far into development, with fully functional prototypes being built. Even so, the Bongo design hasn't been used on mass production versions of any iPhone so far.

*AppleInsider* was the first to show Apple's haptic buttons on real-world hardware, in the form of an EVT-stage prototype iPhone 15 Pro Max. This was the last version of the iPhone 15 Pro that featured Project Bongo, as it was abruptly removed from CRB and DVT-stage unit designs in April 2023.

Apple also tested the design on pre-production prototypes of the iPhone 16 range. Later, the Bongo design was spotted on a drop-test prototype of the iPhone 14 Pro, which featured a rough, non-functional version of Apple's haptic buttons.

## How Apple's haptic button design works

Even before Apple's patent was made public, the details of the Bongo module design were already known. In our report detailing the EVT-stage prototype, we explained that Apple's haptic button used flexures and strain gauges to detect changes in pressure. In short, once a press was detected, an electrical signal would be sent to the "Bongo Haptic Engine."




*FIG. 7*

Learn more



Read Tim Cook's departing note to Apple employees



Apple's new CEO: Who is John Ternus?



Tim Cook's journey from logistics to Apple's CEO

Apple's patent application outlines a button with an integrated haptic engine. Image Credit: Apple / USPTO

The Bongo Haptic Engine was an electromagnetic reluctance motor, consisting of a ferromagnetic core and copper coil, that together constitute a solenoid. It generated haptic feedback the same way the regular Taptic Engine does, by oscillating in relation to an attraction plate located underneath.

Apple's patent application effectively describes the Bongo Haptic Engine:

> The haptic engine may include a core and an electric coil disposed around at least a portion of the core. The core may be formed from a ferromagnetic material, ferrimagnetic material, or other suitable material (e.g., iron, ferrite, steel, ferrous materials, a permanent magnet, iron alloys, etc.).

The patent application also explains how the entire process works, which mirrors what we outlined back in 2024:

> When a user presses the button, the core may move slightly toward the attraction plate. One or more force sensors (e.g., one or more strain gauges) attached to the haptic module may be used to detect the user's press. In response to a processor or other circuitry detecting the press, an electrical signal may be applied to the electric coil. In order to produce a haptic output at the button, the electric coil surrounding the core may be energized (e.g., by a circuit that applies a current or current waveform to the electric coil), which causes the core to be attracted to the attraction plate.

Apple's hardware descriptions ultimately come as no surprise, given that we've seen fully functional prototypes of the same technology. What remains to be seen, however, is whether the Bongo design will be repurposed for a future iPhone, or maybe something else entirely.

## Will future Apple products feature haptic volume and power buttons?

While Apple's patent application ultimately provides no new information about its haptic button design, it does include an interesting tidbit. In part, it mentions that the Bongo design featured throughout the document might be used in "various electronic devices," including smartphones, tablets, and more.




Learn more



Apple's haptic button design was used on prototypes of the iPhone 15 Pro. Image Credit: AppleInsider

The patent application explains that it could also be used on wearables, wrist-worn devices, head-mounted devices, and "electronic pencils." This means that the haptic button module might, in theory, one day appear on an Apple Watch, Apple Vision Pro, or Apple Pencil.

Though at face value it seems like a distant possibility, it does align with a rumor from April 2025. Leaker Instant Digital claimed that Apple was "still adjusting the tactile design of solid-state keys and their reliability after long-term use." At the time, they also said that there was a "problem of false touch," and that "the responsiveness cannot be perfectly guaranteed."

Judging by the leaker's claims and the information *AppleInsider* received about the Bongo project, Apple's haptic buttons have long been marred by technical difficulties. We were told that the project was originally shelved because of unsatisfactory test results and high hardware failure rates, and that still seems to be the case.

Still, Apple went through the trouble of filing a patent application for its issue-prone haptic button module, and the company tested the design across three different iPhone generations. There's a possibility the Bongo design will one day resurface in some shape or form, and the company's patent application is a strong indication that it hasn't been discarded in its entirety.






Marko Zivkovic
Associate Editor

Through exclusive articles, Marko has published product designs, detailed overviews of new hardware projects, and even information on then-unannounced operating systems.

