# EXHIBIT A

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

# OpenAI Mechanical Engineer, Robotics - Virtual Onsite - SF

[redacted] Wednesday, November 19, 2025 at 12:37:02 PM Pacific Standard Time
To: [redacted]
To: [redacted]

Hi [redacted]

Congratulations, we want to move forward with scheduling the virtual onsite rounds! I'd like to introduce you to [redacted] (CC'd) who will guide you through the hiring process from here. I've included some information below on what to expect in each round and [redacted] will be able to answer any questions you have - you're in great hands with her! Please prioritize connecting with her for interview preparation by booking time on her calendar.

When you're ready to schedule the following rounds, **please submit your availability below.**

You can expect the following modules/areas of evaluation:

**Technical Deep Dive (45 min)**

In this interview, you'll walk us through a technical project you led or contributed to. Please prepare a set of slides (required) to guide the conversation, but you're also welcome to bring any other supporting materials—such as a portfolio, CAD/design artifacts, or prototypes—that help explain your work.

We recommend choosing one project to go deep on so you can spend more time showing your technical thinking and less time on setup. Interviewers will be looking for:

- How you defined goals and constraints, and why they mattered
- The tradeoffs and alternate approaches you considered
- The technical fundamentals and limits of your design
- Clear reasoning and communication around your decisions

This is meant to be a conversational deep dive, not a lecture, so focus on showing how you thought through the problem and why you made the choices you did.

**ME System Design + Mechanisms (45 min)**

- Design ME systems from scratch and handle tradeoffs
- Communicate how features affect overall performance, balance battery life, sensor fusion design, etc
- System architecture and integration - your approach to developing a high level architecture, including subsystem and component selection, as well as how all the components will work together and meet performance criteria. It will also evaluate the process for integrating mechanical, electrical, and software components.
- Highlight any tools or methodologies you use for system integration, such as CAD software, simulation tools, or integration frameworks.
- Tradeoff analysis - evaluate tradeoffs between factors such as weight, strength, cost, and performance.
- Vendor selection and communication/collaboration with vendors

- Actuators - types of actuators, how to select an actuator, how to integrate actuators into robotics systems and design control systems to manage their operation

**Hiring Manager Interview (30 min)**

- Mission alignment
- Ability to contribute effectively to the team and grow in the role

**Cross Functional Partnerships (30 min)**

- Experience collaborating with interdisciplinary teams, and approach towards teamwork

It's been a pleasure working with you thus far, best of luck and congrats again!

[redacted]

[redacted]

**[redacted] is asking to see your availability**

Let Sarah know when you're free to meet. This will help them find the best time for your upcoming interviews.

**Share your availability**

Reply in Guide    Or, simply reply to this email.

**Reply directly to this email or use the link above to reply.** The following individuals received this message and will be notified of your reply.

[redacted] [redacted] (candidate), [redacted] and [redacted]

View open scheduling task    Open candidate profile