# ADDENDUM 1

# REDACTED IN ITS ENTIRETY