# EXHIBIT A

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

| Record | Sender | Sender Name | Recipient(s) | Recipient Name(s) | Message Sent Date/Time PT - | Message | Type | Status | Item ID |
|---|---|---|---|---|---|---|---|---|---|
| 14 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_ | | 1/22/2026 3:25:45.000 PM | I found a 64GB drive. Do you think that will work> | iMessage | Received and Read | 9244882 |
| 15 | Local User <00008150-001E43063CD2401C_ | | [redacted] | [redacted] | 1/22/2026 3:26:59.000 PM | I think 200 ish. We start from 64. Better than nothing | iMessage | Sent and Read | 9244891 |
| 16 | Local User <00008150-001E43063CD2401C_ | | [redacted] | [redacted] | 1/22/2026 4:41:56.000 PM | Still copying | iMessage | Sent and Read | 9245437 |
| 17 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_ | | 1/23/2026 9:13:02.000 AM | Good morning. I hope you slept well. Maybe you are still sleeping<br><br>I'm back in the office and restarting the airdrop as it didn't work.<br><br>My plan is to complete the airdrop and then click the sad button in workday. | iMessage | Received and Read | 9251213 |
| 19 | Local User <00008150-001E43063CD2401C_ | | [redacted] | [redacted] | 1/23/2026 9:41:09.000 AM | If you have time you can also try to airdrop all other file in my apple iCloud folder. | iMessage | Sent | 9251260 |
| 20 | Local User <00008150-001E43063CD2401C_ | | [redacted] | [redacted] | 1/23/2026 9:42:22.000 AM | Those are mainly shared files from other people. I found important detail notes from time to time. | iMessage | Sent | 9251265 |
| 22 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_ | | 1/23/2026 11:32:19.000 AM | Your file transfer is a challenge. | iMessage | Received and Read | 9252091 |
| 23 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_ | | 1/23/2026 11:33:24.000 AM | I think I'm going to have to hit the workday button before I'm complete. I just got a weird message that is making me nervous (see below), so I am going to go hit the workday button now. | iMessage | Received and Read | 9252131 |
| 49 | Local User <00008150-001E43063CD2401C_ | | [redacted] | [redacted] | 1/26/2026 5:45:26.000 PM | Hey [redacted] hope everything is fine for copy pasting. You can keep my icloud connected if you still need more time. But might want to sign off my iMessage. As there might be my new company stuff showing up in that laptop. | iMessage | Sent and Read | 9264811 |
| 50 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_ | | 1/26/2026 7:06:56.000 PM | Oh shoot. Sorry. Let me finish up tomorrow and log everything out. I won't look at anything else. | iMessage | Received and Read | 9265319 |
| 51 | Local User <00008150-001E43063CD2401C_ | | [redacted] | [redacted] | 1/26/2026 7:08:26.000 PM | Hey [redacted], that's totally ok. I am fine with you keep my icloud signed in for files. Just imessages might get you in trouble. | iMessage | Sent and Read | 9265324 |
| 65 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_ | | 1/30/2026 5:34:07.000 PM | I just signed out of your iCloud account. When it asked me if I wanted to keep a copy of your stuff, I said NO. | iMessage | Received and Read | 9271677 |