# EXHIBIT B

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

| Record | Sender | Sender Name | Recipient(s) | Recipient Name(s) | Message Sent Date/Time -PT | - Certified Translated Messages | Type | Status | Item ID |
|---|---|---|---|---|---|---|---|---|---|
| 3063 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/22/2026 5:40:46.000 PM | We also don't have [redacted] so I am confused on how we can bring up [redacted] | iMessage | Sent and Read | 11243469 |
| 3066 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/22/2026 6:29:05.000 PM | I'll check it for you tonight; I still have another computer. | iMessage | Received and Read | 11243485 |
| 3071 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/22/2026 7:22:06.000 PM | Actually can you come to section 3? | iMessage | Sent and Read | 11243520 |
| 3072 | [redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/22/2026 7:22:15.000 PM | Alright | iMessage | Received and Read | 11243523 |
| 3408 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/28/2026 1:12:08.000 AM | You can also get a hard drive tomorrow to copy the data. | iMessage | Received and Read | 11245850 |
| 3411 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/28/2026 1:12:26.000 AM | Oh, [redacted] has one. I'll borrow it from him in the morning. | iMessage | Sent | 11245853 |
| 3413 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/28/2026 1:13:50.000 AM | Yeah, all this data is yours. Tomorrow, you can ask [redacted] about it. If he's already copied it, you can just get it from him. | iMessage | Received and Read | 11245855 |
| 3414 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/28/2026 1:14:18.000 AM | It's mainly to avoid trouble with the security team if they show up. | iMessage | Received and Read | 11245856 |
| 3415 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/28/2026 1:14:29.000 AM | Ah, Okay. | iMessage | Sent and Read | 11245858 |
| 3417 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/28/2026 1:14:52.000 AM | I'll get his computer to copy it tomorrow. | iMessage | Sent and Read | 11245861 |
| 3561 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/30/2026 9:58:09.000 AM | So [redacted] should know I guess? Will let [redacted] ask h | iMessage | Sent and Read | 11246362 |
| 3562 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/30/2026 9:58:23.000 AM | [redacted] | iMessage | Received and Read | 11246363 |
| 3563 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 1/30/2026 9:58:30.000 AM | No I didn't work with him that much but on his program [redacted] | iMessage | Sent and Read | 11246364 |
| 3564 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 1/30/2026 9:59:23.000 AM | Put it in Line; I'm afraid my big brother might understand the English. | iMessage | Received and Read | 11246365 |
| 5389 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 4:46:30.000 PM | [redacted] you need to ask [redacted] Itzs in their email file folder. | iMessage | Received and Read | 11252004 |
| 5390 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 4:46:38.000 PM | Part to part also in the email. | iMessage | Received and Read | 11252005 |
| 5396 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 2/6/2026 4:56:30.000 PM | I'll ask them for [redacted] | iMessage | Sent and Read | 11252015 |
| 5397 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 4:56:57.000 PM | For [redacted], you can refer to the initial diagram we used. | iMessage | Received and Read | 11252016 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5398 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 4:57:04.000 PM | That one is still correct. | iMessage | Received and Read | 11252017 |
| 5399 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 4:57:22.000 PM | For [redacted], you'll need the [redacted], that's all. | iMessage | Received and Read | 11252019 |
| 5400 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 4:57:58.000 PM | If you have the previous backup file, that'd be best. I know it's in my folder, but I need to check to find it. | iMessage | Received and Read | 11252020 |
| 5401 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 2/6/2026 4:58:45.000 PM | That's impossible. | iMessage | Sent | 11252021 |
| 5403 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 2/6/2026 4:59:04.000 PM | I don't have your file, so maybe ping [redacted] | iMessage | Sent and Read | 11252023 |
| 5404 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 2/6/2026 5:00:04.000 PM | Or maybe I also just go find [redacted] so they can help me get this | iMessage | Sent and Read | 11252025 |
| 5405 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 2/6/2026 5:00:04.000 PM | Which vendor email I should ask | SMS | Sent | 11252026 |
| 5406 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/6/2026 5:00:24.000 PM | It's in the [redacted] folder. | iMessage | Received and Read | 11252027 |
| 5870 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/8/2026 10:08:02.000 PM | That [redacted] you asked me about on Friday. You need to ask [redacted] for it; I just checked for you. We don't have [redacted]. | iMessage | Received and Read | 11252823 |
| 5871 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/8/2026 10:08:09.000 PM | LOL, I found out I can access the [redacted] so funny. | iMessage | Received and Read | 11252824 |
