# EXHIBIT D

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

| Record | Sender | Sender Name | Recipient(s) | Recipient Name(s) | Message Sent Date/Time PT | - Certified Translated Messages | Type | Status | Item ID |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | +[redacted] | [redacted] | 1/23/2026 5:03:25.000 PM | Let me help you set up my iCloud, then you can copy some of my files to Alyssa. | iMessage | Sent and Read | 9255647 |
| 25 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:08:00.000 PM | 🫢 But [redacted] already deleted your account for me. Is there any way to recover it? | iMessage | Received and Read | 9255723 |
| 26 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | 12179049016 | [redacted] | 1/23/2026 5:08:01.000 PM | I still have one iTrack thing that needs your confirmation. | iMessage | Sent and Read | 9255725 |
| 27 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:09:00.000 PM | Give me 5 minutes, and I can talk with you via FaceTime. | iMessage | Received and Read | 9255744 |
| 28 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | [redacted] | [redacted] | 1/23/2026 5:12:27.000 PM | Oh, alright, no rush. It's fine. | iMessage | Sent and Read | 9255777 |
| 29 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:19:31.000 PM | I'm ready! | iMessage | Received and Read | 9255873 |
| 30 | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | +[redacted] | [redacted] | 1/23/2026 5:20:23.000 PM | [redacted] | iMessage | Sent | 9255881 |
| 31 | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | +[redacted] | [redacted] | 1/23/2026 5:22:25.000 PM | **[PASSWORD]** | iMessage | Sent and Read | 9255889 |
| 32 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | +[redacted] | [redacted] | 1/23/2026 5:36:46.000 PM | Feel free to explore the contents in those folders. I'm not sure when [redacted] will start deleting my repositories. | iMessage | Sent | 9255963 |
| 33 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:42:51.000 PM | The file is incredibly large. | iMessage | Received and Read | 9255973 |
| 34 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | [redacted] | [redacted] | 1/23/2026 5:43:04.000 PM | Haha, go ahead and handle it as you see fit. | iMessage | Sent and Read | 9255976 |
| 35 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:43:24.000 PM | Even the few files for Alyssa are still being prepared. | iMessage | Received and Read | 9255979 |
| 36 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:43:34.000 PM | It's quite a rich collection of folders. | iMessage | Received and Read | 9255991 |
| 42 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:55:07.000 PM | I feel like this isn't something that can be transferred quickly. I'll be working on it gloomily at home this weekend. | iMessage | Received and Read | 9256057 |
| 43 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:55:31.000 PM | I believe that your former boss won't delete your repository over the weekend. | iMessage | Received and Read | 9256064 |
| 44 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:57:45.000 PM | It's scary that your former boss is still working. | iMessage | Received and Read | 9256070 |
| 45 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/23/2026 5:58:03.000 PM | Fingers crossed that he is not deleting the repository. | iMessage | Received and Read | 9256098 |
| 46 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | +[redacted] | [redacted] | 1/23/2026 5:58:11.000 PM | He's probably still trying to figure out how to replicate it. | iMessage | Sent and Read | 9256106 |
| 75 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | | 1/24/2026 1:14:10.000 PM | iCloud does not work well. It looks downloaded, but you actually need to click to open it. | iMessage | Received and Read | 9261230 |
| 91 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | | +[redacted] | [redacted] | 1/26/2026 1:07:22.000 PM | How much have you copied? | iMessage | Sent and Read | 9264074 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 92 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 1:07:35.000 PM | Copied everything Boss Peng wanted. | iMessage | Received and Read | 9264085 |
| 93 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 1:07:46.000 PM | This iCloud makes me want to file a complaint. | iMessage | Received and Read | 9264097 |
| 94 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | [redacted] | [redacted] [redacted] | 1/26/2026 1:07:51.000 PM | Hahaha | iMessage | Sent and Read | 9264110 |
| 95 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 1:08:09.000 PM | It shows as downloading, but I have to click into subfolders one by one to download anything. | iMessage | Received and Read | 9264122 |
| 96 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 1:08:30.000 PM | I spent a whole weekend pressing Download while gaming. | iMessage | Received and Read | 9264126 |
| 97 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | [redacted] | [redacted] | 1/26/2026 1:08:35.000 PM | You can manage anything else you want, but help me log out of iCloud tonight. | iMessage | Sent and Read | 9264133 |
| 98 | +[redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 1:08:49.000 PM | Got it! | iMessage | Received and Read | 9264135 |
| 115 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | +[redacted] | [redacted] | 1/26/2026 6:12:24.000 PM | Haha, I suddenly realized I need to log out the account. There should be a lot of OpenAI stuff going in, which might be troublesome on your Apple Connect. | iMessage | Sent | 9265162 |
| 116 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 6:13:35.000 PM | Did you already log it out? | iMessage | Received and Read | 9265214 |
| 117 | [redacted] | [redacted] | Local User <00008150-001E43063CD2401C_files_full-exte.zip> | 1/26/2026 6:13:45.000 PM | Or are you waiting for me to do it on my end? | iMessage | Received and Read | 9265232 |
| 118 | Local User <00008150-001E43063CD2401C_files_full-exte.zip: | +[redacted] | [redacted] | 1/26/2026 6:18:17.000 PM | I believe I've already logged it out. | iMessage | Sent | 9265272 |