# EXHIBIT G

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

Date:2026/07/20

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (Taiwan)

To:

- English (USA)

The documents are designated as:

- Alyssa Peng iCloud - Chang 1-1 Line conversation.pdf

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director

299 South Main Street, Suite 1300
Salt Lake City, UT 84111