# EXHIBIT H

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

| Record | Sender | Sender Name | Recipient(s) | Recipient Name(s) | Message Sent Date/Time PT- | Message | Type | Status | Item ID |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | chang: if I understood correctly, you said that the [redacted] Is that right? | | | |
| 1 | +[redacted] | [redacted] | [redacted], Local User <00008150-001E43063CD2401C | [redacted] | 3/5/2026 1:23:11.000 PM | Who should I contact about that [redacted]? | iMessage | Received and Read | 9359892 |
| 2 | Local User <00008150-001E43063CD2401C | | +[redacted] | [redacted] | 3/5/2026 1:35:19.000 PM | A few things you can look for. In our team [redacted] folder [redacted]/. There should be a [redacted]. And there is a [redacted] Contact is [redacted] *****and [redacted] need more sensitive for [redacted]. Hence they need to [redacted] | iMessage | Sent | 9359956 |
| 3 | [redacted] | [redacted] | [redacted], Local User <00008150-001E43063CD2401C | [redacted] | 3/5/2026 1:35:59.000 PM | Hi [redacted], I can help get the conversation with [redacted] started | iMessage | Received and Read | 9359958 |
| 4 | [redacted] | [redacted] | [redacted], Local User <00008150-001E43063CD2401C | [redacted] | 3/5/2026 1:37:28.000 PM | Hi, this is highly irregular, please remove me from this thread | iMessage | Received and Read | 9359966 |
| 5 | [redacted] | [redacted] | [redacted], Local User <00008150-001E43063CD2401C | [redacted] | 3/5/2026 1:44:21.000 PM | Thanks Chang. [redacted] I put you on this thread for awareness. Let's continue our discussion internally. | iMessage | Received and Read | 9359980 |