# EXHIBIT A

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

| Record | Sender | Sender ID | Recipient(s) | Recipient ID(s) | MessageSentDate/Time PT | CertifiedTranslatedMessages | Message Type | Item ID |
|---|---|---|---|---|---|---|---|---|
| 170 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/202610:32:28.317AM | Whyiseveryoneaskingif wehave[redacted] | Chat | 13875556 |
| 171 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:32:50.751 AM | So many ppl asking me[redacted] | Chat | 13875557 |
| 172 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:32:52.831 AM | .... | Chat | 13875558 |
| 173 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:33:13.191 AM | Sorry | Chat | 13875559 |
| 174 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:33:18.450 AM | I can't[redacted] | Chat | 13875560 |
| 175 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:33:21.748 AM | 🥺🥺 | Chat | 13875561 |
| 176 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:33:34.984 AM | Did you involve in this? | Chat | 13875562 |
| 177 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:33:41.978 AM | I think it's a[redacted] question | Chat | 13875563 |
| 178 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:33:50.039 AM | So everyone now is panic | Chat | 13875564 |
| 179 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:33:52.578 AM | 😂😂😂 | Chat | 13875565 |
| 180 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:37:02.516 AM | I did a little of it before. We chose[redacted] mainly for the schedule, so it's more expensive than others. And there was no time to compare price and size further. | Chat | 13875566 |
| 181 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:37:22.494 AM | My job always involves these messy issues. | Chat | 13875567 |
| 182 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:37:34.983 AM | LOL. | Chat | 13875568 |
| 183 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:37:38.059 AM | Where is your file? | Chat | 13875569 |
| 184 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:37:50.230 AM | Yulin didn't save it to my USB at all. | Chat | 13875570 |
| 185 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:37:58.182 AM | 😂 | Chat | 13875571 |
| 186 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/27/2026 10:38:02.229 AM | I'm chasing him down. | Chat | 13875572 |
| 187 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:41:06.003 AM | This specific one I only discussed with the[redacted] . But it never got into the slide 🥹🥹 | Chat | 13875573 |
| 188 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:41:32.365 AM | I'll log for you in tonight 🥺🥺 | Chat | 13875574 |
| 204 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 10:59:08.911 AM | Let me think, I should remember who you were going to find. | Chat | 13875591 |
| 205 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 11:00:52.958 AM | [redacted] | Chat | 13875592 |
| 206 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 11:00:57.251 AM | Check this phone number. | Chat | 13875593 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 207 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/27/2026 11:01:10.581 AM | If it's a [redacted], | Chat | 13875594 |
| 473 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 4:08:53.615 PM | We think it might be the [redacted] | Chat | 13875895 |
| 474 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 4:09:40.401 PM | [redacted] is trying to [redacted] | Chat | 13875896 |
| 475 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 4:10:37.532 PM | Yeah, give it a shot. | Chat | 13875897 |
| 476 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 4:10:46.229 PM | I'm considering another issue; it might take some time. | Chat | 13875898 |
| 477 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 4:14:38.508 PM | Not helping [redacted] | Chat | 13875899 |
| 478 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 4:14:48.357 PM | And other thing is you can just [redacted] | Chat | 13875900 |
| 479 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 4:15:39.365 PM | Oh oh oh, I figured it out! | Chat | 13875901 |
| 480 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 4:17:35.113 PM | My [redacted] is already disconnected | Chat | 13875902 |
| 481 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 4:18:09.518 PM | Can you measure the [redacted] | Chat | 13875903 |
| 482 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 4:18:19.528 PM | By [redacted] | Chat | 13875904 |
| 527 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:00:42.537 PM | I still feel like the [redacted] should work | Chat | 13875950 |
| 528 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:00:48.617 PM | Ok. Then just [redacted] is somehow get damaged during [redacted]. This can be frigile. | Chat | 13875951 |
| 529 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:00:50.439 PM | But I am not sure what happen | Chat | 13875952 |
| 530 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:00:59.442 PM | No but we see [redacted] tho | Chat | 13875954 |
| 531 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:01:00.220 PM | It's ok. If one of them work | Chat | 13875955 |
| 532 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:01:30.238 PM | Did you do what I ask you to do above? | Chat | 13875956 |
| 533 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:02:37.253 PM | I did but there's no [redacted] | Chat | 13875957 |
| 534 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:02:52.024 PM | Step one is fine and no [redacted] | Chat | 13875958 |
| 535 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:03:02.293 PM | Step two also no? | Chat | 13875959 |
| 536 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:03:04.808 PM | Step two I am still seeing no current even I [redacted] | Chat | 13875960 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 537 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:03:46.181 PM | Yeah it's like [redacted] | Chat | 13875961 |
| 538 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:03:50.616 PM | Hmmm ok that step 1 result tells you the [redacted] | Chat | 13875962 |
| 539 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:04:23.623 PM | Step 2 tells you that [redacted] | Chat | 13875963 |
| 540 | yuting | u93682e4666dfcac63140ca446df755fc | Unknown | u6abced78edfb78359002d81fe4af796c | 1/28/2026 5:06:43.471 PM | Okay | Chat | 13875964 |
| 541 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:07:56.604 PM | Then you [redacted] | Chat | 13875965 |
| 542 | Unknown | u6abced78edfb78359002d81fe4af796c | yuting | u93682e4666dfcac63140ca446df755fc | 1/28/2026 5:08:01.667 PM | And keep working! | Chat | 13875966 |