# Exhibit B

**DECLARATION OF ARIJIT RAYCHOWDHURY, PH.D.**
**MATERIALS CONSIDERED**

**Case Filings**

- Dkt. 1, Complaint for Trade Secret Misappropriation and Breach of Contract
- Plaintiff Apple Inc.'s Notice of Motion and Motion for Preliminary Injunction
- Exhibit H, Plaintiff Apple Inc.'s Notice of Motion and Motion for Preliminary Injunction
- Declaration of Dr. Ayman Fayed in support of Apple Inc.'s Motion for Preliminary Injunction
- Declaration of Parin Patel in support of Plaintiff Apple Inc.'s Motion for Preliminary Injunction
- Exhibits 1-2, 4-6, 8-26, Declaration of Parin Patel in support of Plaintiff Apple Inc.'s Motion for Preliminary Injunction

**Patents**

- U.S. Publication No. 2022/0311286
- U.S. Publication No. 2023/0164689
- U.S. Patent No. 12,027,979

**Articles, Papers, and Websites**

- ACDi, Put Your Electronics Manufacturing Services Partner to the Test. https://www.acdi.com/electronics-manufacturing-testing-services/
- Analog Devices, White-LED Boost Converter vs. Charge Pump. https://www.analog.com/en/resources/technical-articles/whiteled-boost-converter-vs-charge-pump.html
- Analog Devices, How to Design an Automotive TFT Display System. https://www.analog.com/en/resources/technical-articles/how-to-design-an-automotive-tft-display-system.html
- Bhanu Sood, "Building Reliable Printed Circuit Boards – the Lesson Learned", 29 (Aug. 7, 2018) ("The overriding principle of failure analysis is to start with the least destructive methods and progress to increasingly more destructive techniques.")
- Battery University, BU-303: Confusion with Voltages. https://www.batteryuniversity.com/article/bu-303-confusion-with-voltages/
- "Charge other devices with Pixel", Google (last visited Aug. 28, 2026), https://support.google.com/pixelphone/answer/10107702
- Chris Davies, "Every Phone Needs This Genius Huawei Mate 20 Pro Feature", SlashGear (Oct. 16, 2018), https://www.slashgear.com/huawei-mate-20-pro-wireless-reverse-charging-hands-on-16550106/
- "Converters", Onsemi (last visited Aug. 30, 2026), https://www.onsemi.com/products/power-management/dc-dc-power-conversion/converters#products=fnN0YXR1c352YWx1ZX4zfiF+TGFzdCBTaGlwbWVudHN+IX5MaWZldGltZX4hfk9ic29sZXRlfg==

