# EXHIBIT A

AlixPartners
when it really matters



# David J. White

Partner & Managing Director,
Investigations, Compliance and Privacy
909 3rd Ave. | New York, NY 10022
DJWhite@Alixpartners.com

## Areas of Practice

Computer Forensics & Corporate Investigations, Data Privacy & Security

## Experience

Mr. White is a Partner and Managing Director in the Investigations, Compliance and Privacy practice group at AlixPartners, and is a founding member of the firm's global Data Privacy & Security practice group. He is an expert in cybersecurity, data privacy, and digital forensics. He has particular expertise in the assessment of information security, privacy, and data governance controls including conducting detailed gap analysis comparing claimed control architectures against actual operational deployment and the forensic identification and testing of control failures.

Mr. White is an active Infrastructure Liaison Officer in the FBI's InfraGard Program, a partnership between the FBI and private sector that is dedicated to sharing information and intelligence to prevent hostile cyber-attacks against U.S. companies. He is a former AmLaw50 commercial litigator who focused on cybersecurity and data theft issues in large and complex matters. Early in his career, he worked for the Department of Justice as a fraud investigator for the New England Bank Fraud Task Force.
Mr. White is a Certified Information Privacy Professional (CIPP/US & CIPP/EU), a USPTO-registered Patent Attorney, and a Certified Cryptocurrency Forensic Investigator (CCFI).

Prior to earning his J.D., Mr. White worked for many years as an IT Consultant and Data Analyst and was a Research Associate at Harvard University's Center for International Affairs. He also holds an LL.M. from London University in International Law. Mr. White also served in the US Navy (Reserve) with cross assignment as a field medic with the US Marine Corps.

## Education

- J.D., Vermont Law School (2000) - Albert Schweitzer Fellow
- LL.M., University of London (1993)
- B.A., Salve Regina University, magna cum laude (1992)

## Admissions & Certifications

- California (2009)
- Massachusetts (2001)
- Registered Patent Attorney, U.S. Patent and Trademark Office (2001)
- Certified Information Privacy Professional (CIPP/US/E) - International Association of Privacy Professionals

AlixPartners
when it really matters

- Certified Cryptocurrency Forensic Investigator (CCFI) – McAfee Institute

## *Affiliations*

- Infrastructure Liaison Officer, U.S. FBI InfraGard – Blockchain Cross Sector Council and Cyber Security Working Group
- International Association of Financial Crimes Investigators (IAFCI)
- High Technology Crime Investigation Association (HTCIA)
- The International Association of Privacy Professionals (IAPP)
- The American Society of Digital Forensics & eDiscovery (ASDFED)
- Non-Executive Director, Board of Directors, Logix Federal Credit Union
- International Association for Artificial Intelligence and Law

## *Witness Testimony - Past 5 Years*

- *State v. Rite Aid Corp. et al., No. 22-2-20910-1 SEA (Wash. Super. Ct. King County) Decl. 2026*
- *Smith v. Rack Room Shoes, Inc., No. 3:24-cv-06709-RFL (N.D. Cal.) Decl. 2026*
- *Multi-State P'ship for Prevention, LLC v. Kennedy, No. 24 Civ. 0013 (JMW) (E.D.N.Y.) Decl. 2026*
- *Cohn v. Popescu*, No. 1:24-cv-00337 (E.D. Tex.) Decl. 2026
- *Cherkin v. PowerSchool Holdings, Inc., No. 3:24-cv-02706 (N.D. Cal.) Reports 2026*
- *The King v Barton, No. 87431868925R2 (Crown Ct. at Inner London) Reports 2026*
- *Director of Public Prosecutions v Afrida, Claim No. KB-2025-002471 (EWHC, King's Bench Div) Reports 2025-2026*
- *United States v. Constantinescu et al., No. 4:22-cr-00612-S (S.D. Tex.) Decl. 2025*
- *Beronio v. Blue Shield of California, No. 25-CV-02658 (Cal. Super. Ct. Santa Cruz County) Decl. 2025*
- *Gray v. Luxottica of Am., Inc.*, No. 8:24-cv-00160 (C.D. Cal.) Report 2025
- *Codex United, LLC v. Profit Vault VC1*, No. 210903079 (D. Utah) Report 2025
- *The King v Vig, No. 012401131290 (Crown Ct. at Inner London) Report 2025*
- *Regina v Ali, No. T20217080 (Crown Ct. at Southwark) Report 2024, Oral Testimony 2025*
- *D'Aloia v Persons Unknown, Claim No. BL-2022-001008 (EWHC) Report 2023*
- *Schiermeyer v. Thurston, No. 2:23-cv-00589-HCN (D. Utah) Report 2023*
- *Stephens v. Doe, No. 3:23-cv-04183-JD (N.D. Cal.) Report 2023*
- *Blackstone Int'l, Ltd. v. E2 Ltd., No. 1:20-cv-01686-RSM (W.D. Wash.) Decl. 2021*
- *AGH Media Group, LLC v. Lola Digital, No. 1:20-cv-01167-LPS (D. Del.) Decl. 2021*
- *McClurg v. Praesidium Partners, Inc., No. 20STCV21548 (Cal. Super. Ct. L.A. County) Report/Depo 2021*
- *Kleiman v. Wright, No. 9:18-cv-80176-BB (S.D. Fla.) Decl./Report 2021*
- *People v. Kohl's Dep't Stores, Inc., No. BC643037 (Cal. Super. Ct. L.A. County) Decl. 2021*

AlixPartners
when it really matters

## Recent Publications

- Cryptocurrencies & The Dark Web: Insolvency Considerations, AIRA Journal, Vol. 33 No. 3 - 2020
- Cryptocurrency Crimes Are in A Class of Their Own, Corporate Counsel Business Journal, Jan 2019
- Data Localization Law Across Asia, Asia Business Law Journal, Oct 2018
- GDPR Compliance & Strategy, Financier Worldwide Magazine, Jan 2018
- Preparing for GDPR, Corporate Disputes Magazine, Oct/Dec 2017
- *Information Governance Insights,* A Compendium of Articles from his Monthly Column, Metropolitan Corporate Counsel, February 2017
- *Guarding Against Cyber Threats,* Supply Chain Management Review, Jan/Feb 2017

## Recent Presentations

- Digital Marketing & Consumer Surveillance, Privacy + Security Forum, George Wash. Univ. Wash DC (2025)
- Crypto Fraud and Market Manipulation Schemes, Euroinstitute, University of Zurich, CH (2025)
- Tracing Digital Assets in Cyber Crime Investigations, International Association of Financial Crime Investigators conference, Los Angeles CA (2024)
- Cutting Edge Technology Used by White Collar Criminals – Investigating Fraudulent Blockchain Transactions, US FBI Economic Crimes Unit CPA Conference, Miami FL (2019)
- Asset Recovery in Global Cryptocurrency Fraud Cases, Korea University Law School, Seoul (2018)
- Handling Cross Border Law Enforcement Search Warrants and Subpoenas for Electronically Stored Information, ABA Cross-Border Institute, Brussels (2018)
- Social Media and Mobile Forensics, Innoxcell Legal and Regulatory Compliance Symposium, Hong Kong (2017)
- Cyber Risk Facing Boards, C-Suites, & GCs – Directors Roundtable, San Francisco (2017)
- eDiscovery and Asian Data Privacy, The Sedona Conference - Asia Symposium, Hong Kong (2016)
- Developments in Data Localization Laws in China and International Transfer of Financial Records, IAPP Global Summit, Wash. DC (2016)
- Big Security – Using Big Data Analytics to Improve Cyber Programs – ISACA China, Hong Kong (2016)