# EXHIBIT B

**Exhibit B**

**Documents Considered**

**Pleadings and Filings**

- Apple's Complaint
- Apple's Motion for Preliminary Injunction
- Declaration of James Pooley and Exhibits
- Declaration of Parin Patel and Exhibits
- Declaration of Rafael Dionello and Exhibits
- Declaration of Daniel Roffman and Exhibits
- Declaration of Joy Ieyoub and Exhibits
- Declaration of Jackie Hughes and Exhibits
- Declaration of Tang Yew Tan
- Declaration of Chang Liu
- Declaration of Individual No. 1
- Declaration of Andrew Crain and Exhibits
- Apple Inc. v. Rivos, Inc., No. 5:22-cv-02637-EJD (N.D. Cal.), ECF Nos. 24-3 (Ex. C), 24-4 (Ex. D) (filed May 20, 2022)

**Standards and Frameworks**

- ISO/IEC 27001:2022, Information security, cybersecurity and privacy protection — Information security management systems
- ISO/IEC 27002:2022, Information security, cybersecurity and privacy protection — Information security controls
- NIST Special Publication 800-53, Rev. 5, Security and Privacy Controls for Information Systems and Organizations (Sept. 2020, updated Dec. 10, 2020)
- NIST Special Publication 800-53A, Rev. 5, Assessing Security and Privacy Controls in Information Systems and Organizations (Jan. 2022)
- AICPA, Trust Services Criteria for Security, Availability, Processing Integrity, Confidentiality, and Privacy (2017, rev. 2022)

**Publications and Commentary**

- The Sedona Conference, Commentary on the Governance and Management of Trade Secrets, 24 Sedona Conf. J. 429 (2023)

**Online Resources**


- James Pooley, When Protecting Everything Means Protecting Nothing, IPWatchdog (Nov. 28, 2023), accessed via https://ipwatchdog.com/2023/11/28/when-protecting-everything-means-protecting-nothing/id=170025/
- James Pooley, "Reasonable Efforts" Require Care and Consistency, IPWatchdog (June 27, 2022), accessed via https://ipwatchdog.com/2022/06/27/reasonable-efforts-require-care-consistency/
- James Pooley, Lessons from the Levandowski Case: Reimagining the Exit Interview as Risk Management, IPWatchdog (Oct. 30, 2022), accessed via https://ipwatchdog.com/2022/10/30/lessons-levandowski-case-reimagining-exit-interview-risk-management/
- Apple hardware engineer interview, Blind (Aug. 8, 2017), accessed via https://www.teamblind.com/post/apple-hardware-engineer-interview-s81g6ptk
- Get a Job at Apple: Interview Process and Top Questions, Exponent, accessed via https://www.tryexponent.com/blog/apple-interview-process (last visited Aug. 27, 2026)
- Juli Clover, macOS Tahoe 26.7 Is Full of References to Unreleased Apple Products, MacRumors (Aug. 17, 2026), accessed via https://www.macrumors.com/2026/08/17/macos-26-7-unreleased-apple-devices/
- Juli Clover, Apple Leak Confirms Work on Foldable iPhone, AirTag 2, and Dozens More Devices, MacRumors (Dec. 15, 2025), accessed via https://www.macrumors.com/2025/12/15/apple-leak-unreleased-devices-codenames/
- Daniel Howley, Apple Tops $5 Trillion Market Cap, Only Second Company to Hit the Milestone, Yahoo! Finance (July 28, 2026), accessed via https://finance.yahoo.com/technology/article/apple-tops-5-trillion-market-cap-only-second-company-to-hit-the-milestone-134013795.html
- Aaron Tilley, How an Apple iCloud Policy Fueled Employee Leaks Ahead of OpenAI Suit, The Information (Aug. 3, 2026), accessed via https://www.theinformation.com/articles/apple-icloud-policy-fueled-employee-leaks-ahead-openai-suit
- Arnold Kim, Next Generation iPhone Model Revealed in Firmware, MacRumors (Jan. 28, 2009), accessed via https://www.macrumors.com/2009/01/28/next-generation-iphone-model-revealed-in-firmware/
- Checklist for Employees Leaving Apple, reproduced in a memorandum concerning Apple's employee handbook and confidentiality policies submitted in proceedings before the National Labor Relations Board, accessed via https://web.archive.org/web/20230316202111/https://gjovik.co/wp-content/uploads/2023/02/gjovik-apple-nlrb-handbook-memo.pdf (archived Mar. 16, 2023)