Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.<br><br>Plaintiff,<br><br>v.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC, f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE INC.'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date: None Set |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation, OpenAI Group PBC, and io Products, LLC move this Court to consider whether certain portions of Defendants' Opposition to Plaintiff Apple Inc.'s ("Apple") Motion for Preliminary Injunction, and certain portions of filings accompanying the Opposition, should be maintained under seal. Specifically, Defendants identify the following documents as containing information that Apple has previously sought to maintain under seal (*see, e.g.*, ECF 48):

| Document | Portions Provisionally Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Tang Tan in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Chang Liu in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, Addendum 1 thereto, and Exhibits A, B, D, F, and H thereto | Addendum 1 in its entirety. Otherwise, yellow Highlighted Portions | Apple |
| Declaration of Alyssa Peng in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, and Exhibits A and C thereto | Yellow Highlighted Portions | Apple |
| Declaration of Mary Rose Moynihan in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Individual No. 1 in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Individual A in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, and Exhibit B thereto | Yellow Highlighted Portions | Apple |
| Declaration of Dr. Lawrence Yao in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |

| | | |
|---|---|---|
| Declaration of Joel Delman in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Robert Fried in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Dr. Arijit Raychowdhury in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of David White in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple |
| Declaration of Andrew Crain in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, and Exhibits B and C thereto | Exhibits B and C in their entireties. Otherwise, yellow Highlighted Portions | Apple |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above-mentioned documents accompany this Administrative Motion. At this time, Defendants have not taken a position regarding whether the portions identified above may be sealed under the appropriate Ninth Circuit authorities. Defendants expect that Apple will file papers supporting its confidentiality designations within seven days, as required by Local Rule 79-5(f)(3); and Defendants reserve their right to respond to Apple's filing pursuant to Local Rule 79-5(f)(4).

DATED: August 31, 2026

By *_/s/ Andrew H. Schapiro_*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
Victoria B. Parker (Bar No. 290862)
Andrew M. Mather (Bar No. 345548)
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com
vickiparker@quinnemanuel.com
andrewmather@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
Lucas A. Hammill (*pro hac vice*)
Jordan M. Nakdimon (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com
lucashammill@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Joseph E. Reed (Bar No. 323524)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
joereed@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

DATED: August 31, 2026

By *_/s/ Kate E. Lazarus_*

KWUN BHANSALI LAZARUS LLP

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kate E. Lazarus has concurred in the filing of the above document.

By *_/s/ Andrew H. Schapiro_*
Andrew H. Schapiro