UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**[PROPOSED] ORDER GRANTING/DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE INC.'S MATERIAL SHOULD BE SEALED**

Before the Court is Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation, OpenAI Group PBC, and io Products, LLC's Administrative Motion to Consider Whether Apple Inc.'s ("Apple") Material Should Be Filed Under Seal, filed in connection with their Opposition to Apple's Motion for Preliminary Injunction. Having reviewed and considered the papers filed in support, Defendants' Administrative Motion to Consider Whether Apple's Material Should Be Filed Under Seal is hereby **GRANTED/DENIED**.

| **Document** | **Portions Provisionally Filed Under Seal** | **Designating Party** | **Granted /Denied** |
|---|---|---|---|
| Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Tang Tan in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Chang Liu in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, Addendum 1 thereto, | Addendum 1 in its entirety. Otherwise, yellow Highlighted Portions | Apple | |

| | | | |
|---|---|---|---|
| and Exhibits A, B, D, F, and H thereto | | | |
| Declaration of Alyssa Peng in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, and Exhibits A and C thereto | Yellow Highlighted Portions | Apple | |
| Declaration of Mary Rose Moynihan in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Individual No. 1 in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Individual A in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, and Exhibit B thereto | Yellow Highlighted Portions | Apple | |
| Declaration of Dr. Lawrence Yao in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Joel Delman in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Robert Fried in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Dr. Arijit Raychowdhury in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of David White in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction | Yellow Highlighted Portions | Apple | |
| Declaration of Andrew Crain in Support of Defendants' Opposition to Apple's Motion for Preliminary Injunction, and Exhibits B and C thereto | Exhibits B and C in their entireties. Otherwise, yellow Highlighted Portions | Apple | |

**IT IS SO ORDERED**.

Dated: ____________

By: ______________________________________________

EDWARD J. DAVILA
United States District Judge