Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-CV-07078-EJD<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPLEMENTAL BRIEF**<br><br>**Judge:** Edward J. Davila<br><br>**Complaint Filed:** July 10, 2026 |

Before the Court is Plaintiff Apple Inc.'s ("Apple") Administrative Motion to File Under Seal ("Administrative Motion") Portions of Apple's Supplemental Brief in Support of its Motion for Expedited Discovery (the "Supplemental Brief"). Having considered the Administrative Motion and Defendants' partial opposition thereto, the Court finds the Administrative Motion should be **GRANTED** as to the limited portions of Exhibits A, B, C, D, and F to the Declaration of Daniel Roffman (the "Roffman Declaration") that contain personally identifying information and **DENIED** in all other respects as to those Exhibits A, B, C, D, and F to the Roffman Declaration. The Administrative Motion is **GRANTED** in all other respects.

Within seven (7) days of this Order, Apple shall file on the public docket redacted versions of Exhibits A, B, C, D, and F of the Roffman Declaration, redacting the minimum amount necessary to protect personal identifying information.

**IT IS SO ORDERED.**

DATED:

Honorable Edward J. Davila
United States District Judge