Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-CV-07078-EJD

**DECLARATION OF KATE E. LAZARUS IN SUPPORT OF DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPLEMENTAL BRIEF**

**Judge:** Edward J. Davila

**Complaint Filed:** July 10, 2026

I, Kate E. Lazarus, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an attorney of the law firm Kwun Bhansali Lazarus LLP, counsel for Defendant Chang Liu in the above captioned action. I make this declaration in support of Defendants' Limited Opposition to Apple's Administrative Motion to File Under Seal Portions of its Supplemental Brief in Support of its Motion for Expedited Discovery, and portions of the Declarations and Exhibits filed in support thereof (ECF No. 93). I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2. Attached as **Exhibit 1** is a true and correct copy of an email exchange between myself and counsel for Plaintiff Apple, Inc., dated August 31 through September 3, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of September, 2026 in San Francisco, California.

*<u>/s/ Kate E. Lazarus</u>*
Kate E. Lazarus

# ATTESTATION

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kate E. Lazarus has concurred in the filing of the above document.

By *__/s/ Andrew H. Schapiro__*
Andrew H. Schapiro