# EXHIBIT 1

| | |
|---|---|
| **From:** | Kate Lazarus <klazarus@kblfirm.com> |
| **Sent:** | 03 September 2026 18:32 |
| **To:** | Recce, Rocco |
| **Cc:** | Yehuda Goor; Henry, Christopher; Blacklaws, Heather; Andrew Schapiro; Jodie Cheng; QE-OpenAI-Apple-NDCA26-cv-7078; Patrick Curran; Weil Team Apple Liu OpenAI; JDesmarais@desmaraisllp.com |
| **Subject:** | Re: Apple v. Liu, No. 5:26-cv-07078: Supplemental Brief in Support of Motion for Expedited Discovery |

**[EXTERNAL EMAIL from klazarus@kblfirm.com]**

Rocco - Following up on my email from yesterday regarding Exhibits A-F of the Roffman Declaration, I took another look at the Cohen Declaration in support of sealing those exhibits. I understand Apple does not contend that Exhibits B-E contain any Apple confidential info (only PII). With respect to Ex A to Roffman, Apple states "This exhibit refers to substantive technical discussion regarding the content of Apple's confidential project files. This exhibit discloses Apple's confidential and trade secret information, including details of technology Apple has asserted as a trade secret. " Can you please identify the exact text in Ex A that reveals Apple's confidential and trade secret info?

As to Ex F to Roffman, the Cohen declaration states "This exhibit refers to substantive technical discussion regarding a proprietary engineering tool. This information is confidential and not publicly known." Again, can you please direct us to the text that discloses confidential info about Apple's "proprietary engineering tool"?

Thank you, Kate

On Wed, Sep 2, 2026 at 5:28 PM Kate Lazarus <klazarus@kblfirm.com> wrote:

> Rocco -
>
> Mr. Liu doesn't object to either Mr. Tan or the Corporate Defendants reviewing Exhibits A - F to the Roffman declaration.
>
> Does Apple contend that these exhibits contain Apple confidential information? If so, can you please identify such info?
>
> Thanks, Kate
>
> On Tue, Sep 1, 2026 at 4:59 PM Recce, Rocco <Rocco.Recce@weil.com> wrote:
>
>> Counsel,
>>
>> Apple does not object to Quinn sharing Exhibits A-F to the Declaration of Daniel Roffman, dated August 31, 2026, with Mr. Tan, so long as counsel for Mr. Liu does not object and Mr. Tan agrees not to disclose or share the contents of the exhibits with anyone outside of this litigation. Please confirm.

Apple is also willing to consider this request from the corporate defendants but requires more information to do so. To that end, (1) please confirm that Mr. Liu does not object; and (2) please (a) disclose which corporate defendants will be shown these exhibits, (b) represent that they are not involved in competitive decision-making, and (c) confirm each agrees not to disclose or share the contents of the exhibits with others outside of this litigation.

Regards,
Rocco

**Rocco Recce**
Pronouns: He/him/his

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Rocco Recce weil.com
[redacted] Direct

---

**From:** Yehuda Goor <yehudagoor@quinnemanuel.com>
**Sent:** Tuesday, September 1, 2026 4:52 PM
**To:** Henry, Christopher <Chris.Henry@weil.com>
**Cc:** Blacklaws, Heather <Heather.Blacklaws@weil.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; QE-OpenAI-Apple-NDCA26-cv-7078 <qe-openai-apple-ndca26-cv-7078@quinnemanuel.com>; Patrick Curran <patrickcurran@quinnemanuel.com>; Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com; Kate Lazarus <klazarus@kblfirm.com>
**Subject:** RE: Apple v. Liu, No. 5:26-cv-07078: Supplemental Brief in Support of Motion for Expedited Discovery

Counsel,

Please let us know if Apple has any objection to Exhibits A-F to the Declaration of Daniel Roffman dated August 31, 2026 being shared with the corporate defendants and Mr. Tan. If Apple does object, please let us know the basis.

Defendants reserve all rights regarding Apple's designations.

