Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

APPLE INC.

Plaintiff,

v.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC, f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**DECLARATION OF CHANG LIU IN SUPPORT OF DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPLEMENTAL BRIEF**

**DECLARATION OF CHANG LIU**

I, Chang Liu, the undersigned, hereby declare and state:

1. I submit this declaration in support of Defendants' Limited Opposition to Apple's Administrative Motion to File Under Seal Portions of its Supplemental Brief in Support of its Motion for Expedited Discovery, and portions of the Declarations and Exhibits filed in support thereof (ECF No. 93) (the "Administrative Motion"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I have reviewed the sealed exhibits to the Declaration of Daniel Roffman filed in conjunction with the Administrative Motion (the "Roffman Declaration"), including Exhibits A and F thereof. Both those exhibits consist of my personal text messages, and I am therefore familiar with their substance and the contexts surrounding them.

3. Exhibit A consists of a text message exchange I had with one of my former Apple colleagues in which I discussed my experiments with artificial intelligence (AI) to satisfy my personal curiosity about the capabilities of certain AI models. Specifically, as I explain in the text messages, I ran certain experiments and simulations with open source AI software in my personal capacity and without using any Apple confidential information or trade secrets. I joked with my counterparty that we would all lose our jobs soon because publicly available AI tools require only a few hours to complete a project that would take humans several days.

4. Exhibit F consists of two text messages I exchanged with other former Apple colleagues (one of whom is still at Apple). Those messages do not contain or concern any work I did while I was employed by Apple or the use of any Apple confidential information, trade secrets, or internal engineering tools whatsoever. In that exchange, I colloquially referred to a certain customary process by the nickname Apple uses for that process, but did not state that I used the Apple tool itself. To be clear, I have not used that tool since leaving Apple. Rather, I was referring to a non-Apple owned tool that executes a similar function. Further, the name of the Apple tool I referenced in the text messages is publicly available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 4th day of September, 2026 in San Francisco, California.

Chang Liu (Sep 4, 2026 18:38:41 PDT)

Chang Liu