Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

[Additional counsel listed in signature block]

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.<br><br>Plaintiff,<br><br>v.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC, f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND CERTIFICATION PURSUANT TO CIVIL L.R. 3-15**<br><br>Trial Date: None Set |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Foundation states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Group PBC states that it is partially owned by OpenAI Foundation, which also has certain contractual rights as to OpenAI Group PBC and its directors. OpenAI Group PBC further states that Microsoft Corporation and

SoftBank Group Corporation are publicly held corporations that each have a financial interest in OpenAI Group PBC of 10% or more on an as-converted basis.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, io Products, LLC states that it is a subsidiary of OpenAI OpCo LLC and that no publicly held corporation has a financial interest of 10% or more.

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Defendant Tang Yew Tan that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15(b)(2), the undersigned certifies on behalf of Defendants OpenAI Foundation, OpenAI Group PBC, and io Products, LLC that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Other than named parties, the following entities have financial interest in the named entities as set forth above: OpenAI OpCo LLC, Microsoft Corporation, and SoftBank Group Corporation. Pursuant to Civil L.R. 3-15(b)(1), the undersigned certifies on behalf of Defendants OpenAI Foundation, OpenAI Group PBC, and io Products, LLC that as of this date, there is no conflict to report.

DATED: September 9, 2026

By /s/ Andrew H. Schapiro

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

Jodie W. Cheng (Bar No. 292330)
David Eiseman (Bar No. 114758)
Victoria B. Parker (Bar No. 290862)
Andrew M. Mather (Bar No. 345548)
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com
vickiparker@quinnemanuel.com
andrewmather@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
Lucas A. Hammill (*pro hac vice*)
Jordan M. Nakdimon (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com
lucashammill@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Joseph E. Reed (Bar No. 323524)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
joereed@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*