# EXHIBIT D

## REDACTED IN ITS ENTIRETY