# EXHIBIT 1
# REDACTED
# FILED UNDER SEAL

KBL KWUN BHANSALI LAZARUS

**Kate Lazarus <klazarus@kblfirm.com>**

## Apple Inc. v. Liu et al., Case No. 5:26-cv-07078-EJD: Return of AOUs

**Kate Lazarus** <klazarus@kblfirm.com> Wed, Aug 19, 2026 at 1:35 PM
To: "Sim, Vanessa" <Vanessa.Sim@weil.com>
Cc: Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>, "JDesmarais@desmaraisllp.com" <JDesmarais@desmaraisllp.com>, "KOussayef@desmaraisllp.com" <KOussayef@desmaraisllp.com>, "sbalcof@desmaraisllp.com" <sbalcof@desmaraisllp.com>, "mdelzell@desmaraisllp.com" <mdelzell@desmaraisllp.com>, "asafi@desmaraisllp.com" <asafi@desmaraisllp.com>, "isadeh@desmaraisllp.com" <isadeh@desmaraisllp.com>

Hi Vanessa - Received. The new tracking number is [redacted].
Kate

On Wed, Aug 19, 2026 at 11:43 AM Sim, Vanessa <Vanessa.Sim@weil.com> wrote:

> Thanks, Kate. Please send the devices to the address below.
>
> Attn: [redacted]
>
> [redacted]
>
> Boston, MA [redacted]
>
> Best,
>
> Vanessa
>
> ---
>
> **From:** Kate Lazarus <klazarus@kblfirm.com>
> **Sent:** Wednesday, August 19, 2026 10:42 AM
> **To:** Sim, Vanessa <Vanessa.Sim@weil.com>
> **Cc:** Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com; KOussayef@desmaraisllp.com; sbalcof@desmaraisllp.com; mdelzell@desmaraisllp.com; asafi@desmaraisllp.com; isadeh@desmaraisllp.com
> **Subject:** Re: Apple Inc. v. Liu et al., Case No. 5:26-cv-07078-EJD: Return of AOUs
>
> Hi Vanessa - Following up on our call, Sync was able to hold these back from shipping. Let us know the new address when available.
>
> On Wed, Aug 19, 2026 at 9:44 AM Kate Lazarus <klazarus@kblfirm.com> wrote:
>
>> Hi Vanessa - The devices should arrive tomorrow, FedEx tracking # [redacted].
>>
>> Kate
>>
>> On Tue, Aug 18, 2026 at 1:38 PM Sim, Vanessa <Vanessa.Sim@weil.com> wrote:
>>
>>> Thank you, Kate. Please ship the devices to the address below:

Attn: [redacted]

[redacted]

Regards,

Vanessa

---

**From:** Kate Lazarus <klazarus@kblfirm.com>
**Sent:** Tuesday, August 18, 2026 11:02 AM
**To:** Sim, Vanessa <Vanessa.Sim@weil.com>
**Cc:** Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com; KOussayef@desmaraisllp.com; sbalcof@desmaraisllp.com; mdelzell@desmaraisllp.com; asafi@desmaraisllp.com; isadeh@desmaraisllp.com
**Subject:** Re: Apple Inc. v. Liu et al., Case No. 5:26-cv-07078-EJD: Return of AOUs

Hi Vanessa - Thanks for checking in. Yes, this is fine. The devices are en route to Sync. Sync will take images and then they can return the devices to Apple. Please provide shipping info for the return.

Kate

On Tue, Aug 18, 2026 at 10:59 AM Sim, Vanessa <Vanessa.Sim@weil.com> wrote:

> Kate,
>
> We have not heard from you on this front. Please let us have your position on our proposal at your earliest convenience, or let us know when you are available to discuss.
>
> Regards,
>
> Vanessa
>
> ---
>
> **From:** Sim, Vanessa
> **Sent:** Thursday, August 13, 2026 11:41 AM
> **To:** Kate Lazarus <klazarus@kblfirm.com>
> **Cc:** Weil Team Apple Liu OpenAI <Weil.Apple.Liu.OpenAI@weil.com>; JDesmarais@desmaraisllp.com; KOussayef@desmaraisllp.com; sbalcof@desmaraisllp.com; mdelzell@desmaraisllp.com; asafi@desmaraisllp.com; isadeh@desmaraisllp.com
> **Subject:** Apple Inc. v. Liu et al., Case No. 5:26-cv-07078-EJD: Return of AOUs
>
> Kate,
>
> We are following up on the return of Chang Liu and Alyssa Peng's AOUs to Apple. We understand from our prior discussion about these devices that you have collected Mr. Liu's MacBook Pro (S/N [redacted]) and a

phone he had in his possession and Ms. Peng's iPhone 13, and that you will return these devices to Apple after they are imaged.

We further understand that you would prefer a vendor other than CRA image these devices before their return. As you are already working with a discovery vendor in this case, we propose that your vendor image Mr. Liu's and Ms. Peng's devices, and that after such imaging, the devices be immediately returned to Apple.

Please let us know if this proposal works for you. We are happy to further discuss on a call, as needed.

Regards,

Vanessa

Weil

**Vanessa Sim**

Weil, Gotshal & Manges LLP
600 Montgomery Street

San Francisco, CA 94111
vanessa.sim@weil.com
+1 [redacted] Direct

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.