# EXHIBIT A
# REDACTED
# FILED UNDER SEAL

| Record | Sender | Sender Name | Recipient(s) | Recipient Name(s) | Message Sent Date/Time - PT | Certified Translated Messages | Message GUID | Type | Status | Item ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 11567 | +1[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 3/18/2026 6:09:54 PM | Oh right... If you need the current [redacted], I think I have a document. You can just open it and run it; it should work. | 61009A5D-BB85-49E0-9B9C-2579CCAF3FDF | iMessage | Received and Read | 11271029 |
| 11568 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 3/18/2026 6:10:25 PM | I crafted it myself. Even though it's pretty bad. But it should be correct. I can tell you where it is in the folder. | 85F7951F-615A-4C00-A65F-0AF4405D9E37 | iMessage | Received and Read | 11271030 |
| 11569 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 3/18/2026 6:10:39 PM | Don't roast me for having such a messy folder. | 026F5AFE-098B-4894-A2A7-7E3141F8143F | iMessage | Received and Read | 11271031 |
| 11570 | Local User <00008150-000C29262E0B401C_files_full.zip> | | +[redacted] | Chang | 3/18/2026 6:12:05 PM | I feel like I won't even look into it until next week, haha. | 63F9194F-A2F7-45FD-B9FF-55D243F32D35 | iMessage | Sent | 11271032 |
| 11571 | Local User <00008150-000C29262E0B401C_files_full.zip> | | +[redacted] | Chang | 3/18/2026 6:12:17 PM | Maybe I won't even finish it before I get walked out. | 1967E4FF-31FA-4644-A148-A936F82C5E38 | iMessage | Sent and Read | 11271033 |
| | | | | | | | | | | |
| 11730 | Local User <00008150-000C29262E0B401C_files_full.zip> | | +[redacted] | Chang | 3/25/2026 2:56:53 PM |   | 590E02EA-CF99-4824-964B-0B84A6BD3B04 | iMessage | Sent and Read | 11272703 |
| 11731 | Local User <00008150-000C29262E0B401C_files_full.zip> | | +[redacted] | Chang | 3/25/2026 2:57:01 PM | I'm dying laughin g. | FD6DDCF6-4B44-4484-8648-8504E1EDAB6B | iMessage | Sent and Read | 11272704 |
| 11732 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 3/25/2026 2:57:18 PM | Hahahahaha. | 349DB264-3968-4425-986A-20464348E6FD | iMessage | Received and Read | 11272705 |
| 11733 | +[redacted] | Chang | Local User <00008150-000C29262E0B401C_files_full.zip> | | 3/25/2026 2:57:31 PM | See, I even predicted what questions he was going to ask. | 8BED190C-6158-4CD3-AAA7-911B2D957DDA | iMessage | Received and Read | 11272707 |