Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

David Eiseman (Bar No. 114758)
Jodie W. Cheng (Bar No. 292330)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jodiecheng@quinnemanuel.com
davideiseman@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

[Additional counsel listed in signature block of accompanying opposition brief]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**SUPPLEMENTAL DECLARATION OF ARIJIT RAYCHOWDHURY, PH.D.**<br><br>Hon. Edward J. Davila<br>Courtroom 4<br><br>Hearing Date: Oct. 1, 2026<br>Hearing Time: 9:00 a.m. |

## I. INTRODUCTION

I, Dr. Arijit Raychowdhury, declare as follows:

1. As I explained in my August 31, 2026 Declaration in Support of Defendants' Opposition to Apple Inc.'s Motion for a Preliminary Injunction ("**Raychowdhury Declaration**," Dkt. 115-21), I have been retained by Quinn Emanuel Urquhart & Sullivan, LLP as counsel for Defendants OpenAI Foundation f/k/a OpenAI Inc. and OpenAI Group PBC (together "**OpenAI**"), io Products, LLC f/k/a io Products, Inc. ("**io Products**"), and Tang Yew Tan; and the law firm Kwun Bhansali Lazarus LLP as counsel for Defendant Chang Liu (together with Tan, io Products, and OpenAI, "**Defendants**") in this case.

2. In this declaration, I incorporate by reference Sections I-III, IV.F, IV.H, V.F, V.G, and V.I from my original Raychowdhury Declaration.

3. I hold my opinions to a reasonable degree of professional certainty. The information I have relied upon is the type of information that is typically relied upon in my fields of expertise. I reserve the right to revise my opinion if additional information, documents, or testimony provided by the parties becomes available that would cause me to amend or supplement my opinions here.

## II. SUMMARY OF EXPECTED TESTIMONY

4. I have been asked by counsel for Defendants to offer expert opinions responding to the Declaration of Dr. Ayman Fayed in Support of Apple Inc.'s Supplemental Brief in Support of Its Motion for Expedited Discovery ("**Supplemental Fayed Declaration**," Dkt. 93-07), dated August 31, 2026; and Apple Inc.'s Supplemental Brief in Support of Its Motion for Expedited Discovery ("**Supplemental Brief**," Dkt. 93-03), dated August 31, 2026. To the extent I do not address specific statements in the Supplemental Fayed Declaration or the Supplemental Brief, it should not be assumed that I agree with such statements.

5. Based on my review of the Supplemental Fayed Declaration; the Supplemental Brief; the Declaration of Daniel Roffman in Support of Plaintiff Apple Inc.'s Motion for Expedited Discovery ("**Supplemental Roffman Declaration**," Dkt. 93-05), dated August 31, 2026; and the Supplemental Declaration of Chang Liu in Support of Defendants' Response to Plaintiff Apple Inc.'s Supplemental Briefing in Support of Its Motion for Expedited Discovery ("**Supplemental**

**Liu Declaration**"), dated September 11, 2026: it is my opinion that: [redacted]

**III.** [redacted]

6. [redacted]

**IV.** [redacted]

7. [redacted]

---

[1] Raychowdhury Declaration ¶¶ 171-77.

[2] [redacted]

[3] Supplemental Fayed Declaration ¶ 17.

[redacted]

8. [redacted]

9. [redacted]

10. [redacted]

---

[4] Supplemental Fayed Declaration ¶ 21.

[5] Patel Ex. 24; Supplemental Fayed Declaration ¶¶ 16-17.

[6] Supplemental Fayed Declaration ¶ 17.

[redacted]

11. [redacted]

[7] *See generally* Sam Walder & Xibo Yuan, "Effect of Load Parasitics on the Losses and Ringing in High Switching Speed SiC MOSFET Based Power Converters", Abstract, Fig. 1 (2016) (depicting a load's particular parasitic capacitance "$C_{out}$"), https://research-information.bris.ac.uk/ws/portalfiles/portal/44443534/Sam_Walder_ECCE_2015.pdf.

[8] *See generally E.g.*, Texas Instruments Incorporated, "High Speed Analog Design and Application Seminar", 2-4, 6 (last visited Sep. 9, 2026) (describing various factors that influence parasitics of wires), https://www.ti.com/lit/ml/slyp173/slyp173.pdf.

[redacted]

12. [redacted]

**V.** [redacted]

13. [redacted]

---

[9] Supplemental Liu Declaration ¶ 19.

[10] Supplemental Liu Declaration ¶¶ 16-21.

[11] Supplemental Liu Declaration ¶ 17.

[12] Supplemental Fayed Declaration ¶¶ 24-26.

[redacted]

## VI. CONCLUSION

14. For the reasons stated above, it is my opinion that [redacted]

15. I reserve the right to supplement these opinions as discovery proceeds and as I review additional materials, including Apple's sealed filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on September 11, 2026 in Johns Creek, GA.

By ______________________

Arijit Raychowdhury, Ph.D.

[13] Supplemental Liu Declaration ¶¶ 16-21.