# EXHIBIT 1
# REDACTED
# FILED UNDER SEAL

**From:** Bruner, Nicole <Nicole.Bruner@weil.com>
**Sent:** Wednesday, July 8, 2026 7:18 PM
**To:** [redacted]
**Cc:** Gross, Gabriel
**Subject:** Apple

[redacted]

Thank you for your time on the call to discuss Apple proprietary and confidential information that may still be accessible to you through your Apple account and for your offer to cooperate. Apple needs confirmation that its proprietary and confidential information is properly secured. Please follow these seven steps:

1. Log into your Apple account at iCloud.com.

2. Within iCloud, identify any Apple proprietary and confidential files or information accessible to you, which you will prepare to remove, including by navigating to at least the following areas and reviewing their contents:
    a. iCloud Drive (including the root of the account)
    b. Desktop
    c. Documents
    d. Keynote
    e. Numbers
    f. Pages
    g. Notes

3. Prepare to permanently remove your access to any Apple proprietary and confidential files or information you identified by using the Delete (trash can) icon or dragging those items to the Recently Deleted area.

4. Make a list of the Apple proprietary and confidential files or information you have identified and prepared for deletion. This can be accomplished, for example, by taking a screenshot of all such items once they have been moved to the Recently Deleted section, and BEFORE permanently deleting them. If the files or information you move to the Recently Deleted area are in folders, you will need to open those folders to make a list of their contents (e.g., with screenshots) as well.

5. Take these steps to confirm that your access to any Apple proprietary and confidential content you identified is permanently deleted:
    a. Navigate to Recently Deleted.
    b. Ensure that all the items you chose to delete are present.
    c. Click Delete All.
    d. If prompted (e.g., “Are you sure you want to delete …”), confirm you want to delete those items.

6. For any device where you may have had Apple proprietary and confidential content syncing (e.g., Macs, MacBooks, iPhones, iPads, Vision Pros, etc. with iCloud Drive turned on), please sign in and confirm the permanent deletions you made on iCloud propagated to your device. This may take some time.

7. If, after taking steps 1 through 6, you have other confidential and/or proprietary Apple information in your possession or otherwise available to you, please contact us to discuss how it should be handled. Otherwise, once you have completed the steps above, by reply email, please send us the following written confirmation, if true, and attach the listing(s) of the items you identified and deleted.

"I have taken the steps Apple instructed to identify Apple proprietary and confidential information accessible through my Apple account and ensure that I no longer have access to the information I identified. I have included a list of such items below. I confirm that I have no other confidential and/or proprietary Apple information in my possession or that is accessible to me."

Regards,
Nicole

Weil

**Nicole Elena Bruner**
Associate

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
nicole.bruner@weil.com
+1 [redacted] Direct
+1 202 857 0940 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.