# EXHIBIT 2
# REDACTED
# FILED UNDER SEAL

**From:** **Bruner, Nicole** Nicole.Bruner@weil.com
**Subject:** Apple
**Date:** April 10, 2026 at 6:33 PM
**To:** [redacted]
**Cc:** Gross, Gabriel Gabe.Gross@weil.com

NB

[redacted]

Thank you for your time to discuss Apple proprietary and confidential information that may still be accessible to you through your Apple account and for your offer to cooperate. Apple needs confirmation that its proprietary and confidential information is properly secured. Please follow the following steps:

Before permanently deleting any items, please document the Apple proprietary and confidential files and information you previously deleted that currently reside in Trash or Recently Deleted folders on iCloud and on your two MacBooks and your iPhone, as follows:

**On iCloud.com:**

1. Log into your Apple account at **iCloud.com** and navigate to **iCloud Drive**.
2. Select **Recently Deleted** in the sidebar and screenshot its entire contents, scrolling as needed to capture every item. If any items are folders, open those folders and screenshot their contents as well.
3. Do not permanently delete any items from the Recently Deleted folder until you have completed all documentation steps and provided the screenshots to us.

**On each MacBook:**

1. Open the Trash folder by clicking the Trash icon in the Dock.
2. Switch to List View so that file names, dates, sizes, and file types are visible.
3. Screenshot the entire contents of the Trash folder, scrolling as needed to capture every item. If any items in the Trash are folders, open those folders and screenshot their contents as well.
4. Do not empty the Trash or delete any items from the Trash until you have completed all documentation steps and provided the screenshots and text file to us.

**On the iPhone:**

1. Open the **Photos** app, navigate to **Recently Deleted**, and screenshot its entire contents, scrolling as needed to capture every item.
2. Open the **Files** app, tap **Browse**, navigate to **Recently Deleted**, and screenshot its entire contents, scrolling as needed to capture every item.
3. Open the **Notes** app, navigate to the **Recently Deleted** folder, and screenshot all listed notes, scrolling as needed to capture every item. Open each note and screenshot its contents.
4. Repeat the above process for any other app on the iPhone that contains a Recently Deleted or Trash folder and in which you may have had proprietary or confidential content.
5. Do not permanently delete any items from the Recently Deleted folders until you have completed all documentation steps and provided the screenshots to us.

**Note:** A Trash or Recently Deleted listing will show file names and types but will not reflect the original folder location from which each file was deleted. Deleted items are retained for a maximum of approximately 30 days before being permanently purged, so these steps should be completed promptly.

Once you have completed the above steps, please proceed with the steps below to address any Apple proprietary and confidential information that may still be accessible to you through your Apple account.

1. Log into your Apple account at iCloud.com.

2. Within iCloud, identify any Apple proprietary and confidential files or information accessible to you, which you will prepare to remove, including by navigating to at least the following areas and reviewing their contents:
    a. iCloud Drive (including the root of the account)
    b. Desktop
    c. Documents
    d. Keynote
    e. Numbers
    f. Pages
    g. Notes

3. Prepare to permanently remove your access to any Apple proprietary and confidential files or information you identified by using the Delete (trash can) icon or dragging those items to the Recently Deleted area.

4. Make a list of the Apple proprietary and confidential files or information you have identified and prepared for deletion. This can be accomplished, for example, by taking a screenshot of all such items once they have been moved to the Recently Deleted section, and BEFORE permanently deleting them. If the files or information you move to the Recently Deleted area are in folders, you will need to open those folders to make a list of their contents (e.g., with screenshots) as well.

5. Take these steps to confirm that your access to any Apple proprietary and confidential content you identified is permanently deleted:
    a. Navigate to Recently Deleted.
    b. Ensure that all the items you chose to delete are present.
    c. Click Delete All.
    d. If prompted (e.g., “Are you sure you want to delete …”), confirm you want to delete those items.

6. For any device where you may have had Apple proprietary and confidential content syncing (e.g., Macs, MacBooks, iPhones, iPads, Vision Pros, etc. with iCloud Drive turned on), please sign in and confirm the permanent deletions you made on iCloud propagated to your device. This may take some time.

7. If, after taking steps 1 through 6, you have other confidential and/or proprietary Apple information in your possession or otherwise available to you, please contact us to discuss how it should be handled. Otherwise, once you have completed the steps above, by reply email, please send us the following written confirmation, if true, and attach the listing(s) of the items you identified and deleted.

"I have taken the steps Apple instructed to identify Apple proprietary and confidential information accessible through my Apple account and ensure that I no longer have access to the information I identified. I have included a list of such items below. I confirm that I have no other confidential and/or proprietary Apple information in my possession or that is accessible to me."

Regards,
Nicole

Weil

**Nicole Elena Bruner**
Associate

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
nicole.bruner@weil.com
+1 [redacted] Direct
+1 202 857 0940 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.