Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com

David Eiseman (Bar No. 114758)
Jodie W. Cheng (Bar No. 292330)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davideiseman@quinnemanuel.com
jodiecheng@quinnemanuel.com

Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
yehudagoor@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
klazarus@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant Chang Liu*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

vs.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-CV-07078-EJD

**CERTIFICATE OF SERVICE RE SEALED MATERIALS**

**Judge:** Edward J. Davila

**Complaint Filed:** July 10, 2026

1. I, Andrew Schapiro, declare as follows: I am an attorney of the law firm Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendants OpenAI Foundation, OpenAI Group PBC, io Products, LLC, and Tang Yew Tan. I was admitted to practice *pro hac vice* in the United States District Court for the Northern District of California for purposes of the above-captioned proceeding on July 16, 2026 (ECF No. 24).

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. In accordance with Civil Local Rules 5-1(c) and 79-5, on September 11, 2026, true and correct copies of the following documents were served to all Counsel of Record:

- **RESPONSE TO APPLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY (SEALED)**
- **DECLARATION OF ANDREW CRAIN (SEALED)**
- **EXHIBIT D TO THE DECLARATION OF ANDREW CRAIN (SEALED)**
- **DECLARATION OF KATE LAZARUS (SEALED)**
- **EXHIBIT 1 TO THE DECLARATION OF KATE LAZARUS (SEALED)**
- **DECLARATION OF CHANG LIU (SEALED)**
- **EXHIBIT A TO THE DECLARATION OF CHANG LIU (SEALED)**
- **DECLARATION OF ALYSSA PENG (SEALED)**
- **EXHIBIT A TO THE DECLARATION OF ALYSSA PENG (SEALED)**
- **DECLARATION OF ARIJIT RAYCHOWDHURY (SEALED)**
- **DECLARATION OF ANDREW SCHAPIRO (SEALED)**
- **EXHIBIT 1 TO THE DECLARATION OF ANDREW SCHAPIRO (SEALED)**
- **EXHIBIT 2 TO THE DECLARATION OF ANDREW SCHAPIRO (SEALED)**

4. The documents referenced in the preceding paragraph were served by electronic means to the below listed electronic mail addresses, and such transmission was reported as complete and without error.

**Weil Team Apple Liu OpenAI** - weil.apple.liu.openai@weil.com

**Apple OpenAI Service** - appleopenaiservice@desmaraisllp.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of September, 2026 in New York, New York.

By *\/s/ Andrew Schapiro*
Andrew Schapiro