Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
Adam Gershenson (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com
adam.gershenson@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Jun Tong (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
jtong@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Counsel for Plaintiff Apple Inc.*
[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., Plaintiff, v. CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC., Defendants. | Case No. 5:26-cv-07078-EJD **CORRECTED EXHIBIT 1 TO ECF NOS. 160-4 AND 161-1** |

# EXHIBIT 1

# Redacted Version of Document Filed Under Seal

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
Adam Gershenson (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com
adam.gershenson@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Jun Tong (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
jtong@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Counsel for Plaintiff Apple Inc.*
[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

v.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**APPLE'S NARROWED EXPEDITED DISCOVERY REQUESTS**

Pursuant to the September 14, 2026, Status Conference (Dkt. 145), Apple serves its Narrowed Expedited Discovery Requests for Production, Interrogatories, and Depositions ("Narrow Expedited Discovery Requests"). Defendants are directed to provide objections, responses, and the production of materials to the Requests for Production and Interrogatories within 14 days of the Court order granting Apple's Narrowed Expedited Discovery Requests, or within 5 days if Defendants have already collected the materials in connection with this case (as with the forensic images requested by Liu Request for Production No. 1, for example). The depositions will occur within 30 days of when Defendants respond to the last of the below requests.

For the purpose of these Narrow Expedited Discovery Requests, the term "**Apple Originated Information**" as used herein, shall refer to any information that was created for or by Apple, or that was learned as a result of or created for purposes of supporting, analyzing, or otherwise advancing any Apple business or other endeavor, and which is not provided or disseminated in its entirety to the public.

## I. DISCOVERY REQUESTS DIRECTED TO DEFENDANT CHANG LIU ("LIU")

### A. Requests for Production Nos. 1–5 to Liu

**Liu Request for Production No. 1:**

All forensic images that Defendants have already collected in connection with the subject matter of Apple's claims, including those identified by Exhibit B to the August 31, 2026, Crain Declaration and Exhibit D to the September 11, 2026, Crain Declaration, or otherwise relied on by Mr. Crain.

**Liu Request for Production No. 2:**

All records of Mr. Liu's use of AI tools—for (1) alleged "personal experimentation" (Dkt. 144-6, ¶ 16) and (2) relating to Apple Originated Information—from January 23, 2026, to present, including but not limited to "forensic records of Liu's use of (1) Claude, (2) Codex, (3) ChatGPT, and (4) OpenClaw" on Mr. Liu's "Mac Mini computer and personal accounts" (Dkt. 144-2, ¶ 8) and records of Mr. Liu's use of these and other AI tools on his corporate devices and accounts, including those identified in Exhibit D to the September 11, 2026, Crain Declaration.

**Liu Request for Production No. 3:**

All documents related to OpenAI's research and development related to metal finishes, power management, or battery functionality for consumer hardware products, including all communications with [redacted].

**Liu Request for Production No. 4:**

All documents used to guide or conduct the interviews of candidates from Apple for OpenAI (including its Consumer Hardware Product Group and Robotics Group), including checklists, guides, instructions, manuals, and scripts; and all documents, including Technical Deep Dive presentations or other technical presentations, summarizing or otherwise memorializing the content of those interviews with Apple employees or any reference to any Apple technology or parts.

**Liu Request for Production No. 5:**

All LINE conversations between Mr. Liu and Ms. Peng since January 1, 2026, including the conversations that include the messages cited in the August 31, 2026, Liu Declaration and attached Exhibit F.

**B. Interrogatory Nos. 1–2 to Liu**

**Liu Interrogatory No. 1:**

Identify all accounts, electronic devices or storage locations (e.g., network servers, cloud storage or email accounts), and apps that are or have been in Your possession, custody, or control used to access, acquire, store, use, review, disclose, solicit, or communicate about, for any purpose, Apple Originated Information after January 22, 2026.

