Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

*Counsel for Plaintiff Apple Inc.*

[Additional counsel listed in signature block]

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Ido Sadeh (*pro hac vice*)
Jun Tong (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
isadeh@desmaraisllp.com
jtong@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

v.

CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,

Defendants.

Case No. 5:26-cv-07078-EJD

**PLAINTIFF'S STATEMENT IN RESPONSE TO DEFENDANTS' OBJECTIONS TO REPLY EVIDENCE**

**Judge**: Edward J. Davila

**Hearing Date**: Oct. 14, 2026

**Time**: 9:00 AM

Plaintiff Apple Inc. ("Apple") respectfully submits this response to Defendants' Objections to Reply Evidence Under Civil Local Rule 7-3(d)(1) (Dkt. 167).

Rule 7-3(d)(1) permits a party to object to new evidence in a reply brief, but cautions that the filing "may not include further argument on the motion." Defendants did not comply with this restriction and used their filing to relitigate the merits of Apple's Motion for Preliminary Injunction.

For example, Defendants dispute whether Dr. Runge has a "basis to offer any analysis," adequately responds to "contrary evidence," and demonstrates that certain Apple information is not public. Dkt. 167 at 2:22-3:10. Such arguments are not objections to new evidence. *See t'Bear v. Forman*, 359 F. Supp. 3d 882, 897 (N.D. Cal. 2019) ("[A]rgument regarding how certain of Plaintiff's positions are unsupported by evidence or contradicted by other testimony" is "not an objection to evidence.").

The most egregious overreach is a new declaration from Mr. Liu, comprising eight paragraphs of new testimony. Defendants rely on this new testimony to offer excuses for why Mr. Liu "wiped" (i.e., erased) all the data from his iMac before returning it to Apple, Dkt. 167-1 (Liu Decl.) ¶ 4, argue about the meaning of certain text messages with one of Apple's suppliers, *id.* ¶ 5, and try to explain away his use of one of Apple's confidential computer files, *id.* ¶¶ 6-8. Such testimony violates the prohibition against "further argument on the motion." Together, the filing and the declaration run 9 pages, which also violates the limitation that the objections "may not exceed 5 pages of text." Rule 7-3(d)(1).

Defendants' new arguments and evidence are more in the nature of a "sur-reply" rather than an objection. But, Defendants did not seek leave to file a sur-reply. Nonetheless, as Defendants have now adequately answered any "new" evidence from Apple's Reply in its current filing, the Court should deny Defendants' request to strike any of Apple's Reply evidence, and should decide the Preliminary Injunction motion on a full record, including both the arguments and evidence in Apple's Reply as well as the new arguments and evidence improperly submitted with Defendants' filing.

Dated: October 5, 2026

/s/ Karim Z. Oussayef
Karim Z. Oussayef

Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
Vanessa K. Sim (SBN 341107)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com
vanessa.sim@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
Nicole Elena Bruner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com
nicole.bruner@weil.com

Heather Blacklaws (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, Texas 78701
Telephone: (512) 487-1480
Facsimile: (512) 487-1520
heather.blacklaws@weil.com

Nina Shapiro (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
nina.shapiro@weil.com

John M. Desmarais (SBN 320875)
Karim Z. Oussayef (*pro hac vice*)
Steven Balcof (*pro hac vice*)
Jun Tong (*pro hac vice*)
Ido Sadeh (*pro hac vice*)

DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
jtong@desmaraisllp.com
isadeh@desmaraisllp.com

Marie Delzell (SBN 367393)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
mdelzell@desmaraisllp.com

Atifah Safi (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
asafi@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*