United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., Plaintiff, v. CHANG LIU, et al., Defendants. | Case No. 5:26-cv-07078-EJD<br>**CASE MANAGEMENT ORDER**<br>Re: ECF Nos. 172, 194 |

On October 14, 2026, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement (ECF No. 172), Joint Submission Regarding Case Schedule (ECF No. 194), and the discussions held at the conference,

IT IS HEREBY ORDERED that the Court adopts the parties' statements of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. The parties may request leave to conduct additional discovery should they feel such discovery is necessary, although the Court cautions the parties that they should not plan their discovery strategies on the assumption that leave will be granted.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure will be filed with the assigned Judge who will consider whether to refer the dispute to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| **EVENT** | **DEADLINE** |
|---|---|
| ESI Exchange | November 2, 2026 |
| Last Day to Amend Pleadings/Join Parties | November 30, 2026 |

| EVENT | DEADLINE |
|---|---|
| Substantial Completion of Document Production | February 5, 2027 |
| Joint Status Report | February 26, 2027 |
| Status Conference | March 11, 2027, at 10:00 a.m. |
| Close of Fact Discovery | March 12, 2027 |
| Designation of Opening Experts with Reports | March 31, 2027 |
| Designation of Rebuttal Experts with Reports | April 14, 2027 |
| Expert Discovery Cutoff | April 28, 2027 |
| Deadline for Filing Daubert and Dispositive Motions | May 5, 2027 |
| Deadline for Oppositions to *Daubert* and Dispositive Motions | May 19, 2027 |
| Deadline for Replies to *Daubert* and Dispositive Motions | May 26, 2027 |
| Lead Counsel to Meet & Confer Re: (1) Settlement; (2) Preparation of Joint Pretrial Filings; and (3) Clarifying/Narrowing Contested Issues for Trial | June 1, 2027 |
| Deadline to File Motions *In Limine* | June 3, 2027 |
| Hearing on *Daubert* and Dispositive Motions | June 10, 2027, at 9:00 a.m. |
| Deadline to File Opposition to Motions *In Limine*, Joint Pretrial Statement, Joint Proposed Jury Instructions, Joint Proposed Voir Dire, Proposed Verdict Forms | June 10, 2027 |
| Final Pretrial Conference | June 24, 2027, at 10:00 a.m. |
| Trial | July 19, 2027, at 9:00 a.m. |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases with regard to the timing and content of all pretrial submissions.[1]

**IT IS SO ORDERED.**

Dated: October 28, 2026

EDWARD J. DAVILA
United States District Judge

[1] A copy of Judge Davila's Standing Order is available on the Court's website at https://cand.uscourts.gov/judges/ejd/davila-edward-j