Gabriel S. Gross (SBN 254672)
Gaby LaHatte (SBN 321844)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
gabe.gross@weil.com
gaby.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
Adam Gershenson (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1001 Boylston Street, Suite 300
Boston, Massachusetts 02115
Telephone: (617) 772-8300
Facsimile: (617) 772-8333
chris.henry@weil.com
adam.gershenson@weil.com

Rachel L. Weiner Cohen (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
rachel.cohen@weil.com

John M. Desmarais (SBN 320875)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com

*Attorneys for Plaintiff Apple Inc.*

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Patrick D. Curran (Bar No. 241630)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Telephone: (617) 712-7100
111 Huntington Ave, Suite 520
Boston, MA 02199
patrickcurran@quinnemanuel.com

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

Kate E. Lazarus (Bar No. 268242)
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
klazarus@kblfirm.com

*Attorney for Defendant Chang Liu*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG LIU, TANG YEW TAN, OPENAI FOUNDATION f/k/a OPENAI, INC., OPENAI GROUP PBC, and IO PRODUCTS, LLC f/k/a IO PRODUCTS, INC.,<br><br>Defendants. | Case No. 5:26-cv-07078-EJD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY THE CASE MANAGEMENT ORDER [ECF No. 198]**<br><br>***AS MODIFIED***<br><br>**Judge:** Edward J. Davila<br><br>**Complaint Filed:** July 10, 2026 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Apple Inc. ("Apple") and Defendants Chang Liu, Tang Yew Tan, OpenAI Foundation f/k/a OpenAI, Inc., OpenAI Group PBC, and io Products, LLC f/k/a io Products, Inc. (collectively, "Defendants," and together with Apple, the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly request as follows:

WHEREAS, on October 28, 2026, the Court issued its Case Management Order which set the hearing on Daubert and dispositive motions, as well as the Deadline to File Opposition to Motions *In Limine,* Joint Pretrial Statement, Joint Proposed Jury Instructions, Joint Proposed Voir Dire, and Propose Verdict forms, for June 10, 2027, and the Final Pretrial Conference for June 24, 2027. *See* Case Mgmt. Order, ECF No. 198 (the "CMO");

WHEREAS, as set forth in the accompanying Declaration of John M. Desmarais (the "Desmarais Declaration"), Apple's counsel John M. Desmarais will be in trial in Delaware on June 10, 2027, *Glaxosmithkline Biologicals SA v. Pfizer Inc. et al.*, Case No. 24-cv-512-GBW, and will be on a long-planned international family vacation on June 24, 2027.

WHEREAS, two days after the Court's CMO, Apple's counsel reached out to Defendants' counsel to inform them of the scheduling conflict and asked whether Defendants' counsel would agree not to oppose moving each of those two dates to a day in the following week, and Defendants do not oppose that request (*id.* ¶¶ 6–7);

WHEREAS, the Parties recognize that continuances are disfavored and have therefore limited this request to the two dates affected by the conflicts described in the Desmarais Declaration, each of which would move to the following week; the Parties do not seek to modify any other date in the CMO (*id.* ¶ 8); and

WHEREAS, as required by Civil L.R. 6-2(a), the Desmarais Declaration sets forth the reasons for the requested modification, discloses all previous time modifications in the case, and describes the effect of the requested modification on the schedule for the case (*id.* ¶¶ 3–5, 9–10);

NOW, THEREFORE, the Parties, through their undersigned counsel, stipulate and respectfully

request that the Court modify the CMO as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Hearing on Daubert and Dispositive Motions | 9:00 a.m. on June 10, 2027 | 9:00 a.m. on Thursday, June 17, 2027 (or another day during the week of June 14, 2027 convenient for the Court) |
| Final Pretrial Conference | 10:00 a.m. on June 24, 2027 | 10:00 a.m. on Thursday, July 1, 2027 (or another day during the week of June 28, 2027 convenient for the Court) |

All other dates and deadlines set forth in the CMO shall remain unchanged.

**IT IS SO STIPULATED.**

Dated: November 2, 2026

Respectfully submitted,

*/s/ John M. Desmarais*
Gabriel S. Gross (SBN 254672)
WEIL, GOTSHAL & MANGES LLP

John M. Desmarais (SBN 320875)
DESMARAIS LLP

*Attorneys for Plaintiff Apple Inc.*

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorneys for Defendants OpenAI Foundation, OpenAI Group PBC, io Products LLC, and Tang Yew Tan*

*/s/ Kate E. Lazarus*
Kate E. Lazarus (Bar No. 268242)
KWUN BHANSALI LAZARUS LLP

*Attorney for Defendant Chang Liu*

**ATTESTATION OF CONCURRENCE**

I, John M. Desmarais, pursuant to L.R. 5-1(i)(3), am the ECF User whose ID and password are being used to file this “Stipulation and [Proposed] Order to Modify the Case Management Order [ECF No. 198].” In compliance with Local Rule 5-1(h)(3), I hereby attest that Andrew H. Schapiro and Kate E. Lazarus have concurred in this filing.

Dated: November 2, 2026

*/s/ John M. Desmarais*
John M. Desmarais

## ~~[PROPOSED]~~ ORDER

Pursuant to L.R. 7-12 and the foregoing "Stipulation and [Proposed] Order to Modify the Case Management Order [ECF No. 198]" of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Order (ECF No. 198) is modified as follows:

| **EVENT** | **PREVIOUS DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Hearing on Daubert and Dispositive Motions | 9:00 a.m. on June 10, 2027 | ~~9:00 a.m. on June 17, 2027~~ **9:00 a.m. on June 14, 2027** |
| Final Pretrial Conference | 10:00 a.m. on June 24, 2027 | ~~10:00 a.m. on July 1, 2027~~ |

**10:00 a.m. on June 28, 2027**

IT IS FURTHER ORDERED that all other dates and deadlines set forth in the Case Management Order remain unchanged, and that the parties shall comply with the Standing Order for Civil Cases with regard to the timing and content of all pretrial submissions.

**IT IS SO ORDERED, AS MODIFIED.**

Dated: November 2, 2026

The Honorable Edward J. Davila
United States District Judge