MORE WAYS TO READ APPLEINSIDER

Add as a preferred source on Google

Find it on Apple News


Learn more

Add as a preferred source on Google
Find it on Apple News

INTUIT turbotax
Join our network of tax experts and become a trusted face in your community


Apply now

COMMENTS

**entropys** · 4629 comments · 15 Years — **About 1 year ago**

The name...maybe one of engineers was conceived in a bongo van?

♥ 0 ♥ 0

Share Your Thoughts on our Forums →

iPhone 17e | iPhone 17 | M5 Macbook Air | Mac Studio | MacBook Air Deals | MacBook Pro | Best VPN for Mac | AirPods | iPad | Mac mini



## Tim Cook signs off as CEO with thanks to staff and a tribute to John Ternus

On his last day as CEO of Apple, Tim Cook has sent a memo to every employee thanking them for what the company has achieved. Here's what he said.

**William Gallagher** · 23 minutes ago 0

INTUIT turbotax
NOW HIRING
TAX EXPERTS IN YOUR AREA
Apply now




## Save $500 on Apple's M5 Max 16-inch MacBook Pro during early Labor Day Sale

Amazon's early Labor Day sales are heating up on MacBook Pros, with a variety of configurations, including M5 Max models, up to $500 off.

**Christine McKee** · 24 minutes ago 0

LATEST VIDEOS



### Apple's new & cheaper Apple Polishing Cloth almost as good as the original

Learn more




## White House really wants Apple to change 'Lake Ontario' to 'Lake America' now

The Trump administration has reached out to Apple directly to get Apple Maps changed now from Lake Ontario to "Lake America." It's going to happen, just on Apple's schedule.

**Mike Wuerthele and Malcolm Owen** · 32 minutes ago 1




## M5 Max vs. M1 Max Mac Studio: Apple's workhorse is better than ever

Apple's M5 Max chip has finally made its way to the Mac Studio. Here's how the updated model compares to the original M1 Max variant.

**Marko Zivkovic** · 1 hour ago 0



## Both Tim Cook & John Ternus are the right guys in the right place, at the right time

For one more day, Tim Cook is still the CEO of Apple. Despite foibles, he was the right man in the right place to make Apple the financial and cultural juggernaut it is today. John Ternus is too.

**Mike Wuerthele** · 2 hours ago 1




## Apple becomes the first brand to be honored by the Creative Hall of Fame

After decades honoring creative individuals including Steve Jobs, the prestigious One Club for Creativity has launched a new award for brands and chosen Apple as the first recipient because of its consistently excellent marketing.

**William Gallagher** · 3 hours ago 0




## Potential Apple RAM supplier CXMT sues feds to get off the supplier blacklist

Memory maker CXMT has waded into the Apple memory sourcing debate, suing the Pentagon for designating it as a risky "Chinese military company."



### How to use digital IDs in Apple Wallet & where they are supported



### M6 Mac mini vs M4 Mac mini: Compact powerhouses compared

LATEST REVIEWS



### HidrateSpark Pro 2 review: motivational drinking with lights, chimes, & Find My



### Bringnox smart roller shades review: wide window coverage in your Apple Home



Learn more




## Apple becomes the first brand to be honored by the Creative Hall of Fame

After decades honoring creative individuals including Steve Jobs, the prestigious One Club for Creativity has launched a new award for brands and chosen Apple as the first recipient because of its consistently excellent marketing.

**William Gallagher** · 3 hours ago 0




## Potential Apple RAM supplier CXMT sues feds to get off the supplier blacklist

Memory maker CXMT has waded into the Apple memory sourcing debate, suing the Pentagon for designating it as a risky "Chinese military company."

**Malcolm Owen** · 3 hours ago 0



## Tim Cook's greatest moments hosting WWDC

Tim Cook's career as Apple CEO can be mapped through his best WWDC announcements. Here's what we think are the best, as he puts the final touches on handing the baton to John Ternus.

**William Gallagher** · 5 hours ago 2

### HidrateSpark Pro 2 review: motivational drinking with lights, chimes, & Find My



### Bringnox smart roller shades review: wide window coverage in your Apple Home



### Asus ROG Kithara headset review: Audiophile gaming

ai appleinsider

Reviews · Comparisons · How-tos · Deals · Apple A-Z · Videos · Jobs · Privacy Policy

Get our Mobile App

Theme

© 1997 - 2025 Quiller Media, Inc. All Rights Reserved

**DESIGNED BY** CRAFTED

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.
Terms of Content Use


Learn more