| 5872 | Local User <00008150-000C29262E0B401C_files_full.zi | | [redacted] | Chang | 2/8/2026 10:33:34.000 PM | I'm ready. | iMessage | Sent and Read | 11252826 |
| 5873 | [redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/8/2026 11:31:37.000 PM | [redacted] | iMessage | Received and Read | 11252828 |
| 5874 | [redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/8/2026 11:32:02.000 PM | [redacted] | iMessage | Received and Read | 11252829 |
| 5876 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/8/2026 11:34:15.000 PM | [redacted] (not that important) [redacted] important [redacted] important | iMessage | Received and Read | 11252832 |
| 6144 | Local User <00008150-000C29262E0B401C_files_full.zi | | +[redacted] | Chang | 2/11/2026 9:11:38.000 AM | [redacted] | iMessage | Sent and Read | 11253653 |
| 6145 | Local User <00008150-000C29262E0B401C_files_full.zi | | [redacted] | Chang | 2/11/2026 9:11:54.000 AM | But I'm wondering if it's because of our [redacted] | iMessage | Sent and Read | 11253654 |
| 6146 | Local User <00008150-000C29262E0B401C_files_full.zi | | [redacted] | Chang | 2/11/2026 9:12:04.000 AM | Otherwise, he should check the [redacted]. | iMessage | Sent and Read | 11253655 |
| 6147 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 2/11/2026 9:12:19.000 AM | Feel free to explore for your own. I am not [redacted] anymore | iMessage | Received and Read | 11253656 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6154 | Local User <00008150-000C29262E0B401C_files_full.zi | [redacted] Chang | 2/11/2026 9:12:54.000 AM | I don't know how to say it, hahaha, it's so annoying. | iMessage | Sent and Read | 11253669 |
| 6155 | +[redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 9:13:19.000 AM | [redacted] | iMessage | Received and Read | 11253670 |
| 6156 | +[redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 9:13:27.000 AM | And [redacted] parts might be different | iMessage | Received and Read | 11253673 |
| 6157 | [redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 9:16:05.000 AM | And we can also expect some [redacted] between part to part. Not too much concern if it's [redacted] You can also [redacted] to test out your hypothesis. I am heavily loaded on orther programs and expect you can [redacted]. | iMessage | Received and Read | 11253674 |
| 6158 | +[redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 9:16:15.000 AM | You can reply to him like this~ | iMessage | Received and Read | 11253675 |
| 6216 | Local User <00008150-000C29262E0B401C_files_full.zi | [redacted] Chang | 2/11/2026 10:34:11.000 AM | Where did you see the [redacted] | iMessage | Sent and Read | 11253771 |
| 6217 | Local User <00008150-000C29262E0B401C_files_full.zi | [redacted] Chang | 2/11/2026 10:34:19.000 AM | I'm now asking [redacted] to help me find it, haha. | iMessage | Sent and Read | 11253772 |
| 6218 | +[redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 10:34:23.000 AM | [redacted] you can measure it | iMessage | Received and Read | 11253773 |
| 6219 | Local User <00008150-000C29262E0B401C_files_full.zi | +[redacted] Chang | 2/11/2026 10:34:46.000 AM | I thought about that but I am lazy | iMessage | Sent and Read | 11253776 |
| 6220 | [redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 10:34:47.000 AM | Or you can look for a [redacted] | iMessage | Received and Read | 11253777 |
| 6221 | [redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/11/2026 10:35:01.000 AM | I remember that's [redacted] | iMessage | Received and Read | 11253780 |
| 6222 | Local User <00008150-000C29262E0B401C_files_full.zi | [redacted] Chang | 2/11/2026 10:35:03.000 AM | Ohhh and [redacted] | iMessage | Sent and Read | 11253785 |
| 6223 | Local User <00008150-000C29262E0B401C_files_full.zi | [redacted] Chang | 2/11/2026 10:35:07.000 AM | Yeah [redacted] | iMessage | Sent and Read | 11253787 |
| 8656 | [redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/22/2026 3:19:20.000 AM | I'm downloading some info I might need to prepare for you, and I feel like I need to study it too. | iMessage | Received and Read | 11259225 |
| 8658 | [redacted] Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/22/2026 3:28:50.000 AM | I quickly downloaded the materials earlier; you can take a look if you have some time on the plane. | iMessage | Received and Read | 11259229 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9428 | [redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/27/2026 6:44:01.000 PM | He's also starting to feel anxious about not knowing how to handle some of his subordinates, like [redacted] He said he doesn't know what to do. He might just choose to ignore it and focus on himself. | iMessage | Received and Read | 11261467 |
| 9429 | [redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/27/2026 6:45:33.000 PM | Tang was asked one of the most challenging questions during the interview, what's the plan with [redacted]. [redacted] sort of fumbled it. | iMessage | Received and Read | 11261468 |
| 9430 | [redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | 2/27/2026 6:46:11.000 PM | Tang is sounds like you don't have a plan. I also need consider about this | iMessage | Received and Read | 11261469 |