- Dash and Hu, How much battery does dark mode save? An Accurate OLED Display Power profiler for Modern Smartphones, The 19th Annual International Conference on Mobile Systems, Applications, and Services (MobiSys '21), June 24-July 2, 2021. https://dl.acm.org/doi/epdf/10.1145/3458864.3467682
- Edge et al., "Lithium Ion Battery Degradation: What You Need to Know" (Mar. 22, 2021), https://pubs.rsc.org/cp/article/23/14/8200/720730/Lithium-ion-battery-degradation-what-you-need-to
- "Effects of Temporal Light Modulation on Visual Task Performance in Different Modulation Frequencies (systematic review of 40 studies, 1998–2024)" ResearchGate (Sep. 28, 2024). https://www.researchgate.net/publication/384433855_Effects_of_temporal_light_modulation_on_visual_task_performance_in_different_modulation_frequencies
- Grepow, What is the voltage of a LiPo battery? https://www.grepow.com/blog/what-is-the-voltage-of-a-lipo-battery.html
- Griepentrog et al., "A Review of ULSI Failure Analysis Techniques for DRAMs, Part II: Defect Isolation and Visualization" (Jan 2003), https://www.sciencedirect.com/science/article/abs/pii/S0026271402002950
- "High-Brightness Micro OLED Modules for AR/VR: OEM/ODM, Brightness Control, High Efficiency", DisplayModule (May 18, 2026). https://www.displaymodule.com/blogs/knowledge/high-brightness-micro-oled-modules-for-ar-vr-oem-odm-brightness-control-high-efficiency
- Hoque et al., "Data driven Analysis of Lithium-Ion Battery Internal Resistance Towards Reliable State of Health Prediction" (Nov. 30, 2021), https://www.sciencedirect.com/science/article/pii/S037877532101020X
- "How to use your MagSafe Battery Pack", Apple (last visited Aug. 28, 2026) https://support.apple.com/en-ke/108773
- https://consumer.huawei.com/en/support/content/en-us02234345/
- https://mou.sr/4wSDc7Y
- https://ngspice.sourceforge.io/
- https://patents.google.com/patent/US2994058A/en
- https://patents.google.com/patent/US9246350B2/en
- https://patents.google.com/patent/US9652026B2/en?oq=US+9%2c652%2c026+B2+
- https://resources.pcb.cadence.com/pspiceuserguide/11-parametric-and-temperature-analysis
- https://support.apple.com/en-us/101575
- https://webstore.ansi.org/standards/ipc/ipcstd001j2024
- https://webstore.ansi.org/standards/ipc/ipc2223c2011?srsltid=AfmBOorErPuLKFC7DDrqgQIw_7ovGaHsRDNszmzTqZiZeIuXhfG8hHsZ
- https://webstore.ansi.org/standards/ipc/ipc2223f2026
- https://webstore.ansi.org/standards/ipc/ipc6013e2021
- https://www.analog.com/en/product-category/buck-boost-regulators-controllers.html
- https://www.analog.com/en/resources/design-tools-and-calculators/ltspice-simulator.html

- https://www.cadence.com/en_US/home/explore/spice-simulation.html
- https://www.cadence.com/en_US/home/tools/pcb-design-and-analysis/analog-mixed-signal-simulation/pspice.html
- https://www.digikey.com/short/01tdm0zm
- https://www.kioxia.com/en-jp/rd/technology/nand-flash.html
- https://www.micron.com/sales-support/design-tools/nand-system-power-calculator
- https://www.monolithicpower.com/en/products/power-management/switching-converters-controllers/buck-boost.html
- https://www.samsung.com/ca/support/mobile-devices/galaxy-phone-wireless-powershare/
- https://www.samsung.com/us/support/answer/ANS10002057/
- https://www.sciencedirect.com/science/article/pii/S036054421400142X
- https://www.sciencedirect.com/science/article/pii/S0378775304003593
- https://www.sciencedirect.com/science/article/pii/S2352152X26022498
- https://www.slashgear.com/huawei-mate-20-pro-wireless-reverse-charging-hands-on-16550106/
- https://www.synopsys.com/implementation-and-signoff/ams-simulation/primesim-hspice.html
- https://www.tandfonline.com/doi/full/10.1080/15980316.2025.2514844
- https://www.ti.com/product-category/power-management/dc-dc-switching-regulators/dc-dc-converters/products.html#1129=Buck-Boost%3BBuck%20boost&
- https://www.wirelesspowerconsortium.com/knowledge-base
- https://www.xeltek.com/resources/technical-articles/memory-device-types/nand-flash-programming/?srsltid=AfmBOorV8zHnNIbRdAKboBxm3zxhEoaSBQ2lbNg3qZtPZlPijI7Wrfn7
- IEEE, P1149.1 Standard for Test Access Port and Boundary-Scan Architecture. https://standards.ieee.org/ieee/1149.1/10977/. *See also,* JTAG Technologies, Boundary-scan. https://www.jtag.com/boundary-scan/
- "Improving IR Drop Effect and Power Noise Using Digital OLED Power in AMOLED Display", Taylor & Francis Online, https://doi.org/10.1080/15980316.2025.2514844
- Institute of Printed Circuits (IPC) publishes standards such as IPC-A-610H: Acceptability of Electronic Assemblies, and IPC J-STD-001J-2024: Requirements for Soldered Electrical and Electronic Assemblies. https://webstore.ansi.org/standards/ipc/ipc610h2020
- IPC-TM-650: TEST METHODS MANUAL, https://tsapps.nist.gov/publication/get_pdf.cfm?pub_id=905275
- "iPhone battery and performance", Apple (last visited Aug. 27, 2026), https://support.apple.com/en-us/101575
- Iurilli et al., "On the use of electrochemical impedance spectroscopy to characterize and model the aging phenomena of lithium-ion batteries: a critical review" (2021), https://doi.org/10.1016/j.jpowsour.2021.229860