Regards,
Yehuda

**Yehuda Goor**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
[redacted] Office
[redacted] Mobile
yehudagoor@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Henry, Christopher <Chris.Henry@weil.com>
**Sent:** Monday, August 31, 2026 5:59 PM
**To:** Kate Lazarus <klazarus@kblfirm.com>
**Cc:** Blacklaws, Heather <Heather.Blacklaws@weil.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; Yehuda Goor <yehudagoor@quinnemanuel.com>; QE-OpenAI-Apple-NDCA26-cv-7078 <qe-openai-apple-ndca26-cv-7078@quinnemanuel.com>; Patrick Curran <patrickcurran@quinnemanuel.com>; Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com
**Subject:** RE: Apple v. Liu, No. 5:26-cv-07078: Supplemental Brief in Support of Motion for Expedited Discovery

**[EXTERNAL EMAIL from chris.henry@weil.com]**

Kate,

Apple is amenable to you sharing with Mr. Liu the sealed versions of its supplemental brief in support of its motion for expedited discovery and the accompanying Roffman declaration and that declaration's exhibits.

Regards,

**Chris Henry**

Weil

Weil, Gotshal & Manges LLP
1001 Boylston Street, Suite 300
Boston, MA 02115
chris.henry@weil.com
[redacted] Direct
Mobile

**From:** Kate Lazarus <klazarus@kblfirm.com>
**Sent:** Monday, August 31, 2026 5:44 PM
**To:** Patrick Curran <patrickcurran@quinnemanuel.com>
**Cc:** Blacklaws, Heather <Heather.Blacklaws@weil.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; Yehuda Goor <yehudagoor@quinnemanuel.com>; QE-OpenAI-Apple-NDCA26-cv-7078 <qe-openai-apple-ndca26-cv-7078@quinnemanuel.com>; Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com
**Subject:** Re: Apple v. Liu, No. 5:26-cv-07078: Supplemental Brief in Support of Motion for Expedited Discovery

Counsel - Can the sealed versions of Apple's supplemental brief and declarations be shared with Mr. Liu?
Kate

On Mon, Aug 31, 2026 at 2:22 PM Patrick Curran <patrickcurran@quinnemanuel.com> wrote:

> Weil & Desmarais teams, for electronic service on OpenAI under FRCP 5 in this matter, please use the following email address:

qe-openai-apple-ndca26-cv-7078@quinnemanuel.com

That address is the only address for service that OpenAI has agreed to under FRCP 5. Thanks.

- -
Patrick Curran | [redacted] (Boston) | [redacted] (NY) | patrickcurran@quinnemanuel.com

---

**From:** Blacklaws, Heather <Heather.Blacklaws@weil.com>
**Date:** Monday, August 31, 2026 at 3:01 PM
**To:** Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Jodie Cheng <jodiecheng@quinnemanuel.com>; Patrick Curran <patrickcurran@quinnemanuel.com>; Yehuda Goor <yehudagoor@quinnemanuel.com>; klazarus@kblfirm.com <klazarus@kblfirm.com>
**Cc:** Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com <JDesmarais@desmaraisllp.com>
**Subject:** Apple v. Liu, No. 5:26-cv-07078: Supplemental Brief in Support of Motion for Expedited Discovery

**[EXTERNAL EMAIL from heather.blacklaws@weil.com]**

---

Counsel,

Attached please find the sealed version of Apple's Supplemental Brief in Support of Its Motion for Expedited Discovery, along with the sealed versions of the supporting Declarations and Exhibits.

In accordance with the parties' agreement to provisionally treat confidential information filed in connection with Apple's preliminary injunction and expedited discovery motions as Highly Confidential – Outside Counsel's Eyes Only materials until a protective order is agreed to and/or entered by the Court, sealed materials from these filings are designated Highly Confidential – Outside Counsel's Eyes Only and should be treated as such.

Regards,
Heather

Weil

**Heather Blacklaws**

Weil, Gotshal & Manges LLP
600 Congress Ave, Suite 2170
Austin, TX 78701
heather.blacklaws@weil.com
[redacted] Direct

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.