This includes but is not limited to personal, OpenAI-, and Apple-issued devices and Accounts, including Your Apple-issued 16-inch, 2021 MacBook Pro with serial number [redacted] Your device with serial number [redacted]; Your accounts registered to [redacted] Your emails [redacted] the LINE App, Signal, Telegram, Kik; and any other accounts, electronic devices and other storage locations used to access, acquire,

store, use, review, disclose, solicit, or communicate about, for any purpose, Apple Originated Information.

**<u>Liu Interrogatory No. 2:</u>**

If a device, account, storage location, or app identified in response to Liu Interrogatory No. 1 no longer contains Apple Originated Information or Documents containing, describing, disclosing, identifying, or relating or referring to any Apple Originated Information, describe with particularity what Apple Originated Information was accessed, copied, downloaded, stored, received, transmitted, shared, or otherwise obtained on it; how that Apple Originated Information was accessed; how long that Apple Originated Information was stored on it; and the circumstances surrounding the erasure, deletion, or destruction of that Apple Originated Information including when it happened, who was involved, and the reason.

## II. DISCOVERY REQUESTS DIRECTED TO TANG YEW TAN ("TAN")

### A. Requests for Production Nos. 1–3 to Tan

**<u>Tan Request for Production No. 1:</u>**

All forensic images that Defendants have already collected in connection with the subject matter of Apple's claims, including those identified by Exhibit B to the August 31, 2026, Crain Declaration and Exhibit D to the September 11, 2026, Crain Declaration, or otherwise relied on by Mr. Crain.

**<u>Tan Request for Production No. 2:</u>**

All documents related to OpenAI's research and development related to metal finishes, power management, or battery functionality for consumer hardware products, including all communications with [redacted].

**<u>Tan Request for Production No. 3:</u>**

All documents used to guide or conduct the interviews of candidates from Apple for OpenAI (including its Consumer Hardware Product Group and Robotics Group), including checklists, guides, instructions, manuals, and scripts; and all documents, including Technical Deep Dive presentations or

other technical presentations, summarizing or otherwise memorializing the content of those interviews with Apple employees or any reference to any Apple technology or parts.

### B. Interrogatory Nos. 1–2 to Tan

**Tan Interrogatory No. 1:**

Identify all accounts, electronic devices or storage locations (e.g., network servers, cloud storage or email accounts), and apps that are or have been in Your possession, custody, or control used to access, acquire, store, use, review, disclose, solicit, or communicate about, for any purpose, Apple Originated Information after February 2, 2024. This includes but is not limited to personal, OpenAI-, and Apple-issued devices and Accounts, including Your accounts registered to [redacted] Your emails [redacted]; the LINE App, Signal, Telegram, Kik; and any other accounts, electronic devices and other storage locations used to access, acquire, store, use, review, disclose, solicit, or communicate about, for any purpose, Apple Originated Information.

**Tan Interrogatory No. 2:**

If a device, account, storage location, or app identified in response to Tan Interrogatory No. 1 no longer contains Apple Originated Information or Documents containing, describing, disclosing, identifying, or relating or referring to any Apple Originated Information, describe with particularity what Apple Originated Information was accessed, copied, downloaded, stored, received, transmitted, shared, or otherwise obtained on it; how that Apple Originated Information was accessed; how long that Apple Originated Information was stored on it; and the circumstances surrounding the erasure, deletion, or destruction of that Apple Originated Information including when it happened, who was involved, and the reason.

## III. DISCOVERY REQUESTS DIRECTED TO DEFENDANTS OPENAI FOUNDATION F/K/A OPENAI, INC., OPENAI GROUP PBC, AND IO PRODUCTS, LLC F/K/A IO PRODUCTS, INC. (COLLECTIVELY, "OPENAI")

### A. Requests for Production Nos. 1–5 to OpenAI

**<u>OpenAI Request for Production No. 1:</u>**

All forensic images that Defendants have already collected in connection with the subject matter of Apple's claims, including those identified by Exhibit B to the August 31, 2026, Crain Declaration and Exhibit D to the September 11, 2026, Crain Declaration, or otherwise relied on by Mr. Crain.