- Jay Roy, "Improved Power System Optimization for SoC Designs", Synopsys (Jul. 28, 2021), https://www.synopsys.com/blogs/chip-design/improved-power-system-optimization-soc-designs.html
- Jiwon Kim & Hyochul Lee, "87-2: Modeling and Simulation for Mitigating Display Noise" (Jul 30, 2024), https://sid.onlinelibrary.wiley.com/doi/10.1002/sdtp.17759
- Keysight, A Unified Approach to In-Circuit Testing (ICT) and Functional Test (FCT) Integration. https://www.keysight.com/de/de/assets/3124-1417/white-papers/A-Unified-Approach-to-In-Circuit-Testing-ICT-and-Functional-Test-FCT-Integration.pdf
- Kingston Digital Inc., "Universal Flash Storage (UFS 3.1) Datasheet v1.3", 4-5 (2023), https://www.mouser.com/datasheet/2/1389/Kingston_UFSnnn_CY14_02J01___v1_3-3314915.pdf
- "LCD & OLED display power & drivers – AMOLED Bias", Texas Instruments (last visited Aug. 29, 2026), https://www.ti.com/product-category/power-management/lcd-oled-display-power-drivers/products.html#2299=AMOLED&
- "LCD & OLED display power & drivers", Texas Instruments (last visited Aug. 31, 2026), https://www.ti.com/product-category/power-management/lcd-oled-display-power-drivers/products.html#1293=LCD%20bias&
- "LED Display Flickering: Causes and Quick Fixes" YUCHIP LED (Aug. 22, 2025). https://www.yuchip-led.com/led-display-flickering/
- "MagSafe Battery Pack – Technical Specifications", Apple (last visited Aug. 28, 2026) https://support.apple.com/en-us/111857
- Microchip, Why Choose a PMIC? https://www.microchip.com/en-us/products/power-management/voltage-current-power-conversion/pmic-power-management-ics/pmic-technology-101
- Microchip. https://www.microchip.com/en-us/products/wireless-connectivity/embedded-wi-fi/wi-fi-rf-front-end-components
- Middlebrook, R. D., Cuk, Slobodan, A general unified approach to modelling switching-converter power stages. https://authors.library.caltech.edu/records/eyy0t-ate60
- NASA, Building Reliable Printed Circuit Boards – the Lessons Learned. https://ntrs.nasa.gov/api/citations/20190001381/downloads/20190001381.pdf
- Nexperia, Nexperia Introduces New Display Power Management IC, https://efficiencywins.nexperia.com/efficient-products/nexperia-introduces-new-display-power-management-ic
- NIH, Applying microscopic analytic techniques for failure analysis in electronic assemblies, https://pmc.ncbi.nlm.nih.gov/articles/PMC7818370/
- Onsemi, "Regulator - TinyPower, Buck-Boost, 2.5 A, I2C FAN49103", at 1 (Rev. 14, May 2024), https://www.onsemi.com/download/data-sheet/pdf/fan49103-d.pdf
- Onsemi, "Regulator - TinyPower, Buck-Boost, 2.5 A, 1.8 MHz FAN49100", at 1 (Rev. 4, Apr. 2025), https://www.onsemi.com/download/data-sheet/pdf/fan49100-d.pdf