**<u>OpenAI Request for Production No. 2:</u>**

Forensic images of all devices that Chang Liu, Tang Yew Tan, Yu-Ting ("Alyssa") Peng, or [redacted] have used, accessed, or managed, regardless of whether such images have already been collected, that contain or contained Apple Originated Information.

**<u>OpenAI Request for Production No. 3:</u>**

All records of Mr. Liu's use of AI tools—for (1) alleged "personal experimentation" (Dkt. 144-6, ¶ 16) and (2) relating to Apple Originated Information—from January 23, 2026, to present, including but not limited to "forensic records of Liu's use of (1) Claude, (2) Codex, (3) ChatGPT, and (4) OpenClaw" on Mr. Liu's "Mac Mini computer and personal accounts" (Dkt. 144-2, ¶ 8) and records of Mr. Liu's use of these and other AI tools on his corporate devices and accounts, including those identified in Exhibit D to the September 11, 2026, Crain Declaration.

**<u>OpenAI Request for Production No. 4:</u>**

All documents related to OpenAI's research and development related to metal finishes, power management, or battery functionality for consumer hardware products, including all communications with [redacted].

**<u>OpenAI Request for Production No. 5:</u>**

All documents used to guide or conduct the interviews of candidates from Apple for OpenAI (including its Consumer Hardware Product Group and Robotics Group), including checklists, guides, instructions, manuals, and scripts; and all documents, including Technical Deep Dive presentations or

other technical presentations, summarizing or otherwise memorializing the content of those interviews with Apple employees or any reference to any Apple technology or parts.

**B. Interrogatory Nos. 1–3 to OpenAI**

**<u>OpenAI Interrogatory No. 1:</u>**

Identify all accounts, electronic devices or storage locations (e.g., network servers, cloud storage or email accounts), and messaging apps that are or have been in Your possession, custody, or control containing, describing, disclosing, identifying, or relating or referring to any Apple Originated Information, or used to access, acquire, store, use, review, disclose, solicit, or communicate about Apple Originated Information. This includes but is not limited to any personal, OpenAI- and Apple-issued devices and Accounts, computers, USB drives, storage repositories, email or cloud accounts, or other accounts or devices, including personal accounts and devices used for work related to OpenAI.

**<u>OpenAI Interrogatory No. 2:</u>**

For each account, device, storage location, or app identified in response to OpenAI Interrogatory No. 1. describe in detail the facts and circumstances concerning how You became aware that Apple Originated Information was contained, described, disclosed, identified, or referred to on it; any and all actions You took in response to that awareness, including any investigations You conducted (including what you did in response to Apple's February 23 Pre-Suit Letter to OpenAI); and the results thereof (including any and all efforts to isolate or remediate the Apple Originated Information), Identifying each Document that supports or refutes Your response; and Identify the three (3) Persons most knowledgeable about your response.

**<u>OpenAI Interrogatory No. 3:</u>**

If a device, account, storage location, or app identified in response to OpenAI Interrogatory No. 1 no longer contains Apple Originated Information or Documents or Communications containing, describing, disclosing, identifying, or relating or referring to any Apple Originated Information, describe with particularity what Apple Originated Information was accessed, copied, downloaded, stored, received, transmitted, shared, or otherwise obtained on it; how that Apple Originated Information was accessed; how long that Apple Originated Information was stored on it; the

circumstances surrounding the erasure, deletion, or destruction of that Apple Originated Information including when it happened, who was involved, and the reason; and the three (3) Persons most knowledgeable about your response.