- OMRON Automation, "Enhancing Ball-Grid-Array (BGA) Inspection with Advanced IPC X-Ray Techniques" (Sept. 24, 2024), https://automation.omron.com/en/us/solutions/white-papers/enhancing-ball-grid-array-inspection
- Qi Wireless Power Consortium, "Qi Specification Communications Protocol Version 1.3", 13 (Jan. 2021) https://www.wirelesspowerconsortium.com/media/fxqpba3o/qi-v13-comms-protocol.pdf
- Qi Wireless Power Consortium, "Qi Specification Mechanical, Thermal, and User Interface Version 1.3", at 1 (Jan. 2021) https://www.wirelesspowerconsortium.com/media/mulpwedm/qi-v13-mech-therm.pdf
- Robert W. Erickson, Dragan Maksimović, Fundamentals of Power Electronics, Third Edition, Springer, 2020
- "Samsung Raises the Bar with Galaxy S10: More Screen Cameras and Choices", Samsung (Feb. 21, 2019), https://news.samsung.com/global/samsung-raises-the-bar-with-galaxy-s10-more-screen-cameras-and-choices
- Society for Information Display, "Information Display Measurements Standard Version 1.03" (Jun. 1, 2012), https://www.digitec.ch/MWS/Release/editorial/LG_vs_Samsung_IDMS_1_03b/IDMSv1p03b.pdf
- STMicroelectronics, LCD/OLED display PSUs. https://www.st.com/en/power-management/lcd-oled-display-psus.html
- Suh et al., "Human Perceptuality-Aware Tone-Mapping-Based Dynamic Voltage Scaling for an AMOLED Display Smartphone" (Apr. 24, 2021), https://www.mdpi.com/2079-9292/10/9/1015
- Tejinder Gandhi & Jason Silva, "Package Failure Anlysis" Flow and Technique" (7th ed., 2019), https://doi.org/10.31399/asm.tb.mfadr7.t91110010
- Texas Instruments, Application Note, LCD Digital VCOM Using the DAC43701. https://www.ti.com/lit/an/slaae46/slaae46.pdf
- Texas Instruments, TFT-LCD Power Supply Using the TPS65120 Single Inductor Quadruple-Output Power Supply, https://www.ti.com/lit/an/slvu172/slvu172.pdf
- Texas Instruments, TPS63810 and TPS63811 – 2.5-A Buck-Boost Converters with I2C Interface, https://www.ti.com/lit/ds/symlink/tps63810.pdf
- "Texas Instruments TPS65657B0 Display PMIC Power Essentials", TechInsights (last visited Aug. 29, 2026), https://www.techinsights.com/products/pef-2210-802
- "Texas Instruments TPS65657B0 PMIC", Yole Group (Apr. 2023), https://www.yolegroup.com/product/report/texas-instruments-tps65657b0-pmic/
- Understanding Mode Transitions for LMR33620/30 and LMR36006/15, https://www.ti.com/lit/an/snva857/snva857.pdf
- "Using Wireless PowerShare on my Samsung Phone", Samsung (Aug. 20, 2026), https://www.samsung.com/au/support/mobile-devices/how-to-use-powershare-on-your-galaxy-phone/
- *What is Scale*, Purdue Univ. SCALE, https://scale.research.purdue.edu (NVIDITC-001049015)

- “Why Is Your OLED Display Flickering? Troubleshooting Embedded Visualization Systems”, Patsnap Eureka (Jul. 17, 2025). https://eureka.patsnap.com/article/why-is-your-oled-display-flickering-troubleshooting-embedded-visualization-systems
- “Wireless Reverse Charging”, Huawei (last visited Aug. 28, 2026), https://consumer.huawei.com/en/support/content/en-us02234345/
- Yoshimoto et al., “Visual Discomfort and Flicker” (Sep. 2017), https://www.sciencedirect.com/science/article/pii/S004269891730127X