## IV. EXPEDITED DEPOSITION REQUESTS

### A. 30(b)(6) Deposition

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, and the Court's order granting Apple's Narrowed Expedited Discovery Requests, Apple, by and through its undersigned counsel, shall take the deposition of Defendants OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc. (collectively, "OpenAI"), through one or more of its officers, directors, managing agents, or other persons with knowledge of the information sought in the topics listed below. These topics are based on the information reasonably known and presently available to Apple.

The deposition will commence at 9:00 AM (PT), within thirty (30) days after Defendants' responses to the Requests for Production and Interrogatories listed above, and run for no longer than seven (7) hours on the record and continue from day to day thereafter, or as otherwise mutually agreed upon by the parties, at the offices of Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, California 94065. Apple is willing to meet and confer with OpenAI regarding a mutually agreeable date, time, and location for the deposition.

#### 1. 30(b)(6) Deposition Topics

**<u>30(b)(6) Topic No. 1</u>**:

The position(s), role(s), and responsibilities within OpenAI of the designated witness(es), those of Defendants Tang Yew Tan and Chang Liu, and those of Yu-Ting ("Alyssa") Peng and [redacted].

**<u>30(b)(6) Topic No. 2</u>**:

Any work, experimentation, documentation, or communications by Chang Liu, Tang Yew Tan, Yu-Ting ("Alyssa") Peng, and [redacted] at OpenAI involving Apple Originated Information related

to: (1) power management information, designs, and simulations; (2) battery management information and designs; and (3) metal finishing processes, parameters, materials, and techniques.

**<u>30(b)(6) Topic No. 3</u>**:

Any work at OpenAI related to supply chain and component sourcing, including batteries, and fabrication, including metal finishing, information for consumer hardware products.

**<u>30(b)(6) Topic No. 4</u>**:

OpenAI's interviews of or conducted by Chang Liu, Tang Yew Tan, Yu-Ting ("Alyssa") Peng, and [redacted], including but not limited to recruitment, contractual obligations, pre-interview requests or guidance to candidates, efforts to discuss or illicit Apple Originated Information, all Apple Originated Information discussed, interview feedback, and offers of employment.

**<u>30(b)(6) Topic No. 5</u>**:

Any steps You have taken or failed to take to ensure that You or Chang Liu, Tang Yew Tan, Yu-Ting ("Alyssa") Peng, and [redacted] did not acquire, use, or disclose any Apple Originated Information without authorization or to isolate, maintain the confidentiality of, or return to Apple any Apple Originated Information You became aware was in Your possession, custody, or control without authorization.

**<u>30(b)(6) Topic No. 6</u>**:

The circumstances surrounding any erasure, deletion, or destruction by You or any person working for or with You or on Your behalf of any Apple Originated Information or other information relevant to the claims in this action, including what information was involved, when it happened, who was involved, and the reason.

### B. 30(b)(1) Depositions

Pursuant to the Court's order granting Apple's Narrowed Expedited Discovery Requests, Apple, by and through its undersigned counsel, shall take the deposition of the following individuals:

(1) Chang Liu;

(2) Tang Yew Tan;

(3) Alyssa Peng; and

(4) [redacted].

The deposition will commence at 9:00 AM (PT), within thirty (30) days after Defendants' responses to the Requests for Production and Interrogatories listed above, and run for no longer than seven (7) hours on the record and continue from day to day thereafter, or as otherwise mutually agreed upon by the parties, at the offices of Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, California 94065. Apple is willing to meet and confer with Defendants regarding a mutually agreeable date, time, and location for the depositions.

DATED: September 18, 2026

*/s/ Karim Z. Oussayef*

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
Vanessa K. Sim (SBN 341107)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com
vanessa.sim@weil.com

Christopher W. Henry (*pro hac vice*)
Adam Gershenson (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com
adam.gershenson@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
Nicole Elena Bruner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Heather Blacklaws (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701

Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

Nina Shapiro (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
nina.shapiro@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Jun Tong (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
jtong@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Counsel for Plaintiff Apple Inc.*